Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Alexander J Figliolia | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | New Jersey | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**

American Express
Creditor's Name

PO Box 1270
Number        Street

Newark          NJ        07101
City                State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Charges

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):     $_____
    Value of security:     − $_____
    Unsecured claim          $_____

$ 122,179.09

**2**

American Express
Creditor's Name

PO Box 1270
Number        Street

Newark          NJ        07101
City                State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Charges

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):     $_____
    Value of security:     − $_____
    Unsecured claim          $_____

$ 74,331.00

Debtor 1    Alexander      J        Figliolia
             First Name   Middle Name    Last Name                    Case number (if known)_____

                                                                            **Unsecured claim**

**3**  Capital One/Saks Fifth Ave.          What is the nature of the claim? Credit Card Charges       $ 25,440.00
       Creditor's Name
       PO Box 10327                         As of the date you file, the claim is: Check all that apply.
       Number      Street                   ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
       Jackson           MS      39289      ☒ None of the above apply
       City              State   ZIP Code   Does the creditor have a lien on your property?
                                            ☒ No
       Contact                              ☐ Yes. Total claim (secured and unsecured):   $_____
                                                        Value of security:             –  $_____
       Contact phone                                    Unsecured claim                   $_____

**4**  Wells Fargo Card Services           What is the nature of the claim? Credit Card Charges       $ 8,353.00
       Creditor's Name
       PO Box 14517                         As of the date you file, the claim is: Check all that apply.
       Number      Street                   ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
       Des Moines        IA      50306      ☒ None of the above apply
       City              State   ZIP Code   Does the creditor have a lien on your property?
                                            ☒ No
       Contact                              ☐ Yes. Total claim (secured and unsecured):   $_____
                                                        Value of security:             –  $_____
       Contact phone                                    Unsecured claim                   $_____

**5**  American Express                     What is the nature of the claim? Credit Card Charges       $ 1,372.85
       Creditor's Name
       PO Box 1270                          As of the date you file, the claim is: Check all that apply.
       Number      Street                   ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
       Newark            NJ      07101      ☒ None of the above apply
       City              State   ZIP Code   Does the creditor have a lien on your property?
                                            ☒ No
       Contact                              ☐ Yes. Total claim (secured and unsecured):   $_____
                                                        Value of security:             –  $_____
       Contact phone                                    Unsecured claim                   $_____

**6**  American Express                     What is the nature of the claim? Credit Card Charges       $ 386.29
       Creditor's Name
       PO Box 1270                          As of the date you file, the claim is: Check all that apply.
       Number      Street                   ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
       Newark            NJ      07101      ☒ None of the above apply
       City              State   ZIP Code   Does the creditor have a lien on your property?
                                            ☒ No
       Contact                              ☐ Yes. Total claim (secured and unsecured):   $_____
                                                        Value of security:             –  $_____
       Contact phone                                    Unsecured claim                   $_____

**7**  American Express                     What is the nature of the claim? Credit Card Charges       $ 190.02
       Creditor's Name
       PO Box 1270                          As of the date you file, the claim is: Check all that apply.
       Number      Street                   ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
       Newark            NJ      07101      ☒ None of the above apply
       City              State   ZIP Code   Does the creditor have a lien on your property?
                                            ☒ No
       Contact                              ☐ Yes. Total claim (secured and unsecured):   $_____
                                                        Value of security:             –  $_____
       Contact phone                                    Unsecured claim                   $_____

Debtor 1 __Alexander____ __J____ __Figliolia_____    Case number (*If known*)_____
         First Name    Middle Name    Last Name

| | | | Unsecured claim |
|---|---|---|---|

**8**

Creditor's Name _____

Number ____ Street ____

_____

City ____ State ____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    – $_____
  - Unsecured claim    $_____

**9**

Creditor's Name _____

Number ____ Street ____

_____

City ____ State ____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    – $_____
  - Unsecured claim    $_____

**10**

Creditor's Name _____

Number ____ Street ____

_____

City ____ State ____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    – $_____
  - Unsecured claim    $_____

**11**

Creditor's Name _____

Number ____ Street ____

_____

City ____ State ____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    – $_____
  - Unsecured claim    $_____

**12**

Creditor's Name _____

Number ____ Street ____

_____

City ____ State ____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    – $_____
  - Unsecured claim    $_____

| Debtor 1 | Alexander | J | Figliolia | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Unsecured claim**

**13**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code ____

Contact _____

Contact phone _____

What is the nature of the claim? _____     $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):     $ _____
    Value of security:     − $ _____
    Unsecured claim     $ _____

**14**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code ____

Contact _____

Contact phone _____

What is the nature of the claim? _____     $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):     $ _____
    Value of security:     − $ _____
    Unsecured claim     $ _____

**15**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code ____

Contact _____

Contact phone _____

What is the nature of the claim? _____     $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):     $ _____
    Value of security:     − $ _____
    Unsecured claim     $ _____

**16**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code ____

Contact _____

Contact phone _____

What is the nature of the claim? _____     $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):     $ _____
    Value of security:     − $ _____
    Unsecured claim     $ _____

**17**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code ____

Contact _____

Contact phone _____

What is the nature of the claim? _____     $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):     $ _____
    Value of security:     − $ _____
    Unsecured claim     $ _____

| Debtor 1 | Alexander | J | Figliolia | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Unsecured claim**

**18**

Creditor's Name

Number     Street

City          State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:   − $ _____
       Unsecured claim   $ _____

**19**

Creditor's Name

Number     Street

City          State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:   − $ _____
       Unsecured claim   $ _____

**20**

Creditor's Name

Number     Street

City          State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:   − $ _____
       Unsecured claim   $ _____

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ *Alexander J Figliolia*   ✗ _____
Signature of Debtor 1     Signature of Debtor 2

Date 6/7/17          Date _____
MM / DD / YYYY         MM / DD / YYYY

# United States Bankruptcy Court
## NEW JERSEY

In re

**Alexander J Figliolia**

Case No. _____

**Debtor**

Chapter _11_ _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **12,000.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ **12,000.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

2.  The source of the compensation paid to me was:

    [X] Debtor          [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [X] Debtor          [ ] Other (specify)

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    e.  [Other provisions as needed]

**Any appeal decision of the United States Bankruptcy Court or any State Court proceedings.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Preparation of Disclosure Statement, Plan and Ballots.  Review of Monthly Reports, attending Court Hearings and representing the Debtor in connection with Chapter 11 Proceeding. Counsel will be retained pursuant to Order of the Court. The Debtor will be billed on an hourly basis for all services rendered.  The $12,000.00 is a retainer and does not represent the total legal fees and costs which may be approved by the Court following the filing of Fee Applications.**

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____    _____
Date                                     Signature of Attorney

                                    **Atkinson & DeBartolo PC**
                                     Name of law firm

# UNITED STATES BANKRUPTCY COURT
## NEW JERSEY

In re

Alexander J Figliolia

Chapter 11

Case No.

Debtors.

## STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income.

| Income: | Debtor | | Spouse | |
|---|---|---|---|---|
| Six months ago | $ | 33,333.00 | $ | 0.00 |
| Five months ago | $ | 33,333.00 | $ | 0.00 |
| Four months ago | $ | 33,333.00 | $ | 0.00 |
| Three months ago | $ | 33,333.00 | $ | 0.00 |
| Two months ago | $ | 33,333.00 | $ | 0.00 |
| Last month | $ | 33,333.00 | $ | 0.00 |
| Income from other sources | $ | 2,153.90 | $ | 0.00 |
| Total Net income for six months preceding filing | $ | 202,151.90 | $ | 0.00 |
| **Average Monthly Net Income** | $ | 33,691.98 | $ | 0.00 |

Dated: 6/7/17

Alexander J Figliolia
Debtor

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Alexander J Figliolia** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **New Jersey**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income
12/15

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☒ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

    **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ | | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ | Copy here➔ | $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ | | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ | Copy here➔ | $ 0.00 | $ |

Debtor 1 ___Alexander J Figliolia_____    Case number (if known)_____
           First Name    Middle Name    Last Name

|  | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|

7.  Interest, dividends, and royalties

$_____0.00        $_____

8.  Unemployment compensation

$_____0.00        $_____

Do not enter the amount if you contend that the amount received was a benefit
under the Social Security Act. Instead, list it here: ...............................↓

For you ........................................................    $_____

For your spouse........................................    $_____

9.  **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act.

$_____0.00        $_____

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

Consultant to Alexander Figliolia Water and
Sewer, LLC

$____33,333.00        $_____

$_____        $_____

Total amounts from separate pages, if any.    + $_____0.00    + $_____

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$____33,333.00    +    $_____    =    $ 33,333.00

Total current
monthly income

---

| Part 2: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ _Alexander J Figliolia_____    ✗ _____
Signature of Debtor 1                         Signature of Debtor 2

Date _6/7/17_                                Date _____
     MM / DD / YYYY                              MM / DD / YYYY

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Alexander | J | Figliolia |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | New Jersey | | |
| Case number | | | |
| | (If known) | | |

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ........................................................ $ 4,900,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ............................................. $ 10,900.00

   1c. Copy line 63, Total of all property on *Schedule A/B* ....................................................... $ 4,910,400.00

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 10,097,114.95

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................ $ 8,898,752.24

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................................... + $ 1,027,519.50

   **Your total liabilities**   $ 20,023,386.69

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ....................................................... $ 35,486.90

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22, Column A, of *Schedule J* .................................................. $ 39,305.00

Debtor 1    Alexander          J          Figliolia          Case number (if known)_____
            First Name    Middle Name    Last Name

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

**7. What kind of debt do you have?**

☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$ 33,333.00

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| From Part 4 on *Schedule E/F*, copy the following: | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 8,898,752.24 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 8,898,752.24 |

**Fill in this information to identify your case and this filing:**

Debtor 1    Alexander          J          Figliolia
            First Name         Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  New Jersey

Case number _____

☐ Check if this is an
   amended filing

## Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1.  **105 Middletown Road**
      Street address, if available, or other description

      _____

      Holmdel        NJ        07733
      City           State     ZIP Code

      Monmouth
      County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☒ Other  Property is in foreclosure

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$ 4,900,000.00                  $ 4,900,000.00

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple Ownership

☐ Check if this is community property
   (see instructions)

If you own or have more than one, list here:

1.2.  _____
      Street address, if available, or other description

      _____

      _____
      City           State     ZIP Code

      _____
      County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$ _____                  $ _____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property
   (see instructions)

Debtor 1   Alexander J _____ Figliolia _____          Case number (if known) _____
           First Name   Middle Name   Last Name

| | | |
|---|---|---|
| 1.3. | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

1.3.

Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____   $ _____

City       State   ZIP Code

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership Interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

County

☐ **Check if this is community property** (see instructions)

Other Information you wish to add about this Item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .......................................→ $4,900,000.00

---

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☒ No
☐ Yes

3.1.   Make: _____
       Model: _____
       Year: _____
       Approximate mileage: _____
       Other information:
       [ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____   $ _____

If you own or have more than one, describe here:

3.2.   Make: _____
       Model: _____
       Year: _____
       Approximate mileage: _____
       Other information:
       [ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____   $ _____

Debtor 1    Alexander J _____ Figliolia _____
            First Name   Middle Name   Last Name                    Case number (if known) _____

---

**3.3.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$ _____     $ _____

---

**3.4.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$ _____     $ _____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No

   ☐ Yes

---

**4.1.** Make: _____

Model: _____

Year: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$ _____     $ _____

If you own or have more than one, list here:

**4.2.** Make: _____

Model: _____

Year: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$ _____     $ _____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................................................... →

$ 0.00

---

Debtor 1    Alexander        J          Figliolia                    Case number (if known)_____
            First Name   Middle Name    Last Name

---

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   Examples: Major appliances, furniture, linens, china, kitchenware
   ☒ No
   ☐ Yes. Describe.........                                                                              $_____

7. **Electronics**
   Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☒ No
   ☐ Yes. Describe.........                                                                              $_____

8. **Collectibles of value**
   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe.........                                                                              $_____

9. **Equipment for sports and hobbies**
   Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes. Describe......... Used Golf Clubs                                                             $500.00

10. **Firearms**
    Examples: Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe. ........                                                                            $_____

11. **Clothes**
    Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe......... Clothing                                                                   $5,000.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe......... Patek Phillipe Watch                                                       $5,000.00

13. **Non-farm animals**
    Examples: Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe.........                                                                            $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information...............                                                      $_____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ....................................................................→   $10,500.00

---

Debtor 1    Alexander J      Figliolia       Case number *(if known)*_____
       First Name    Middle Name     Last Name

## Part 4:   Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes....................................................................................................................................................    Cash: .......................   $400.00

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☒ No
☐ Yes.....................       Institution name:

| | |
|---|---|
| 17.1. Checking account: | $_____ |
| 17.2. Checking account: | $_____ |
| 17.3. Savings account: | $_____ |
| 17.4. Savings account: | $_____ |
| 17.5. Certificates of deposit: | $_____ |
| 17.6. Other financial account: | $_____ |
| 17.7. Other financial account: | $_____ |
| 17.8. Other financial account: | $_____ |
| 17.9. Other financial account: | $_____ |

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes..................    Institution or issuer name:

$_____
$_____
$_____

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☒ No
☐ Yes. Give specific information about them. ........................

Name of entity:             % of ownership:

_____ %    $_____
_____ %    $_____
_____ %    $_____

| Debtor 1 | Alexander J | Figliolia | Case number (if known) |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$_____

$_____

$_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific
information about them. .

$_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific
information about them. .

$_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific
information about them. .

$_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. .....................

| | |
|---|---|
| Federal: | $_____ |
| State: | $_____ |
| Local: | $_____ |

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information. .............

| | |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information. ..............

$_____

Debtor 1    Alexander    J              Figliolia
            First Name   Middle Name    Last Name                      Case number (if known)_____

20. **Government and corporate bonds and other negotiable and non-negotiable Instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific     Issuer name:
information about
them. ....................     _____     $_____
                              _____     $_____
                              _____     $_____

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each
account separately..   Type of account:     Institution name:

                       401(k) or similar plan:  _____     $_____

                       Pension plan:          _____     $_____

                       IRA:                   IRA Services Trust Company Value 6,941.35 not property of Estate     $0.00

                       Retirement account:    _____     $_____

                       Keogh:                 _____     $_____

                       Additional account:    _____     $_____

                       Additional account:    _____     $_____

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes..........................     Institution name or individual:

                       Electric:              _____     $_____
                       Gas:                   _____     $_____
                       Heating oil:           _____     $_____
                       Security deposit on rental unit: _____     $_____
                       Prepaid rent:          _____     $_____
                       Telephone:             _____     $_____
                       Water:                 _____     $_____
                       Rented furniture:      _____     $_____
                       Other:                 _____     $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes..........................     Issuer name and description:

                       _____     $_____
                       _____     $_____
                       _____     $_____

Debtor 1 _Alexander J_  _Figliolia_ 
      First Name     Middle Name     Last Name          Case number *(if known)*_____

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information. ............                                                                    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim. ....................                                                                   $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. ....................                                                                   $_____

35. **Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information. ............                                                                    $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................. →   $ 400.00

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe......                                                                                             $_____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe ......                                                                                            $_____

Debtor 1   Alexander J   Figliolia
           First Name   Middle Name   Last Name                    Case number (if known)_____

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☒ No
☐ Yes. Describe.......                                                              $_____

41. Inventory
☒ No
☐ Yes. Describe.......                                                              $_____

42. Interests in partnerships or joint ventures
☒ No
☐ Yes. Describe.......   Name of entity:                        % of ownership:
                         _____    _____%    $_____
                         _____    _____%    $_____
                         _____    _____%    $_____

43. Customer lists, mailing lists, or other compilations
☒ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
     ☒ No
     ☐ Yes. Describe.........                                                       $_____

44. Any business-related property you did not already list
☒ No
☐ Yes. Give specific
     information .........   _____           $_____
                            _____           $_____
                            _____           $_____
                            _____           $_____
                            _____           $_____
                            _____           $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here ..............................................................................→   $ 0.00

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
               If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

                                                              Current value of the
                                                              portion you own?
                                                              Do not deduct secured claims
                                                              or exemptions.

47. Farm animals
    Examples: Livestock, poultry, farm-raised fish
☒ No
☐ Yes.........................                                                       $_____

Debtor 1    Alexander J        Figliolia
_____    _____    _____    Case number (if known)_____
First Name    Middle Name    Last Name

48. **Crops—either growing or harvested**

☒ No
☐ Yes. Give specific
information. ........... [                                    ]    $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes ........... [                                    ]    $_____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes ........... [                                    ]    $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific
information. ........... [                                    ]    $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** .................................................................................... →    $0.00

---

Part 7:    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific
information. ...........
[                                    ]    $_____
$_____
$_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......................... →    $_____

---

Part 8:    **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ..................................................................................... →    $4,900,000.00

56. **Part 2: Total vehicles, line 5**    $0.00

57. **Part 3: Total personal and household items, line 15**    $10,500.00

58. **Part 4: Total financial assets, line 36**    $400.00

59. **Part 5: Total business-related property, line 45**    $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61. **Part 7: Total other property not listed, line 54**    + $0.00

62. **Total personal property. Add lines 56 through 61.** ...............    $10,900.00    Copy personal property total → + $10,900.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** .....................................................................    $4,910,900.00

Fill in this information to identify your case:

Debtor 1    Alexander         J              Figliolia
            First Name        Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: New Jersey

Case number
(if known)

☐ Check if this is an
  amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more
space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write
your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a**
**specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount**
**of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt**
**retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that**
**limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption**
**would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: Clothing <br> Line from *Schedule A/B*: 11 | $5,000.00 | ☒ $ 5,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Cash <br> Line from *Schedule A/B*: 16 | $400.00 | ☒ $ 400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Used Golf Clubs <br> Line from *Schedule A/B*: 9 | $500.00 | ☒ $ 500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    Alexander J Figliolia                 Case number *(if known)* _____
First Name    Middle Name    Last Name

**Part 2:**    **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (*Check only one box for each exemption*) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Patek Phillipe Watch<br>Line from *Schedule A/B*: 12 | $ 5,000.00 | ☒ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4)<br>11 USC § 522(d)(5) |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Fill in this information to identify your case:

| Debtor | Alexander J Figliolia | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | New Jersey | | |
| Case number (If known) | | | |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

2.1
Name _____
Number _____ Street _____
City _____ State _____ ZIP Code _____

2.2
Name _____
Number _____ Street _____
City _____ State _____ ZIP Code _____

2.3
Name _____
Number _____ Street _____
City _____ State _____ ZIP Code _____

2.4
Name _____
Number _____ Street _____
City _____ State _____ ZIP Code _____

2.5
Name _____
Number _____ Street _____
City _____ State _____ ZIP Code _____

Fill in this information to identify your case:

| Debtor 1 | Alexander J Figliolia | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: New Jersey

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      Name of your spouse, former spouse, or legal equivalent

      Number        Street

      City                    State              ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or Schedule G (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   **Column 1: Your codebtor**                    **Column 2: The creditor to whom you owe the debt**

                                                   Check all schedules that apply:

   **3.1**
   Janet Figliolia                                 ☒ Schedule D, line _2.2_
   Name
   105 Middletown Road                             ☐ Schedule E/F, line _____
   Number        Street
   Holmdel            NJ            07733          ☐ Schedule G, line _____
   City               State         ZIP Code

   **3.2**
   Janet Figliolia                                 ☒ Schedule D, line _2.10,_
   Name
   105 Middletown Road                             ☐ Schedule E/F, line _____
   Number        Street
   Holmdel            NJ            07733          ☐ Schedule G, line _____
   City               State         ZIP Code

   **3.3**
   Janet Figliolia                                 ☒ Schedule D, line _2.3,_
   Name
   105 Middletown Road                             ☐ Schedule E/F, line _____
   Number        Street
   Holmdel            NJ            07733          ☐ Schedule G, line _____
   City               State         ZIP Code

Debtor 1    Alexander J Figliolia
            First Name    Middle Name    Last Name                    Case number (if known)_____

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.4**

Janet Figliolia
Name

105 Middletown Road
Number    Street

Holmdel            NJ            07733
City                State          ZIP Code

☒ Schedule D, line 2.4,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.5**

Janet Figliolia
Name

105 Middletown Road
Number    Street

Holmdel            NJ            07733
City                State          ZIP Code

☒ Schedule D, line 2.5,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.6**

Janet Figliolia
Name

105 Middletown Road
Number    Street

Holmdel            NJ            07733
City                State          ZIP Code

☒ Schedule D, line 2.6,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.7**

Janet Figliolia
Name

105 Middletown Road
Number    Street

Holmdel            NJ            07733
City                State          ZIP Code

☒ Schedule D, line 2.7,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.8**

Janet Figliolia
Name

105 Middletown Road
Number    Street

Holmdel            NJ            07733
City                State          ZIP Code

☒ Schedule D, line 2.16,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.9**

Janet Figliolia
Name

105 Middletown Road
Number    Street

Holmdel            NJ            07733
City                State          ZIP Code

☒ Schedule D, line 2.12,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.10**

Janet Figliolia
Name

105 Middletown Road
Number    Street

Holmdel            NJ            07733
City                State          ZIP Code

☒ Schedule D, line 2.17,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.11**

Janet Figliolia
Name

105 Middletown Road
Number    Street

Holmdel            NJ            07733
City                State          ZIP Code

☒ Schedule D, line 2.13,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    Alexander J Figliolia

First Name    Middle Name    Last Name                                    Case number (if known)_____

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.12**

Janet Figliolia
Name

105 Middletown Road
Number       Street

Holmdel          NJ          07733
City             State       ZIP Code

☒ Schedule D, line 2.14,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.13**

Janet Figliolia
Name

105 Middletown Road
Number       Street

Holmdel          NJ          07733
City             State       ZIP Code

☒ Schedule D, line 2.15,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.14**

The Adalbert Wolosz Special Needs Trust
Name

105 Middletown Road
Number       Street

Holmdel          NJ          07733
City             State       ZIP Code

☒ Schedule D, line 2.15,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.15**

AJJF, LLC
Name

105 Middletown Road
Number       Street

Holmdel          NJ          07733
City             State       ZIP Code

☒ Schedule D, line 2.18,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.16**

Janet Figliolia
Name

105 Middletown Road
Number       Street

Holmdel          NJ          07733
City             State       ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 2.3,
☐ Schedule G, line _____

**3.17**

Janet Figliolia
Name

105 Middletown Road
Number       Street

Holmdel          NJ          07733
City             State       ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 2.4,
☐ Schedule G, line _____

**3.18**

Janet Figliolia
Name

105 Middletown Road
Number       Street

Holmdel          NJ          07733
City             State       ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 2.7,
☐ Schedule G, line _____

**3.19**

Janet Figliolia
Name

105 Middletown Road
Number       Street

Holmdel          NJ          07733
City             State       ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 2.2,
☐ Schedule G, line _____

Debtor 1 ___Alexander J Figliolia_____ e number (If known)_____
First Name    Middle Name    Last Name

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                                         Column 2: **The creditor to whom you owe the debt**

                                                                    Check all schedules that apply:

**3.20**
Janet Figliolia                                                     ☐ Schedule D, line _____
Name                                                                ☒ Schedule E/F, line _2.1,__
105 Middletown Road                                                 ☐ Schedule G, line _____
Number    Street
Holmdel                    NJ              07733
City                       State           ZIP Code

**3.21**
                                                                    ☐ Schedule D, line _____
Name                                                                ☐ Schedule E/F, line _____
                                                                    ☐ Schedule G, line _____
Number    Street

City                       State           ZIP Code

**3.22**
                                                                    ☐ Schedule D, line _____
Name                                                                ☐ Schedule E/F, line _____
                                                                    ☐ Schedule G, line _____
Number    Street

City                       State           ZIP Code

**3.23**
                                                                    ☐ Schedule D, line _____
Name                                                                ☐ Schedule E/F, line _____
                                                                    ☐ Schedule G, line _____
Number    Street

City                       State           ZIP Code

**3.24**
                                                                    ☐ Schedule D, line _____
Name                                                                ☐ Schedule E/F, line _____
                                                                    ☐ Schedule G, line _____
Number    Street

City                       State           ZIP Code

**3.25**
                                                                    ☐ Schedule D, line _____
Name                                                                ☐ Schedule E/F, line _____
                                                                    ☐ Schedule G, line _____
Number    Street

City                       State           ZIP Code

**3.26**
                                                                    ☐ Schedule D, line _____
Name                                                                ☐ Schedule E/F, line _____
                                                                    ☐ Schedule G, line _____
Number    Street

City                       State           ZIP Code

**3.27**
                                                                    ☐ Schedule D, line _____
Name                                                                ☐ Schedule E/F, line _____
                                                                    ☐ Schedule G, line _____
Number    Street

City                       State           ZIP Code

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Alexander J Figliolia |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | New Jersey |
| Case number | |
| (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| **Occupation** | Consultant | |
| **Employer's name** | | |
| **Employer's address** | | |
| | Number   Street | Number   Street |
| | City       State   ZIP Code | City       State   ZIP Code |
| **How long employed there?** | | |

## Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $_____ |
| **3.** | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$_____ |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1    __Alexander__ __J__ __Figliolia_____    Case number (if known)_____
           First Name    Middle Name    Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ..................................................................... → | 4. | $ 0.00 | $ 0.00 |

5. List all payroll deductions:

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ |
| 5e. Insurance | 5e. | $ 0.00 | $ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ |
| 5g. Union dues | 5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: Debtor's SS garnished 15% | 5h. | + $ 380.10 | + $ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 380.10 | $ 0.00 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ -380.10 | $ 0.00 |

8. List all other income regularly received:

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: See Attachment 1 | 8f. | $ 35,867.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ | + $ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 35,867.00 | $ 0.00 |
| 10. Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 35,486.90 + | $ 0.00 = $ 35,486.90 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
   Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies     12. $ 35,486.90

   **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

   ☐ No.
   ☒ Yes. Explain:   See Attachment 2

# Addendum

**Attachment 1**

   **Description: Social Security**
   **Debtor's Amount: $2,534.00**
   **Spouse's Amount: $0.00**

   **Description: Consultant to Alexander Figliolia Water and Sewer, LLC**
   **Debtor's Amount: $33,333.00**
   **Spouse's Amount: $0.00**

**Attachment 2**

   **Debtor's Social Security will be further reduced for an overpayment of Debtor's 2014 taxes.**
   **Debtor's income may fluctuate in 2017 due to instability of employer.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Alexander J Figliolia | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | New Jersey | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☒ No
      ☐ Yes. Debtor 2 must file Official Forms 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**          ☒ No

   Do not list Debtor 1 and          ☐ Yes. Fill out this information for
   Debtor 2.                                   each dependent.........................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**          ☒ No
          ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 16,731.49 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 3,242.08 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 1,500.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    Alexander J Figliolia
         First Name     Middle Name     Last Name          Case number *(if known)*

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 5,774.06 |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $ 3,680.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $ 1,490.00 |
| | 6c.  Telephone, cell phone, internet, satellite, and cable services | 6c. | $ 677.37 |
| | 6d.  Other. Specify: Electric Backyard Lights | 6d. | $ 250.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 1,000.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 500.00 |
| 10. | **Personal care products and services** | 10. | $ 500.00 |
| 11. | **Medical and dental expenses** | 11. | $ 750.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. | $ 800.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 450.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 100.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $ 0.00 |
| | 15b.  Health insurance | 15b. | $ 300.00 |
| | 15c.  Vehicle insurance | 15c. | $ 0.00 |
| | 15d.  Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c.  Other. Specify: | 17c. | $ |
| | 17d.  Other. Specify: | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. | $ 0.00 |
| | 20b.  Real estate taxes | 20b. | $ 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    Alexander J Figliolia _____    Case number (if known) _____
            First Name    Middle Name    Last Name

21.  **Other.** Specify: See Attachment 1 _____    21.  +$ 1,560.00 _____

22.  **Calculate your monthly expenses.**
     22a. Add lines 4 through 21.                                                        $ 39,305.00 _____
     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      $ _____
     22c. Add line 22a and 22b. The result is your monthly expenses.         22.         $ 39,305.00 _____

23.  **Calculate your monthly net income.**

     23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*      23a.    $ 35,486.90 _____

     23b. Copy your monthly expenses from line 22 above.                        23b.   – $ 39,305.00 _____

     23c. Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*                             23c.    $ -3,818.10 _____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☐ No.
     ☒ Yes.    Explain here:
               Debtor will have to reduce expenses to enable him to have a positive cash flow.  Addtionally, expenses will increase for income taxes
               or 2017 income to be calculated by acccountant.

# Attachment
## Debtor: Alexander J Figliolia          Case No:

**Attachment 1**

    **Description:** Pet Costs
    **Amount:** 500.00

    **Description:** Enviornmental Fine with NYC
    **Amount:** 1,000.00

    **Description:** Alarm
    **Amount:** 60.00

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Alexander J Figliolia |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) First Name | Middle Name    Last Name |
| United States Bankruptcy Court for the: | New Jersey |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ *Alexander J Figliolia*    ✗ _____
Signature of Debtor 1    Signature of Debtor 2

Date 6/7/17    Date _____
MM / DD / YYYY    MM / DD / YYYY

<table>
<tr><td colspan="3">Fill in this information to identify your case:</td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | Alexander | J | Figliolia |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | New Jersey | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☒ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number    Street | To _____ | Number    Street | To _____ |
| | | | |
| City              State  ZIP Code | | City              State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number    Street | To _____ | Number    Street | To _____ |
| | | | |
| City              State  ZIP Code | | City              State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Alexander J Figliolia | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2:   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☒ No
☐ Yes. **Fill in the details.**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, _____ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _____ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. **Fill in the details.**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | See Attachment 1 | $ 16,666.67 | | $ _____ |
| | SOCIAL SECURITY | $ 10,769.50 | | $ _____ |
| | | $ _____ | | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2016 )<br>YYYY | See Attachment 2 | $ 325,000.00 | | $ _____ |
| | SOCIAL SECURITY | $ 26,517.20 | | $ _____ |
| | | $ _____ | | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 )<br>YYYY | See Attachment 3 | $ 425,000.00 | | $ _____ |
| | SOCIAL SECURITY | $ 27,131.00 | | $ _____ |
| | | $ _____ | | $ _____ |

Debtor 1    Alexander J Figliolia
     First Name     Middle Name      Last Name

Case number *(if known)*_____

---

**Part 3:**    List Certain Payments You Made Before You Filed for Bankruptcy

---

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as
   "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the
   total amount you paid that creditor. Do not include payments for domestic support obligations, such as
   child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☒ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ☒ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
   creditor. Do not include payments for domestic support obligations, such as child support and
   alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| American Express <br> Creditor's Name | 03/20/17 | $ 8,859.00 | $ | ☐ Mortgage |
| PO Box 1270 <br> Number   Street | 03/17/17 | | | ☐ Car <br> ☒ Credit card |
| | 05/09/17 | | | ☐ Loan repayment <br> ☐ Suppliers or vendors |
| Newark    NJ    07101 <br> City    State    ZIP Code | See Attachment 4 | | | ☐ Other _____ |
| Creditor's Name | | $ | $ | ☐ Mortgage <br> ☐ Car |
| Number   Street | | | | ☐ Credit card <br> ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| City    State    ZIP Code | | | | ☐ Other _____ |
| Creditor's Name | | $ | $ | ☐ Mortgage <br> ☐ Car |
| Number   Street | | | | ☐ Credit card <br> ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| City    State    ZIP Code | | | | ☐ Other _____ |

---

Debtor 1    Alexander J Figliolia                                                    Case number (if known)_____
          First Name    Middle Name    Last Name

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

Debtor 1  Alexander J Figliolia                              Case number (if known)_____
          First Name   Middle Name   Last Name

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title The Bank of New York Mellon | Foreclosure | Superior Ct. Monmouth Cty. <br> Court Name | ☒ Pending |
| v. Alexander J. Figliolia, et al | | 71 Monument St. <br> Number   Street | ☐ On appeal <br> ☐ Concluded |
| Case number  F-031570-16 | | Freehold      NJ      07728 <br> City      State    ZIP Code | |
| Case title Divi of Taxatiom v. Alex | Certificate of Debt | Superior Ct. Mercer Cty. <br> Court Name | ☐ Pending |
| Figliolia, et al | | 171 Jersey St - Ste 2 <br> Number   Street | ☐ On appeal <br> ☒ Concluded |
| Case number  DJ-201633-2006 | | Trenton      NJ      08611 <br> City      State    ZIP Code | |

See Attachment 5

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No.  Go to line 11.
    ☒ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Small Business Administration <br> Creditor's Name | Debtor's Social Security benefits are being garnished $380.10 per month | April 2009 | $ 2,534.00 |
| c/o CBE Group <br> Number   Street | **Explain what happened** | | |
| 1309 Technology Pkwy. | ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☒ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |
| Cedar Falls      IA      50613 <br> City      State    ZIP Code | | | |
| | Describe the property | Date | Value of the property |
| | 105 Middletown Road, Holmdel, NJ 07733 | | |
| Dept. of Treasury <br> Creditor's Name | | See 6 | $ Unknown |
| Internal Revenue Service <br> Number   Street | | | |
| PO Box 7346 | **Explain what happened** | | |
| Philadelphia      PA      19101 <br> City      State    ZIP Code | ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☒ Property was attached, seized, or levied. | | See Attachment 7 |

Debtor 1  Alexander J Figliolia
          First Name    Middle Name    Last Name                    Case number (if known)_____

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| | | | $ |
| Number    Street | | | |
| | | | |
| City                State  ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| Number  Street | | | $ |
| | | | |
| City                State  ZIP Code | | | |
| Person's relationship to you  _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| Number  Street | | | $ |
| | | | |
| City                State  ZIP Code | | | |
| Person's relationship to you  _____ | | | |

| Debtor 1 | Alexander J Figliolia | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | $ |
| Charity's Name | | | |
| | | | $ |
| Number  Street | | | |
| | | | |
| | | | |
| City    State    ZIP Code | | | |

---

## Part 6:  List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |

---

## Part 7:  List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Atkinson & DeBartolo, PC<br>Person Who Was Paid | | | |
| The Galleria<br>Number    Street | | | |
| 2 Bridge Ave. | | 05/25/17 | $ 5,793.37 |
| Red Bank          NJ      07701<br>City              State    ZIP Code | | | $ |
| bunceatkinson@aol.com<br>Email or website address | | | |
| Person Who Made the Payment, If Not You | | | |

Debtor 1    Alexander J Figliolia        Case number *(if known)* _____

First Name    Middle Name       Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ _____ |
| Number   Street | | _____ | |
| | | _____ | $ _____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Atkinson & DeBartolo, PC | | | |
| Person Who Was Paid | | | |
| The Galleria | | 01/16/17 | $8,500.00 |
| Number   Street | | | |
| 2 Bridge Ave. | | | |
| Red Bank    NJ    07701 | | _____ | $ _____ |
| City    State    ZIP Code | | | |

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number   Street | | | _____ |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number   Street | | | _____ |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Alexander J Figliolia | | Case number (if known) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |
| _____ | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ <br> Number    Street _____ <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____ <br> Number    Street _____ <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ <br> Number    Street _____ <br> _____ <br> City    State    ZIP Code | Name _____ <br> Number    Street _____ <br> _____ <br> City    State    ZIP Code | | ☐ No <br> ☐ Yes |

| Debtor 1 | Alexander J Figliolia | | | Case number (if known) | |
| | First Name | Middle Name | Last Name | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number   Street | Number   Street | | |
| | City  State  ZIP Code | | |
| City          State      ZIP Code | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number   Street | Number   Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City          State    ZIP Code | | |
| City          State      ZIP Code | | | |

Debtor 1    Alexander J Figliolia                                    Case number (if known)_____
            First Name   Middle Name   Last Name

25. Have you notified any governmental unit of any release of hazardous material?

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number  Street | Number  Street | | |
| City          State      ZIP Code | City          State   ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | Number  Street | | ☐ On appeal |
| | City          State   ZIP Code | | ☐ Concluded |
| Case number | | | |

## Part 11:    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| City          State   ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| City          State   ZIP Code | | From _____ To _____ |

Debtor 1   Alexander J Figliolia                              Case number (if known) _____
          First Name    Middle Name    Last Name

---

Business Name _____

Number  Street _____

_____

City          State    ZIP Code

Describe the nature of the business

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From _____ To _____

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

Name _____

Number  Street _____

_____

City          State    ZIP Code

Date Issued

_____
MM / DD / YYYY

---

| Part 12: | Sign Below |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Alexander J Figliolia*                    ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date 6/7/17                                    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

## Attachment 1/3
### Debtor: Alexander J Figliolia      Case No:

Attachment 1

CONSULTANT INCOME

Attachment 2

CONSULTANT INCOME

Attachment 3

CONSULTANT INCOME

Attachment 4

Additional Payments Benefiting American Express: May 4, 2017; April 14, 2017;
April 10, 2017; April 12, 2017

Attachment 5 Additional Lawsuits, Court Actions, or Administrative Proceedings

Case Title: Div. of Taxation v. Alex Figliolia, et al
Case Number: DJ-237902-2007
Nature of Case: Cert of Debt
Court or Agency's Name: Superior Ct. Mercer Cty.
Court or Agency's Address: 171 Jersey St - Ste 2, Trenton, NJ 08611
Status of Case: Concluded

Case Title: Div of Taxation v. Alex Figliolia, et al
Case Number: DJ-016236-2009
Nature of Case: Cert of Debt
Court or Agency's Name: Superior Ct Mercer Cty
Court or Agency's Address: 171 Jersey St - Ste 2, Trenton, NJ 08611
Status of Case: Concluded

Case Title: Div of Taxation v. Alex Figliolia, et al
Case Number: DJ-303034-2010
Nature of Case: Cert of Debt
Court or Agency's Name: Superior Ct Mercer Cty
Court or Agency's Address: 171 Jersey St - Ste 2, Trenton, NJ 08611
Status of Case: Concluded

Case Title: Div of Taxation v. Alex Figliolia, et al
Case Number: DJ-099386-2012
Nature of Case: Cert of Debt
Court or Agency's Name: Superior Ct Mercer Cty
Court or Agency's Address: 171 Jersey St - Ste 2, Trenton, NJ 08611
Status of Case: Concluded

Case Title: State of NJ v. Alex Figliolia, et al
Case Number: DJ-033313-2016

Attachment 2/3
Debtor: Alexander J Figliolia            Case No:

Nature of Case: Lawsuit Medi Assist and Health Svcs
Court or Agency's Name: Superior Ct. Mercer Cty
Court or Agency's Address: 171 Jersey St - Ste 2, Trenton, NJ 08611
Status of Case: Concluded

Case Title: Holmdel Twsp v. Alex Figliolia et al
Case Number: J-282453-2010
Nature of Case: Contract
Court or Agency's Name: Superior Ct. Mon. Cty.
Court or Agency's Address: 71 Monument St., Freehold, NJ 07728
Status of Case: Concluded

Case Title: The City of NY ECB v. Alex Figliolia, et al.
Nature of Case: Lawsuit for violations
Court or Agency's Name: Supreme Court of NY, Cty of NY
Court or Agency's Address: 60 Centre St., New York, NY 10007
Status of Case: Pending

Attachment 6

  2/27/06 Fed Tax Lien #274355706

Attachment 7 Additional Property Repossessed, Foreclosed, Garnished, Etc.

Creditor's Name: Dept of Treasury
Creditor's Address: Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101
Property Description: 105 Middletown Road, Holmdel, NJ 07733
The Property Was: Attached, Seized, or Levied
Date of Action:5/23/2006 Tax Lien #291844506
Value: Unknown

Creditor's Name: Dept. of Treasury
Creditor's Address: Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101
Property Description: 105 Middletown Road, Holmdel, NJ 07733
The Property Was: Attached, Seized, or Levied
Date of Action:7/10/2007 Tax Lien #375070707
Value: Unknown

Creditor's Name: Dept. of Treasury
Creditor's Address: Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101
Property Description: 105 Middletown Road, Holmdel, NJ 07733
The Property Was: Attached, Seized, or Levied
Date of Action:3/24/2010 Tax Lien #633011020
Value: Unknown

## Attachment 3/3
## Debtor: Alexander J Figliolia          Case No:

Creditor's Name: Dept. of Treasury
Creditor's Address: Internal Revenue Service, PO Box 7346, Philadelphia, PA 19106
Property Description: 105 Middletown Road, Holmdel, NJ 07733
The Property Was: Attached, Seized, or Levied
Date of Action:12/6/2011 Tax Lien #832449911
Value: Unknown

Creditor's Name: Dept. of Treasury
Creditor's Address: Internal Revenue Service, PO Box 7346, Philadelphia, PA 19106
Property Description: 105 Middletown Road, Holmdel, NJ 07733
The Property Was: Attached, Seized, or Levied
Date of Action:1/17/2012 Tax Lien #839612112
Value: Unknown

Creditor's Name: Dept. of Treasury
Creditor's Address: Internal Revenue Service, PO Box 7346, Philadelphia, PA 19106
Property Description: 105 Middletown Road, Holmdel, NJ 07733
The Property Was: Attached, Seized, or Levied
Date of Action:6/18/2014 Tax Lien #103628314
Value: Unknown

Creditor's Name: Dept. of Treasury
Creditor's Address: Internal Revenue Service, PO Box 7346, Philadelphia, PA 19106
Property Description: 105 Middletown Road, Holmdel, NJ 07733
The Property Was: Attached, Seized, or Levied
Date of Action:9/30/2014 Tax Lien #120696814
Value: Unknown

**UNITED STATES BANKRUPTCY COURT**
**New Jersey**

In re:    **Alexander J Figliolia**

_____
Debtors

Case No. _____

Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____        Signed: _____

Dated: _____        Signed: _____

Signed: _____

**Bunce D. Atkinson**
**Attorney for Debtor(s)**
**Bar no.: 9186**
**2 Bridge Ave.**
**Red Bank, New Jersey 07701**
**Telephone No: (732) 530-5300**
**Fax No: (732) 530-9877**

**E-mail address: bunceatkinson@aol.com**

```
American Express
PO Box 1270
Newark, NJ 07101


Bank of America
PO Box 31785
Tampa, FL 33631


Capital One/Saks Fifth Ave.
PO Box 10327
Jackson, MS 39289


Dept. of the Treasury
Internal Revenue Service
Kansas City, MO 64999


Dept. of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


DMS CGI
PO Box 979110
St Louis, MO 63197


Internal Revenue Service
4 Paragon Way - Ste. 2
Freehold, NJ 07728


Katie Brown, Esq.
Buckley Madole PC
99 Wood Ave.
Iselin, NJ 08830


Michael P. Collins, Esq.
Archer & Greiner
10 Highway 35
Red Bank, NJ 07701
```

Nationstar Mortgage, LLC
PO Box 60516
City of Industry, CA 91716


New Jersey Div. of Taxation
Neptune Investigation A
1828 West Lake Ave.-3rd Fl.
Neptune, NJ 07753


NYS Department of Finance
W A Harriman Campus Bldg 9
Albany, NY 12227


Sean O'Brien, Esq.
Frankel Lambert Weiss et al
80 Main St.-Ste.460
West Orange, NJ 07052


Small Business Administration
c/o CBE Group
1309 Technology Pkwy.
Cedar Falls, IA 50613


State of NJ - Div. of Taxation
Revenue Processing Ctr.
PO Box 111
Trenton, NJ 08645


State of NJ - Div. of Taxation
Revenue Processing Ctr.
PO Box 111
Trenton, NJ 08645


State of NJ Div of Taxation
Revenue Processing Ctr
PO Box 111
Trenton, NJ 08645


State of NJ Div. of Taxation
Revenue Processing Ctr.
PO Box 111
Trenton, NJ 08645

```
Township of Holmdel
4 Crawfords Corner Road
Holmdel, NJ 07733


Wells Fargo Card Services
PO Box 14517
Des Moines, IA 50306
```