UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Atkinson & DeBartolo, P.C.
Post Office Box 8415
2 Bridge Avenue, The Galleria
Red Bank, New Jersey 07701
(732) 530-5300; fax (732) 530-9877
BA9186
Attorney for Debtor-in-Possession

Order Filed on June 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALEXANDER J. FIGIOLIA,

Debtor.

Case No.: 17-20755

Hearing Date: 06/07/2018 at 10am

Judge: Michael B. Kaplan

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 22, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Atkinson & DeBartolo, P.C | $24,186.00 | $380.36 |

*rev. 7/1/04 jml*