UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Atkinson & DeBartolo, P.C.
Post Office Box 8415
2 Bridge Avenue, The Galleria
Red Bank, New Jersey 07701
(732) 530-5300; fax (732) 530-9877
BA9186
Attorney for Debtor-in-Possession

**Order Filed on June 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ALEXANDER J. FIGIOLIA,

Debtor.

Case No.:      17-20755

Hearing Date:   06/07/2018 at 10am

Judge:     Michael B. Kaplan

Chapter:    11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 22, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 17-20755-MBK    Doc 88    Filed 06/24/18    Entered 06/25/18 00:51:45    Desc Imaged
Certificate of Notice    Page 1 of 3

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Atkinson & DeBartolo, P.C | $24,186.00 | $380.36 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Alexander J Figliolia  
    Debtor

Case No. 17-20755-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 22, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.
db         +Alexander J Figliolia,    105 Middletown Road,    Holmdel, NJ 07733-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:
          Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde
           bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
          Bunce Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
          Bunce Atkinson    on behalf of Accountant Barbara Rizzi bunceatkinson@aol.com
          Bunce Atkinson    on behalf of Attorney Atkinson & DeBartolo, PC bunceatkinson@aol.com,
           NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
           YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
           CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
          Scott C. Pyfer    on behalf of Plaintiff Filomena Napolitano scott@pyferlawgroup.com,
           scottpyfer@gmail.com;max@pyferlawgroup.com
          Scott C. Pyfer    on behalf of Creditor Filomena Napolitano scott@pyferlawgroup.com,
           scottpyfer@gmail.com;max@pyferlawgroup.com
          Scott C. Pyfer    on behalf of Creditor Robert Napolitano scott@pyferlawgroup.com,
           scottpyfer@gmail.com;max@pyferlawgroup.com
          Scott C. Pyfer    on behalf of Plaintiff Biagio Napolitano scott@pyferlawgroup.com,
           scottpyfer@gmail.com;max@pyferlawgroup.com
          Scott C. Pyfer    on behalf of Creditor Biagio Napolitano scott@pyferlawgroup.com,
           scottpyfer@gmail.com;max@pyferlawgroup.com
          Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
           YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
           CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K sobrien@flwlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 14