UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re __Alexander Figlidia__    Case No. __17-20755/MBK__
Reporting Period: __5/1/18 - 5/31/18__

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | | |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | ✓ |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | BR | ✓ |
| Copies of bank statements | | | Statements |
| Cash disbursements journals | | | GL |
| Statement of Operations | | ✓ | IL |
| Balance Sheet | | ✓ | BS |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

X __Alexander Figlidia__    Date __6/22/2018__
Signature of Debtor

_____    Date _____
Signature of Joint Debtor

_____    Date _____
Signature of Authorized Individual*

_____    Title of Authorized Individual
Printed Name of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __Alexander Fijlda__        Case No. __17-20755/MBK__
        Debtor                     Reporting Period __5/1/18 - 5/31/18__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | | |
|---|---|---|
| Cash - Beginning of Month | 12,902.30 | 85,806.92 |
| **Wages (Net)** | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 8254.20 | 30,344.00 |
| Sale of Assets | | |
| Other Income (attach schedule) Consulting | 37,000.00 | 223,253.50 |
| **Total Receipts** | 39,254.20 | 253,597.50 |
| | | |
| Mortgage Payment(s) | 11,548.12 | 69,286.72 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 8,549.46 | 61,148.96 |
| Insurance | 1297.04 | 44,086.90 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | -0- | 4,995.42 |
| Medical Expenses | | |
| Household Expenses | 267.00 | 31,220.31 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) 2017 | -0- | 9446.00 |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) Bank Charge | .75 | 14.00 |
| **Total Ordinary Disbursements** | 21,662.37 | 220,250.31 |
| Professional Fees | -0- | 2,924.17 |
| U.S. Trustee Fees | -0- | 2,600.24 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | -0- | 5,524.41 |
| **Total Disbursements (Ordinary + Reorganization)** | 21,662.37 | 225,774.72 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 17,591.83 | 27,822.78 |
| Cash - End of Month (Must equal reconciled bank statement) | 30,494.13 | 113,629.70 |

FORM MOR-1 (INDV)
(9/99)

In re: Alexander Figlulia, Debtor
Case No: 17-20753/MBK
Reporting Period: 5/1/18 - 5/31/18

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Consulting | 37,000.00 | 223,253.50 |
| **Other Taxes** | | |
| NJ 2017 | 0 | 9446.60 |
| **Other Ordinary Disbursements** | | |
| Bank Charges | .75 | 14.00 |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

12:33 PM
06/20/18

# Alex Figliolia
## Reconciliation Summary
Amboy Bank DIP, Period Ending 05/31/2018

|  | May 31, 18 |
|---|---:|
| Beginning Balance | 10,822.16 |
|   Cleared Transactions |  |
|     Checks and Payments - 16 items | -21,893.33 |
|     Deposits and Credits - 5 items | 37,000.00 |
|   Total Cleared Transactions | 15,106.67 |
| Cleared Balance | 25,928.83 |
| Register Balance as of 05/31/2018 | 25,928.83 |
| Ending Balance | 25,928.83 |

12:33 PM
06/20/18

# Alex Figliolia
# Reconciliation Detail
Amboy Bank DIP, Period Ending 05/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 10,822.16 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 16 items** | | | | | | |
| Check | 04/27/2018 | 156 | Middletown Sprinklers | X | -421.17 | -421.17 |
| Check | 04/27/2018 | 155 | Horizon Blue Cross ... | X | -265.54 | -686.71 |
| Check | 05/01/2018 | dm | Bank of America | X | -5,774.06 | -6,460.77 |
| Check | 05/01/2018 | dm | First Energy | X | -3,136.00 | -9,596.77 |
| Check | 05/01/2018 | 158 | Silver Script Ins Co | X | -34.30 | -9,631.07 |
| Check | 05/01/2018 | 157 | Silver Script Ins Co | X | -34.30 | -9,665.37 |
| Check | 05/01/2018 | dm | First Energy | X | -10.10 | -9,675.47 |
| Check | 05/11/2018 | 159 | Chapel Hill Cleaners | X | -267.00 | -9,942.47 |
| Check | 05/15/2018 | dm | New Jersey Natural ... | X | -1,504.65 | -11,447.12 |
| Check | 05/21/2018 | 163 | Horizon Blue Cross ... | X | -265.54 | -11,712.66 |
| Check | 05/22/2018 | dm | CMS Medicare Pay... | X | -503.40 | -12,216.06 |
| Check | 05/23/2018 | 160 | | X | -4.50 | -12,220.56 |
| Check | 05/25/2018 | dm | Bank of America | X | -5,774.06 | -17,994.62 |
| Check | 05/25/2018 | dm | Verizon | X | -566.98 | -18,561.60 |
| Check | 05/30/2018 | dm | First Energy | X | -3,136.00 | -21,697.60 |
| Check | 05/30/2018 | dm | First Energy | X | -195.73 | -21,893.33 |
| **Total Checks and Payments** | | | | | -21,893.33 | -21,893.33 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 05/02/2018 | | | X | 7,500.00 | 7,500.00 |
| Deposit | 05/09/2018 | | | X | 7,500.00 | 15,000.00 |
| Deposit | 05/14/2018 | | | X | 7,500.00 | 22,500.00 |
| Deposit | 05/16/2018 | | | X | 7,500.00 | 30,000.00 |
| Deposit | 05/21/2018 | | | X | 7,000.00 | 37,000.00 |
| **Total Deposits and Credits** | | | | | 37,000.00 | 37,000.00 |
| **Total Cleared Transactions** | | | | | 15,106.67 | 15,106.67 |
| **Cleared Balance** | | | | | 15,106.67 | 25,928.83 |
| **Register Balance as of 05/31/2018** | | | | | 15,106.67 | 25,928.83 |
| **Ending Balance** | | | | | 15,106.67 | 25,928.83 |

Page 1

# AMBOY Bank

**SENIOR CHECKING** – ▓▓▓▓▓ ▼

## Transactions

- Scheduled    ⏱ Pending    • Posted

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| May 30, 2018 | 100009694421 FIRSTENERGY OPCO FE ECHECK | -3,136.00 | 25,928.83 |
| May 30, 2018 | 100054438609 FIRSTENERGY OPCO FE ECHECK | -195.73 | 29,064.83 |
| May 29, 2018 | CHECK 163 | -265.54 | 29,260.56 |
| May 25, 2018 | XXXXX2013 Bank of America MORTGAGE | -5,774.06 | 29,526.10 |
| May 25, 2018 | 6340031141 FIS*VERIZON BILL PAY | -563.48 | 35,300.16 |
| May 25, 2018 | 6340031142 BILLMATRIX BILLPAYFEE | -3.50 | 35,863.64 |
| May 23, 2018 | CHECK 160 | -4.50 | 35,867.14 |
| May 22, 2018 | CMS MEDICARE PAYMENT 0162 | -503.40 | 35,871.64 |
| May 21, 2018 | DEPOSIT | 7,000.00 | 36,375.04 |
| May 16, 2018 | DEPOSIT | 7,500.00 | 29,375.04 |
| May 15, 2018 | 12928085051218 NJ NATURALGAS EBILL | -1,504.65 | 21,875.04 |
| May 14, 2018 | DEPOSIT | 7,500.00 | 23,379.69 |
| May 11, 2018 | CHECK 159 | -267.00 | 15,879.69 |
| May 09, 2018 | DEPOSIT | 7,500.00 | 16,146.69 |
| May 08, 2018 | CHECK 156 | -421.17 | 8,646.69 |
| May 08, 2018 | CHECK 155 | -265.54 | 9,067.86 |
| May 07, 2018 | CHECK 158 | -34.30 | 9,333.40 |
| May 07, 2018 | CHECK 157 | -34.30 | 9,367.70 |
| May 02, 2018 | DEPOSIT | 7,500.00 | 9,402.00 |
| May 01, 2018 | XXXXX2013 Bank of America MORTGAGE | -5,774.06 | 1,902.00 |
| May 01, 2018 | 100009694421 FIRSTENERGY OPCO FE ECHECK | -3,136.00 | 7,676.06 |
| May 01, 2018 | 100054438609 FIRSTENERGY OPCO FE ECHECK | -10.10 | 10,812.06 |
| Apr 30, 2018 | 7833332072 BILLMATRIX BILLPAYFEE | -3.50 | |
| Apr 30, 2018 | 7833332071 FIS*VERIZON BILL PAY | -495.04 | |
| Apr 30, 2018 | Check #154 | -245.00 | |
| Apr 27, 2018 | Deposit | 7,500.00 | |
| Apr 23, 2018 | 7216000928 NJWEB40 091000014964162 TXP*I096344428000*01300*171230*T*72 | -726.00 | |
| Apr 19, 2018 | CMS MEDICARE PAYMENT 0152 | -134.00 | |
| Apr 19, 2018 | 200850920654078 IRS USATAXPYMT | -8,720.00 | |

1:44 PM
06/22/18

# Alex Figliolia
## Reconciliation Summary
### Direct Express Card, Period Ending 05/31/2018

|  | May 31, 18 |
|---|---:|
| **Beginning Balance** | 2,766.85 |
|   Cleared Transactions | |
|     Checks and Payments - 2 items | -455.75 |
|     Deposits and Credits - 1 item | 2,254.20 |
|   Total Cleared Transactions | 1,798.45 |
| **Cleared Balance** | 4,565.30 |
| Register Balance as of 05/31/2018 | 4,565.30 |
| **Ending Balance** | 4,565.30 |

1:44 PM
06/22/18

# Alex Figliolia
## Reconciliation Detail
Direct Express Card, Period Ending 05/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 2,766.85 |
| **Cleared Transactions** | | | | | | |
|   *Checks and Payments - 2 items* | | | | | | |
| Check | 05/03/2018 | | | X | -0.75 | -0.75 |
| Check | 05/08/2018 | dm | Ent and Allergy | X | -455.00 | -455.75 |
|   Total Checks and Payments | | | | | -455.75 | -455.75 |
|   *Deposits and Credits - 1 item* | | | | | | |
| Deposit | 05/09/2018 | | | X | 2,254.20 | 2,254.20 |
|   Total Deposits and Credits | | | | | 2,254.20 | 2,254.20 |
|   Total Cleared Transactions | | | | | 1,798.45 | 1,798.45 |
| **Cleared Balance** | | | | | 1,798.45 | 4,565.30 |
| **Register Balance as of 05/31/2018** | | | | | 1,798.45 | 4,565.30 |
| **Ending Balance** | | | | | 1,798.45 | 4,565.30 |

20.06.2018 06:21 PM    janfg                                7325305499                    PAGE.  1/ 2



Direct Express® Debit Card Program
P.O. Box 245998
San Antonio, TX 78224

Comerica Bank
MEMBER FDIC

To contact us

Customer Service: (888) 741-1115

Hearing Impaired: (866) 569-0447
International: (765) 778-6290 (Collect)

Visit our web site
www.USDirectExpress.com

Write to us
Direct Express® Card Services
P.O. Box 245998
San Antonio, TX 78224

## Monthly Account Statement

LSAOSADTN5 040959

ALEX J FIGLIOLIA
103 MIDDLETOWN ROAD
HOLMDEL, NJ 07733-0000

Thank You for Being a Direct Express® Card Customer

Date Range: May 2018

| | |
|---|---|
| Starting Balance: | $2,768.85 |
| Credits: | $2,304.20 |
| Debits: | $466.75 |
| Ending Balance: | $4,606.30 |

Card Number: 599248XXXXXX9248

2:53 PM  
06/22/18  
Accrual Basis

# Alex Figliolia
## General Ledger
### As of May 31, 2018

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Amboy Bank DIP** | | | | | | | | |
| Check | 05/01/2018 | dm | | First Energy | | | 10.10 | 10,135.45 |
| Check | 05/01/2018 | dm | | First Energy | | | | 10,125.35 |
| Check | 05/01/2018 | dm | | Bank of America | | | 3,136.00 | 6,989.35 |
| Check | 05/01/2018 | 157 | | Silver Script Ins Co | | | 5,774.06 | 1,215.29 |
| Check | 05/01/2018 | 158 | | Silver Script Ins Co | | | 34.30 | 1,180.99 |
| Deposit | 05/02/2018 | | | | Deposit | | 34.30 | 1,146.69 |
| Deposit | 05/09/2018 | | | | Deposit | 7,500.00 | | 8,646.69 |
| Check | 05/11/2018 | 159 | | Chapel Hill Cleaners | | 7,500.00 | | 16,146.69 |
| Deposit | 05/14/2018 | | | | Deposit | | 267.00 | 15,879.69 |
| Check | 05/15/2018 | dm | | New Jersey Natural Gas | | 7,500.00 | | 23,379.69 |
| Deposit | 05/16/2018 | | | | Deposit | | 1,504.65 | 21,875.04 |
| Deposit | 05/21/2018 | | | | Deposit | 7,000.00 | | 29,375.04 |
| Check | 05/21/2018 | 163 | | Horizon Blue Cross Blue S… | | | | 36,375.04 |
| Check | 05/22/2018 | dm | | CMS Medicare Payment | | | 265.54 | 36,109.50 |
| Check | 05/23/2018 | 160 | | Caremark | | | 503.40 | 35,606.10 |
| Check | 05/25/2018 | dm | | Verizon | | | 4.50 | 35,601.60 |
| Check | 05/25/2018 | dm | | Bank of America | | | 566.98 | 35,034.62 |
| Check | 05/30/2018 | dm | | First Energy | | | 5,774.06 | 29,260.56 |
| Check | 05/30/2018 | dm | | First Energy | | | 3,136.00 | 26,124.56 |
| | | | | | | | 195.73 | 25,928.83 |
| **Total Amboy Bank DIP** | | | | | | 37,000.00 | 21,206.62 | 25,928.83 |
| | | | | | | | | |
| **Direct Express Card** | | | | | | | | |
| Check | 05/03/2018 | | | | Service Charge | | 0.75 | 2,766.85 |
| Check | 05/08/2018 | dm | | Ent and Allergy | | | 455.00 | 2,766.10 |
| Deposit | 05/09/2018 | | | | Deposit | 2,254.20 | | 2,311.10 |
| | | | | | | | | 4,565.30 |
| **Total Direct Express Card** | | | | | | 2,254.20 | 455.75 | 4,565.30 |
| | | | | | | | | |
| **Accumulated Depreciation** | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | 0.00 |
| | | | | | | | | |
| **Furniture and Equipment** | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | 0.00 |
| | | | | | | | | |
| **Accounts Payable** | | | | | | | | 0.00 |
| Total Accounts Payable | | | | | | | | 0.00 |
| | | | | | | | | |
| **Payroll Liabilities** | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | 0.00 |
| | | | | | | | | |
| **Opening Balance Equity** | | | | | | | | -2,671.35 |
| Total Opening Balance Equity | | | | | | | | -2,671.35 |
| | | | | | | | | |
| **Owners Draw** | | | | | | | | 0.00 |
| Total Owners Draw | | | | | | | | 0.00 |
| | | | | | | | | |
| **Owners Equity** | | | | | | | | -6,703.04 |
| Total Owners Equity | | | | | | | | -6,703.04 |

Page 1

2:53 PM
06/22/18
Accrual Basis

# Alex Figliolia
## General Ledger
### As of May 31, 2018

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Consulting Income** | | | | | | | | |
| Deposit | 05/02/2018 | | | | Deposit | | 7,500.00 | -86,179.25 |
| Deposit | 05/09/2018 | | | | Deposit | | 7,500.00 | -93,679.25 |
| Deposit | 05/14/2018 | | | | Deposit | | 7,500.00 | -101,179.25 |
| Deposit | 05/16/2018 | | | | Deposit | | 7,500.00 | -108,679.25 |
| Deposit | 05/21/2018 | | | | Deposit | | 7,000.00 | -116,179.25 |
| | | | | | | | | -123,179.25 |
| Total Consulting Income | | | | | | 0.00 | 37,000.00 | -123,179.25 |
| **Social Security Income** | | | | | | | | |
| Deposit | 05/09/2018 | | | | Deposit | | 2,254.20 | -9,214.80 |
| | | | | | | | | -11,469.00 |
| Total Social Security Income | | | | | | 0.00 | 2,254.20 | -11,469.00 |
| **Advertising and Promotion** | | | | | | | | |
| Total Advertising and Promotion | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | |
| Total Automobile Expense | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | |
| Check | 05/03/2018 | | | | Service Charge | 0.75 | | 8.00 |
| | | | | | | | | 8.75 |
| Total Bank Service Charges | | | | | | 0.75 | 0.00 | 8.75 |
| **Bankruptcy Fees** | | | | | | | | |
| Total Bankruptcy Fees | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | |
| Total Computer and Internet Expenses | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Continuing Education** | | | | | | | | |
| Total Continuing Education | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | |
| Total Depreciation Expense | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | |
| Total Dues and Subscriptions | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Insurance Expense** | | | | | | | | |
| General Liability Insurance | | | | | | | | 30,558.07 |
| Total General Liability Insurance | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |

Page 2

2:53 PM  
06/22/18  
Accrual Basis

# Alex Figliolia
## General Ledger
### As of May 31, 2018

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Insurance Expense - Other** | | | | | | | | |
| Check | 05/01/2018 | 157 | | Silver Script Ins Co | | 34.30 | | 30,558.07 |
| Check | 05/01/2018 | 158 | | Silver Script Ins Co | | 34.30 | | 30,592.37 |
| Check | 05/08/2018 | dm | | Ent and Allergy | | 455.00 | | 30,626.67 |
| Check | 05/21/2018 | 163 | | Horizon Blue Cross Blue S... | | 265.54 | | 31,081.67 |
| Check | 05/22/2018 | dm | | CMS Medicare Payment | | 503.40 | | 31,347.21 |
| Check | 05/23/2018 | 160 | | Caremark | | 4.50 | | 31,850.61 |
| | | | | | | | | 31,855.11 |
| Total Insurance Expense - Other | | | | | | 1,297.04 | 0.00 | 31,855.11 |
| Total Insurance Expense | | | | | | 1,297.04 | 0.00 | 31,855.11 |
| **Interest Expense** | | | | | | | | |
| Total Interest Expense | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | |
| Total Meals and Entertainment | | | | | | | | 0.00 |
| **Meals, Household Supplies and E** | | | | | | | | |
| Check | 05/11/2018 | 159 | | Chapel Hill Cleaners | | 267.00 | | 8,688.01 |
| | | | | | | | | 8,955.01 |
| Total Meals, Household Supplies and E | | | | | | 267.00 | 0.00 | 8,955.01 |
| **Office Supplies** | | | | | | | | |
| Total Office Supplies | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | |
| Total Payroll Expenses | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | |
| Total Rent Expense | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | 421.17 |
| Total Repairs and Maintenance | | | | | | | | 421.17 |
| **Second Mortgage** | | | | | | | | |
| Check | 05/01/2018 | dm | | Bank of America | | 5,774.06 | | 17,322.18 |
| Check | 05/25/2018 | dm | | Bank of America | | 5,774.06 | | 23,096.24 |
| | | | | | | | | 28,870.30 |
| Total Second Mortgage | | | | | | 11,548.12 | 0.00 | 28,870.30 |
| **Taxes** | | | | | | | | 9,446.00 |
| Total Taxes | | | | | | | | 9,446.00 |
| **Telephone Expense** | | | | | | | | |
| Check | 05/25/2018 | dm | | Verizon | | 566.98 | | 2,882.52 |
| | | | | | | | | 3,449.50 |
| Total Telephone Expense | | | | | | 566.98 | 0.00 | 3,449.50 |
| **Travel Expense** | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | 0.00 |

2:53 PM
06/22/18
Accrual Basis

# Alex Figliolia
## General Ledger
### As of May 31, 2018

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Utilities** | | | | | | | | |
| Check | 05/01/2018 | dm | | First Energy | | 10.10 | | 21,239.95 |
| Check | 05/01/2018 | dm | | First Energy | | | | 21,250.05 |
| Check | 05/15/2018 | dm | | New Jersey Natural Gas | | 3,136.00 | | 24,386.05 |
| Check | 05/30/2018 | dm | | First Energy | | 1,504.65 | | 25,890.70 |
| Check | 05/30/2018 | dm | | First Energy | | 3,136.00 | | 29,026.70 |
| | | | | | | 195.73 | | 29,222.43 |
| **Total Utilities** | | | | | | 7,982.48 | 0.00 | 29,222.43 |
| **Ask My Accountant** | | | | | | | | |
| Total Ask My Accountant | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Professional Fees** | | | | | | | | |
| Total Professional Fees | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **US Trustee Fee** | | | | | | | | |
| Total US Trustee Fee | | | | | | | | 1,300.24 |
| | | | | | | | | 1,300.24 |
| **No accnt** | | | | | | | | |
| Total no accnt | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **TOTAL** | | | | | | 60,916.57 | 60,916.57 | 0.00 |

Page 4

2:32 PM
06/22/18
Accrual Basis

# Alex Figliolia
## Balance Sheet
### As of May 31, 2018

|  | May 31, 18 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Amboy Bank DIP | 25,928.83 |
|       Direct Express Card | 4,565.30 |
|     **Total Checking/Savings** | 30,494.13 |
|   **Total Current Assets** | 30,494.13 |
| **TOTAL ASSETS** | 30,494.13 |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     Opening Balance Equity | 2,671.35 |
|     Owners Equity | 6,703.04 |
|     Net Income | 21,119.74 |
|   **Total Equity** | 30,494.13 |
| **TOTAL LIABILITIES & EQUITY** | 30,494.13 |

2:46 PM
06/22/18
Accrual Basis

# Alex Figliolia
# Profit & Loss
### May 2018

|  | May 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Consulting Income | 37,000.00 |
| Social Security Income | 2,254.20 |
| **Total Income** | 39,254.20 |
| **Expense** | |
| Bank Service Charges | 0.75 |
| Insurance Expense | 1,297.04 |
| Meals, Household Supplies and E | 267.00 |
| Second Mortgage | 11,548.12 |
| Telephone Expense | 566.98 |
| Utilities | 7,982.48 |
| **Total Expense** | 21,662.37 |
| **Net Ordinary Income** | 17,591.83 |
| **Net Income** | 17,591.83 |