UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re  Alexander Figlidia

Case No. 17-20755/MBK
Reporting Period: 6/1/18 - 6/30/18

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | | |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | BR | ✓ |
| Copies of bank statements | | Statem. | ✓ |
| Cash disbursements journals | | GL | ✓ |
| Statement of Operations | | PL | ✓ |
| Balance Sheet | | BS | ✓ |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

X _Alexander Figlidia_  Date  7/23/18
Signature of Debtor

_____  Date _____
Signature of Joint Debtor

_____  Date _____
Signature of Authorized Individual*

_____  _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: **Alexander Fiplidlia**, Debtor

Case No. **17-20755/MBK**
Reporting Period **6/1/18 - 6/30/18**

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. (See MOR-1 (INDV) (CONT))

| | Month | Cumulative |
|---|---|---|
| Cash - Beginning of Month | 30,444.13 | 113,629.13 |
| **Receipts** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,254.20 | 32,598.20 |
| Sale of Assets | | |
| Other Income (attach schedule) Consulting | 19,500.00 | 242,753.50 |
| **Total Receipts** | 21,754.20 | 275,351.70 |
| **Disbursements** | | |
| Mortgage Payment(s) | 5,774.06 | 75,002.78 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 8105.13 | 62,064.04 |
| Insurance | 15,641.23 | 59,728.13 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 4,995.42 |
| Medical Expenses | | |
| Household Expenses | 6,126.00 | 27,346.31 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 9,446.00 |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) Bank Charge | .75 | 14.75 |
| **Total Ordinary Disbursements** | 28,407.17 | 248,651.48 |
| Professional Fees | 0 | 2,924.17 |
| U.S. Trustee Fees | 0 | 2,600.24 |
| Other Reorganization Expenses (attach schedule) | 0 | |
| **Total Reorganization Items** | 0 | 5,524.41 |
| **Total Disbursements (Ordinary + Reorganization)** | 28,407.17 | 254,181.99 |
| Net Cash Flow (Total Receipts - Total Disbursements) | (6,652.97) | 21,169.71 |
| Cash - End of Month (Must equal reconciled bank statement) | 23,841.16 | 134,799.57 |

FORM MOR-1(INDV)
(9/99)

In re **Alexander Figlidia**
      Debtor

Case No. **17-20755/MBK**
Reporting Period: **10/1/18 - 10/30/18**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Consulting | 19,500 | 242,753.70 |
| **Other Taxes** | | |
| IRS / NJ | 0 | 94146.60 |
| **Other Ordinary Disbursements** | | |
| Bank Charges | .75 | 14.75 |
| **Other Reorganization Expenses** | | |
|  |  |  |

FORM MOR-1 (INDV) (CONT)
(9/99)

3:12 PM
07/23/18

# Alex Figliolia
## Reconciliation Summary
Amboy Bank DIP, Period Ending 06/30/2018

|  | Jun 30, 18 |  |
|---|---|---|
| **Beginning Balance** |  | 25,928.83 |
| **Cleared Transactions** |  |  |
|     Checks and Payments - 7 items | -22,406.42 |  |
|     Deposits and Credits - 3 items | 19,500.00 |  |
| **Total Cleared Transactions** | -2,906.42 |  |
| **Cleared Balance** |  | 23,022.41 |
| **Register Balance as of 06/30/2018** |  | 23,022.41 |
| **Ending Balance** |  | 23,022.41 |

3:12 PM
07/23/18

# Alex Figliolia
## Reconciliation Detail
Amboy Bank DIP, Period Ending 06/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 25,928.83 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 06/05/2018 | 165 | Silver Script Ins Co | X | -34.30 | -34.30 |
| Check | 06/05/2018 | 164 | Silver Script Ins Co | X | -34.30 | -68.60 |
| Check | 06/13/2018 | dm | New Jersey Natural ... | X | -649.35 | -717.95 |
| Check | 06/14/2018 | dm | AIG Insurance | X | -15,572.63 | -16,290.58 |
| Check | 06/15/2018 | 166 | Chapel Hill Cleaners | X | -126.00 | -16,416.58 |
| Check | 06/18/2018 | dm | American Water | X | -215.78 | -16,632.36 |
| Check | 06/29/2018 | dm | Bank of America | X | -5,774.06 | -22,406.42 |
| Total Checks and Payments | | | | | -22,406.42 | -22,406.42 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 06/12/2018 | | | X | 8,500.00 | 8,500.00 |
| Deposit | 06/22/2018 | | | X | 5,000.00 | 13,500.00 |
| Deposit | 06/28/2018 | | | X | 6,000.00 | 19,500.00 |
| Total Deposits and Credits | | | | | 19,500.00 | 19,500.00 |
| Total Cleared Transactions | | | | | -2,906.42 | -2,906.42 |
| **Cleared Balance** | | | | | -2,906.42 | 23,022.41 |
| Register Balance as of 06/30/2018 | | | | | -2,906.42 | 23,022.41 |
| **Ending Balance** | | | | | -2,906.42 | 23,022.41 |

# AMBOY Bank

**SENIOR CHECKING –** ▊▊▊▊

## Transactions

📅 Scheduled   🕐 Pending   ● Posted

| | Date | Description | Amount | Balance |
|---|---|---|---|---|
| 🕐 | Jul 17, 2018 | CHECK 173 | -380.36 | 8,847.07 |
| 🕐 | Jul 17, 2018 | CHECK 172 | -24,186.00 | 9,227.43 |
| 🕐 | Jul 17, 2018 | CHECK 174 | -493.40 | 33,413.43 |
| ● | Jul 16, 2018 | 13265426071216 NJ NATURALGAS EBILL | -193.69 | 33,906.83 |
| ● | Jul 13, 2018 | CMS MEDICARE PAYMENT 0167 | -503.40 | 34,100.52 |
| ● | Jul 13, 2018 | DEPOSIT | 7,000.00 | 34,603.92 |
| ● | Jul 09, 2018 | DEPOSIT | 8,000.00 | 27,603.92 |
| ● | Jul 05, 2018 | CHECK 168 | -265.54 | 19,603.92 |
| ● | Jul 03, 2018 | CHECK 170 | -205.80 | 19,869.46 |
| ● | Jul 03, 2018 | CHECK 169 | -205.80 | 20,075.26 |
| ● | Jul 03, 2018 | 100009694421 FIRSTENERGY OPCO FE ECHECK | -2,037.01 | 20,281.06 |
| ● | Jul 03, 2018 | 7840962901 FIS*VERIZON BILL PAY | -567.02 | 22,318.07 |
| ● | Jul 03, 2018 | 100054438609 FIRSTENERGY OPCO FE ECHECK | -133.82 | 22,885.09 |
| ● | Jul 03, 2018 | 7840962902 BILLMATRIX BILLPAYFEE | -3.50 | 23,018.91 |
| ● | Jun 29, 2018 | XXXXX2013 Bank of America MORTGAGE | -5,774.06 | 23,022.41 |
| ● | Jun 26, 2018 | DEPOSIT | 6,000.00 | 28,796.47 |
| ● | Jun 22, 2018 | DEPOSIT | 5,000.00 | 22,796.47 |
| ● | Jun 19, 2018 | CHECK 166 | -126.00 | 17,796.47 |
| ● | Jun 18, 2018 | 7979980 AMERICAN-WATER UTIL-PMNT | -213.83 | 17,922.47 |
| ● | Jun 18, 2018 | 6894033 PMNTUS SVC FEE SERVICEFEE | -1.95 | 18,136.30 |
| ● | Jun 14, 2018 | AIGONEXXXXX2890 PCS AIGPCSPAYS | -15,572.63 | 18,138.25 |
| ● | Jun 13, 2018 | 13118933061118 NJ NATURALGAS EBILL | -649.35 | 33,710.88 |
| ● | Jun 12, 2018 | DEPOSIT | 8,500.00 | 34,360.23 |
| ● | Jun 05, 2018 | CHECK 165 | -34.30 | 25,860.23 |
| ● | Jun 05, 2018 | CHECK 164 | -34.30 | 25,894.53 |
| ● | May 30, 2018 | 100054438609 FIRSTENERGY OPCO FE ECHECK | -195.73 | |
| ● | May 30, 2018 | 100009694421 FIRSTENERGY OPCO FE ECHECK | -3,136.00 | |
| ● | May 29, 2018 | Check #163 | -265.54 | |
| ● | May 25, 2018 | 6340031142 BILLMATRIX BILLPAYFEE | -3.50 | |
| ● | May 25, 2018 | 6340031141 FIS*VERIZON BILL PAY | -563.48 | |

https://web4.secureinternetbank.com/PBI_PBI1151/Account/Detail/...

2:36 PM
07/23/18

# Alex Figliolia
## Reconciliation Summary
Direct Express Card, Period Ending 06/30/2018

|  | Jun 30, 18 |  |
|---|---:|---:|
| **Beginning Balance** |  | 4,565.30 |
|   Cleared Transactions |  |  |
|     Checks and Payments - 3 items | -6,000.75 |  |
|     Deposits and Credits - 1 Item | 2,254.20 |  |
|   Total Cleared Transactions | -3,746.55 |  |
| **Cleared Balance** |  | **818.75** |
| **Register Balance as of 06/30/2018** |  | 818.75 |
| **Ending Balance** |  | 818.75 |

2:36 PM
07/23/18

# Alex Figliolia
## Reconciliation Detail
Direct Express Card, Period Ending 06/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 4,565.30 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 06/01/2018 | dm | TD Bank Cash With... | X | -4,000.00 | -4,000.00 |
| Check | 06/01/2018 | | | X | -0.75 | -4,000.75 |
| Check | 06/28/2018 | dm | TD Bank Cash With... | X | -2,000.00 | -6,000.75 |
| Total Checks and Payments | | | | | -6,000.75 | -6,000.75 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 06/13/2018 | | | X | 2,254.20 | 2,254.20 |
| Total Deposits and Credits | | | | | 2,254.20 | 2,254.20 |
| Total Cleared Transactions | | | | | -3,746.55 | -3,746.55 |
| **Cleared Balance** | | | | | -3,746.55 | 818.75 |
| **Register Balance as of 06/30/2018** | | | | | -3,746.55 | 818.75 |
| **Ending Balance** | | | | | -3,746.55 | 818.75 |

7/20/2018                                         Direct Express®

Direct Express® is a service mark of the U.S. Department of the Treasury, Financial Management Service (used with permission).

**Transaction Summary**
June 2018

|  |  |
|---|---|
| | **Contact Us** |
| | **Call** |
| | Customer Service: (888)741-1115 |
| | Hearing Impaired: (866)569-0447 |
| **Name:** ALEX J FIGLIOLIA | International: (765)778-6290 (Collect) |
| **Address:** 105 MIDDLETOWN ROAD | **Visit our web site** |
| **City, State, Zip Code:** HOLMDEL, NJ, USA, 077330000 | www.USDirectExpress.com |
| | **Write to us** |
| | Direct Express® Payment Processing Services |
| | P.O. Box 81309 |
| | Austin, TX 78708 |

**Thank You for Being a Direct Express® Customer**

| Date Range: June 2018 | | | | |
|---|---|---|---|---|
| **Card Number :** XXXXXXXXXXXX9246 | | | | |
| **Date Posted** | **Merchant/ ATM Location/ Confirmation Number** | **Trans.Type** | **Charges** | **Credits** |
| 06/28/2018 09:33:47 | TD BANK,HOLMDEL,NJ | CASH PURCHASE | $2,000.00 | |
| 06/21/2018 01:10:27 | SHORE POINT MOTEL INC,HAZLET,NJ | PURCHASE RETURN | | $272.00 |
| 06/18/2018 17:28:49 | SHORE POINT MOTEL INC,HAZLET,NJ | CASH PURCHASE | $272.00 | |
| 06/13/2018 00:00:00 | " | DEPOSIT FROM SSA | | $2,254.20 |
| 06/01/2018 13:21:34 | TD BANK,HOLMDEL,NJ | CASH PURCHASE | $4,000.00 | |
| 06/01/2018 12:41:24 | " | MONTHLY PAPER STATEMENT FEE | $0.75 | |
| | **Total Charges and Credits/Deposits:** | | **$6,272.75** | **$2,526.20** |

**In case of errors or questions about any of your transactions.** Telephone us at 1-888-741-1115 or write to us at P.O. Box 245998 San Antonio, TX 78224-5998 if you think an error has occurred. We must hear from you promptly after you learn of an error. You will need to tell us:
- Your name and card number.
- Why you believe there is an error, and the dollar amount involved.
- Approximately when the error took place.

**Report a Lost or Stolen Card.** Call us immediately at 1-888-741-1115 (Outside the US, call collect 1-765-778-6290) to report a lost or stolen card.

1/1

7/20/2018                                                                 Direct Express ®

Direct Express® is a service mark of the U.S. Department of the Treasury, Financial Management Service (used with permission).

**Transaction Summary**
July 2018

|  |  |
|---|---|
| | **Contact Us** |
| | **Call** |
| **Name:** ALEX J FIGLIOLIA | **Customer Service:** (888)741-1115 |
| **Address:** 105 MIDDLETOWN ROAD | **Hearing Impaired:** (866)569-0447 |
| **City, State, Zip Code:** HOLMDEL, NJ, USA, 077330000 | **International:** (765)778-6290 (Collect) |
| | **Visit our web site** www.USDirectExpress.com |
| | **Write to us** Direct Express® Payment Processing Services P.O. Box 81309 Austin, TX 78708 |

**Thank You for Being a Direct Express® Customer**

| Date Range: July 2018 | | | | |
|---|---|---|---|---|
| Card Number : XXXXXXXXXXXX9246 | | | | |
| Date Posted | Merchant/ ATM Location/ Confirmation Number | Trans.Type | Charges | Credits |
| 07/11/2018 00:00:00 | " | DEPOSIT FROM SSA | | $2,254.20 |
| 07/01/2018 08:44:17 | " | MONTHLY PAPER STATEMENT FEE | $0.75 | |
| | | **Total Charges and Credits/Deposits:** | **$0.75** | **$2,254.20** |

**In case of errors or questions about any of your transactions.** Telephone us at 1-888-741-1115 or write to us at P.O. Box 245998 San Antonio, TX 78224-5998 if you think an error has occurred. We must hear from you promptly after you learn of an error. You will need to tell us:

- Your name and card number.
- Why you believe there is an error, and the dollar amount involved.
- Approximately when the error took place.

**Report a Lost or Stolen Card.** Call us immediately at 1-888-741-1115 (Outside the US, call collect 1-765-778-6290) to report a lost or stolen card.

1/1

3:50 PM
07/23/18
Accrual Basis

# Alex Figliolia
## General Ledger
### As of June 30, 2018

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---:|---:|---:|
| **Amboy Bank DIP** | | | | | | | | 25,928.83 |
| Check | 06/05/2018 | 165 | | Silver Script Ins Co | | | 34.30 | 25,894.53 |
| Check | 06/05/2018 | 164 | | Silver Script Ins Co | | | 34.30 | 25,860.23 |
| Deposit | 06/12/2018 | | | | Deposit | 8,500.00 | | 34,360.23 |
| Check | 06/13/2018 | dm | | New Jersey Natural Gas | | | 649.35 | 33,710.88 |
| Check | 06/14/2018 | dm | | AIG Insurance | | | 15,572.63 | 18,138.25 |
| Check | 06/15/2018 | 166 | | Chapel Hill Cleaners | | | 126.00 | 18,012.25 |
| Check | 06/18/2018 | dm | | American Water | | | 215.78 | 17,796.47 |
| Deposit | 06/22/2018 | | | | Deposit | 5,000.00 | | 22,796.47 |
| Deposit | 06/28/2018 | | | | Deposit | 6,000.00 | | 28,796.47 |
| Check | 06/29/2018 | dm | | Bank of America | | | 5,774.06 | 23,022.41 |
| **Total Amboy Bank DIP** | | | | | | 19,500.00 | 22,406.42 | 23,022.41 |
| **Direct Express Card** | | | | | | | | 4,565.30 |
| Check | 06/01/2018 | dm | | TD Bank Cash Withdra... | | | 4,000.00 | 565.30 |
| Check | 06/01/2018 | | | | Service Charge | | 0.75 | 564.55 |
| Deposit | 06/13/2018 | | | | Deposit | 2,254.20 | | 2,818.75 |
| Check | 06/28/2018 | dm | | TD Bank Cash Withdra... | | | 2,000.00 | 818.75 |
| **Total Direct Express Card** | | | | | | 2,254.20 | 6,000.75 | 818.75 |
| **Accumulated Depreciation** | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | 0.00 |
| Total Accounts Payable | | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | -2,671.35 |
| Total Opening Balance Equity | | | | | | | | -2,671.35 |
| **Owners Draw** | | | | | | | | 0.00 |
| Total Owners Draw | | | | | | | | 0.00 |
| **Owners Equity** | | | | | | | | -6,703.04 |
| Total Owners Equity | | | | | | | | -6,703.04 |
| **Consulting Income** | | | | | | | | -123,179.25 |
| Deposit | 06/12/2018 | | | | Deposit | | 8,500.00 | -131,679.25 |
| Deposit | 06/22/2018 | | | | Deposit | | 5,000.00 | -136,679.25 |
| Deposit | 06/28/2018 | | | | Deposit | | 6,000.00 | -142,679.25 |
| **Total Consulting Income** | | | | | | 0.00 | 19,500.00 | -142,679.25 |
| **Social Security Income** | | | | | | | | -11,469.00 |
| Deposit | 06/13/2018 | | | | Deposit | | 2,254.20 | -13,723.20 |
| **Total Social Security Income** | | | | | | 0.00 | 2,254.20 | -13,723.20 |
| **Advertising and Promotion** | | | | | | | | 0.00 |
| Total Advertising and Promotion | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | 0.00 |
| Total Automobile Expense | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | 8.75 |
| Check | 06/01/2018 | | | | Service Charge | 0.75 | | 9.50 |
| **Total Bank Service Charges** | | | | | | 0.75 | 0.00 | 9.50 |
| **Bankruptcy Fees** | | | | | | | | 0.00 |
| Total Bankruptcy Fees | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | 0.00 |
| Total Computer and Internet Expenses | | | | | | | | 0.00 |
| **Continuing Education** | | | | | | | | 0.00 |
| Total Continuing Education | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | 0.00 |
| Total Dues and Subscriptions | | | | | | | | 0.00 |

3:50 PM  
07/23/18  
Accrual Basis

# Alex Figliolia
## General Ledger
### As of June 30, 2018

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---:|---:|---:|
| **Insurance Expense** | | | | | | | | 31,855.11 |
|   General Liability Insurance | | | | | | | | 0.00 |
|   Total General Liability Insurance | | | | | | | | 0.00 |
|   Insurance Expense - Other | | | | | | | | 31,855.11 |
|     Check | 06/05/2018 | 165 | | Silver Script Ins Co | | 34.30 | | 31,889.41 |
|     Check | 06/05/2018 | 164 | | Silver Script Ins Co | | 34.30 | | 31,923.71 |
|     Check | 06/14/2018 | | dm | AIG Insurance | | 15,572.63 | | 47,496.34 |
|   Total Insurance Expense - Other | | | | | | 15,641.23 | 0.00 | 47,496.34 |
| **Total Insurance Expense** | | | | | | 15,641.23 | 0.00 | 47,496.34 |
| **Interest Expense** | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | 0.00 |
| **Meals, Household Supplies and E** | | | | | | | | 8,955.01 |
|   Check | 06/01/2018 | | dm | TD Bank Cash Withdra... | | 4,000.00 | | 12,955.01 |
|   Check | 06/15/2018 | 166 | | Chapel Hill Cleaners | | 126.00 | | 13,081.01 |
|   Check | 06/28/2018 | | dm | TD Bank Cash Withdra... | | 2,000.00 | | 15,081.01 |
| **Total Meals, Household Supplies and E** | | | | | | 6,126.00 | 0.00 | 15,081.01 |
| **Office Supplies** | | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | 421.17 |
| Total Repairs and Maintenance | | | | | | | | 421.17 |
| **Second Mortgage** | | | | | | | | 28,870.30 |
|   Check | 06/29/2018 | | dm | Bank of America | | 5,774.06 | | 34,644.36 |
| **Total Second Mortgage** | | | | | | 5,774.06 | 0.00 | 34,644.36 |
| **Taxes** | | | | | | | | 9,446.00 |
| Total Taxes | | | | | | | | 9,446.00 |
| **Telephone Expense** | | | | | | | | 3,449.50 |
| Total Telephone Expense | | | | | | | | 3,449.50 |
| **Travel Expense** | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | 29,222.43 |
|   Check | 06/13/2018 | | dm | New Jersey Natural Gas | | 649.35 | | 29,871.78 |
|   Check | 06/18/2018 | | dm | American Water | | 215.78 | | 30,087.56 |
| **Total Utilities** | | | | | | 865.13 | 0.00 | 30,087.56 |
| **Ask My Accountant** | | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | | 0.00 |
| **Professional Fees** | | | | | | | | 0.00 |
| Total Professional Fees | | | | | | | | 0.00 |
| **US Trustee Fee** | | | | | | | | 1,300.24 |
| Total US Trustee Fee | | | | | | | | 1,300.24 |
| **No accnt** | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | 0.00 |
| **TOTAL** | | | | | | 50,161.37 | 50,161.37 | 0.00 |

3:49 PM
07/23/18
Accrual Basis

# Alex Figliolia
## Balance Sheet
### As of June 30, 2018

|  | Jun 30, 18 |
|---|---|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       Amboy Bank DIP | 23,022.41 |
|       Direct Express Card | 818.75 |
|     **Total Checking/Savings** | 23,841.16 |
|   **Total Current Assets** | 23,841.16 |
| **TOTAL ASSETS** | 23,841.16 |
| **LIABILITIES & EQUITY** | |
|   Equity | |
|     Opening Balance Equity | 2,671.35 |
|     Owners Equity | 6,703.04 |
|     Net Income | 14,466.77 |
|   **Total Equity** | 23,841.16 |
| **TOTAL LIABILITIES & EQUITY** | 23,841.16 |