Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Alexander J Figliolia,<br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 17-20755-MBK<br><br>Hearing Date: August 2, 2018 10:00 am<br><br>Judge: Michael B. Kaplan |
|---|---|

**CERTIFICATION OF SERVICE**

1. I, Maria Bahena:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for McCalla Raymer Leibert Pierce, LLC who represents the Secured Creditor.

    ☐ am the _____ in the above case and am representing myself.

2. On July 27, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| 7/27/2018 | /s/Maria Bahena |
|---|---|
| Date | Signature |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Alexander J Figliolia<br>105 Middletown Road<br>Holmdel, NJ 07733 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Bunce Atkinson<br>Atkinson & DeBartolo<br>2 Bridge Ave., Post Office Box 8415<br>Building 2, 3rd Floor<br>Red Bank, NJ 07701 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Lauren Bielskie<br>U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Pyfer Law Group LLC<br>Scott C. Pyfer, Esq.<br>20 Commerce Drive, Suite 135<br>Cranford, NJ 07016 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Frenkel Lambert Weiss Weisman &<br>Gordon, LLP<br>80 Main Street, Suite 460 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR |

| | | |
|---|---|---|
| West Orange, NJ 07052 | | ☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| KML Law Group, P.C.<br>216 Haddon Ave., Suite 406<br>Westmont, NJ 08108 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Brandon D. Sherr<br>Law Office of Justin A. Zeller, P.C.<br>277 Broadway, Suite 408<br>New York, NY 10007-2036 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.