UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ATKINSON & DeBARTOLO, P.C.
The Galleria, 2 Bridge Avenue
P.O. Box 8415
Red Bank, New Jersey 07701
BA9186
Attorney for: Bunce D. Atkinson

In Re:

ALEXADER FIGLIOLIA,

Debtor.

Case No.: 17-20755
Adv. Pro. No.: _____
Chapter: 11
Hearing Date: 08/02/2018
Judge: MBK

## ADJOURNMENT REQUEST

1. I, __BUNCE D. ATKINSON, ESQ__.

   ☒ am the attorney for: __Alexander Figliolia__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on Adequacy of Disclosure Statement and Plan

   Current hearing date and time: 08/02/2018

   New date requested: 1st or 2nd week of September 2018

   Reason for adjournment request: I am currently in discussions with the US Trustee, Attys. for 1st mortgage, & Div. of Taxation, regarding changes to the Plan and Disc. Stmt. Also one disputed unsecured creditor has filed an objection, and his atty. has consented to the adjournment.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 07/31/2018

Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: **September 10, 2018 at 10:00 am**   ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*