UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ATKINSON & DeBARTOLO, P.C.
The Galleria, 2 Bridge Avenue
P.O. Box 8415
Red Bank, New Jersey 07701
BA9186
Attorney for: Bunce D. Atkinson

In Re:

ALEXADER FIGLIOLIA,

Debtor.

Case No.: 17-20755
Adv. Pro. No.: _____
Chapter: 11
Hearing Date: 08/06/2018 @ 11
Judge: Michael B. Kaplan

## ADJOURNMENT REQUEST

1. I, Bunce D. Atkinson, Esq.

   ☒ am the attorney for: Alexander Figliolia,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: NOM to Expunge Claim No. 15 of Sequendo Marcial Saeteros-Campoverde

   Current hearing date and time: 08/06/2018 @ 10:00 a.m.

   New date requested: 1st or 2nd week of September 2018

   Reason for adjournment request: I am in the process of resolving the claim with the attorney for the creditor.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 07/31/2018                                      /s/ Dance D. Atkinson
                                                      Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: **September 10, 2018 at 10:00 am**  ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*