UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re _Alex Figliolia_       Case No. __17-20755/MBK__
Reporting Period: __8/1/18 - 8/31/18__

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | BR | ✓ |
| Copies of bank statements | | State | ✓ |
| Cash disbursements journals | | GL | ✓ |
| Statement of Operations | | PL | ✓ |
| Balance Sheet | | BS | ✓ |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

X _Alexander Figliolia_           Date  9/20/18
Signature of Debtor

_____           Date
Signature of Joint Debtor

_____           Date
Signature of Authorized Individual*

_____           Title of Authorized Individual
Printed Name of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: Alexander Figlidia (Debtor)

Case No. 17-20755/MBK
Reporting Period: 8/1/18 - 8/31/18

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **Cash - Beginning of Month** | 4,395.83 | 133,075.03 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,254.20 | 37,106.60 |
| Sale of Assets | | |
| Other Income (attach schedule) Consulting | 16,500 | 280,253.50 |
| **Total Receipts** | 18,754.20 | 317,360.10 |
| **DISBURSEMENTS** | | |
| **ORDINARY** | | |
| Mortgage Payment(s) | 5,224.06 | 86,610.40 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 4,934.70 | 73,679.24 |
| Insurance | 778.94 | 62,446.55 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 4,995.42 |
| Medical Expenses | | |
| Household Expenses | 3,182 | 42,812.31 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) IRS, NJ | | 9,446.00 |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) Bank Charge | .75 | 16.25 |
| **Total Ordinary Disbursements** | 14,190.45 | 280,006.64 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | 27,490.52 |
| U.S. Trustee Fees | 1.00 | 3,505.70 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 1.00 | 31,066.22 |
| **Total Disbursements (Ordinary + Reorganization)** | 14,191.45 | 311,072.87 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 4,562.75 | 6,287.23 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 8,958.58 | 139,362.26 |

FORM MOR-1(INDV)
(9/99)

In re: Alex Figlolia, Debtor

Case No. 17-20755/MBK
Reporting Period: 8/1/18 - 8/31/18

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Consulting | 16,500 | 280,253.50 |
| | | |
| **Other Taxes** | | |
| IRS | 0 | 9446.00 |
| NJ | | |
| **Other Ordinary Disbursements** | | |
| Bank Charges | .75 | 110.25 |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

9/20/2018     Amboy Bank | Checking account



### SENIOR CHECKING – ▮▮▮▮▮▮▮

## Transactions

Scheduled    Pending    Posted

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| Sep 17, 2018 | CMS MEDICARE PAYMENT 0204 | -503.40 | 12,061.41 |
| Sep 17, 2018 | 5650442 AMERICAN-WATER UTIL-PMNT | -377.25 | 12,564.81 |
| Sep 17, 2018 | 7217404 PMNTUS SVC FEE SERVICEFEE | -1.95 | 12,942.06 |
| Sep 11, 2018 | CHECK 201 | -182.00 | 12,944.01 |
| Sep 07, 2018 | DEPOSIT | 5,500.00 | 13,126.01 |
| Sep 04, 2018 | 13526218083018 NJ NATURALGAS EBILL | -628.87 | 7,626.01 |
| Sep 04, 2018 | 9507285890001 VERIZON VZ BillPay | -560.05 | 8,254.88 |
| Aug 31, 2018 | XXXXX2013 Bank of America MORTGAGE | -5,774.06 | 8,814.93 |
| Aug 31, 2018 | 100009694421 FIRSTENERGY OPCO FE ECHECK | -2,898.00 | 14,588.99 |
| Aug 31, 2018 | 100054438609 FIRSTENERGY OPCO FE ECHECK | -291.07 | 17,486.99 |
| Aug 29, 2018 | DEPOSIT | 5,000.00 | 17,778.06 |
| Aug 28, 2018 | CHECK 203 | -265.54 | 12,778.06 |
| Aug 28, 2018 | CHECK 202 | -1.00 | 13,043.60 |
| Aug 21, 2018 | CMS MEDICARE PAYMENT 0177 | -513.40 | 13,044.60 |
| Aug 21, 2018 | DEPOSIT | 5,500.00 | 13,558.00 |
| Aug 15, 2018 | 1593523 AMERICAN-WATER UTIL-PMNT | -696.85 | 8,058.00 |
| Aug 15, 2018 | 4763630 PMNTUS SVC FEE SERVICEFEE | -1.95 | 8,754.85 |
| Aug 06, 2018 | 6342973161 FIS*VERIZON BILL PAY | -563.33 | 8,756.80 |
| Aug 06, 2018 | 6342973162 BILLMATRIX BILLPAYFEE | -3.50 | 9,320.13 |
| Aug 03, 2018 | DEPOSIT | 6,000.00 | 9,323.63 |
| Jul 31, 2018 | 13323213072518 NJ NATURALGAS EBILL | -601.35 | |
| Jul 31, 2018 | XXXXX2013 Bank of America MORTGAGE | -5,774.06 | |
| Jul 31, 2018 | Check #227 | -265.54 | |
| Jul 31, 2018 | Check #175 | -284.00 | |
| Jul 30, 2018 | Check #226 | -974.46 | |
| Jul 27, 2018 | 100054438609 FIRSTENERGY OPCO FE ECHECK | -431.45 | |
| Jul 27, 2018 | 100009694421 FIRSTENERGY OPCO FE ECHECK | -2,898.00 | |
| Jul 20, 2018 | Deposit | 6,000.00 | |
| Jul 19, 2018 | 7690727 AMERICAN-WATER UTIL-PMNT | -292.63 | |
| Jul 18, 2018 | 9219422 PMNTUS SVC FEE SERVICEFEE | -1.95 | |



1/2

9/20/2018 — Amboy Bank | Checking account

| Date | Description | Amount | Balance |
|---|---|---|---|
| Jul 17, 2018 | CMS MEDICARE PAYMENT 0174 | -493.40 | |
| Jul 17, 2018 | Check #173 | -380.36 | |
| Jul 17, 2018 | Check #172 | -24,186.00 | |
| Jul 16, 2018 | 13265428071218 NJ NATURALGAS EBILL | -193.69 | |
| Jul 13, 2018 | Deposit | 7,000.00 | |
| Jul 13, 2018 | CMS MEDICARE PAYMENT 0167 | -503.40 | |
| Jul 09, 2018 | Deposit | 8,000.00 | |
| Jul 05, 2018 | Check #168 | -265.54 | |
| Jul 03, 2018 | 7840962902 BILLMATRIX BILLPAYFEE | -3.50 | |
| Jul 03, 2018 | 100054438609 FIRSTENERGY OPCO FE ECHECK | -133.82 | |
| Jul 03, 2018 | 7840962901 FIS*VERIZON BILL PAY | -567.02 | |
| Jul 03, 2018 | 100009694421 FIRSTENERGY OPCO FE ECHECK | -2,037.01 | |
| Jul 03, 2018 | Check #169 | -205.80 | |
| Jul 03, 2018 | Check #170 | -205.80 | |
| Jun 29, 2018 | XXXXX2013 Bank of America MORTGAGE | -5,774.06 | |

**DIRECTEXPRESS**
Direct Express® Debit Card Program
P.O. Box 245998
San Antonio, TX 78224



Comerica Bank
MEMBER FDIC

**To contact us**

Customer Service: (888) 741-1115

Hearing Impaired: (866) 569-0447
International: (765) 778-6290 (Collect)

Visit our web site
www.USDirectExpress.com

Write to us
Direct Express® Card Services
P.O. Box 245998
San Antonio, TX 78224

## Monthly Account Statement

L2ACSADTCZ  053266

ALEX J FIGLIOLIA
105 MIDDLETOWN ROAD
HOLMDEL, NJ 07733-0000

**Thank You for Being a Direct Express® Card Customer**

| Date Range: August 2018 | | |
|---|---|---|
| | Starting Balance: | $1,072.20 |
| | Credits: | $2,254.20 |
| | Debits: | $3,000.75 |
| | Ending Balance: | $325.65 |

Card Number: 533248XXXXXX9246

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 08/01/2018 | | MONTHLY PAPER STATEMENT FEE | $0.75 | $0.00 |
| 08/08/2018 | ALEX J FIGLIOLIA | DEPOSIT FROM SSA | $0.00 | $2,254.20 |
| 08/28/2018 | TD BANK, HOLMDEL, NJ, USA | CASH PURCHASE | $3,000.00 | $0.00 |

Page 1 of 2

6:27 PM
09/26/18

# Alex Figliolia
## Reconciliation Detail
Amboy Bank DIP, Period Ending 08/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 3,323.63 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 08/06/2018 | dm | Verizon | X | -566.63 | -566.63 |
| Check | 08/15/2018 | dm | American Water | X | -698.80 | -1,265.63 |
| Check | 08/21/2018 | dm | CMS Medicare Pay... | X | -513.40 | -1,779.03 |
| Check | 08/22/2018 | 203 | Horizon Blue Cross ... | X | -265.54 | -2,044.57 |
| Check | 08/28/2018 | 202 | United States Truste... | X | -1.00 | -2,045.57 |
| Check | 08/31/2018 | dm | Bank of America | X | -5,774.06 | -7,819.63 |
| Check | 08/31/2018 | dm | First Energy | X | -2,898.00 | -10,717.63 |
| Check | 08/31/2018 | dm | First Energy | X | -291.07 | -11,008.70 |
| Total Checks and Payments | | | | | -11,008.70 | -11,008.70 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 08/03/2018 | | | X | 6,000.00 | 6,000.00 |
| Deposit | 08/21/2018 | | | X | 5,500.00 | 11,500.00 |
| Deposit | 08/29/2018 | | | X | 5,000.00 | 16,500.00 |
| Total Deposits and Credits | | | | | 16,500.00 | 16,500.00 |
| Total Cleared Transactions | | | | | 5,491.30 | 5,491.30 |
| **Cleared Balance** | | | | | 5,491.30 | 8,814.93 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 08/21/2018 | 201 | Chapel Hill Cleaners | | -182.00 | -182.00 |
| Total Checks and Payments | | | | | -182.00 | -182.00 |
| Total Uncleared Transactions | | | | | -182.00 | -182.00 |
| **Register Balance as of 08/31/2018** | | | | | 5,309.30 | 8,632.93 |
| **Ending Balance** | | | | | 5,309.30 | 8,632.93 |

6:27 PM
09/26/18

# Alex Figliolia
## Reconciliation Summary
### Amboy Bank DIP, Period Ending 08/31/2018

|  | Aug 31, 18 |
|---|---:|
| **Beginning Balance** | 3,323.63 |
| Cleared Transactions |  |
|     Checks and Payments - 8 items | -11,008.70 |
|     Deposits and Credits - 3 items | 16,500.00 |
| Total Cleared Transactions | 5,491.30 |
| **Cleared Balance** | 8,814.93 |
| Uncleared Transactions |  |
|     Checks and Payments - 1 item | -182.00 |
| Total Uncleared Transactions | -182.00 |
| **Register Balance as of 08/31/2018** | 8,632.93 |
| **Ending Balance** | 8,632.93 |

6:57 PM
09/26/18
Accrual Basis

# Alex Figliolia
## General Ledger
### As of August 31, 2018

| Type | Date | Num | Adj | Name | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **Amboy Bank DIP** | | | | | | | 3,323.63 |
| Deposit | 08/03/2018 | | | | 6,000.00 | | 9,323.63 |
| Check | 08/06/2018 | dm | | Verizon | | 566.83 | 8,756.80 |
| Check | 08/15/2018 | dm | | American Water | | 698.80 | 8,058.00 |
| Deposit | 08/21/2018 | | | | 5,500.00 | | 13,558.00 |
| Check | 08/21/2018 | dm | | CMS Medicare Payment | | 513.40 | 13,044.60 |
| Check | 08/21/2018 | 201 | | Chapel Hill Cleaners | | 182.00 | 12,862.60 |
| Check | 08/22/2018 | 203 | | Horizon Blue Cross Blue Sh... | | 265.54 | 12,597.06 |
| Check | 08/28/2018 | 202 | | United States Trustee Paym... | | 1.00 | 12,596.06 |
| Deposit | 08/29/2018 | | | | 5,000.00 | | 17,596.06 |
| Check | 08/31/2018 | dm | | Bank of America | | 5,774.06 | 11,822.00 |
| Check | 08/31/2018 | dm | | First Energy | | 2,898.00 | 8,924.00 |
| Check | 08/31/2018 | dm | | First Energy | | 291.07 | 8,632.93 |
| **Total Amboy Bank DIP** | | | | | 16,500.00 | 11,190.70 | 8,632.93 |
| **Direct Express Card** | | | | | | | 1,072.20 |
| Check | 08/01/2018 | dm | | | | 0.75 | 1,071.45 |
| Deposit | 08/08/2018 | | | | 2,254.20 | | 3,325.65 |
| Check | 08/28/2018 | dm | | TD Bank Cash Withdrawal | | 3,000.00 | 325.65 |
| **Total Direct Express Card** | | | | | 2,254.20 | 3,000.75 | 325.65 |
| **Accumulated Depreciation** | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | 0.00 |
| Total Accounts Payable | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | -2,671.35 |
| Total Opening Balance Equity | | | | | | | -2,671.35 |
| **Owners Draw** | | | | | | | 0.00 |
| Total Owners Draw | | | | | | | 0.00 |
| **Owners Equity** | | | | | | | -6,703.04 |
| Total Owners Equity | | | | | | | -6,703.04 |
| **Consulting Income** | | | | | | | -163,679.25 |
| Deposit | 08/03/2018 | | | | | 6,000.00 | -169,679.25 |
| Deposit | 08/21/2018 | | | | | 5,500.00 | -175,179.25 |
| Deposit | 08/29/2018 | | | | | 5,000.00 | -180,179.25 |
| **Total Consulting Income** | | | | | 0.00 | 16,500.00 | -180,179.25 |
| **Social Security Income** | | | | | | | -15,977.40 |
| Deposit | 08/08/2018 | | | | | 2,254.20 | -18,231.60 |
| **Total Social Security Income** | | | | | 0.00 | 2,254.20 | -18,231.60 |
| **Advertising and Promotion** | | | | | | | 0.00 |
| Total Advertising and Promotion | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | 0.00 |
| Total Automobile Expense | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | 10.25 |
| Check | 08/01/2018 | dm | | | 0.75 | | 11.00 |
| **Total Bank Service Charges** | | | | | 0.75 | 0.00 | 11.00 |
| **Bankruptcy Fees** | | | | | | | 0.00 |
| Total Bankruptcy Fees | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | 0.00 |
| Total Computer and Internet Expenses | | | | | | | 0.00 |
| **Continuing Education** | | | | | | | 0.00 |
| Total Continuing Education | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | 0.00 |
| Total Dues and Subscriptions | | | | | | | 0.00 |

6:57 PM
09/26/18
Accrual Basis

**Alex Figliolia**
**General Ledger**
As of August 31, 2018

| Type | Date | Num | Adj | Name | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **Insurance Expense** | | | | | | | 49,435.82 |
| General Liability Insurance | | | | | | | 0.00 |
| Total General Liability Insurance | | | | | | | 0.00 |
| Insurance Expense - Other | | | | | | | 49,435.82 |
| Check | 08/21/2018 | dm | | CMS Medicare Payment | 513.40 | | 49,949.22 |
| Check | 08/22/2018 | 203 | | Horizon Blue Cross Blue Sh... | 265.54 | | 50,214.76 |
| Total Insurance Expense - Other | | | | | 778.94 | 0.00 | 50,214.76 |
| Total Insurance Expense | | | | | 778.94 | 0.00 | 50,214.76 |
| **Interest Expense** | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | 0.00 |
| **Meals, Household Supplies and E** | | | | | | | 17,365.01 |
| Check | 08/21/2018 | 201 | | Chapel Hill Cleaners | 182.00 | | 17,547.01 |
| Check | 08/28/2018 | dm | | TD Bank Cash Withdrawal | 3,000.00 | | 20,547.01 |
| Total Meals, Household Supplies and E | | | | | 3,182.00 | 0.00 | 20,547.01 |
| **Office Supplies** | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | 421.17 |
| Total Repairs and Maintenance | | | | | | | 421.17 |
| **Second Mortgage** | | | | | | | 40,418.42 |
| Check | 08/31/2018 | dm | | Bank of America | 5,774.06 | | 46,192.48 |
| Total Second Mortgage | | | | | 5,774.06 | 0.00 | 46,192.48 |
| **Taxes** | | | | | | | 9,446.00 |
| Total Taxes | | | | | | | 9,446.00 |
| **Telephone Expense** | | | | | | | 4,020.02 |
| Check | 08/06/2018 | dm | | Verizon | 566.83 | | 4,586.85 |
| Total Telephone Expense | | | | | 566.83 | 0.00 | 4,586.85 |
| **Travel Expense** | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | 0.00 |
| **Utilities** | | | | | | | 36,677.46 |
| Check | 08/15/2018 | dm | | American Water | 698.80 | | 37,376.26 |
| Check | 08/31/2018 | dm | | First Energy | 2,898.00 | | 40,274.26 |
| Check | 08/31/2018 | dm | | First Energy | 291.07 | | 40,565.33 |
| Total Utilities | | | | | 3,887.87 | 0.00 | 40,565.33 |
| **Ask My Accountant** | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | 0.00 |
| **Professional Fees** | | | | | | | 24,566.36 |
| Total Professional Fees | | | | | | | 24,566.36 |
| **US Trustee Fee** | | | | | | | 2,274.70 |
| Check | 08/28/2018 | 202 | | United States Trustee Paym... | 1.00 | | 2,275.70 |
| Total US Trustee Fee | | | | | 1.00 | 0.00 | 2,275.70 |
| **No accnt** | | | | | | | 0.00 |
| Total no accnt | | | | | | | 0.00 |
| **TOTAL** | | | | | 32,945.65 | 32,945.65 | 0.00 |

6:56 PM
09/26/18
Accrual Basis

# Alex Figliolia
## Balance Sheet
### As of August 31, 2018

|  | Aug 31, 18 |
|---|---:|
| **ASSETS** |  |
|   Current Assets |  |
|     Checking/Savings |  |
|       Amboy Bank DIP | 8,632.93 |
|       Direct Express Card | 325.65 |
|     Total Checking/Savings | 8,958.58 |
|   Total Current Assets | 8,958.58 |
| **TOTAL ASSETS** | 8,958.58 |
| **LIABILITIES & EQUITY** |  |
|   Equity |  |
|     Opening Balance Equity | 2,671.35 |
|     Owners Equity | 6,703.04 |
|     Net Income | -415.81 |
|   Total Equity | 8,958.58 |
| **TOTAL LIABILITIES & EQUITY** | 8,958.58 |

6:49 PM
09/26/18
Accrual Basis

# Alex Figliolia
## Profit & Loss
### August 2018

|  | Aug 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     Consulting Income | 16,500.00 |
|     Social Security Income | 2,254.20 |
| **Total Income** | 18,754.20 |
| **Expense** | |
|     Bank Service Charges | 0.75 |
|     Insurance Expense | 778.94 |
|     Meals, Household Supplies and E | 3,182.00 |
|     Second Mortgage | 5,774.06 |
|     Telephone Expense | 566.83 |
|     Utilities | 3,887.87 |
| **Total Expense** | 14,190.45 |
| **Net Ordinary Income** | 4,563.75 |
| **Other Income/Expense** | |
| **Other Expense** | |
|     US Trustee Fee | 1.00 |
| **Total Other Expense** | 1.00 |
| **Net Other Income** | -1.00 |
| **Net Income** | 4,562.75 |

6:55 PM
09/26/18
Accrual Basis

# Alex Figliolia
# Profit & Loss
## May 2017 through August 2018

|  | May '17 - Aug 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Consulting Income | 280,253.50 |
| Social Security Income | 37,106.60 |
| **Total Income** | 317,360.10 |
| **Expense** | |
| Bank Service Charges | 16.25 |
| Insurance Expense | 62,446.55 |
| Meals, Household Supplies and E | 42,812.31 |
| Repairs and Maintenance | 4,995.42 |
| Second Mortgage | 86,610.90 |
| Taxes | 9,446.00 |
| Telephone Expense | 8,820.31 |
| Utilities | 64,858.90 |
| **Total Expense** | 280,006.64 |
| **Net Ordinary Income** | 37,353.46 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Professional Fees | 27,490.53 |
| US Trustee Fee | 3,575.70 |
| **Total Other Expense** | 31,066.23 |
| **Net Other Income** | -31,066.23 |
| **Net Income** | 6,287.23 |