UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Alexander J. Figliolia**

Case No. **17-20755**

Hearing Date: **11/19/18 @ 10:00 am**

Judge: Michael B. Kaplan

Chapter: **11**

# ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 23, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that **Bunce Atkinson** was directed to file:

**#86 Consent Order to be submitted** and that the document has not been filed, it is hereby

ORDERED that **Bunce Atkinson** shall show cause on **November 19, 2018** at **10:00 am** in the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, Courtroom number **8**, before the Honorable Michael B. Kaplan why the:

- ☒ motion should not be denied,

- ❏ pleading should not be stricken.

*new 9/10/07*