UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alexander J. Figliolia

Case No. **17-20755**

Hearing Date: **11/19/18 @ 10:00 am**

Judge: Michael B. Kaplan

Chapter: **11**

# ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 23, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that **Bunce Atkinson** was directed to file: **#86 Consent Order to be submitted** and that the document has not been filed, it is hereby

ORDERED that **Bunce Atkinson** shall show cause on **November 19, 2018** at **10:00 am** in the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, Courtroom number **8**, before the Honorable Michael B. Kaplan why the:

- ☒ motion should not be denied,
- ❏ pleading should not be stricken.

*new 9/10/07*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-20755-MBK
Alexander J Figliolia                                                           Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin                    Page 1 of 1              Date Rcvd: Oct 23, 2018
                                  Form ID: pdf903                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
db             +Alexander J Figliolia,   105 Middletown Road,    Holmdel, NJ 07733-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
              Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde
               bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
              Bunce   Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
              Bunce   Atkinson    on behalf of Accountant Barbara  Rizzi bunceatkinson@aol.com
              Bunce   Atkinson    on behalf of Attorney   Atkinson & DeBartolo, PC bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Lauren  Bielskie    on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
              Lauren  Bielskie    on behalf of U.S. Trustee   United States Trustee lauren.bielskie@usdoj.gov
              Melissa N. Licker    on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,
               Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@McCalla.com
              Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
              Scott C. Pyfer    on behalf of Plaintiff Filomena  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com
              Scott C. Pyfer    on behalf of Creditor Filomena  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com
              Scott C. Pyfer    on behalf of Creditor Robert  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com
              Scott C. Pyfer    on behalf of Plaintiff Biagio  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com
              Scott C. Pyfer    on behalf of Creditor Biagio  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com
              Sean M. O'Brien    on behalf of Creditor   THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K sobrien@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 15