UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re **Alex Figliolia**    Case No. **17-20755/MBK**
Reporting Period: **9/1/18 - 9/30/18**

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | BR | ✓ |
| Copies of bank statements | | Statement | ✓ |
| Cash disbursements journals | | GL | ✓ |
| Statement of Operations | | PL | ✓ |
| Balance Sheet | | BS | ✓ |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

X _Alexander Figliolia_    Date  **10/18/18**
Signature of Debtor

_____    Date _____
Signature of Joint Debtor

_____    Date _____
Signature of Authorized Individual*

_____    Title of Authorized Individual
Printed Name of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: **Alex Figliolia**  
Debtor

Case No. **17-20755/MBK**  
Reporting Period: **9/1/18 - 9/30/18**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | | |
|---|---|---|
| **Cash - Beginning of Month** | 8,958.58 | 134,302.20 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,254.20 | 39,360.80 |
| Sale of Assets | | |
| Other Income (attach schedule) Consulting Fees | 11,500.00 | 291,753.50 |
| **Total Receipts** | 13,754.20 | 331,114.30 |
| **DISBURSEMENTS** | | |
| Mortgage Payment(s) | 5,774.06 | 92,384.96 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 4,606.10 | 78,295.31 |
| Insurance | 768.94 | 63,215.49 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 4,995.42 |
| Medical Expenses | | |
| Household Expenses | 2,300.00 | 45,112.31 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 9,446.00 |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) Bank Charge | .75 | 17.00 |
| **Total Ordinary Disbursements** | 13,449.85 | 293,450.49 |
| Professional Fees | | 27,490.53 |
| U. S. Trustee Fees | | 3,575.70 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 31,066.23 |
| **Total Disbursements (Ordinary + Reorganization)** | 13,449.85 | 324,522.72 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 304.35 | 6,591.58 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 9,262.93 | 145,053.84 |

FORM MOR-1 (INDV)  
(9/99)

In re _Alex Kipidia_
   Debtor

Case No. _17-20755/MBK_
Reporting Period: _9/1/18 - 9/30/18_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Sales/Consulting | 14,500 | 291,753.50 |
| **Other Taxes** | | |
| Fed / NJ | 0 | 446.00 |
| **Other Ordinary Disbursements** | | |
| Bank Charges | 0.75 | 17.00 |
| **Other Reorganization Expenses** | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

10/3/2018     Amboy Bank | Checking account



**SENIOR CHECKING —** 

## Transactions

🗓 Scheduled    ● Pending    ● Posted

| | Date | Description | Amount | Balance |
|---|---|---|---:|---:|
| ● | Sep 28, 2018 | 100009694421 FIRSTENERGY OPCO FE ECHECK | -2,898.00 | 8,983.83 |
| ● | Sep 28, 2018 | 100054438609 FIRSTENERGY OPCO FE ECHECK | -139.98 | 11,881.83 |
| ● | Sep 27, 2018 | XXXXX2013 Bank of America MORTGAGE | -5,774.06 | 12,021.81 |
| ● | Sep 26, 2018 | CHECK 205 | -265.54 | 17,795.87 |
| ● | Sep 21, 2018 | DEPOSIT | 6,000.00 | 18,061.41 |
| ● | Sep 17, 2018 | CMS MEDICARE PAYMENT 0204 | -503.40 | 12,061.41 |
| ● | Sep 17, 2018 | 5650442 AMERICAN-WATER UTIL-PMNT | -377.25 | 12,564.81 |
| ● | Sep 17, 2018 | 7217404 PMNTUS SVC FEE SERVICEFEE | -1.95 | 12,942.06 |
| ● | Sep 11, 2018 | CHECK 201 | -182.00 | 12,944.01 |
| ● | Sep 07, 2018 | DEPOSIT | 5,500.00 | 13,126.01 |
| ● | Sep 04, 2018 | 13526218083018 NJ NATURALGAS EBILL | -628.87 | 7,626.01 |
| ● | Sep 04, 2018 | 9507285890001 VERIZON VZ BillPay | -560.05 | 8,254.88 |
| ● | Aug 31, 2018 | 100054438609 FIRSTENERGY OPCO FE ECHECK | -291.07 | |
| ● | Aug 31, 2018 | 100009694421 FIRSTENERGY OPCO FE ECHECK | -2,898.00 | |
| ● | Aug 31, 2018 | XXXXX2013 Bank of America MORTGAGE | -5,774.06 | |
| ● | Aug 29, 2018 | Deposit | 5,000.00 | |
| ● | Aug 28, 2018 | Check #202 | -1.00 | |
| ● | Aug 28, 2018 | Check #203 | -265.54 | |
| ● | Aug 21, 2018 | Deposit | 5,500.00 | |
| ● | Aug 21, 2018 | CMS MEDICARE PAYMENT 0177 | -513.40 | |
| ● | Aug 15, 2018 | 4763630 PMNTUS SVC FEE SERVICEFEE | -1.95 | |
| ● | Aug 15, 2018 | 1593523 AMERICAN-WATER UTIL-PMNT | -696.85 | |
| ● | Aug 06, 2018 | 6342973162 BILLMATRIX BILLPAYFEE | -3.50 | |
| ● | Aug 06, 2018 | 6342973161 FIS*VERIZON BILL PAY | -563.33 | |
| ● | Aug 03, 2018 | Deposit | 6,000.00 | |
| ● | Jul 31, 2018 | 13323213072518 NJ NATURALGAS EBILL | -601.35 | |
| ● | Jul 31, 2018 | XXXXX2013 Bank of America MORTGAGE | -5,774.06 | |
| ● | Jul 31, 2018 | Check #227 | -265.54 | |
| ● | Jul 31, 2018 | Check #175 | -284.00 | |
| ● | Jul 30, 2018 | Check #226 | -974.46 | |

1/2

10/3/2018 — Amboy Bank | Checking account

| Date | Description | Amount | Balance |
|---|---|---|---|
| Jul 27, 2018 | 100054438609 FIRSTENERGY OPCO FE ECHECK | -431.45 | |
| Jul 27, 2018 | 100009694421 FIRSTENERGY OPCO FE ECHECK | -2,898.00 | |
| Jul 20, 2018 | Deposit | 6,000.00 | |
| Jul 19, 2018 | 7690727 AMERICAN-WATER UTIL-PMNT | -292.63 | |
| Jul 18, 2018 | 9219422 PMNTUS SVC FEE SERVICEFEE | -1.95 | |
| Jul 17, 2018 | CMS MEDICARE PAYMENT 0174 | -493.40 | |
| Jul 17, 2018 | Check #173 | -380.36 | |

3:07 PM
10/25/18

# Alex Figliolia
## Reconciliation Detail
Amboy Bank DIP, Period Ending 09/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 8,814.93 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Check | 08/21/2018 | 201 | Chapel Hill Cleaners | X | -182.00 | -182.00 |
| Check | 09/04/2018 | dm | New Jersey Natural ... | X | -628.87 | -810.87 |
| Check | 09/04/2018 | dm | Verizon | X | -560.05 | -1,370.92 |
| Check | 09/17/2018 | dm | CMS Medicare Pay... | X | -503.40 | -1,874.32 |
| Check | 09/17/2018 | dm | American Water | X | -379.20 | -2,253.52 |
| Check | 09/19/2018 | 205 | Horizon Blue Cross ... | X | -265.54 | -2,519.06 |
| Check | 09/27/2018 | dm | Bank of America | X | -5,774.06 | -8,293.12 |
| Check | 09/28/2018 | dm | First Energy | X | -2,898.00 | -11,191.12 |
| Check | 09/28/2018 | dm | First Energy | X | -139.98 | -11,331.10 |
| Total Checks and Payments | | | | | -11,331.10 | -11,331.10 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 09/07/2018 | | | X | 5,500.00 | 5,500.00 |
| Deposit | 09/21/2018 | | | X | 6,000.00 | 11,500.00 |
| Total Deposits and Credits | | | | | 11,500.00 | 11,500.00 |
| Total Cleared Transactions | | | | | 168.90 | 168.90 |
| **Cleared Balance** | | | | | 168.90 | 8,983.83 |
| **Register Balance as of 09/30/2018** | | | | | 168.90 | 8,983.83 |
| **Ending Balance** | | | | | 168.90 | 8,983.83 |

Page 1

3:07 PM
10/25/18

# Alex Figliolia
## Reconciliation Summary
### Amboy Bank DIP, Period Ending 09/30/2018

|  | Sep 30, 18 |
|---|---:|
| **Beginning Balance** | 8,814.93 |
| **Cleared Transactions** | |
|     Checks and Payments - 9 items | -11,331.10 |
|     Deposits and Credits - 2 items | 11,500.00 |
| **Total Cleared Transactions** | 168.90 |
| **Cleared Balance** | 8,983.83 |
| **Register Balance as of 09/30/2018** | 8,983.83 |
| **Ending Balance** | 8,983.83 |



Direct Express® Debit Card Program
P.O Box 245998
San Antonio, TX 78224

## Monthly Account Statement

ALEX J FIGLIOLIA
105 MIDDLETOWN ROAD
HOLMDEL, NJ 07733-0000



MEMBER FDIC

**To contact us**

Customer Service: (888) 741-1115

Hearing impaired: (866) 569-0447
International: (765) 778-6290 (Collect)

**Visit our web site**
www.USDirectExpress.com

**Write to us**
Direct Express® Card Services
P.O Box 245998
San Antonio, TX 78224

Thank You for Being a Direct Express® Card Customer

Date Range: September 2018

| | |
|---|---|
| Starting Balance | $325.65 |
| Credits | $2,254.20 |
| Debits | $2,300.75 |
| Ending Balance | $279.10 |

Card Number: 533248XXXXXX9246

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 09/01/2018 | | MONTHLY PAPER STATEMENT FEE | $0.75 | $0.00 |
| 09/12/2018 | ALEX J FIGLIOLIA | DEPOSIT FROM SSA | $0.00 | $2,254.20 |
| 09/19/2018 | TD BANK, HOLMDEL, NJ, USA | CASH PURCHASE | $2,300.00 | $0.00 |

3:09 PM
10/25/18

# Alex Figliolia
## Reconciliation Summary
### Direct Express Card, Period Ending 09/30/2018

|  | Sep 30, 18 |
|---|---|
| **Beginning Balance** | 325.65 |
| **Cleared Transactions** | |
|     Checks and Payments - 2 items | -2,300.75 |
|     Deposits and Credits - 1 item | 2,254.20 |
| **Total Cleared Transactions** | -46.55 |
| **Cleared Balance** | 279.10 |
| **Register Balance as of 09/30/2018** | 279.10 |
| **Ending Balance** | 279.10 |

3:09 PM
10/25/18

# Alex Figliolia
## Reconciliation Detail
Direct Express Card, Period Ending 09/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 325.65 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 09/01/2018 | | | X | -0.75 | -0.75 |
| Check | 09/12/2018 | dm | TD Bank Cash With... | X | -2,300.00 | -2,300.75 |
| Total Checks and Payments | | | | | -2,300.75 | -2,300.75 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 09/19/2018 | | | X | 2,254.20 | 2,254.20 |
| Total Deposits and Credits | | | | | 2,254.20 | 2,254.20 |
| Total Cleared Transactions | | | | | -46.55 | -46.55 |
| **Cleared Balance** | | | | | -46.55 | 279.10 |
| **Register Balance as of 09/30/2018** | | | | | -46.55 | 279.10 |
| **Ending Balance** | | | | | -46.55 | 279.10 |

3:33 PM  
10/25/18  
Accrual Basis

# Alex Figliolia
## Balance Sheet
### As of September 30, 2018

|  | Sep 30, 18 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Amboy Bank DIP | 8,983.83 |
| Direct Express Card | 279.10 |
| **Total Checking/Savings** | 9,262.93 |
| **Total Current Assets** | 9,262.93 |
| **TOTAL ASSETS** | 9,262.93 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Opening Balance Equity | 2,671.35 |
| Owners Equity | 6,703.04 |
| Net Income | -111.46 |
| **Total Equity** | 9,262.93 |
| **TOTAL LIABILITIES & EQUITY** | 9,262.93 |

3:33 PM  
10/25/18  
Accrual Basis

# Alex Figliolia
## Profit & Loss
### September 2018

|  | Sep 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Consulting Income | 11,500.00 |
| Social Security Income | 2,254.20 |
| **Total Income** | 13,754.20 |
| **Expense** | |
| Bank Service Charges | 0.75 |
| Insurance Expense | 768.94 |
| Meals, Household Supplies and E | 2,300.00 |
| Second Mortgage | 5,774.06 |
| Telephone Expense | 560.05 |
| Utilities | 4,046.05 |
| **Total Expense** | 13,449.85 |
| **Net Ordinary Income** | 304.35 |
| **Net Income** | 304.35 |

3:39 PM
10/25/18
Accrual Basis

# Alex Figliolia
## Profit & Loss
### May 2017 through September 2018

|  | May '17 - Sep 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Consulting Income | 291,753.50 |
|   Social Security Income | 39,360.80 |
| **Total Income** | 331,114.30 |
| **Expense** | |
|   Bank Service Charges | 17.00 |
|   Insurance Expense | 63,215.49 |
|   Meals, Household Supplies and E | 45,112.31 |
|   Repairs and Maintenance | 4,995.42 |
|   Second Mortgage | 92,384.96 |
|   Taxes | 9,446.00 |
|   Telephone Expense | 9,380.36 |
|   Utilities | 68,904.95 |
| **Total Expense** | 293,456.49 |
| **Net Ordinary Income** | 37,657.81 |
| **Other Income/Expense** | |
| **Other Expense** | |
|   Professional Fees | 27,490.53 |
|   US Trustee Fee | 3,575.70 |
| **Total Other Expense** | 31,066.23 |
| **Net Other Income** | -31,066.23 |
| **Net Income** | 6,591.58 |

3:42 PM
10/25/18
Accrual Basis

# Alex Figliolia
## General Ledger
### As of September 30, 2018

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Amboy Bank DIP** | | | | | | | | 8,632.93 |
| Check | 09/04/2018 | dm | | Verizon | | | 560.05 | 8,072.88 |
| Check | 09/04/2018 | dm | | New Jersey Natural Gas | | | 628.87 | 7,444.01 |
| Deposit | 09/07/2018 | | | | Deposit | 5,500.00 | | 12,944.01 |
| Check | 09/17/2018 | dm | | American Water | | | 379.20 | 12,564.81 |
| Check | 09/17/2018 | dm | | CMS Medicare Payment | | | 503.40 | 12,061.41 |
| Check | 09/19/2018 | 205 | | Horizon Blue Cross Blue S... | | | 265.54 | 11,795.87 |
| Deposit | 09/21/2018 | | | | Deposit | 6,000.00 | | 17,795.87 |
| Check | 09/27/2018 | dm | | Bank of America | | | 5,774.06 | 12,021.81 |
| Check | 09/28/2018 | dm | | First Energy | | | 139.98 | 11,881.83 |
| Check | 09/28/2018 | dm | | First Energy | | | 2,898.00 | 8,983.83 |
| **Total Amboy Bank DIP** | | | | | | 11,500.00 | 11,149.10 | 8,983.83 |
| **Direct Express Card** | | | | | | | | 325.65 |
| Check | 09/01/2018 | | | | Service Ch... | | 0.75 | 324.90 |
| Check | 09/12/2018 | dm | | TD Bank Cash Withdrawal | | | 2,300.00 | -1,975.10 |
| Deposit | 09/19/2018 | | | | Deposit | 2,254.20 | | 279.10 |
| **Total Direct Express Card** | | | | | | 2,254.20 | 2,300.75 | 279.10 |
| **Accumulated Depreciation** | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | 0.00 |
| Total Accounts Payable | | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | -2,671.35 |
| Total Opening Balance Equity | | | | | | | | -2,671.35 |
| **Owners Draw** | | | | | | | | 0.00 |
| Total Owners Draw | | | | | | | | 0.00 |
| **Owners Equity** | | | | | | | | -6,703.04 |
| Total Owners Equity | | | | | | | | -6,703.04 |
| **Consulting Income** | | | | | | | | -180,179.25 |
| Deposit | 09/07/2018 | | | | Deposit | | 5,500.00 | -185,679.25 |
| Deposit | 09/21/2018 | | | | Deposit | | 6,000.00 | -191,679.25 |
| **Total Consulting Income** | | | | | | 0.00 | 11,500.00 | -191,679.25 |
| **Social Security Income** | | | | | | | | -18,231.60 |
| Deposit | 09/19/2018 | | | | Deposit | | 2,254.20 | -20,485.80 |
| **Total Social Security Income** | | | | | | 0.00 | 2,254.20 | -20,485.80 |
| **Advertising and Promotion** | | | | | | | | 0.00 |
| Total Advertising and Promotion | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | 0.00 |
| Total Automobile Expense | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | 11.00 |
| Check | 09/01/2018 | | | | Service Ch... | 0.75 | | 11.75 |
| **Total Bank Service Charges** | | | | | | 0.75 | 0.00 | 11.75 |
| **Bankruptcy Fees** | | | | | | | | 0.00 |
| Total Bankruptcy Fees | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | 0.00 |
| Total Computer and Internet Expenses | | | | | | | | 0.00 |
| **Continuing Education** | | | | | | | | 0.00 |
| Total Continuing Education | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | 0.00 |
| Total Dues and Subscriptions | | | | | | | | 0.00 |
| **Insurance Expense** | | | | | | | | 50,214.76 |
| General Liability Insurance | | | | | | | | 0.00 |
| Total General Liability Insurance | | | | | | | | 0.00 |

3:42 PM
10/25/18
Accrual Basis

# Alex Figliolia
## General Ledger
### As of September 30, 2018

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Insurance Expense - Other** | | | | | | | | |
| Check | 09/17/2018 | dm | | CMS Medicare Payment | | 503.40 | | 50,214.76 |
| Check | 09/19/2018 | 205 | | Horizon Blue Cross Blue S... | | 265.54 | | 50,718.16 |
| | | | | | | | | 50,983.70 |
| Total Insurance Expense - Other | | | | | | 768.94 | 0.00 | 50,983.70 |
| **Total Insurance Expense** | | | | | | 768.94 | 0.00 | 50,983.70 |
| **Interest Expense** | | | | | | | | |
| Total Interest Expense | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | |
| Total Meals and Entertainment | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Meals, Household Supplies and E** | | | | | | | | |
| Check | 09/12/2018 | dm | | TD Bank Cash Withdrawal | | 2,300.00 | | 20,547.01 |
| | | | | | | | | 22,847.01 |
| Total Meals, Household Supplies and E | | | | | | 2,300.00 | 0.00 | 22,847.01 |
| **Office Supplies** | | | | | | | | |
| Total Office Supplies | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | |
| Total Payroll Expenses | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | |
| Total Rent Expense | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | |
| Total Repairs and Maintenance | | | | | | | | 421.17 |
| | | | | | | | | 421.17 |
| **Second Mortgage** | | | | | | | | |
| Check | 09/27/2018 | dm | | Bank of America | | 5,774.06 | | 46,192.48 |
| | | | | | | | | 51,966.54 |
| Total Second Mortgage | | | | | | 5,774.06 | 0.00 | 51,966.54 |
| **Taxes** | | | | | | | | |
| Total Taxes | | | | | | | | 9,446.00 |
| | | | | | | | | 9,446.00 |
| **Telephone Expense** | | | | | | | | |
| Check | 09/04/2018 | dm | | Verizon | | 560.05 | | 4,586.85 |
| | | | | | | | | 5,146.90 |
| Total Telephone Expense | | | | | | 560.05 | 0.00 | 5,146.90 |
| **Travel Expense** | | | | | | | | |
| Total Travel Expense | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | |
| Check | 09/04/2018 | dm | | New Jersey Natural Gas | | 628.87 | | 40,565.33 |
| Check | 09/17/2018 | dm | | American Water | | 379.20 | | 41,194.20 |
| Check | 09/28/2018 | dm | | First Energy | | 139.98 | | 41,573.40 |
| Check | 09/28/2018 | dm | | First Energy | | 2,898.00 | | 41,713.38 |
| | | | | | | | | 44,611.38 |
| Total Utilities | | | | | | 4,046.05 | 0.00 | 44,611.38 |
| **Ask My Accountant** | | | | | | | | |
| Total Ask My Accountant | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Professional Fees** | | | | | | | | |
| Total Professional Fees | | | | | | | | 24,566.36 |
| | | | | | | | | 24,566.36 |
| **US Trustee Fee** | | | | | | | | |
| Total US Trustee Fee | | | | | | | | 2,275.70 |
| | | | | | | | | 2,275.70 |
| **No accnt** | | | | | | | | |
| Total no accnt | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **TOTAL** | | | | | | 27,204.05 | 27,204.05 | 0.00 |