Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−20755−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alexander J Figliolia
    105 Middletown Road
    Holmdel, NJ 07733

Social Security No.:
    xxx−xx−4428

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       12/6/18
Time:       10:00 AM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Atkinson & DeBartolo, P.C., Debtor's Attorney

COMMISSION OR FEES
$21,660.00

EXPENSES
$210.62

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).


Dated: November 6, 2018
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-20755-MBK
Alexander J Figliolia                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Nov 06, 2018
                              Form ID: 137             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
```
db              +Alexander J Figliolia,   105 Middletown Road,   Holmdel, NJ 07733-2205
aty             +Atkinson & DeBartolo, PC,   The Galleria,   2 Bridge Avenue,   PO Box 8415,
                 Red Bank, NJ 07701-8415
acc             +Barbara Rizzi,   Barbara Rizzi, CPA,   25 Potter Lane,   Huntington, NY 11743-2142
cr              +THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW,   McCalla Raymer Leibert Pierce, LLC,
                 99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
cr              +THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW Y,   c/o Frenkel, Lambert, Weiss, Weisman & G,
                 80 Main Street, Suite 460,   West Orange, NJ 07052-5414
517250692       +Alan H. Kleinman, Sr. Counsel,   Affirmative Litigation,   Div. NYC Law Dep,   100 Church St.,
                 New York, NY 10007-2668
516847581       +American Express,   PO Box 1270,   Newark, NJ 07101-1270
516883476        American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
516911966        American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
516847582       +Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
516946981       +Bob and Phyllis Napolitano,   30 Cottontail Court,   Staten Island, NY 10312-4701
516847583       +Capital One/Saks Fifth Ave.,   PO Box 10327,   Jackson, MS 39289-0327
517079304       +Cavalry SPV I, LLC,   Bass & Associates, P.C.,   3936 E Ft. Lowell Road Suite #200,
                 Tucson, AZ 85712-1083
517087494       +City of New York,   Office of the Corporation Counsel,,   Alan Kleinman, Esq,
                 100 Church Street,   New York, New York 10007-2601
516872226       +Corporation Counsel City of NY ECB,   c/o Alan H. Kleinman, Sr. Counsel,
                 Affirmative Litigation Div. NYC Law Dept,   100 Church St.,   New York, NY 10007-2601
516847586       +DMS CGI,   PO Box 979110,   St Louis, MO 63197-9001
517250683        Katie Brown Esq,   Buckley Madole PC,   99 Wood Ave. Iselin, NJ 08830
516847588       +Lomurro, Munson, Comer, et al,   4 Paragon Way Ste. 100,   Freehold , NJ 07728-7805
517250684       +Michael P. Collins, Esq. Archer & Greiner,   10 Highway 35,   Red Bank, NJ 07701-5902
516879398        NY State Dept. of,   Taxation and Finance,   Bankruptcy Section,   PO Box 5300,
                 Albany, NY 12205-0300
516847591       +NYS Department of Finance,   W A Harriman Campus Bldg 9,   Albany, NY 12227-0001
516847589       +Nationstar Mortgage, LLC,   PO Box 60516,   City of Industry, CA 91716-0516
516847590       +New Jersey Div. of Taxation,   Neptune Investigation A,   1828 West Lake Ave.-3rd Fl.,
                 Neptune, NJ 07753-4663
517250699       +OMS CGI,   PO Box 979110,   St Louis, MO 63197-9001
517053407       +Robert Napolitano and Phyliss Napolitano,   30 Cottontail Court,   Staten Island NY 10312-4701
517053408       +Robert and Phyliss Napolitano,   30 Cottontail Court,   Staten Island NY 10312-4701
517059896      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,   Division of Taxation,   P.O. Box 245,
                 Trenton, NJ 08695-0245)
517243157       +Saeteros Campoverde,   c/o Law Office of Justin A. Zeller, Esq.,   277 Broadway-Ste. 408,
                 New York, NY 10007-2036
517250688       +Saeteros Campoverde,   c/o Law Office of Justin A. Zeller, PC,   277 Broadway - Ste. 408,
                 New York, NY 10007-2036
517250689       +Sean O'Brien, Esq.,   Frankel Lambert Weiss et al,   80 Main St.-Ste.460,
                 West Orange, NJ 07052-5414
517250678       +State of NJ - Div. of Taxati,   Revenue Processing Ctr. PO Box 111,   Trenton, NJ 08645-0111
516847593       +State of NJ - Div. of Taxation,   Revenue Processing Ctr.,   PO Box 111,
                 Trenton, NJ 08645-0111
517106701       +THE BANK OF NEW YORK MELLON Trustee (See 410),   c/o Nationstar Mortgage LLC,   PO Box 619096,
                 Dallas, Texas 75261-9096
516949404        The Bank of New York Mellon,   C/O Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
516847597       +Township of Holmdel,   4 Crawfords Corner Road,   Holmdel, NJ 07733-1908
517048428        Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516847598       +Wells Fargo Card Services,   PO Box 14517,   Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: cio.bncmail@irs.gov Nov 06 2018 23:45:06      Dist Dir of IRS,
                 Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2018 23:45:44      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2018 23:45:42      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
516847592       +E-mail/Text: bankruptcynotices@cbecompanies.com Nov 06 2018 23:45:58
                 Small Business Administration,   c/o CBE Group,   1309 Technology Pkwy.,
                 Cedar Falls, IA 50613-6976
                                                                                              TOTAL: 4
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Nov 06, 2018
                              Form ID: 137             Total Noticed: 41


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517250693*       +American Express,    PO Box 1270,    Newark, NJ 07101-1270
517250694*       +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517250695*       +Bob and Phyllis Napolitano,    30 Cottontail Court,    Staten Island, NY 10312-4701
517250696*       +Capital One/Saks Fifth Ave.,    PO Box 10327,    Jackson, MS 39289-0327
516847585*       +Dept. of Treasury,    Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517250698*       +Dept. of Treasury Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516847584*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:  Dept. of the Treasury,    Internal Revenue Service,
                   Kansas City, MO 64999)
517250697*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:  Dept. of the Treasury,    Internal Revenue Service,
                   Kansas City, MO 64999)
516847587*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    4 Paragon Way - Ste. 2,
                   Freehold, NJ 07728)
517250700*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    4 Paragon Way - Ste. 2,
                   Freehold, NJ 07728)
517250687*       +NYS Department of Finance,    W A Harriman Campus Bldg 9,    Albany, NY 12227-0001
517250685*       +Nationstar Mortgage, LLC,    PO Box 60516,    City of Industry, CA 91716-0516
517250686*       +New Jersey Div. of Taxation,    Neptune Investigation A,    1828 West Lake Ave.-3rd Fl.,
                   Neptune, NJ 07753-4663
517250690*       +Small Business Administration,    c/o CBE Group,    1309 Technology Pkwy.,
                   Cedar Falls, IA 50613-6976
516847594*       +State of NJ - Div. of Taxation,    Revenue Processing Ctr.,    PO Box 111,
                   Trenton , NJ 08645-0111
517250691*       +State of NJ - Div. of Taxation,    Revenue Processing Ctr.,    PO Box 111,
                   Trenton, NJ 08645-0111
516847595*       +State of NJ Div of Taxation,    Revenue Processing Ctr,    PO Box 111,    Trenton, NJ 08645-0111
517250679*       +State of NJ Div of Taxation,    Revenue Processing Ctr,    PO Box 111,    Trenton, NJ 08645-0111
516847596*       +State of NJ Div. of Taxation,    Revenue Processing Ctr.,    PO Box 111,    Trenton, NJ 08645-0111
517250680*       +State of NJ Div. of Taxation,    Revenue Processing Ctr. PO Box 111,    Trenton, NJ 08645-0111
517250681*       +Township of Holmdel,    4 Crawfords Corner Road,    Holmdel, NJ 07733-1908
517250682*       +Wells Fargo Card Services,    PO Box 14517,    Des Moines, IA 50306-3517
                                                                                              TOTALS: 0, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
              Brandon David Sherr   on behalf of Creditor Segundo Marcial Saeteros-Campoverde
               bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
              Bunce Atkinson    on behalf of Accountant Barbara  Rizzi bunceatkinson@aol.com
              Bunce Atkinson    on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Bunce Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
              Lauren Bielskie    on behalf of U.S. Trustee   United States Trustee lauren.bielskie@usdoj.gov
              Lauren Bielskie    on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Nov 06, 2018
                              Form ID: 137             Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
           YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,
           Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@McCalla.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
           YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
           CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
          Scott C. Pyfer    on behalf of Plaintiff Biagio  Napolitano scott@pyferlawgroup.com,
           scottpyfer@gmail.com
          Scott C. Pyfer    on behalf of Creditor Biagio  Napolitano scott@pyferlawgroup.com,
           scottpyfer@gmail.com
          Scott C. Pyfer    on behalf of Plaintiff Filomena  Napolitano scott@pyferlawgroup.com,
           scottpyfer@gmail.com
          Scott C. Pyfer    on behalf of Creditor Filomena  Napolitano scott@pyferlawgroup.com,
           scottpyfer@gmail.com
          Scott C. Pyfer    on behalf of Creditor Robert  Napolitano scott@pyferlawgroup.com,
           scottpyfer@gmail.com
          Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
           YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
           CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K sobrien@flwlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 15