

Order Filed on December 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

   Alexander J Figliolia

| | |
|---|---|
| Case No.: | __17-20755__ |
| Chapter: | __11__ |
| Hearing Date: | _____ |
| Judge: | __Michael B. Kaplan__ |

# ORDER VACATING

## ORDER APPROVING DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 7, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

## ORDER APPROVING DISCLOSURE STATEMENT

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____December 6, 2018_____, be and the same is hereby vacated.

*revised 2/25/14*