UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on December 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Alexander J Figliolia

| | |
|---|---|
| Case No.: | 17-20755 |
| Hearing Date: | 1/28/19 @ 10:00 am |
| Judge: | Michael B. Kaplan |
| Chapter: | 11 |

### ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 6, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by _____Alexander J Figliolia_____ on _____11/30/2018_____ referring to a plan under Chapter 11 of the Code; and

It having been determined after hearing on notice, that the disclosure statement contains adequate information, it is

ORDERED and notice is hereby given, that:

A. The disclosure statement, dated _____11/30/2018_____ is approved.

B. Within 14 days after entry of this order, copies of this order, the approved disclosure statement and the plan, together with a ballot conforming to Official Form 14, shall be mailed by the plan proponent to all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d).

C. Written acceptances, rejections or objections to the plan referred to above shall be filed with the attorney for the plan proponent not less than seven (7) days before the hearing on confirmation of the plan.

D. _____January 28, 2019_____ at __10:00 a.m.__ is fixed as the date and time for the hearing on confirmation of the plan.

*rev.12/1/09*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-20755-MBK
Alexander J Figliolia                                                   Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1           Date Rcvd: Dec 06, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
db             +Alexander J Figliolia,   105 Middletown Road,   Holmdel, NJ 07733-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
      Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde
       bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
      Bunce   Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
      Bunce   Atkinson    on behalf of Accountant Barbara  Rizzi bunceatkinson@aol.com
      Bunce   Atkinson    on behalf of Attorney   Atkinson & DeBartolo, PC bunceatkinson@aol.com,
       NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
      Lauren  Bielskie    on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
      Lauren  Bielskie    on behalf of U.S. Trustee   United States Trustee lauren.bielskie@usdoj.gov
      Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
       YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,
       Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@McCalla.com
      Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
       YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
       CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
      Scott C. Pyfer    on behalf of Plaintiff Filomena  Napolitano scott@pyferlawgroup.com,
       scottpyfer@gmail.com
      Scott C. Pyfer    on behalf of Creditor Filomena  Napolitano scott@pyferlawgroup.com,
       scottpyfer@gmail.com
      Scott C. Pyfer    on behalf of Creditor Robert   Napolitano scott@pyferlawgroup.com,
       scottpyfer@gmail.com
      Scott C. Pyfer    on behalf of Plaintiff Biagio  Napolitano scott@pyferlawgroup.com,
       scottpyfer@gmail.com
      Scott C. Pyfer    on behalf of Creditor Biagio  Napolitano scott@pyferlawgroup.com,
       scottpyfer@gmail.com
      Sean M. O'Brien    on behalf of Creditor   THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
       YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
       CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K sobrien@flwlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                               TOTAL: 15