**Order Filed on December 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 17-20755 |
|---|---|---|
| Alexander J Figliolia | Chapter: | 11 |
| | Hearing Date: | |
| | Judge: | Michael B. Kaplan |

## ORDER VACATING

## ORDER APPROVING DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 7, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

## ORDER APPROVING DISCLOSURE STATEMENT

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated December 6, 2018, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Alexander J Figliolia  
    Debtor

Case No. 17-20755-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 07, 2018  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.  
db         +Alexander J Figliolia,    105 Middletown Road,    Holmdel, NJ 07733-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:

         Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde  
          bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com  
         Bunce Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com  
         Bunce Atkinson    on behalf of Accountant Barbara Rizzi bunceatkinson@aol.com  
         Bunce Atkinson    on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,  
          NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org  
         Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov  
         Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov  
         Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW  
          YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,  
          Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@McCalla.com  
         Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW  
          YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE  
          CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com  
         Scott C. Pyfer    on behalf of Plaintiff Filomena Napolitano scott@pyferlawgroup.com,  
          scottpyfer@gmail.com  
         Scott C. Pyfer    on behalf of Creditor Filomena Napolitano scott@pyferlawgroup.com,  
          scottpyfer@gmail.com  
         Scott C. Pyfer    on behalf of Creditor Robert Napolitano scott@pyferlawgroup.com,  
          scottpyfer@gmail.com  
         Scott C. Pyfer    on behalf of Plaintiff Biagio Napolitano scott@pyferlawgroup.com,  
          scottpyfer@gmail.com  
         Scott C. Pyfer    on behalf of Creditor Biagio Napolitano scott@pyferlawgroup.com,  
          scottpyfer@gmail.com  
         Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW  
          YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE  
          CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K sobrien@flwlaw.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 15