| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Atkinson & DeBartolo, P.C.<br>Post Office Box 8415<br>2 Bridge Avenue, The Galleria<br>Red Bank, New Jersey 07701<br>(732) 530-5300; fax (732) 530-9877<br>BA9186<br>Attorney for Debtor-in-Possession | |

**Order Filed on December 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br><br>ALEXANDER J. FIGIOLIA,<br><br>Debtor. | Case No.:     17-20755<br><br>Hearing Date:     12/6/2018 @10:00 am<br><br>Judge:     Michael B. Kaplan<br><br>Chapter:     11 |
|---|---|

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 10, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Atkinson & DeBartolo, P.C | $21,660.00 | $210.62 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-20755-MBK
Alexander J Figliolia                                                           Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                  Page 1 of 1              Date Rcvd: Dec 10, 2018
                                Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
db             +Alexander J Figliolia,   105 Middletown Road,   Holmdel, NJ 07733-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2018 at the address(es) listed below:
    Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde
     bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
    Bunce  Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
    Bunce  Atkinson    on behalf of Accountant Barbara  Rizzi bunceatkinson@aol.com
    Bunce  Atkinson    on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,
     NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
    Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
    Lauren  Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
    Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
     YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,
     Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@McCalla.com
    Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
     YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
     CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
    Scott C. Pyfer    on behalf of Plaintiff Filomena  Napolitano scott@pyferlawgroup.com,
     scottpyfer@gmail.com
    Scott C. Pyfer    on behalf of Creditor Filomena  Napolitano scott@pyferlawgroup.com,
     scottpyfer@gmail.com
    Scott C. Pyfer    on behalf of Creditor Robert  Napolitano scott@pyferlawgroup.com,
     scottpyfer@gmail.com
    Scott C. Pyfer    on behalf of Plaintiff Biagio  Napolitano scott@pyferlawgroup.com,
     scottpyfer@gmail.com
    Scott C. Pyfer    on behalf of Creditor Biagio  Napolitano scott@pyferlawgroup.com,
     scottpyfer@gmail.com
    Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
     YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
     CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K sobrien@flwlaw.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                               TOTAL: 15