ATKINSON & DeBARTOLO, P.C.
The Galleria, 2 Bridge Avenue
Building Two, Third Floor
PO Box 8415
Red Bank, New Jersey  07701
732-530-5300; Fax 732-530-9877
BA9186
Attorneys for Debtor-in-Possession

| | |
|---|---|
| IN RE:<br><br>ALEXANDER FIGLIOLIA,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>CHAPTER 11 CASE NO. 17-20755/MBK<br><br>**CERTIFICATION OF SERVICE**<br><br>Confirmation Hearing:  February 11, 2019 |

Bunce D. Atkinson, Esq., of full age, does certify as follows:

1. I am an attorney in the law firm of Atkinson & DeBartolo, P.C., attorneys for the Debtor in the above-captioned matter.

2. On December 17, 2018, I caused to be forwarded to all parties on the attached list, a copy of the Order approving the Disclosure Statement, a Ballot for voting, and the Disclosure Statement and Plan of Reorganization and Ballot for voting.

3. I hereby certify that the foregoing statements made by me are true.  If any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                         ATKINSON & DeBARTOLO, P.C.
                                         Attorneys for Debtor-in-Possession

                            BY:   /s/ Bunce D. Atkinson
                                   BUNCE D. ATKINSON

Dated: 12/17/18

United States Trustee
1 Newark Center, Suite 2100
Raymond Blvd. & McCarter Hwy.
Newark, New Jersey 07102

American Express Centurion Bank
c/o Becket and Lee LLP
P. O. Box 3001
Malvern, PA 19355-0701

Dep. Of Treasury
Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101

The Bank of NY Mellon
c/o Bank of America
P. O. Box 31785
Tampa, FL 33631-3785

Wells Fargo Bank, NA
Wells Fargo Card Services
P. O. Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

NY State Dept. of Taxation & Finance
Bankruptcy Section
P. O. Box 5300
Albany, NY 12205-0300

Bob & Phyllis Napolitano
30 Cottontail Court
Staten Island, NY 10312

State of New Jersey
Division of Taxation
P. O. Box 245
Trenton, NJ 08695-0245

Cavalry SPV I, LLC
Bass & Associates, PC
3936 E Ft. Lowell Road, Suite 200
Tucson, AZ 85712

City of New York
Office of the Corporation Counsel
Alan Kleinman, Esq.
100 Church Street
New York, NY 10017

The Bank of New York Mellon, Trustee
c/o Nationstar Mortgage, LLC
P. O. Box 619096
Dallas, TX 75261-9741

Saeteros Campoverde
c/o Law Office of Justin A. Zeller, PC
attn.: Brandon D. Sherr, Esq.
277 Broadway, Ste. 408
New York, NY 10007

Capital One/Saks Fifth Avenue
P. O. Box 10327
Jackson, MS 39289

DMS CGI
P. O. Box 979110
St. Louis, MO 63197

Lomurro, Munson, Comer
4 Paragon Way, Suite 100
Freehold, NJ 07728

Nationstar Mortgage, LLC
P. O. Box 60516
City of Industry, CA 91716

Small Business Administration
c/o BE Group
1309 Technology Pkwy.
Cedar Falls, IA 50613

Township of Holmdel
4 Crawfords Corner Road
Holmdel, NJ 07733

Sean O'Brien, Esq.
Frankel Lambert Weiss Weisman &
Gordon, LLP
80 Main St.-Ste. 460
West Orange, NJ 07052
Attys. For The Bank of New York Mellon

Pyfer Law Group, LLC
Scott C. Pyfer, Esq.
20 Commerce Drive, Suite 135
Cranford, NJ 07016
Atty. for Napolitano

Lauren Bielskie, Esq.
US Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Bank of America
P. O. Box 31785
Tampa, FL 33631-3785

NJ Attorney General Office, Div. of Law
Attn: Valerie A. Hamilton, DAG
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

New Jersey Division of Taxation
Compliance & Enforcement - Bankruptcy
Unit
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08695-0267

State of New Jersey Div. of Taxation
Revenue Processing Center
P. O. Box 111
Trenton, NJ 08645

Alexander J. Figliolia
105 Middletown Road
Holmdel, NJ 07733

Katie Brown, Esq.
Buckley Madole, PC
99 Wood Ave. South-Ste. 803
Iselin, NJ 08830

Michael P. Collins, Esq.
Archer & Greiner
10 Highway 35
Red Bank, NJ 07701

NY S Department of Finance
W A Harriman Campus Bldg. 9
Albany, NY 12227

Melissa N. Licker, Esq.
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ 08830