UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re _Alexander Figliolia_            Case No. _17-20755/MBK_
                                       Reporting Period: _12/1/18 - 12/31/18_

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
Flle with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | | |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | ✓ | Bank R.c |
| Copies of bank statements | | ✓ | Statement |
| Cash disbursements journals | | ✓ | GL |
| Statement of Operations | | ✓ | P&L |
| Balance Sheet | | ✓ | BS |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

X _Alexander Figliolia_                          Date   _1/19/19_
Signature of Debtor


_____                 Date
Signature of Joint Debtor


_____                 Date
Signature of Authorized Individual*


_____                 Title of Authorized Individual
Printed Name of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership, a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: _Alex Figliolia_
Debtor

Case No. 17-20755/MBK
Reporting Period 12/1/18 - 12/31/18

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | | |
|---|---|---|
| Cash - Beginning of Month | 18,143.09 | 171,256.02 |
| | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | 2,254.20 | 46,123.40 |
| Social Security and Pension Income | | |
| Sale of Assets | 14,500.00 | 335,753.50 |
| Other Income (attach schedule) Commissions | 116,754.20 | 381,870.90 |
| Total Receipts | | |
| | | |
| | | 103,933.08 |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | 89,861.00 |
| Other Secured Note Payments | 4816.45 | 105,034.31 |
| Utilities | 794.34 | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | 4,995.42 |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 2,302.00 | 52,884.31 |
| Household Expenses | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | 9,446.00 |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | .75 | 14.35 |
| Other (attach schedule) Bank Charge | 7,963.54 | 325,573.97 |
| Total Ordinary Disbursements | 14,000.00 | 41,490.53 |
| Professional Fees | | 4550.00 |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | 14,000.00 | 46,040.53 |
| Total Reorganization Items | | |
| Total Disbursements (Ordinary + Reorganization) | 21,963.54 | 371,614.50 |
| Net Cash Flow (Total Receipts - Total Disbursements) | (5,209.34) | 10,256.40 |
| Cash - End of Month (Must equal reconciled bank statement) | 12,933.75 | 181,512.42 |

FORM MOR-1(INDV)
(9/99)

In re _Alexander kficli__
        Debtor

Case No._17-20755/MBK_
Reporting Period:_12/1/18 - 12/31/18_

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Commission | 14,500 | 335,753.50 |
| **Other Taxes** | | |
| Fed NJ | | 9,446.00 |
| **Other Ordinary Disbursements** | | |
| Bank Charges | 75 | 1925 |
| **Other Reorganization Expenses** | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

12:26 PM

01/28/19

## Alex Figliolia
# Reconciliation Summary
### Direct Express Card, Period Ending 12/31/2018

|  | Dec 31, 18 |
|---|---|
| **Beginning Balance** | 386.00 |
|     Cleared Transactions |  |
|         Checks and Payments - 2 items | -2,200.75 |
|         Deposits and Credits - 1 item | 2,254.20 |
|     Total Cleared Transactions | 53.45 |
| **Cleared Balance** | 439.45 |
| **Register Balance as of 12/31/2018** | 439.45 |
| **Ending Balance** | 439.45 |

12:26 PM

01/28/19

**Alex Figliolia**
**Reconciliation Detail**
**Direct Express Card, Period Ending 12/31/2018**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 386.00 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 2 items | | | | | | |
| Check | 12/01/2018 | | | X | -0.75 | -0.75 |
| Check | 12/14/2018 | dm | TD Bank Cash With... | X | -2,200.00 | -2,200.75 |
| Total Checks and Payments | | | | | -2,200.75 | -2,200.75 |
| Deposits and Credits - 1 item | | | | | | |
| Deposit | 12/12/2018 | | | X | 2,254.20 | 2,254.20 |
| Total Deposits and Credits | | | | | 2,254.20 | 2,254.20 |
| Total Cleared Transactions | | | | | 53.45 | 53.45 |
| Cleared Balance | | | | | 53.45 | 439.45 |
| Register Balance as of 12/31/2018 | | | | | 53.45 | 439.45 |
| Ending Balance | | | | | 53.45 | 439.45 |

1/24/2019

Direct Express ®





*Account History*

Select the month and year you wish to view and click the Search button. You can search the current month and the twelve prior months.
Your transactions for the selected month will be listed below. Click the print button to print a paper copy of the transaction history (your PC must be connected to a printer).
To view another month, click Reset and then select the new month and year.

ALEX J FIGLIOLIA
Card ending: 9246

Date:    Jan 2019 ▼ :    Search    |    Reset

Account Selection
Available Balance
Account History
Free Alerts
Other Services
Deactivate Card
Cardholder Data
Log Out

*Transaction Summary*

Print

**Summary of Fees**

| | |
|---|---|
| Prior Calendar Month | $0.75 |
| Calendar Year to Date | $6.75 |

Date Range: December 2018

Card Number : XXXXXXXXXXX9246

| Date Posted | Merchant/ ATM Location/ Confirmation Number | Trans.Type | Charges | Credits |
|---|---|---|---|---|
| 12/14/2018 11:52:01 | TD BANK, HOLMDEL, NJ | CASH PURCHASE | $2,200.00 | |
| 12/12/2018 00:00:00 | " | DEPOSIT FROM SSA | | $2,254.20 |
| 12/01/2018 10:27:05 | " | MONTHLY PAPER STATEMENT FEE | $0.75 | |
| | Total Charges and Credits/Deposits: | | $2,200.75 | $2,254.20 |

**In case of errors or questions about any of your transactions, click here**

Card Fees, Features & More  |  ATM Locator  |  Privacy Policy  |  Security Tips  |  About Direct Express®  |  Contact Us

Comerica Bank

12:16 PM

01/23/19

**Alex Figliolia**
**Reconciliation Summary**
Amboy Bank DIP, Period Ending 12/31/2018

|  | Dec 31, 18 |
|---|---|
| **Beginning Balance** | 18,022.63 |
| **Cleared Transactions** | |
| Checks and Payments - 11 items | -20,028.33 |
| Deposits and Credits - 3 items | 14,500.00 |
| **Total Cleared Transactions** | -5,528.33 |
| **Cleared Balance** | 12,494.30 |
| **Register Balance as of 12/31/2018** | 12,494.30 |
| **Ending Balance** | 12,494.30 |

12:16 PM

01/23/19

# Alex Figliolia
## Reconciliation Detail
### Amboy Bank DIP, Period Ending 12/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 18,022.63 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 11 Items** | | | | | | |
| Check | 11/21/2018 | 180 | Horizon Blue Cross ... | X | -265.54 | -265.54 |
| Check | 12/01/2018 | 181 | Atkinson & Debartol... | X | -8,000.00 | -8,265.54 |
| Check | 12/01/2018 | 182 | Chapel Hill Cleaners | X | -162.00 | -8,427.54 |
| Check | 12/03/2018 | dm | First Energy | X | -2,898.00 | -11,325.54 |
| Check | 12/03/2018 | dm | Verizon | X | -582.94 | -11,908.48 |
| Check | 12/03/2018 | dm | First Energy | X | -334.96 | -12,243.44 |
| Check | 12/11/2018 | dm | New Jersey Natural ... | X | -748.60 | -12,992.04 |
| Check | 12/14/2018 | dm | CMS Medicare Pay... | X | -503.40 | -13,495.44 |
| Check | 12/21/2018 | dm | American Water | X | -251.95 | -13,747.39 |
| Check | 12/23/2018 | 184 | Horizon Blue Cross ... | X | -280.94 | -14,028.33 |
| Check | 12/24/2018 | 230 | Atkinson & Debartol... | X | -6,000.00 | -20,028.33 |
| | **Total Checks and Payments** | | | | -20,028.33 | -20,028.33 |
| | **Deposits and Credits - 3 Items** | | | | | |
| Deposit | 12/07/2018 | | | X | 6,000.00 | 6,000.00 |
| Deposit | 12/21/2018 | | | X | 6,000.00 | 12,000.00 |
| Deposit | 12/31/2018 | | | X | 2,500.00 | 14,500.00 |
| | **Total Deposits and Credits** | | | | 14,500.00 | 14,500.00 |
| | **Total Cleared Transactions** | | | | -5,528.33 | -5,528.33 |
| **Cleared Balance** | | | | | -5,528.33 | 12,494.30 |
| **Register Balance as of 12/31/2018** | | | | | -5,528.33 | 12,494.30 |
| **Ending Balance** | | | | | -5,528.33 | 12,494.30 |



For the period 12-01-2018 to 12-31-2018 age 1 of 1

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U.S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

ALEXANDER J FIGLIOLIA
DEBTOR IN POSSESSION
105 MIDDLETOWN RD
HOLMDEL        NJ 07733

**Privacy Notice – Federal law requires us to tell you how we**
**collect, share, and protect your personal information.**
**Our policy has not changed. You may review notice at www.amboybank.com.**
**Or we will mail you a free copy. Just call (800 94-AMBOY).**

## Senior Checking Account                    Account number:

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 11-30 | $18,022.63 |
| Deposits and other credits (+) | $14,500.00 |
| Withdrawals, checks and other debits (-) | $20,028.33 |
| Ending Balance on 12-31 | $12,494.30 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-07 | DEPOSIT | 6,000.00 | 12-31 | DEPOSIT | 2,500.00 |
| 12-21 | DEPOSIT | 6,000.00 | | | |

### Checks

| Check# | Date | Amount | Check# | Date | Amount | Check# | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 180 | 12-06 | 265.54 | 182* | 12-14 | 162.00 | 230 | 12-27 | 6,000.00 |
| 181 | 12-19 | 8,000.00 | 184* | 12-31 | 280.94 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-03 | 100054438609 FIRSTENERGY OPCO FE ECHECK | 334.96 | 12-11 | 14141396121018 NJ NATURALGAS EBILL | 748.60 |
| 12-03 | 100009694421 FIRSTENERGY OPCO FE ECHECK | 2,898.00 | 12-14 | CMS MEDICARE PAYMENT 0183 | 503.40 |
| 12-05 | 6351109692 BILLMATRIX BILLPAYFEE | 3.50 | 12-20 | 4437981 PMN IUS SVC FEE SERVICEFEE | 1.95 |
| 12-05 | 6351109691 FIS*VERIZON BILL PAY | 579.44 | 12-21 | 9963354 AMERICAN-WATER UTIL-PMNT | 250.00 |



180   $265.54   12/6/2018

181   $8,000.00   12/19/2018

182   $162.00   12/14/2018

184   $280.94   12/31/2018

230   $6,000.00   12/27/2018

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____

_____

Street and Number                    City                    State              Zip Code

TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:

☐ Checking _____     ☐ Loan _____     ☐ Safe Deposit Box ( _____ )

☐ Savings _____     ☐ Certificate _____     ☐ Other (describe below)

SPECIAL INSTRUCTIONS _____

Date: _____     Authorized Signature: _____

---

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | DEPOSITS NOT SHOWN ON STATEMENT |
|---|---|
| TOTAL CHECKS OUTSTANDING | |
| CHECKBOOK BALANCE | STATEMENT BALANCE |
| TOTAL. | TOTAL. |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2230 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2230 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Information 24 Hours A Day • AmboyNET-www.amboybank.com • Amboy 24Telephone Banking 1-877-24-AMBOY

Contact us at 1-800-94-AMBOY or mailbox@amboybank.com

AMBY

1:21 PM

01/28/19

Accrual Basis

## Alex Figliolia
## General Ledger
### As of December 31, 2018

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 17,757.09 |
| **Amboy Bank DIP** | | | | | | | | |
| Check | 12/01/2018 | 181 | | Atkinson & Debartolo PC | | | 8,000.00 | 9,757.09 |
| Check | 12/01/2018 | 182 | | Chapel Hill Cleaners | | | 162.00 | 9,595.09 |
| Check | 12/03/2018 | dm | | First Energy | | | 334.99 | 9,260.13 |
| Check | 12/03/2018 | dm | | First Energy | | | 2,898.00 | 6,362.13 |
| Check | 12/03/2018 | dm | | Verizon | | | 582.94 | 5,779.19 |
| Deposit | 12/07/2018 | | | | Deposit | 6,000.00 | | 11,779.19 |
| Check | 12/11/2018 | dm | | New Jersey Natural Gas | | | 748.60 | 11,030.59 |
| Check | 12/14/2018 | dm | | CMS Medicare Payment | | | 503.40 | 10,527.19 |
| Check | 12/21/2018 | dm | | American Water | | | 251.95 | 10,275.24 |
| Deposit | 12/21/2018 | | | | Deposit | 6,000.00 | | 16,275.24 |
| Check | 12/23/2018 | 184 | | Horizon Blue Cross Blue Shiel . | | | 280.94 | 15,994.30 |
| Check | 12/24/2018 | 230 | | Atkinson & Debartolo PC | | | 6,000.00 | 9,994.30 |
| Deposit | 12/31/2018 | | | | Deposit | 2,500.00 | | 12,494.30 |
| | | | | | | 14,500.00 | 19,762.79 | 12,494.30 |
| Total Amboy Bank DIP | | | | | | | | |
| | | | | | | | | 386.00 |
| **Direct Express Card** | | | | | | | | |
| Check | 12/01/2018 | | | | Service Charge | | 0.75 | 385.25 |
| Deposit | 12/12/2018 | | | | Deposit | 2,254.20 | | 2,639.45 |
| Check | 12/14/2018 | dm | | TD Bank Cash Withdrawal | | | 2,200.00 | 439.45 |
| | | | | | | 2,254.20 | 2,200.75 | 439.45 |
| Total Direct Express Card | | | | | | | | |
| | | | | | | | | 0.00 |
| **Accumulated Depreciation** | | | | | | | | |
| Total Accumulated Depreciation | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | |
| Total Furniture and Equipment | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | |
| Total Accounts Payable | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | | |
| Total Payroll Liabilities | | | | | | | | 0.00 |
| | | | | | | | | -2,671.35 |
| **Opening Balance Equity** | | | | | | | | |
| Total Opening Balance Equity | | | | | | | | -2,671.35 |
| | | | | | | | | 0.00 |
| **Owners Draw** | | | | | | | | |
| Total Owners Draw | | | | | | | | 0.00 |
| | | | | | | | | -6,703.04 |
| **Owners Equity** | | | | | | | | |
| Total Owners Equity | | | | | | | | -6,703.04 |
| | | | | | | | | -221,179.25 |
| **Consulting Income** | | | | | | | | |
| Deposit | 12/07/2018 | | | | Deposit | | 6,000.00 | -227,179.25 |
| Deposit | 12/21/2018 | | | | Deposit | | 6,000.00 | -233,179.25 |
| Deposit | 12/31/2018 | | | | Deposit | | 2,500.00 | -235,679.25 |
| | | | | | | 0.00 | 14,500.00 | -235,679.25 |
| Total Consulting Income | | | | | | | | |
| | | | | | | | | -24,994.20 |
| **Social Security Income** | | | | | | | | |
| Deposit | 12/12/2018 | | | | Deposit | | 2,254.20 | -27,248.40 |
| | | | | | | 0.00 | 2,254.20 | -27,248.40 |
| Total Social Security Income | | | | | | | | |
| | | | | | | | | 0.00 |
| **Advertising and Promotion** | | | | | | | | |
| Total Advertising and Promotion | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | |
| Total Automobile Expense | | | | | | | | 0.00 |
| | | | | | | | | 13.25 |
| **Bank Service Charges** | | | | | | | | |
| Check | 12/01/2018 | | | | Service Charge | 0.75 | | 14.00 |
| | | | | | | 0.75 | 0.00 | 14.00 |
| Total Bank Service Charges | | | | | | | | |
| | | | | | | | | 0.00 |
| **Bankruptcy Fees** | | | | | | | | |
| Total Bankruptcy Fees | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | |
| Total Computer and Internet Expenses | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Continuing Education** | | | | | | | | |
| Total Continuing Education | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | |
| Total Depreciation Expense | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | |
| Total Dues and Subscriptions | | | | | | | | 0.00 |
| | | | | | | | | 52,018.18 |
| **Insurance Expense** | | | | | | | | |
| General Liability Insurance | | | | | | | | 0.00 |
| Total General Liability Insurance | | | | | | | | 0.00 |
| | | | | | | | | 52,018.18 |
| **Insurance Expense - Other** | | | | | | | | |
| Check | 12/14/2018 | dm | | CMS Medicare Payment | | 503.40 | | 52,521.58 |
| Check | 12/23/2018 | 184 | | Horizon Blue Cross Blue Shiel | | 280.94 | | 52,802.52 |
| | | | | | | 784.34 | 0.00 | 52,802.52 |
| Total Insurance Expense - Other | | | | | | | | |
| | | | | | | 784.34 | 0.00 | 52,802.52 |
| Total Insurance Expense | | | | | | | | |

1:21 PM

01/28/19

Accrual Basis

**Alex Figliolia**
**General Ledger**
*As of December 31, 2018*

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|--------|---------|
| | | | | | | | | 0.00 |
| **Interest Expense** | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | |
| | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | |
| **Meals, Household Supplies and E** | | | | | | | | 28,257.01 |
| Check | 12/01/2018 | 182 | | Chapel Hill Cleaners | | 162.00 | | 28,419.01 |
| Check | 12/14/2018 | dm | | TD Bank Cash Withdrawal | | 2,200.00 | | 30,619.01 |
| Total Meals, Household Supplies and E | | | | | | 2,362.00 | 0.00 | 30,619.01 |
| | | | | | | | | 0.00 |
| **Office Supplies** | | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | | |
| | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | |
| | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | |
| | | | | | | | | 421.17 |
| **Repairs and Maintenance** | | | | | | | | 421.17 |
| Total Repairs and Maintenance | | | | | | | | |
| | | | | | | | | 63,514.66 |
| **Second Mortgage** | | | | | | | | 63,514.66 |
| Total Second Mortgage | | | | | | | | |
| | | | | | | | | 9,446.00 |
| **Taxes** | | | | | | | | 9,446.00 |
| Total Taxes | | | | | | | | |
| | | | | | | | | 6,287.87 |
| **Telephone Expense** | | | | | | | | 6,870.81 |
| Check | 12/03/2018 | dm | | Verizon | | 582.94 | | 6,870.81 |
| Total Telephone Expense | | | | | | 582.94 | 0.00 | 6,870.81 |
| | | | | | | | | 0.00 |
| **Travel Expense** | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | |
| **Utilities** | | | | | | | | 49,630.25 |
| Check | 12/03/2018 | dm | | First Energy | | 334.96 | | 49,965.21 |
| Check | 12/03/2018 | dm | | First Energy | | 2,898.00 | | 52,863.21 |
| Check | 12/11/2018 | dm | | New Jersey Natural Gas | | 748.60 | | 53,611.81 |
| Check | 12/21/2018 | dm | | American Water | | 251.95 | | 53,863.76 |
| Total Utilities | | | | | | 4,233.51 | 0.00 | 53,863.76 |
| | | | | | | | | 0.00 |
| **Ask My Accountant** | | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | | |
| **Professional Fees** | | | | | | | | 24,566.36 |
| Check | 12/01/2018 | 181 | | Atkinson & Debartolo PC | | 8,000.00 | | 32,566.36 |
| Check | 12/24/2018 | 230 | | Atkinson & Debartolo PC | | 6,000.00 | | 38,566.36 |
| Total Professional Fees | | | | | | 14,000.00 | 0.00 | 38,566.36 |
| | | | | | | | | 3,250.00 |
| **US Trustee Fee** | | | | | | | | 3,250.00 |
| Total US Trustee Fee | | | | | | | | |
| | | | | | | | | 0.00 |
| **No acent** | | | | | | | | 0.00 |
| Total no acent | | | | | | | | |
| | | | | | | | 38,717.74 | 38,717.74 | 0.00 |
| **TOTAL** | | | | | | | | |

1:17 PM

01/28/19

Accrual Basis

**Alex Figliolia**
# Balance Sheet
### As of December 31, 2018

|  | Dec 31, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Amboy Bank DIP | 12,494.30 |
| Direct Express Card | 439.45 |
| **Total Checking/Savings** | 12,933.75 |
| **Total Current Assets** | 12,933.75 |
| **TOTAL ASSETS** | 12,933.75 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Opening Balance Equity | |
| Owners Equity | 2,671.35 |
| Net Income | 6,703.04 |
| | 3,559.36 |
| **Total Equity** | 12,933.75 |
| **TOTAL LIABILITIES & EQUITY** | 12,933.75 |

12:54 PM

01/28/19

Accrual Basis

# Alex Figliolia
# Profit & Loss
### December 2018

|  | Dec 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Consulting Income | 14,500.00 |
| Social Security Income | 2,254.20 |
| **Total Income** | 16,754.20 |
| **Expense** | |
| Bank Service Charges | 0.75 |
| Insurance Expense | 784.34 |
| Meals, Household Supplies and E | 2,362.00 |
| Telephone Expense | 582.94 |
| Utilities | 4,233.51 |
| **Total Expense** | 7,963.54 |
| **Net Ordinary Income** | 8,790.66 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Professional Fees | 14,000.00 |
| **Total Other Expense** | 14,000.00 |
| **Net Other Income** | -14,000.00 |
| **Net Income** | -5,209.34 |