| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>GURBIR S. GREWAL<br>Attorney General of New Jersey<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 106<br>Trenton, New Jersey 08625-0106<br>By: Valerie A. Hamilton (018201995)<br>    Deputy Attorney General<br>    (609) 376-3256<br>    Valerie.Hamilton@law.njoag.gov<br>Attorney for New Jersey Division of Taxation<br><br>In Re:<br><br>ALEXANDER FIGLIOLIA,<br><br>                  Debtor. | Case No.:    17-20755 (MBK)<br><br>Chapter:    11<br><br>Adv. No.:<br><br>Hearing Date:    2/11/19 @ 10 a.m.<br><br>Judge:    Kaplan |

## CERTIFICATION OF SERVICE

1. I, _____Valerie A. Hamilton_____ :

    ☒ represent _____N.J. Division of Taxation_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____February 4, 2019_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    OBJECTION BY THE NEW JERSEY DIVISION OF TAXATION TO CONFIRMATION OF DEBTOR'S SECOND MODIFIED PLAN OF LIQUIDATION

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____2/4/2019_____                                    /s/ Valerie A. Hamilton_____
                                                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bunce D. Atkinson, Esq.<br>Atkinson & DeBartolo, P.C.<br>The Galleria, 2 Bridge Avenue<br>Building Two, Third Floor<br>P.O. Box 8415<br>Red Bank, NJ 07701 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren Bielski, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | US Trustee's Office | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sean O'Brien, Esq.<br>Frenkel Lambert Weiss Weisman & Gordon, LLP<br>80 Main St., Suite 460<br>West Orange, NJ 07052 | Counsel for Bank of New York Mellon<br><br>Requested Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott C. Pyfer, Esq.<br>Pyfer Law Group, LLC<br>20 Commerce Drive, Suite 135<br>Cranford, NJ 07016 | Counsel for Robert & Phyliss Napolitano, Filomena Napolitano, Biagio Napolitano<br><br>Requested Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brandon D. Sherr, Esq.<br>Law Office of Justin A. Zeller, P.C.<br>277 Broadway, Suite 408<br>New York, NY 10007-2036 | Counsel for Segundo Marcial Saeteros-Campoverde<br><br>Requested Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rebecca A. Solarz, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorneys for Bank of New York Mellon<br><br>Requested Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Melissa N. Licker, Esq.<br>McCalla Raymer Leibert Pierce LLC<br>99 Wood Avenue, Suite 803<br>Iselin, NJ 08830 | Attorneys for Bank of New York Mellon<br><br>Requested Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*