UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ATKINSON & DeBARTOLO, P.C.
The Galleria, 2 Bridge Avenue
Building Two, Third Floor
P. O. Box 8415
Red Bank, NJ 07701
(732) 530-5300
BA9186
Attorneys for the Debtor-In-Possession

In Re:

ALEXANDER J. FIGLIOLIA,

Debtor.

Case No.: 17-20755
Adv. Pro. No.: 
Chapter: 11
Hearing Date: 02/11/2019
Judge: Michael B. Kaplan

## ADJOURNMENT REQUEST

1. I, Bunce D. Atkinson,

   ☒ am the Attorney for: Alexander J. Figliolia, DIP,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on Confirmation

   Current hearing date and time: 02/11/2019 @ 10:00 a.m.

   New date requested: 04/01/2019 @ 10:00 a.m.

   Reason for adjournment request: To allow Attorney to discuss revisions of the Plan with US Trustee, City of New York, and the NJ Division of Taxation and resolve objections.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 02/07/2019                                          /s/ Bunce D. Atkinson
                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date: <u>April 1, 2019 at 10:00 a.m.</u>        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*