| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>(973) 325-8800<br>Douglas McDonough, Esq.<br>Attorney for THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K, Secured Creditor<br>In Re:<br><br>**Alexander J Figliolia**<br><br>**Debtor'.** | Case No.:   17-20755-MBK<br><br>Chapter   11<br><br>Hearing Date:  <br><br>Judge:   Michael B. Kaplan |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☑ Withdrawn

Matter:   Notice of Appearance filed on 06/05/2017

Date:   02/11/2019                                                         /s/ Douglas McDonough
                                                                                            Signature

*Rev.8/1/15*