**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
Douglas McDonough, Esq.
Attorney for THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K, Secured Creditor

Case No.: **17-20755-MBK**

Chapter 11

Judge Michael B. Kaplan

In Re:
**Alexander J Figiolia**,            Debtor(s).

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K, a Secured Creditor, regarding a lien on the real property located at **105 Middletown Rd, Holmdel, NJ 07733**. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

**ADDRESS:** THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-KE
c/o Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
80 Main Street, Suite 460
West Orange, NJ 07052

**DOCUMENTS:**

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP**
Attorneys for Secured Creditor
/s/ *Douglas McDonough*

Date: 02/11/2019    Douglas McDonough, Esq.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

FRENKEL LAMBERT WEISS WEISMAN &
GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
Douglas McDonough, Esq.
Attorney for THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K, Secured Creditor

Case No.: **17-20755-MBK**

Chapter 11

Judge Michael B. Kaplan

In Re:

**Alexander J Figliolia,**
                                   Debtor(s).

# CERTIFICATION OF SERVICE

1. I, Melissa Caride:

   ❑ represent the _____ in this matter.

   ■ am the secretary/paralegal for FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, who represents THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K in this matter.

   ❑ am the _____ in this case and am representing myself.

2. On February 11, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  02/11/2019                                  /s/ Melissa Caride
                                                         Melissa Caride

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| U.S Trustee<br>One Newark Center. Suite 2100<br>Newark, NJ 07102 | **TRUSTEE** | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>■ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| Bunce Atkinson<br>Atkinson & DeBartolo<br>2 Bridge Ave., PO Box 8415<br>Bldg. 2, 3rd Floor<br>Red Bank, NJ 07701 | **DEBTOR'S ATTORNEY** | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>■ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| Alexander J Figliolia<br>105 Middletown Road<br>Holmdel, NJ 07733 | **DEBTOR** | ❏ Hand-delivered<br>■ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |

*\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.*