## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF _____

In re _Alexander Figliolia_

Case No. _17-20755/MBK_
Reporting Period: _1/1/19 - 1/31/19_

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-3 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | | |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | QL | ✓ |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | B Rec S | ✓ |
| Copies of bank statements | | B. State | |
| Cash disbursements journals | | C1 | ✓ |
| Statement of Operations | | DO | |
| Balance Sheet | | BS | ✓ |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

X _Alexander Figliolia_
Signature of Debtor

Date _2/18/19_

_____
Signature of Joint Debtor

Date _____

_____
Signature of Authorized Individual*

Date _____

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: _Alexander Fjlidia_
       Debtor

Case No. _17-20755/MBK_
Reporting Period _4/1/19 - 4/31/19_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### ( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | | |
|---|---|---|
| **Cash - Beginning of Month** | 12,933.75 | 181,518.42 |
| | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,700 - | 48,823.40 |
| Sale of Assets | | |
| Other Income (attach schedule)  Commission | 23,200 - | 358,953.50 |
| **Total Receipts** | 25,900 | 407,776.90 |
| | | |
| Mortgage Payment(s) | 15,774.00 | 119,707.19 |
| Rental Payment(s) | ∅ | ∅ |
| Other Secured Note Payments | ∅ | ∅ |
| Utilities | 5,700.88 | 94,968.48 |
| Insurance | 7,358.99 | 66,393.25 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 4,995.42 |
| Medical Expenses | | |
| Household Expenses | 2,651.00 | 55,535.31 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 9446.00 |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule)  Bank Charg | 8.75 | 20.00 |
| **Total Ordinary Disbursements** | 35,491.63 | 351,065.60 |
| | | |
| Professional Fees | ∅ | 41,440.53 |
| U. S. Trustee Fees | ∅ | 4,550.00 |
| Other Reorganization Expenses (attach schedule) | ∅ | ∅ |
| **Total Reorganization Items** | ∅ | 46,040.53 |
| | | |
| **Total Disbursements (Ordinary + Reorganization)** | 35,491.63 | 397,106.13 |
| | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 708.31 | 10,670.77 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 13,342.12 | 192,189.19 |

FORM MOR-1(INDV)
(9/99)

In re _Alexandra Tiplidia_
      Debtor

Case No. _17-20755/MBK_
Reporting Period: _1/1/19 - 1/31/19_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Commission Income | 23,7?? | 35 8, 483.5? |
| **Other Taxes** | | |
| Fed | | 944?.?? |
| **Other Ordinary Disbursements** | | |
| Bank Charges | .75 | 3?.?? |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CONT)
(9/99)

6:02 PM

03/05/19
Accrual Basis

# Alex Figliolia
# Balance Sheet
### As of January 31, 2019

|  | Jan 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Amboy Bank DIP | 12,703.42 |
| Direct Express Card | 638.70 |
| **Total Checking/Savings** | 13,342.12 |
| **Total Current Assets** | 13,342.12 |
| **TOTAL ASSETS** | 13,342.12 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Opening Balance Equity | 2,671.35 |
| Owners Equity | 10,262.40 |
| Net Income | 408.37 |
| **Total Equity** | 13,342.12 |
| **TOTAL LIABILITIES & EQUITY** | 13,342.12 |

6:01 PM

03/05/19

Accrual Basis

# Alex Figliolia
## Profit & Loss
### January 2019

|  | Jan 19 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Consulting Income | 23,200.00 |
| Social Security Income | 2,700.00 |
| **Total Income** | 25,900.00 |
| **Expense** |  |
| Bank Service Charges | 0.75 |
| First Mortgage | 10,000.00 |
| Insurance Expense | 1,358.94 |
| Meals, Household Supplies and E | 2,651.00 |
| Second Mortgage | 5,774.06 |
| Telephone Expense | 579.65 |
| Utilities | 5,127.23 |
| **Total Expense** | 25,491.63 |
| **Net Ordinary Income** | 408.37 |
| **Net Income** | 408.37 |

6:16 PM

03/05/19

Accrual Basis

# Alex Figliolia
## General Ledger
### As of January 31, 2019

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Amboy Bank DIP** | | | | | | | | 12,494.30 |
| Check | 01/01/2019 | 232 | | Nation Star | | | 10,000.00 | 2,494.30 |
| Check | 01/06/2019 | 186 | | Silver Script Ins Co | | | 105.60 | 2,388.70 |
| Check | 01/06/2019 | 187 | | Silver Script Ins Co | | | 105.60 | 2,283.10 |
| Check | 01/07/2019 | dm | | Verizon | | | 579.65 | 1,703.45 |
| Deposit | 01/08/2019 | | | | Deposit | 7,200.00 | | 8,903.45 |
| Check | 01/08/2019 | dm | | First Energy | | | 204.33 | 8,699.12 |
| Check | 01/08/2019 | dm | | First Energy | | | 2,898.00 | 5,801.12 |
| Check | 01/09/2019 | dm | | CMS Medicare Payment | | | 433.40 | 5,387.72 |
| Deposit | 01/10/2019 | | | | Deposit | 1,000.00 | | 6,387.72 |
| Check | 01/11/2019 | dm | | Bank of America | | | 5,774.06 | 593.66 |
| Deposit | 01/16/2019 | | | | Deposit | 6,000.00 | | 6,593.66 |
| Deposit | 01/18/2019 | | | | Deposit | 2,500.00 | | 9,093.66 |
| Check | 01/18/2019 | dm | | American Water | | | 376.95 | 8,716.71 |
| Check | 01/18/2019 | 277 | | Chapel Hill Cleaners | | | 151.00 | 8,565.71 |
| Check | 01/22/2019 | dm | | New Jersey Natural Gas | | | 1,647.95 | 6,917.76 |
| Check | 01/23/2019 | dm | | CMS Medicare Payment | | | 433.40 | 6,484.36 |
| Check | 01/24/2019 | 212 | | Horizon Blue Cross Bl.. | | | 280.94 | 6,203.42 |
| Deposit | 01/31/2019 | | | | Deposit | 6,500.00 | | 12,703.42 |
| **Total Amboy Bank DIP** | | | | | | 23,200.00 | 22,990.88 | 12,703.42 |
| **Direct Express Card** | | | | | | | | 439.45 |
| Deposit | 01/09/2019 | | | | Deposit | 2,700.00 | | 3,139.45 |
| Check | 01/11/2019 | dm | | TD Bank Cash Withdr... | | | 2,500.00 | 639.45 |
| Check | 01/31/2019 | | | | Service Charge | | 0.75 | 638.70 |
| **Total Direct Express Card** | | | | | | 2,700.00 | 2,500.75 | 638.70 |
| **Accumulated Depreciation** | | | | | | | | 0.00 |
| **Total Accumulated Depreciation** | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | 0.00 |
| **Total Furniture and Equipment** | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | 0.00 |
| **Total Accounts Payable** | | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | | 0.00 |
| **Total Payroll Liabilities** | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | -2,671.35 |
| **Total Opening Balance Equity** | | | | | | | | -2,671.35 |
| **Owners Draw** | | | | | | | | 0.00 |
| **Total Owners Draw** | | | | | | | | 0.00 |
| **Owners Equity** | | | | | | | | -10,262.40 |
| **Total Owners Equity** | | | | | | | | -10,262.40 |
| **Consulting Income** | | | | | | | | 0.00 |
| Deposit | 01/08/2019 | | | | Deposit | | 7,200.00 | -7,200.00 |
| Deposit | 01/10/2019 | | | | Deposit | | 1,000.00 | -8,200.00 |
| Deposit | 01/16/2019 | | | | Deposit | | 6,000.00 | -14,200.00 |
| Deposit | 01/18/2019 | | | | Deposit | | 2,500.00 | -16,700.00 |
| Deposit | 01/31/2019 | | | | Deposit | | 6,500.00 | -23,200.00 |
| **Total Consulting Income** | | | | | | 0.00 | 23,200.00 | -23,200.00 |
| **Social Security Income** | | | | | | | | 0.00 |
| Deposit | 01/09/2019 | | | | Deposit | | 2,700.00 | -2,700.00 |
| **Total Social Security Income** | | | | | | 0.00 | 2,700.00 | -2,700.00 |
| **Advertising and Promotion** | | | | | | | | 0.00 |
| **Total Advertising and Promotion** | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | 0.00 |
| **Total Automobile Expense** | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | 0.00 |
| Check | 01/31/2019 | | | | Service Charge | 0.75 | | 0.75 |
| **Total Bank Service Charges** | | | | | | 0.75 | 0.00 | 0.75 |
| **Bankruptcy Fees** | | | | | | | | 0.00 |
| **Total Bankruptcy Fees** | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | 0.00 |
| **Total Computer and Internet Expenses** | | | | | | | | 0.00 |
| **Continuing Education** | | | | | | | | 0.00 |
| **Total Continuing Education** | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | 0.00 |
| **Total Depreciation Expense** | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | 0.00 |
| **Total Dues and Subscriptions** | | | | | | | | 0.00 |
| **First Mortgage** | | | | | | | | 0.00 |
| Check | 01/01/2019 | 232 | | Nation Star | | 10,000.00 | | 10,000.00 |
| **Total First Mortgage** | | | | | | 10,000.00 | 0.00 | 10,000.00 |

6:16 PM
03/05/19
Accrual Basis

**Alex Figliolia**
**General Ledger**
As of January 31, 2019

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Insurance Expense** | | | | | | | | |
| General Liability Insurance | | | | | | | | 0.00 |
| Total General Liability Insurance | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Insurance Expense - Other** | | | | | | | | |
| Check | 01/05/2019 | 186 | | Silver Script Ins Co | | | | 0.00 |
| Check | 01/05/2019 | 187 | | Silver Script Ins Co | | 105.60 | | 105.60 |
| Check | 01/09/2019 | dm | | CMS Medicare Payment | | 105.60 | | 211.20 |
| Check | 01/23/2019 | dm | | CMS Medicare Payment | | 433.40 | | 644.60 |
| Check | 01/24/2019 | 212 | | Horizon Blue Cross Bl... | | 433.40 | | 1,078.00 |
| | | | | | | 280.94 | | 1,358.94 |
| Total Insurance Expense - Other | | | | | | 1,358.94 | 0.00 | 1,358.94 |
| Total Insurance Expense | | | | | | 1,358.94 | 0.00 | 1,358.94 |
| **Interest Expense** | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | 0.00 |
| **Meals, Household Supplies and E** | | | | | | | | 0.00 |
| Check | 01/11/2019 | dm | | TD Bank Cash Withdr... | | 2,500.00 | | 2,500.00 |
| Check | 01/18/2019 | 277 | | Chapel Hill Cleaners | | 151.00 | | 2,651.00 |
| Total Meals, Household Supplies and E | | | | | | 2,651.00 | 0.00 | 2,651.00 |
| **Office Supplies** | | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | 0.00 |
| Total Repairs and Maintenance | | | | | | | | 0.00 |
| **Second Mortgage** | | | | | | | | 0.00 |
| Check | 01/11/2019 | dm | | Bank of America | | 5,774.06 | | 5,774.06 |
| Total Second Mortgage | | | | | | 5,774.06 | 0.00 | 5,774.06 |
| **Taxes** | | | | | | | | 0.00 |
| Total Taxes | | | | | | | | 0.00 |
| **Telephone Expense** | | | | | | | | 0.00 |
| Check | 01/07/2019 | dm | | Verizon | | 579.65 | | 579.65 |
| Total Telephone Expense | | | | | | 579.65 | 0.00 | 579.65 |
| **Travel Expense** | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | 0.00 |
| Check | 01/08/2019 | dm | | First Energy | | 204.33 | | 204.33 |
| Check | 01/08/2019 | dm | | First Energy | | 2,898.00 | | 3,102.33 |
| Check | 01/18/2019 | dm | | American Water | | 376.95 | | 3,479.28 |
| Check | 01/22/2019 | dm | | New Jersey Natural Gas | | 1,647.95 | | 5,127.23 |
| Total Utilities | | | | | | 5,127.23 | 0.00 | 5,127.23 |
| **Ask My Accountant** | | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | | 0.00 |
| **Professional Fees** | | | | | | | | 0.00 |
| Total Professional Fees | | | | | | | | 0.00 |
| **US Trustee Fee** | | | | | | | | 0.00 |
| Total US Trustee Fee | | | | | | | | 0.00 |
| **No accnt** | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | 0.00 |
| **TOTAL** | | | | | | 51,391.63 | 51,391.63 | 0.00 |

5:52 PM

03/06/19

# Alex Figliolia
## Reconciliation Summary
### Direct Express Card, Period Ending 01/31/2019

|  | Jan 31, 19 |
|---|---|
| **Beginning Balance** | 439.45 |
| **Cleared Transactions** |  |
| Checks and Payments - 2 items | -2,500.75 |
| Deposits and Credits - 1 item | 2,700.00 |
| **Total Cleared Transactions** | 199.25 |
| **Cleared Balance** | 638.70 |
| **Register Balance as of 01/31/2019** | 638.70 |
| **Ending Balance** | 638.70 |

5:52 PM

03/05/19

# Alex Figliolia
## Reconciliation Detail
### Direct Express Card, Period Ending 01/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 439.45 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 Items** | | | | | | |
| Check | 01/11/2019 | dm | TD Bank Cash With... | X | -2,500.00 | -2,500.00 |
| Check | 01/31/2019 | | | X | -0.75 | -2,500.75 |
| Total Checks and Payments | | | | | -2,500.75 | -2,500.75 |
| **Deposits and Credits - 1 Item** | | | | | | |
| Deposit | 01/09/2019 | | | X | 2,700.00 | 2,700.00 |
| Total Deposits and Credits | | | | | 2,700.00 | 2,700.00 |
| Total Cleared Transactions | | | | | 199.25 | 199.25 |
| Cleared Balance | | | | | 199.25 | 638.70 |
| Register Balance as of 01/31/2019 | | | | | 199.25 | 638.70 |
| **Ending Balance** | | | | | 199.25 | 638.70 |

**DIRECT EXPRESS**

Direct Express® Debit Card Program
P.O. Box 245998
San Antonio, TX 78224




Comerica Bank

MEMBER FDIC

## Monthly Account Statement

L2ACSADTMS  048100

ALEX J FIGLIOLIA
105 MIDDLETOWN ROAD
HOLMDEL, NJ 07733-0000

**To contact us**

Customer Service: (888) 741-1115

Hearing impaired: (866) 569-0447
International: (765) 778-6290 (Collect)

**Visit our web site**
www.USDirectExpress.com

**Write to us**
Direct Express® Card Services
P.O. Box 245998
San Antonio, TX 78224

### Thank You for Being a Direct Express® Card Customer

Date Range: January 2019

| | |
|---|---|
| Starting Balance: | **$439.45** |
| Credits: | **$2,700.00** |
| Debits: | **$2,500.75** |
| Ending Balance: | **$638.70** |

Card Number:  XXXX9246

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 01/01/2019 | | MONTHLY PAPER STATEMENT FEE | $0.75 | $0.00 |
| 01/09/2019 | ALEX J FIGLIOLIA | DEPOSIT FROM SSA | $0.00 | $2,700.00 |
| 01/11/2019 | TD BANK, PARK SLOPE, NY, USA | CASH PURCHASE | $2,500.00 | $0.00 |

5:41 PM

03/05/19

# Alex Figliolia
## Reconciliation Summary
### Amboy Bank DIP, Period Ending 01/31/2019

|  | Jan 31, 19 |
|---|---|
| **Beginning Balance** | 12,494.30 |
|     Cleared Transactions |  |
|         Checks and Payments - 13 items | -22,990.88 |
|         Deposits and Credits - 5 items | 23,200.00 |
|     **Total Cleared Transactions** | 209.12 |
| **Cleared Balance** | 12,703.42 |
| **Register Balance as of 01/31/2019** | 12,703.42 |
| **Ending Balance** | 12,703.42 |

5:41 PM

03/05/19

# Alex Figliolia
## Reconciliation Detail
### Amboy Bank DIP, Period Ending 01/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 12,494.30 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 13 items** | | | | | | |
| Check | 01/01/2019 | 232 | Nation Star | X | -10,000.00 | -10,000.00 |
| Check | 01/06/2019 | 186 | Silver Script Ins Co | X | -105.60 | -10,105.60 |
| Check | 01/06/2019 | 187 | Silver Script Ins Co | X | -105.60 | -10,211.20 |
| Check | 01/07/2019 | dm | Verizon | X | -579.65 | -10,790.85 |
| Check | 01/08/2019 | dm | First Energy | X | -2,898.00 | -13,688.85 |
| Check | 01/08/2019 | dm | First Energy | X | -204.33 | -13,893.18 |
| Check | 01/09/2019 | dm | CMS Medicare Pay... | X | -433.40 | -14,326.58 |
| Check | 01/11/2019 | dm | Bank of America | X | -5,774.06 | -20,100.64 |
| Check | 01/18/2019 | dm | American Water | X | -376.95 | -20,477.59 |
| Check | 01/18/2019 | 277 | Chapel Hill Cleaners | X | -151.00 | -20,628.59 |
| Check | 01/22/2019 | dm | New Jersey Natural ... | X | -1,647.95 | -22,276.54 |
| Check | 01/23/2019 | dm | CMS Medicare Pay... | X | -433.40 | -22,709.94 |
| Check | 01/24/2019 | 212 | Horizon Blue Cross ... | X | -280.94 | -22,990.88 |
| | | | Total Checks and Payments | | -22,990.88 | -22,990.88 |
| | | | | | | |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 01/08/2019 | | | X | 7,200.00 | 7,200.00 |
| Deposit | 01/10/2019 | | | X | 1,000.00 | 8,200.00 |
| Deposit | 01/16/2019 | | | X | 6,000.00 | 14,200.00 |
| Deposit | 01/18/2019 | | | X | 2,500.00 | 16,700.00 |
| Deposit | 01/31/2019 | | | X | 6,500.00 | 23,200.00 |
| | | | Total Deposits and Credits | | 23,200.00 | 23,200.00 |
| | | | Total Cleared Transactions | | 209.12 | 209.12 |
| **Cleared Balance** | | | | | 209.12 | 12,703.42 |
| Register Balance as of 01/31/2019 | | | | | 209.12 | 12,703.42 |
| **Ending Balance** | | | | | 209.12 | 12,703.42 |

For the period 01-01-2019 to 01-31-2019 page 1 of 2

☎ For customer service
   or current rates
   call: 732-591-2530

✉ Write to:
   Amboy Bank
   3590 U. S. Highway 9
   Old Bridge, NJ 08857

🖥 Visit us at
   www.amboybank.com

☎ Amboy 24
   (Telephone Banking)
   call 1-877-24AMBOY

0000000000000000000000000000000000000000
0000000000000000000000000000000000000000
Illuil.illuiil.il.uil.illuiil.illuiil.il.uil.il

ALEXANDER J FIGLIOLIA
DEBTOR IN POSSESSION
105 MIDDLETOWN RD
HOLMDEL        NJ 07733

### We make IRA rollovers easy!
### Get up to a $500 bonus for transfers

### Plus, earn 2.93% APY on IRA Money Market
### Stop by any branch or call 877.222.6269

## Senior Checking Account                          Account number:

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 12-31 | $12,494.30 |
| Deposits and other credits (+) | $23,200.00 |
| Withdrawals, checks and other debits (-) | $22,990.88 |
| Ending Balance on 01-31 | $12,703.42 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-08 | DEPOSIT | 7,200.00 | 01-18 | DEPOSIT | 2,500.00 |
| 01-10 | DEPOSIT | 1,000.00 | 01-31 | DEPOSIT | 6,500.00 |
| 01-16 | DEPOSIT | 6,000.00 | | | |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 186 | 01-14 | 105.60 | 212* | 01-31 | 280.94 | 277 | 01-23 | 151.00 |
| 187* | 01-14 | 105.60 | 232* | 01-10 | 10,000.00 | | | |

*Indicates a gap in check number sequence

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-07 | 7860079902 BILLMATRIX BILLPAYFEE | 3.50 | 01-09 | CMS MEDICARE PAYMENT 0185 | 433.40 |
| 01-07 | 7860079901 FIS*VERIZON BILL PAY | 576.15 | 01-11 | XXXXX2013 Bank of America MORTGAGE | 5,774.06 |
| 01-08 | 10005438609 FIRSTENERGY OPCO FE ECHECK | 204.33 | 01-18 | 1572914 PMNTUS SVC FEE SERVICEFEE | 1.95 |
| 01-08 | 100009694421 FIRSTENERGY OPCO FE ECHECK | 2,898.00 | 01-22 | 0440347 AMERICAN-WATER UTIL-PMNT | 375.00 |

For the period 01-01-2019 to 01-31-2019

ALEXANDER J FIGLIOLIA

| Senior Checking Account | | Account number: |
|---|---|---|

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-22 | 14391386011719 NJ NATURAL GAS EBILL | 1,647.95 | 01-23 | CMS MEDICARE PAYMENT 0276 | 433.40 |

186    $105.60   1/14/2019



187    $105.60   1/14/2019



212    $280.94   1/31/2019



232    $10,000.00   1/10/2019



277    $151.00   1/23/2019

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____

| Street and Number | City | State | Zip Code |

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ....................................    ☐ Loan ....................................    ☐ Safe Deposit Box ( .................................... )

☐ Savings ....................................    ☐ Certificate ....................................    ☐ Other (describe below)

SPECIAL
INSTRUCTIONS _____

Date: _____    Authorized Signature: _____

---

### CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

## RECONCILEMENT FORM

### CHECKS OUTSTANDING

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on the statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| DEPOSITS NOT SHOWN ON STATEMENT | | |
|---|---|---|
|  |  |  |
|  |  |  |

| TOTAL CHECKS OUTSTANDING | | STATEMENT BALANCE | |
|---|---|---|---|
| CHECKBOOK BALANCE |  |  |  |
| **TOTAL** |  | **TOTAL** |  |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

PLEASE EXAMINE AND REPORT, IF YOUR STATEMENT OR ANY ENCLOSURE IS NOT CORRECT

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2590 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

**Information 24 Hours A Day • AmboyNET-www.amboybank.com • Amboy 24Telephone Banking 1-877-24-AMBOY**
**Contact us at 1-800-94-AMBOY or mailbox@amboybank.com**

AMBY

15010678 Page 4