Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−20755−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alexander J Figliolia
    105 Middletown Road
    Holmdel, NJ 07733

Social Security No.:
    xxx−xx−4428

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 11, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 133 − 132
Order Granting Application to Employ Professional Lucy Starr / ReMax Central as Real Estate Broker (Related Doc # 132). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/11/2019. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 11, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-20755-MBK
Alexander J Figliolia                                                   Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Apr 11, 2019
                             Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
br              +LUCY STARR,    RE/MAX CENTRAL,    520 U.S. 9,    MANALPAN, NJ 07726-8264

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
              Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde
               bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
              Bunce   Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
              Bunce   Atkinson    on behalf of Accountant Barbara  Rizzi bunceatkinson@aol.com
              Bunce   Atkinson    on behalf of Attorney   Atkinson & DeBartolo, PC bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Douglas J. McDonough    on behalf of Creditor   THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
              Lauren  Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Melissa N. Licker    on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,
               Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@McCalla.com
              Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
              Scott C. Pyfer    on behalf of Plaintiff Filomena  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Biagio  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Filomena  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Robert  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Plaintiff Biagio  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Sean M. O'Brien    on behalf of Creditor   THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor   New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
              Ward   Benson    on behalf of Creditor   United States of America on behalf of the Internal Revenue
               Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
                                                                                              TOTAL: 18