UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Atkinson & DeBartolo, P.C.
The Galleria, 2 Bridge Avenue
3rd Floor, Suite 231
P.O. Box 8415
Red Bank, NJ 07701
(732) 530-5300 fax (732) 530-9877
BA9186

**Order Filed on April 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ALEXANDER FIGLIOLIA,

    Debtor-In-Possession.

Case No.: 17-20755

Chapter: 11

Judge: Michael B. Kaplan

## ORDER AUTHORIZING RETENTION OF

Lucy Starr - Re/Max Central

The relief set forth on the following page is **ORDERED**.

**DATED: April 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain <u>Lucy Starr, Re/Max Central</u> as <u>real estate broker</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>520 U. S. 9</u>
   <u>Manalpan, New Jersey 07726</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-20755-MBK
Alexander J Figliolia                                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Apr 11, 2019
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
db             +Alexander J Figliolia,    105 Middletown Road,    Holmdel, NJ 07733-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
              Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde
               bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
              Bunce   Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
              Bunce   Atkinson    on behalf of Accountant Barbara  Rizzi bunceatkinson@aol.com
              Bunce   Atkinson    on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Douglas J. McDonough    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
              Lauren   Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              Lauren   Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,
               Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@McCalla.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
              Scott C. Pyfer    on behalf of Plaintiff Filomena  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Biagio  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Filomena  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Robert  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Plaintiff Biagio  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
              Ward   Benson    on behalf of Creditor    United States of America on behalf of the Internal Revenue
               Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
                                                                                                TOTAL: 18