In re: **Alexander Figlidia** (Debtor)

Case No. **17-20755/MBK**
Reporting Period: **2/1/19 – 2/28/19**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | | |
|---|---|---|
| Cash - Beginning of Month | 13,342.12 | 192,189.19 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,700 | 51,523.40 |
| Sale of Assets | | |
| Other Income (attach schedule) Consulting | 41,500 | 400,453.40 |
| **Total Receipts** | 44,200 | 451,976.90 |
| **DISBURSEMENTS** | | |
| **ORDINARY** | | |
| Mortgage Payment(s) | 15,774.06 | 135,481.20 |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 8,310.61 | 103,279.09 |
| Insurance | 11,437.00 | 77,830.25 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 7,995.42 |
| Medical Expenses | | |
| Household Expenses | 3,185 | 58,720.31 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 0 | 9,496.00 |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) Bank Charges | .75 | 20.75 |
| **Total Ordinary Disbursements** | 38,707.42 | 389,773.02 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 7,870.62 | 49,361.15 |
| U.S. Trustee Fees | 325.00 | 4,875.00 |
| Other Reorganization Expenses (attach schedule) | 0 | |
| **Total Reorganization Items** | 8,195.62 | 54,236.15 |
| **Total Disbursements (Ordinary + Reorganization)** | 46,903.04 | 444,009.17 |
| Net Cash Flow (Total Receipts - Total Disbursements) | (2,703.04) | 7,967.73 |
| Cash - End of Month (Must equal reconciled bank statement) | 10,639.08 | 200,157.17 |

FORM MOR-1(INDV)
(9/99)

In re _Alexander Fifidia_
    Debtor

Case No. _17-20755/MBK_
Reporting Period: _2/1/19 - 2/28/19_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Consulting | 1,500 | 400,453.40 |
| **Other Taxes** | | |
| NJ | | |
| Fed | | 9,446 |
| **Other Ordinary Disbursements** | | |
| Bank Charges | .75 | 20.75 |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re _Alexander y Lidia_          Case No. _17-20755/MBK_
                                   Reporting Period: _2/1/19 - 2/28/19_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

X _Alexander Fighalia_                Date _3/19/2019_
Signature of Debtor

_____        Date _____
Signature of Joint Debtor

_____        Date _____
Signature of Authorized Individual*

_____        _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

7:11 PM
04/16/19
Accrual Basis

# Alex Figliolia
## Balance Sheet
### As of February 28, 2019

|  | Feb 28, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Amboy Bank DIP | 10,301.13 |
| Direct Express Card | 337.95 |
| **Total Checking/Savings** | 10,639.08 |
| **Total Current Assets** | 10,639.08 |
| **TOTAL ASSETS** | **10,639.08** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Opening Balance Equity | 2,671.35 |
| Owners Equity | 10,262.40 |
| Net Income | -2,294.67 |
| **Total Equity** | 10,639.08 |
| **TOTAL LIABILITIES & EQUITY** | **10,639.08** |

7:05 PM
04/16/19
Accrual Basis

# Alex Figliolia
## Profit & Loss
### February 2019

|  | Feb 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|    Consulting Income | 41,500.00 |
|    Social Security Income | 2,700.00 |
| **Total Income** | 44,200.00 |
| **Expense** | |
|    Bank Service Charges | 0.75 |
|    First Mortgage | 10,000.00 |
|    Insurance Expense | 11,437.00 |
|    Meals, Household Supplies and E | 3,185.00 |
|    Second Mortgage | 5,774.06 |
|    Telephone Expense | 589.41 |
|    Utilities | 7,721.20 |
| **Total Expense** | 38,707.42 |
| **Net Ordinary Income** | 5,492.58 |
| **Other Income/Expense** | |
| **Other Expense** | |
|    Professional Fees | 7,870.62 |
|    US Trustee Fee | 325.00 |
| **Total Other Expense** | 8,195.62 |
| **Net Other Income** | -8,195.62 |
| **Net Income** | -2,703.04 |

7:12 PM
04/16/19
Accrual Basis

# Alex Figliolia
## General Ledger
### As of February 28, 2019

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Amboy Bank DIP** | | | | | | | | 12,703.42 |
| Check | 02/01/2019 | 211 | | United States Trustee Payment Center | | | 325.00 | 12,378.42 |
| Check | 02/05/2019 | 213 | | Atkinson & Debartolo PC | | | 7,870.62 | 4,507.80 |
| Check | 02/06/2019 | dm | | Verizon | | | 589.41 | 3,918.39 |
| Check | 02/06/2019 | dm | | First Energy | | | 140.23 | 3,778.16 |
| Check | 02/06/2019 | dm | | Bank of America | | | 5,774.06 | -1,995.90 |
| Check | 02/08/2019 | 214 | | Chapel Hill Cleaners | | | 185.00 | -2,180.90 |
| Check | 02/11/2019 | dm | | New Jersey Natural Gas | | | 1,041.09 | -3,221.99 |
| Check | 02/11/2019 | dm | | First Energy | | | 2,898.00 | -6,119.99 |
| Check | 02/11/2019 | dm | | American Water | | | 470.53 | -6,590.52 |
| Check | 02/14/2019 | dm | | AIG Insurance | | | 11,437.00 | -18,027.52 |
| Check | 02/19/2019 | 233 | | Nation Star | | | 10,000.00 | -28,027.52 |
| Deposit | 02/28/2019 | | | | Deposit | 41,500.00 | | 13,472.48 |
| Check | 02/28/2019 | dm | | First Energy | | | 268.35 | 13,204.13 |
| Check | 02/28/2019 | dm | | First Energy | | | 2,903.00 | 10,301.13 |
| **Total Amboy Bank DIP** | | | | | | 41,500.00 | 43,902.29 | 10,301.13 |
| **Direct Express Card** | | | | | | | | 638.70 |
| Check | 02/01/2019 | dm | | | | | 0.75 | 637.95 |
| Deposit | 02/13/2019 | | | | Deposit | 2,700.00 | | 3,337.95 |
| Check | 02/18/2019 | dm | | TD Bank Cash Withdrawal | | | 3,000.00 | 337.95 |
| **Total Direct Express Card** | | | | | | 2,700.00 | 3,000.75 | 337.95 |
| **Accumulated Depreciation** | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | 0.00 |
| Total Accounts Payable | | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | -2,671.35 |
| Total Opening Balance Equity | | | | | | | | -2,671.35 |
| **Owners Draw** | | | | | | | | 0.00 |
| Total Owners Draw | | | | | | | | 0.00 |
| **Owners Equity** | | | | | | | | -10,262.40 |
| Total Owners Equity | | | | | | | | -10,262.40 |
| **Consulting Income** | | | | | | | | -23,200.00 |
| Deposit | 02/28/2019 | | | | Deposit | | 5,000.00 | -28,200.00 |
| Deposit | 02/28/2019 | | | | Deposit | | 4,500.00 | -32,700.00 |
| Deposit | 02/28/2019 | | | | Deposit | | 6,500.00 | -39,200.00 |
| Deposit | 02/28/2019 | | | | Deposit | | 5,500.00 | -44,700.00 |
| Deposit | 02/28/2019 | | | | Deposit | | 7,000.00 | -51,700.00 |
| Deposit | 02/28/2019 | | | | Deposit | | 7,000.00 | -58,700.00 |
| Deposit | 02/28/2019 | | | | Deposit | | 6,000.00 | -64,700.00 |
| **Total Consulting Income** | | | | | | 0.00 | 41,500.00 | -64,700.00 |
| **Social Security Income** | | | | | | | | -2,700.00 |
| Deposit | 02/13/2019 | | | | Deposit | | 2,700.00 | -5,400.00 |
| **Total Social Security Income** | | | | | | 0.00 | 2,700.00 | -5,400.00 |
| **Advertising and Promotion** | | | | | | | | 0.00 |
| Total Advertising and Promotion | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | 0.00 |
| Total Automobile Expense | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | 0.75 |
| Check | 02/01/2019 | dm | | | | 0.75 | | 1.50 |
| **Total Bank Service Charges** | | | | | | 0.75 | 0.00 | 1.50 |
| **Bankruptcy Fees** | | | | | | | | 0.00 |
| Total Bankruptcy Fees | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | 0.00 |
| Total Computer and Internet Expenses | | | | | | | | 0.00 |
| **Continuing Education** | | | | | | | | 0.00 |
| Total Continuing Education | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | 0.00 |
| Total Dues and Subscriptions | | | | | | | | 0.00 |
| **First Mortgage** | | | | | | | | 10,000.00 |
| Check | 02/19/2019 | 233 | | Nation Star | | 10,000.00 | | 20,000.00 |
| **Total First Mortgage** | | | | | | 10,000.00 | 0.00 | 20,000.00 |

Page 1

7:12 PM
04/16/19
Accrual Basis

## Alex Figliolia
## General Ledger
### As of February 28, 2019

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Insurance Expense** | | | | | | | | |
| General Liability Insurance | | | | | | | | 1,358.94 |
| Total General Liability Insurance | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| Insurance Expense - Other | | | | | | | | 1,358.94 |
| Check | 02/14/2019 | | dm | AIG Insurance | | 11,437.00 | | 12,795.94 |
| Total Insurance Expense - Other | | | | | | 11,437.00 | 0.00 | 12,795.94 |
| Total Insurance Expense | | | | | | 11,437.00 | 0.00 | 12,795.94 |
| **Interest Expense** | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | 0.00 |
| **Meals, Household Supplies and E** | | | | | | | | 2,651.00 |
| Check | 02/08/2019 | 214 | | Chapel Hill Cleaners | | 185.00 | | 2,836.00 |
| Check | 02/18/2019 | | dm | TD Bank Cash Withdrawal | | 3,000.00 | | 5,836.00 |
| Total Meals, Household Supplies and E | | | | | | 3,185.00 | 0.00 | 5,836.00 |
| **Office Supplies** | | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | 0.00 |
| Total Repairs and Maintenance | | | | | | | | 0.00 |
| **Second Mortgage** | | | | | | | | 5,774.06 |
| Check | 02/06/2019 | | dm | Bank of America | | 5,774.06 | | 11,548.12 |
| Total Second Mortgage | | | | | | 5,774.06 | 0.00 | 11,548.12 |
| **Taxes** | | | | | | | | 0.00 |
| Total Taxes | | | | | | | | 0.00 |
| **Telephone Expense** | | | | | | | | 579.65 |
| Check | 02/06/2019 | | dm | Verizon | | 589.41 | | 1,169.06 |
| Total Telephone Expense | | | | | | 589.41 | 0.00 | 1,169.06 |
| **Travel Expense** | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | 5,127.23 |
| Check | 02/06/2019 | | dm | First Energy | | 140.23 | | 5,267.46 |
| Check | 02/11/2019 | | dm | New Jersey Natural Gas | | 1,041.09 | | 6,308.55 |
| Check | 02/11/2019 | | dm | First Energy | | 2,898.00 | | 9,206.55 |
| Check | 02/11/2019 | | dm | American Water | | 470.53 | | 9,677.08 |
| Check | 02/28/2019 | | dm | First Energy | | 268.35 | | 9,945.43 |
| Check | 02/28/2019 | | dm | First Energy | | 2,903.00 | | 12,848.43 |
| Total Utilities | | | | | | 7,721.20 | 0.00 | 12,848.43 |
| **Ask My Accountant** | | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | | 0.00 |
| **Professional Fees** | | | | | | | | 0.00 |
| Check | 02/05/2019 | 213 | | Atkinson & Debartolo PC | | 7,870.62 | | 7,870.62 |
| Total Professional Fees | | | | | | 7,870.62 | 0.00 | 7,870.62 |
| **US Trustee Fee** | | | | | | | | 0.00 |
| Check | 02/01/2019 | 211 | | United States Trustee Payment Center | | 325.00 | | 325.00 |
| Total US Trustee Fee | | | | | | 325.00 | 0.00 | 325.00 |
| **No accnt** | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | 0.00 |
| **TOTAL** | | | | | | 91,103.04 | 91,103.04 | 0.00 |

6:51 PM
04/16/19

# Alex Figliolia
## Reconciliation Summary
### Amboy Bank DIP, Period Ending 02/28/2019

|  | Feb 28, 19 |
|---|---:|
| **Beginning Balance** | 12,703.42 |
|   Cleared Transactions |  |
|     Checks and Payments - 12 items | -33,902.29 |
|     Deposits and Credits - 1 item | 41,500.00 |
|   Total Cleared Transactions | 7,597.71 |
| **Cleared Balance** | 20,301.13 |
|   Uncleared Transactions |  |
|     Checks and Payments - 2 items | -10,316.80 |
|   Total Uncleared Transactions | -10,316.80 |
| **Register Balance as of 02/28/2019** | 9,984.33 |
|   New Transactions |  |
|     Checks and Payments - 5 items | -7,597.48 |
|     Deposits and Credits - 5 items | 29,000.00 |
|   Total New Transactions | 21,402.52 |
| **Ending Balance** | 31,386.85 |

6:51 PM
04/16/19

# Alex Figliolia
## Reconciliation Detail
Amboy Bank DIP, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 12,703.42 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 12 items** | | | | | | |
| Check | 02/01/2019 | 211 | United States Truste... | X | -325.00 | -325.00 |
| Check | 02/05/2019 | 213 | Atkinson & Debartol... | X | -7,870.62 | -8,195.62 |
| Check | 02/06/2019 | dm | Bank of America | X | -5,774.06 | -13,969.68 |
| Check | 02/06/2019 | dm | Verizon | X | -589.41 | -14,559.09 |
| Check | 02/06/2019 | dm | First Energy | X | -140.23 | -14,699.32 |
| Check | 02/08/2019 | 214 | Chapel Hill Cleaners | X | -185.00 | -14,884.32 |
| Check | 02/11/2019 | dm | First Energy | X | -2,898.00 | -17,782.32 |
| Check | 02/11/2019 | dm | New Jersey Natural ... | X | -1,041.09 | -18,823.41 |
| Check | 02/11/2019 | dm | American Water | X | -470.53 | -19,293.94 |
| Check | 02/14/2019 | dm | AIG Insurance | X | -11,437.00 | -30,730.94 |
| Check | 02/28/2019 | dm | First Energy | X | -2,903.00 | -33,633.94 |
| Check | 02/28/2019 | dm | First Energy | X | -268.35 | -33,902.29 |
| Total Checks and Payments | | | | | -33,902.29 | -33,902.29 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 02/28/2019 | | | X | 41,500.00 | 41,500.00 |
| Total Deposits and Credits | | | | | 41,500.00 | 41,500.00 |
| Total Cleared Transactions | | | | | 7,597.71 | 7,597.71 |
| **Cleared Balance** | | | | | 7,597.71 | 20,301.13 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 03/21/2018 | 236 | Silver Script Ins Co | | -316.80 | -316.80 |
| Check | 02/19/2019 | 233 | Nation Star | | -10,000.00 | -10,316.80 |
| Total Checks and Payments | | | | | -10,316.80 | -10,316.80 |
| Total Uncleared Transactions | | | | | -10,316.80 | -10,316.80 |
| **Register Balance as of 02/28/2019** | | | | | -2,719.09 | 9,984.33 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 03/01/2019 | dm | Bank of America | | -5,774.06 | -5,774.06 |
| Check | 03/01/2019 | 215 | Horizon Blue Cross ... | | -280.94 | -6,055.00 |
| Check | 03/04/2019 | dm | Verizon | | -579.58 | -6,634.58 |
| Check | 03/05/2019 | dm | CMS Medicare Pay... | | -646.10 | -7,280.68 |
| Check | 03/21/2019 | 237 | Silver Script Ins Co | | -316.80 | -7,597.48 |
| Total Checks and Payments | | | | | -7,597.48 | -7,597.48 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 03/01/2019 | | | * | 6,000.00 | 6,000.00 |
| Deposit | 03/08/2019 | | | * | 5,000.00 | 11,000.00 |
| Deposit | 03/15/2019 | | | * | 6,000.00 | 17,000.00 |
| Deposit | 03/25/2019 | | | * | 6,000.00 | 23,000.00 |
| Deposit | 03/29/2019 | | | * | 6,000.00 | 29,000.00 |
| Total Deposits and Credits | | | | | 29,000.00 | 29,000.00 |
| Total New Transactions | | | | | 21,402.52 | 21,402.52 |
| **Ending Balance** | | | | | 18,683.43 | 31,386.85 |

For the period 02-01-2019 to 02-28-2019  age 1 of 2

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

ALEXANDER J FIGLIOLIA
DEBTOR IN POSSESSION
105 MIDDLETOWN RD
HOLMDEL    NJ 07733

Amboy Bank helps you meet your savings goals!

Visit your local branch or go to amboybank.com
to see today's special offers

## Senior Checking Account                               Account number:

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 01-31 | $12,703.42 |
| Deposits and other credits (+) | $41,500.00 |
| Withdrawals, checks and other debits (-) | $33,902.29 |
| Ending Balance on 02-28 | $20,301.13 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-04 | DEPOSIT | 5,000.00 | 02-15 | DEPOSIT | 7,000.00 |
| 02-07 | DEPOSIT | 4,500.00 | 02-19 | DEPOSIT | 7,000.00 |
| 02-08 | DEPOSIT | 6,500.00 | 02-25 | DEPOSIT | 6,000.00 |
| 02-12 | DEPOSIT | 5,500.00 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 211* | 02-01 | 325.00 | 213 | 02-06 | 7,870.62 | 214 | 02-12 | 185.00 |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-06 | 7862783582 BILLMATRIX BILLPAYFEE | 3.50 | 02-06 | XXXXX2013 Bank of America MORTGAGE | 5,774.06 |
| 02-06 | 100054438609 FIRSTENERGY OPCO FE ECHECK | 140.23 | 02-11 | 6952959 PMNTUS SVC FEE SERVICE FEE | 1.95 |
| 02-06 | 7862783581 FIS*VERIZON BILL PAY | 585.91 | 02-11 | 8917638 AMERICAN-WATER UTIL-PMNT | 468.58 |
| 02-06 | 100009694421 FIRSTENERGY OPCO FE ECHECK | 2,898.00 | | | |

For the period 02-01-2019 to 02-28-2019

ALEXANDER J FIGLIOLIA

## Senior Checking Account     Account number:

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-11 | 14536705020719 NJ NATURAL GAS EBILL | 1,041.09 | 02-28 | 100009694421 FIRSTENERGY OPCO FE ECHECK | 2,898.00 |
| 02-14 | AIGONEXXXXX3291 PCS AIGPCSPAYS | 11,437.00 | 02-28 | SERVICE CHARGE | 5.00 |
| 02-28 | 100054438609 FIRSTENERGY OPCO FE ECHECK | 268.35 | | | |

| Check | Amount | Date |
|---|---|---|
| 211 | $325.00 | 2/1/2019 |
| 213 | $7,870.62 | 2/6/2019 |
| 214 | $185.00 | 2/12/2019 |

Check 211: Pay to the order of US TRUSTEE, $325.00, dated 1-24-19, Three Hundred Twenty Five 00/100 Dollars, For 1231720755, signed by Alexander J Figliolia (Debtor in Possession, Case #17-20755-MBK Senior Checking, 105 Middletown Road, Holmdel, NJ 07733), Amboy Bank. Endorsement: >0410-3601-7< US TREAS DG-ZCP.

Check 213: Pay to the order of ATKINSON & DEBARTOLO, $7,870.62, dated 2-5-19, Seven Thousand Eight Hundred Seventy 62/100 Dollars, signed by Alex Figliolia, Amboy Bank. Endorsement: Valley National Bank 021201383 For Deposit Only, Atkinson & Debartolo.

Check 214: Pay to the order of CHAPEL HILL CLEANERS, $185.00, dated 2-8-19, One Hundred Eighty Five 00/100 Dollars, signed by Alexander J Figliolia, Amboy Bank. Endorsement: 513440780606 111740 TRN_DEBIT OSAWICK Harmony Road 0134.

3:30 PM
04/16/19

# Alex Figliolia
## Reconciliation Summary
### Direct Express Card, Period Ending 02/28/2019

|  | Feb 28, 19 |
|---|---|
| **Beginning Balance** | 638.70 |
| **Cleared Transactions** |  |
|     Checks and Payments - 2 items | -3,000.75 |
|     Deposits and Credits - 1 item | 2,700.00 |
| **Total Cleared Transactions** | -300.75 |
| **Cleared Balance** | 337.95 |
| **Register Balance as of 02/28/2019** | 337.95 |
| **Ending Balance** | 337.95 |

3:30 PM
04/16/19

# Alex Figliolia
## Reconciliation Detail
### Direct Express Card, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 638.70 |
| **Cleared Transactions** | | | | | | |
|   **Checks and Payments - 2 items** | | | | | | |
| Check | 02/01/2019 | dm | | X | -0.75 | -0.75 |
| Check | 02/18/2019 | dm | TD Bank Cash With... | X | -3,000.00 | -3,000.75 |
|   Total Checks and Payments | | | | | -3,000.75 | -3,000.75 |
|   **Deposits and Credits - 1 Item** | | | | | | |
| Deposit | 02/13/2019 | | | X | 2,700.00 | 2,700.00 |
|   Total Deposits and Credits | | | | | 2,700.00 | 2,700.00 |
|   Total Cleared Transactions | | | | | -300.75 | -300.75 |
| **Cleared Balance** | | | | | -300.75 | 337.95 |
| **Register Balance as of 02/28/2019** | | | | | -300.75 | 337.95 |
| **Ending Balance** | | | | | -300.75 | 337.95 |





Direct Express® Debit Card Program
P.O. Box 245998
San Antonio, TX 78224

MEMBER FDIC

# Monthly Account Statement

L2ACSADTPQ 053211

ALEX J FIGLIOLIA
105 MIDDLETOWN ROAD
HOLMDEL, NJ 07733-0000

**To contact us**

Customer Service: (888) 741-1115

Hearing impaired: (866) 569-0447
International: (765) 778-6290 (Collect)

Visit our web site
www.USDirectExpress.com

Write to us
Direct Express® Card Services
P.O. Box 245998
San Antonio, TX 78224

Thank You for Being a Direct Express® Card Customer

| Date Range: February 2019 | | | |
|---|---|---|---|
| | Starting Balance: | $638.70 | |
| | Credits: | $2,700.00 | |
| | Debits: | $3,000.75 | |
| | Ending Balance: | $337.95 | |

Card Number: 533248XXXXXX9246

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 02/01/2019 | | MONTHLY PAPER STATEMENT FEE | $0.75 | $0.00 |
| 02/13/2019 | ALEX J FIGLIOLIA | DEPOSIT FROM SSA | $0.00 | $2,700.00 |
| 02/18/2019 | TD BANK, HOLMDEL, NJ, USA | CASH PURCHASE | $3,000.00 | $0.00 |

Page 1 of 2