In re: Alexander Figlidia
Debtor

Case No. 17-20755/MBK
Reporting Period 3/1/19 - 3/31/19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month | Cumulative |
|---|---|---|
| **Cash - Beginning of Month** | 10,039.08 | 200,151.12 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,700 | 54,223.90 |
| Sale of Assets | | |
| Other Income (attach schedule) Consulting | 29,000 | 429,453.50 |
| **Total Receipts** | 31,700 | 483,676.90 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | 11,548.12 | 147,029.32 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1781.34 | 105,060.43 |
| Insurance | 2399.88 | 80,180.13 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 4,995.42 |
| Medical Expenses | | |
| Household Expenses | 2,500 | 61,220.31 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 9040.00 |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) Bank Charge | .75 | 81.50 |
| **Total Ordinary Disbursements** | 18,180.09 | 407,953.11 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0 | 49,301.15 |
| U.S. Trustee Fees | 0 | 4,875.00 |
| Other Reorganization Expenses (attach schedule) | 0 | |
| **Total Reorganization Items** | 0 | 54,236.15 |
| | | |
| **Total Disbursements (Ordinary + Reorganization)** | 18,180.09 | 462,189.26 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 13,519.91 | 21,487.64 |
| **Cash - End of Month** (Must equal reconciled bank statement) | 24,158.99 | 221,644.76 |

FORM MOR-1(INDV)
(9/99)

In re: Alexander Figliolia, Debtor

Case No.: 17-20755/MBK
Reporting Period: 3/1/19 - 3/31/19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Consulting | 29,000 | 429,453.50 |
| **Other Taxes** | | |
| NJ / Fed | | 9,600 |
| **Other Ordinary Disbursements** | | |
| Bank Charges | .15 | 21.50 |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re  Alexander Figliolia

Case No. 17-20755/MBK
Reporting Period: 3/1/19 - 3/31/19

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | GL | ✓ |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | BR | ✓ |
| Copies of bank statements | | BS | ✓ |
| Cash disbursements journals | | GL | ✓ |
| Statement of Operations | | P&L | ✓ |
| Balance Sheet | | BS | ✓ |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

X _Alexander Figliolia_    Date  4/19/2019
Signature of Debtor

_____    Date  _____
Signature of Joint Debtor

_____    Date  _____
Signature of Authorized Individual*

_____        _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

12:25 PM
05/10/19

# Alex Figliolia
## Reconciliation Summary
### Amboy Bank DIP, Period Ending 03/31/2019

|  | Mar 31, 19 |
|---|---:|
| **Beginning Balance** | 20,301.13 |
|    Cleared Transactions |  |
|       Checks and Payments - 11 items | -25,679.34 |
|       Deposits and Credits - 5 items | 29,000.00 |
|    Total Cleared Transactions | 3,320.66 |
| **Cleared Balance** | 23,621.79 |
| **Register Balance as of 03/31/2019** | 23,621.79 |
| **Ending Balance** | 23,621.79 |

12:25 PM
05/10/19

# Alex Figliolia
## Reconciliation Detail
Amboy Bank DIP, Period Ending 03/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 20,301.13 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 11 items** | | | | | | |
| Check | 02/19/2019 | 233 | Nation Star | X | -10,000.00 | -10,000.00 |
| Check | 03/01/2019 | dm | Bank of America | X | -5,774.06 | -15,774.06 |
| Check | 03/01/2019 | 215 | Horizon Blue Cross ... | X | -280.94 | -16,055.00 |
| Check | 03/04/2019 | dm | Verizon | X | -579.58 | -16,634.58 |
| Check | 03/05/2019 | dm | CMS Medicare Pay... | X | -646.10 | -17,280.68 |
| Check | 03/13/2019 | dm | New Jersey Natural ... | X | -1,201.76 | -18,482.44 |
| Check | 03/19/2019 | dm | CMS Medicare Pay... | X | -508.30 | -18,990.74 |
| Check | 03/21/2019 | 236 | Silver Script Ins Co | X | -316.80 | -19,307.54 |
| Check | 03/21/2019 | 237 | Silver Script Ins Co | X | -316.80 | -19,624.34 |
| Check | 03/21/2019 | 238 | Horizon Blue Cross ... | X | -280.94 | -19,905.28 |
| Check | 03/26/2019 | dm | Bank of America | X | -5,774.06 | -25,679.34 |
| **Total Checks and Payments** | | | | | -25,679.34 | -25,679.34 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 03/01/2019 | | | X | 6,000.00 | 6,000.00 |
| Deposit | 03/08/2019 | | | X | 5,000.00 | 11,000.00 |
| Deposit | 03/15/2019 | | | X | 6,000.00 | 17,000.00 |
| Deposit | 03/25/2019 | | | X | 6,000.00 | 23,000.00 |
| Deposit | 03/29/2019 | | | X | 6,000.00 | 29,000.00 |
| **Total Deposits and Credits** | | | | | 29,000.00 | 29,000.00 |
| **Total Cleared Transactions** | | | | | 3,320.66 | 3,320.66 |
| **Cleared Balance** | | | | | 3,320.66 | 23,621.79 |
| **Register Balance as of 03/31/2019** | | | | | 3,320.66 | 23,621.79 |
| **Ending Balance** | | | | | 3,320.66 | 23,621.79 |

For the period 03-01-2019 to 03-29-2019   Page 1 of 1
019 015 B-030-000-00000005

📠 For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

☎ Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

ALEXANDER J FIGLIOLIA
DEBTOR IN POSSESSION
105 MIDDLETOWN RD
HOLMDEL    NJ 07733

Don't miss our FREE
Senior Property Tax Freeze Workshops
throughout the month of April.

To register or for more information,
visit amboybank.com or call 800.94.AMBOY.

## Senior Checking Account                                    Account number:

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 02-28 | $20,301.13 |
| Deposits and other credits (+) | $29,000.00 |
| Withdrawals, checks and other debits (-) | $25,679.34 |
| Ending Balance on 03-29 | $23,621.79 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-01 | DEPOSIT | 6,000.00 | 03-25 | DEPOSIT | 6,000.00 |
| 03-08 | DEPOSIT | 5,000.00 | 03-29 | DEPOSIT | 6,000.00 |
| 03-15 | DEPOSIT | 6,000.00 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 215* | 03-07 | 280.94 | 236 | 03-29 | 316.80 | 238 | 03-29 | 280.94 |
| 233* | 03-07 | 10,000.00 | 237 | 03-28 | 316.80 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-01 | XXXXX2013 Bank of America MORTGAGE | 5,774.06 | 03-13 | 1467042 7022719 NJ NATURAL GAS EBILL | 1,201.76 |
| 03-04 | 6356784102 BILLMATRIX BILLPAYFEE | 3.50 | 03-19 | CMS MEDICARE PAYMENT 0251 | 508.30 |
| 03-04 | 6356784101 FIS*VERIZON BILLPAY | 576.08 | 03-26 | XXXXX2013 Bank of America MORTGAGE | 5,774.06 |
| 03-05 | CMS MEDICARE PAYMENT 0216 | 646.10 | | | |

| Check # | Payee | Amount | Date |
|---|---|---|---|
| 215 | Horizon BC&BS | $280.94 | 3/7/2019 |
| 233 | Nationstar Mortgage | $10,000.00 | 3/7/2019 |
| 236 | Silver Script | $316.80 | 3/29/2019 |
| 237 | Silver Script | $316.80 | 3/28/2019 |
| 238 | Horizon BC&BS | $280.94 | 3/29/2019 |

12:28 PM
05/10/19

# Alex Figliolia
## Reconciliation Summary
Direct Express Card, Period Ending 03/31/2019

|  | Mar 31, 19 |
|---|---|
| **Beginning Balance** | 337.95 |
|    Cleared Transactions | |
|       Checks and Payments - 2 items | -2,500.75 |
|       Deposits and Credits - 1 item | 2,700.00 |
|    Total Cleared Transactions | 199.25 |
| **Cleared Balance** | 537.20 |
| **Register Balance as of 03/31/2019** | 537.20 |
| **Ending Balance** | 537.20 |

12:28 PM
05/10/19

# Alex Figliolia
## Reconciliation Detail
Direct Express Card, Period Ending 03/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 337.95 |
|   *Cleared Transactions* | | | | | | |
|     *Checks and Payments - 2 items* | | | | | | |
|     Check | 03/01/2019 | | | X | -0.75 | -0.75 |
|     Check | 03/13/2019 | d | TD Bank Cash With... | X | -2,500.00 | -2,500.75 |
|     Total Checks and Payments | | | | | -2,500.75 | -2,500.75 |
|     *Deposits and Credits - 1 item* | | | | | | |
|     Deposit | 03/13/2019 | | | X | 2,700.00 | 2,700.00 |
|     Total Deposits and Credits | | | | | 2,700.00 | 2,700.00 |
|   Total Cleared Transactions | | | | | 199.25 | 199.25 |
| **Cleared Balance** | | | | | 199.25 | 537.20 |
| **Register Balance as of 03/31/2019** | | | | | 199.25 | 537.20 |
| **Ending Balance** | | | | | 199.25 | 537.20 |

 

**DIRECTEXPRESS**
Direct Express® Debit Card Program
P.O. Box 245998
San Antonio, TX 78224

**Comerica Bank**
MEMBER FDIC

**To contact us**

Customer Service: (888) 741-1115

Hearing Impaired: (866) 569-0447
International: (765) 778-6290 (Collect)

Visit our web site
www.USDirectExpress.com

Write to us
Direct Express® Card Services
P.O. Box 245998
San Antonio, TX 78224

## Monthly Account Statement

L2ACSADTRJ  058193

ALEX J FIGLIOLIA
105 MIDDLETOWN ROAD
HOLMDEL, NJ 07733-0000

**Thank You for Being a Direct Express® Card Customer**

Date Range: March 2019

| | |
|---|---|
| Starting Balance: | $337.95 |
| Credits: | $2,700.00 |
| Debits: | $2,500.75 |
| Ending Balance: | $537.20 |

Card Number: 533248XXXXXX9246

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 03/01/2019 | | MONTHLY PAPER STATEMENT FEE | $0.75 | $0.00 |
| 03/13/2019 | ALEX J FIGLIOLIA | DEPOSIT FROM SSA | $0.00 | $2,700.00 |
| 03/13/2019 | TD BANK, HOLMDEL, NJ, USA | CASH PURCHASE | $2,500.00 | $0.00 |

Page 1 of 2

12:38 PM
05/10/19
Accrual Basis

# Alex Figliolia
## Balance Sheet
### As of March 31, 2019

|  | Mar 31, 19 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Amboy Bank DIP | 23,621.79 |
|       Direct Express Card | 537.20 |
|     **Total Checking/Savings** | 24,158.99 |
|   **Total Current Assets** | 24,158.99 |
| **TOTAL ASSETS** | 24,158.99 |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     Opening Balance Equity | 2,671.35 |
|     Owners Equity | 10,262.40 |
|     Net Income | 11,225.24 |
|   **Total Equity** | 24,158.99 |
| **TOTAL LIABILITIES & EQUITY** | 24,158.99 |

12:38 PM
05/10/19
Accrual Basis

# Alex Figliolia
## Profit & Loss
### March 2019

|  | Mar 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     Consulting Income | 29,000.00 |
|     Social Security Income | 2,700.00 |
| **Total Income** | 31,700.00 |
| **Expense** | |
|     Bank Service Charges | 0.75 |
|     Insurance Expense | 2,349.88 |
|     Meals, Household Supplies and E | 2,500.00 |
|     Second Mortgage | 11,548.12 |
|     Telephone Expense | 579.58 |
|     Utilities | 1,201.76 |
| **Total Expense** | 18,180.09 |
| **Net Ordinary Income** | 13,519.91 |
| **Net Income** | 13,519.91 |

1:02 PM
05/10/19
Accrual Basis

# Alex Figliolia
## General Ledger
### As of March 31, 2019

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Amboy Bank DIP** | | | | | | | | |
| Deposit | 03/01/2019 | | | | Deposit | 6,000.00 | | 10,301.13 |
| Check | 03/01/2019 | dm | | Bank of America | | | | 16,301.13 |
| Check | 03/01/2019 | 215 | | Horizon Blue Cross ... | | | 5,774.06 | 10,527.07 |
| Check | 03/04/2019 | dm | | Verizon | | | 280.94 | 10,246.13 |
| Check | 03/05/2019 | dm | | CMS Medicare Pay... | | | 579.58 | 9,666.55 |
| Deposit | 03/08/2019 | | | | Deposit | 5,000.00 | 646.10 | 9,020.45 |
| Check | 03/13/2019 | dm | | New Jersey Natural ... | | | | 14,020.45 |
| Deposit | 03/15/2019 | | | | Deposit | 6,000.00 | 1,201.76 | 12,818.69 |
| Check | 03/19/2019 | dm | | CMS Medicare Pay... | | | | 18,818.69 |
| Check | 03/21/2019 | 236 | | Silver Script Ins Co | | | 508.30 | 18,310.39 |
| Check | 03/21/2019 | 237 | | Silver Script Ins Co | | | 316.80 | 17,993.59 |
| Check | 03/21/2019 | 238 | | Horizon Blue Cross ... | | | 316.80 | 17,676.79 |
| Deposit | 03/25/2019 | | | | Deposit | 6,000.00 | 280.94 | 17,395.85 |
| Check | 03/26/2019 | dm | | Bank of America | | | | 23,395.85 |
| Deposit | 03/29/2019 | | | | Deposit | 6,000.00 | 5,774.06 | 17,621.79 |
| | | | | | | | | 23,621.79 |
| Total Amboy Bank DIP | | | | | | 29,000.00 | 15,679.34 | 23,621.79 |
| **Direct Express Card** | | | | | | | | |
| Check | 03/01/2019 | | | | Service Charge | | 0.75 | 337.95 |
| Deposit | 03/13/2019 | | | | Deposit | 2,700.00 | | 337.20 |
| Check | 03/13/2019 | | d | TD Bank Cash With... | | | 2,500.00 | 3,037.20 |
| | | | | | | | | 537.20 |
| Total Direct Express Card | | | | | | 2,700.00 | 2,500.75 | 537.20 |
| **Accumulated Depreciation** | | | | | | | | |
| Total Accumulated Depreciation | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | |
| Total Furniture and Equipment | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | |
| Total Accounts Payable | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | | |
| Total Payroll Liabilities | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | |
| Total Opening Balance Equity | | | | | | | | -2,671.35 |
| | | | | | | | | -2,671.35 |
| **Owners Draw** | | | | | | | | |
| Total Owners Draw | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Owners Equity** | | | | | | | | |
| Total Owners Equity | | | | | | | | -10,262.40 |
| | | | | | | | | -10,262.40 |
| **Consulting Income** | | | | | | | | |
| Deposit | 03/01/2019 | | | | Deposit | | 6,000.00 | -64,700.00 |
| Deposit | 03/08/2019 | | | | Deposit | | 5,000.00 | -70,700.00 |
| Deposit | 03/15/2019 | | | | Deposit | | 6,000.00 | -75,700.00 |
| Deposit | 03/25/2019 | | | | Deposit | | 6,000.00 | -81,700.00 |
| Deposit | 03/29/2019 | | | | Deposit | | 6,000.00 | -87,700.00 |
| | | | | | | | | -93,700.00 |
| Total Consulting Income | | | | | | 0.00 | 29,000.00 | -93,700.00 |
| **Social Security Income** | | | | | | | | |
| Deposit | 03/13/2019 | | | | Deposit | | 2,700.00 | -5,400.00 |
| | | | | | | | | -8,100.00 |
| Total Social Security Income | | | | | | 0.00 | 2,700.00 | -8,100.00 |
| **Advertising and Promotion** | | | | | | | | |
| Total Advertising and Promotion | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | |
| Total Automobile Expense | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | |
| Check | 03/01/2019 | | | | Service Charge | 0.75 | | 1.50 |
| | | | | | | | | 2.25 |
| Total Bank Service Charges | | | | | | 0.75 | 0.00 | 2.25 |
| **Bankruptcy Fees** | | | | | | | | |
| Total Bankruptcy Fees | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | |
| Total Computer and Internet Expenses | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| **Continuing Education** | | | | | | | | |
| Total Continuing Education | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |

1:02 PM
05/10/19
Accrual Basis

**Alex Figliolia**
**General Ledger**
As of March 31, 2019

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Depreciation Expense** | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | 0.00 |
| Total Dues and Subscriptions | | | | | | | | 0.00 |
| **First Mortgage** | | | | | | | | 20,000.00 |
| Total First Mortgage | | | | | | | | 20,000.00 |
| **Insurance Expense** | | | | | | | | 12,795.94 |
|   General Liability Insurance | | | | | | | | 0.00 |
|   Total General Liability Insurance | | | | | | | | 0.00 |
|   Insurance Expense - Other | | | | | | | | 12,795.94 |
|     Check | 03/01/2019 | 215 | | Horizon Blue Cross ... | | 280.94 | | 13,076.88 |
|     Check | 03/05/2019 | dm | | CMS Medicare Pay... | | 646.10 | | 13,722.98 |
|     Check | 03/19/2019 | dm | | CMS Medicare Pay... | | 508.30 | | 14,231.28 |
|     Check | 03/21/2019 | 236 | | Silver Script Ins Co | | 316.80 | | 14,548.08 |
|     Check | 03/21/2019 | 237 | | Silver Script Ins Co | | 316.80 | | 14,864.88 |
|     Check | 03/21/2019 | 238 | | Horizon Blue Cross ... | | 280.94 | | 15,145.82 |
|   Total Insurance Expense - Other | | | | | | 2,349.88 | 0.00 | 15,145.82 |
| Total Insurance Expense | | | | | | 2,349.88 | 0.00 | 15,145.82 |
| **Interest Expense** | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | 0.00 |
| **Meals, Household Supplies and E** | | | | | | | | 5,836.00 |
|   Check | 03/13/2019 | | d | TD Bank Cash With... | | 2,500.00 | | 8,336.00 |
| Total Meals, Household Supplies and E | | | | | | 2,500.00 | 0.00 | 8,336.00 |
| **Office Supplies** | | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | 0.00 |
| Total Repairs and Maintenance | | | | | | | | 0.00 |
| **Second Mortgage** | | | | | | | | 11,548.12 |
|   Check | 03/01/2019 | dm | | Bank of America | | 5,774.06 | | 17,322.18 |
|   Check | 03/26/2019 | dm | | Bank of America | | 5,774.06 | | 23,096.24 |
| Total Second Mortgage | | | | | | 11,548.12 | 0.00 | 23,096.24 |
| **Taxes** | | | | | | | | 0.00 |
| Total Taxes | | | | | | | | 0.00 |
| **Telephone Expense** | | | | | | | | 1,169.06 |
|   Check | 03/04/2019 | dm | | Verizon | | 579.58 | | 1,748.64 |
| Total Telephone Expense | | | | | | 579.58 | 0.00 | 1,748.64 |
| **Travel Expense** | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | 12,848.43 |
|   Check | 03/13/2019 | dm | | New Jersey Natural ... | | 1,201.76 | | 14,050.19 |
| Total Utilities | | | | | | 1,201.76 | 0.00 | 14,050.19 |
| **Ask My Accountant** | | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | | 0.00 |
| **Professional Fees** | | | | | | | | 7,870.62 |
| Total Professional Fees | | | | | | | | 7,870.62 |
| **US Trustee Fee** | | | | | | | | 325.00 |
| Total US Trustee Fee | | | | | | | | 325.00 |

1:02 PM
05/10/19
Accrual Basis

# Alex Figliolia
## General Ledger
### As of March 31, 2019

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| No accnt | | | | | | | | |
| Total no accnt | | | | | | | | 0.00 |
| TOTAL | | | | | | | | 0.00 |
| | | | | | | 49,880.09 | 49,880.09 | 0.00 |