UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ATKINSON & DEBARTOLO, P.C
Bunce D. Atkinson, Esq.
The Galleria, 2 Bridge Avenue, P.O. Box 8415
Red Bank, New Jersey 07701
BA 9186
(732)530-5300
Attys. for Alexander Figliolia

In Re:

ALEXANDER FIGLIOLIA,

                Debtor-In-Possession

Case No.: _____17-20755_____

Chapter: _____11_____

Hearing Date: _____

Judge: ___Michael B. Kaplan___

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Second Modified Chapter 11 combined Disclosure Statement and Plan,

filed December 7, 2018, Docket No. 111

Date: 05/14/2019 _____        /s/ Bunce D. Atkinson
                                                Signature

*rev.8/1/15*