UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on May 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alexander J Figliolia

Case No.  17-20755

Hearing Date:  7/18/2019 at 10:00 am

Judge:  Michael B. Kaplan

### ORDER AND NOTICE ON DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 20, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having noted that a Plan and Disclosure Statement have been filed by _____Bunce Atkinson_____ as attorney(s) for the _____Alexander J Figliolia_____ and for good cause shown, it is

ORDERED that pursuant to the provisions of Bankruptcy Rule 3017 (a), hearing on the adequacy of the Disclosure Statement shall be held before the Honorable _____Michael B. Kaplan_____ at the following time and place:

| | |
|---|---|
| DATE AND TIME: | July 18, 2019 at 10:00 a.m. |
| COURTROOM: | #8 |
| PLACE: | United States Bankruptcy Court |
| | 402 East State Street |
| | Trenton, New Jesey 08608 |

ORDERED that notice of said hearing shall be sent by the Clerk of the Bankruptcy Court in accordance with the provisions of Bankruptcy Rule 3017 (a) at least 28 days prior to the hearing date. Written objections to the adequacy of the Disclosure Statement shall be filed with the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than 14 days prior to the hearing before this Court, unless otherwise directed by the court; and it is further

ORDERED that copies of the Disclosure Statement and Plan, together with copies of this Notice and Order, shall be served by the proponent of the Disclosure Statement and Plan on the Debtor, United State Trustee, Counsel for the Creditor's Committee, and the Securities and Exchange Commission.  Such copies shall also be provided by the proponent to any party in interest, upon written request; and it is further

ORDERED that no creditor or other party in interest shall be heard in opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection within the aforementioned time and effected service upon the parties named above.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:  
Alexander J Figliolia  
    Debtor

Case No. 17-20755-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 20, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2019.  
db        +Alexander J Figliolia,    105 Middletown Road,    Holmdel, NJ 07733-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2019 at the address(es) listed below:

             Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde  
             bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com  
            Bunce  Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com  
            Bunce  Atkinson    on behalf of Accountant Barbara  Rizzi bunceatkinson@aol.com  
            Bunce  Atkinson    on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,  
             NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org  
            Douglas J. McDonough    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW  
             YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE  
             CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com  
            Lauren  Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov  
            Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov  
            Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW  
             YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,  
             Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@mccalla.com  
            Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW  
             YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE  
             CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com  
            Scott C. Pyfer    on behalf of Plaintiff Filomena  Napolitano scott@pyferlawgroup.com,  
             scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com  
            Scott C. Pyfer    on behalf of Creditor Biagio  Napolitano scott@pyferlawgroup.com,  
             scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com  
            Scott C. Pyfer    on behalf of Creditor Filomena  Napolitano scott@pyferlawgroup.com,  
             scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com  
            Scott C. Pyfer    on behalf of Creditor Robert  Napolitano scott@pyferlawgroup.com,  
             scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com  
            Scott C. Pyfer    on behalf of Plaintiff Biagio  Napolitano scott@pyferlawgroup.com,  
             scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com  
            Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW  
             YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE  
             CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
            Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation  
             Valerie.Hamilton@law.njoag.gov  
            Ward  Benson    on behalf of Creditor    United States of America on behalf of the Internal Revenue  
             Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov  
                                                                                                                            TOTAL: 18