## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF _____

In re *Alexander Figliolia*

Case No. *17-20755/MBK*
Reporting Period: *4/1/19-4/30/19*

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | | DOCUMENT ATTACHED | EXPLANATION ATTACHED |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | *GL* | ✓ |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | *BR* | ✓ |
| Copies of bank statements | | *BS* | ✓ |
| Cash disbursements journals | | *CJ* | ✓ |
| Statement of Operations | | *P&L* | ✓ |
| Balance Sheet | | *BS* | ✓ |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

X *Alexander Figliolia*
Signature of Debtor

Date *5/19/2019*

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: _Alexander Figliolia_
Debtor

Case No. _17-20755/MBK_
Reporting Period _4/1/19 - 4/30/19_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | | |
|---|---|---|
| Cash - Beginning of Month | 24,158.49 | 231,044.16 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,700 — | 56,923.40 |
| Sale of Assets | | |
| Other Income (attach schedule) _Consulting_ | 21,500 — | 450,953.50 |
| **Total Receipts** | 24,200 — | 507,876.90 |
| **DISBURSEMENTS** | | |
| Mortgage Payment(s) | 10,000 — | 157,089.32 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 5,718.32 | 110,718.5 |
| Insurance | 12,195.48 | 92,375.61 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 4,995.42 |
| Medical Expenses | | |
| Household Expenses | 3,000 | 64,220.31 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 9440 — |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) _Bank Charge_ | — | 22.25 |
| **Total Ordinary Disbursements** | 30,914.55 | 438,861.01 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | 49,361.15 |
| U. S. Trustee Fees | 975 — | 5,850.00 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 975 — | 55,211.15 |
| **Total Disbursements (Ordinary + Reorganization)** | 31,889.55 | 494,018.81 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (7,689.55) | 13,945.09 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 16,469.94 | 235,447.85 |

FORM MOR-1 (INDV)
(9/99)

In re _Alexander Figliolia_
　　　　Debtor

Case No. ___17-20755 / MBK___
Reporting Period: ___4/1/19 - 4/30/19___

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Consulting | 21,500 – | 450,955.50 |
| **Other Taxes** | | |
| NJ IRS | 0 | 91600 |
| **Other Ordinary Disbursements** | | |
| Bank Charges | 0 | 22.25 |
| **Other Reorganization Expenses** | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

12:53 PM

06/24/19

## Alex Figliolia
## Reconciliation Summary
### Amboy Bank DIP, Period Ending 04/30/2019

|  | Apr 30, 19 |
|---|---|
| **Beginning Balance** | 23,621.79 |
| **Cleared Transactions** | |
| Checks and Payments - 10 Items | -28,888.80 |
| Deposits and Credits - 1 item | 21,500.00 |
| **Total Cleared Transactions** | -7,388.80 |
| **Cleared Balance** | 16,232.99 |
| **Register Balance as of 04/30/2019** | 16,232.99 |
| **Ending Balance** | 16,232.99 |

12:53 PM

06/24/19

# Alex Figliolia
## Reconciliation Detail
### Amboy Bank DIP, Period Ending 04/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 23,621.79 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Check | 04/01/2018 | 235 | Nation Star | X | -10,000.00 | -10,000.00 |
| Check | 04/02/2019 | dm | First Energy | X | -2,957.00 | -12,957.00 |
| Check | 04/02/2019 | dm | First Energy | X | -842.67 | -13,799.67 |
| Check | 04/02/2019 | dm | Verizon | X | -573.02 | -14,372.69 |
| Check | 04/10/2019 | dm | AIG Insurance | X | -11,414.24 | -25,786.93 |
| Check | 04/15/2019 | dm | American Water | X | -242.07 | -26,029.00 |
| Check | 04/16/2019 | dm | New Jersey Natural ... | X | -1,103.56 | -27,132.56 |
| Check | 04/17/2019 | 240 | United States Truste... | X | -975.00 | -28,107.56 |
| Check | 04/17/2019 | 241 | Horizon Blue Cross ... | X | -280.94 | -28,388.50 |
| Check | 04/22/2019 | dm | CMS Medicare Pay... | X | -500.30 | -28,888.80 |
| Total Checks and Payments | | | | | -28,888.80 | -28,888.80 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 04/30/2019 | | | X | 21,500.00 | 21,500.00 |
| Total Deposits and Credits | | | | | 21,500.00 | 21,500.00 |
| Total Cleared Transactions | | | | | -7,388.80 | -7,388.80 |
| Cleared Balance | | | | | -7,388.80 | 16,232.99 |
| Register Balance as of 04/30/2019 | | | | | -7,388.80 | 16,232.99 |
| **Ending Balance** | | | | | -7,388.80 | 16,232.99 |

For the period 03-30-2019 to 04-30-2019    Page 1 of 1

☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

☎ Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

0000000000000000000000000000000000000000
0000000000000000000000000000000000000000
IIIııdIııIIııdIıııIIııdIıııdIııIıIddIııdIıılııl

ALEXANDER J FIGLIOLIA
DEBTOR IN POSSESSION
105 MIDDLETOWN RD
HOLMDEL      NJ 07733

**Don't miss our FREE**
**Senior Property Tax Freeze Workshops**
**throughout the month of April.**

**To register or for more information,**
**visit amboybank.com or call 800.94.AMBOY.**

## Senior Checking Account                    Account number:

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-29 | $23,621.79 |
| Deposits and other credits (+) | $21,500.00 |
| Withdrawals, checks and other debits (-) | $28,888.80 |
| Ending Balance on 04-30 | $16,232.99 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 04-05 | DEPOSIT | 9,500.00 | 04-30 | DEPOSIT | 6,000.00 |
| 04-19 | DEPOSIT | 6,000.00 | | | |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 235* | 04-19 | 10,000.00 | 240 | 04-25 | 975.00 | 241 | 04-23 | 280.94 |

*Indicates a gap in check number sequence

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 04-02 | 100054438609 FIRST ENERGY OPCO FE ECHECK | 842.67 | 04-15 | 5381455 PMNT US SVC FEE SERVICE FEE | 1.95 |
| 04-02 | 100009694421 FIRST ENERGY OPCO FE ECHECK | 2,957.00 | 04-15 | 3492934 AMERICAN-WATER UTIL-PMNT | 240.12 |
| 04-03 | 7867716772 BILLMATRIX BILLPAYFEE | 3.50 | 04-16 | 15008937041319 NJ NATURALGAS EBILL | 1,103.56 |
| 04-03 | 7867716771 FIS*VERIZON BILL PAY | 569.52 | 04-22 | CMS MEDICARE PAYMENT 0239 | 500.30 |
| 04-10 | AIGONEXXXXXX8512 PCS AIGPCSPAYS | 11,414.24 | | | |

ALEXANDER J FIGLIOLIA
DEBTOR IN POSSESSION
CASE #17-20755-MBK SENIOR CHECKING
165 MIDDLETOWN ROAD
HOLMDEL, NJ 07733

235

15-30
follow charges

3-18-19

APR 17 2019

Pay to the Order of  *Nationstar Mortgage*    $ 10,000.00

*Ten Thousand* .00  Dollars

AMBOY Bank
RED BANK OFFICE 18
RED BANK, NJ 07701

For *0618133.904 #* loan

235    $10,000.00    4/19/2019

---

FR PEE ENDORSEMENT GUARANTEED BY DEPOSITOR I BANK

235    $10,000.00    4/19/2019

---

ALEXANDER J FIGLIOLIA
DEBTOR IN POSSESSION
CASE #17-20755-MBK SENIOR CHECKING
165 MIDDLETOWN ROAD
HOLMDEL, NJ 07733

240

4-17-19

Pay to the Order of  *US TRUSTEE*    $ 975.00

*Nine Hundred Seventy-Five* .00  Dollars

AMBOY Bank
RED BANK OFFICE 18
RED BANK, NJ 07701

For  *23-17-20755*

240    $975.00    4/25/2019

---

>0410-3601-7<
US TREAS DG-ECP

240    $975.00    4/25/2019

---

ALEXANDER J FIGLIOLIA
DEBTOR IN POSSESSION
CASE #17-20755-MBK SENIOR CHECKING
165 MIDDLETOWN ROAD
HOLMDEL, NJ 07733

241

4-17-19

Pay to the Order of  *Horizon BC&BS*    $ 280.94

*Two Eighty Ninety-Four* .00  Dollars

AMBOY Bank
RED BANK OFFICE 18
RED BANK, NJ 07701

For  *3NZN67L05360-43*

241    $280.94    4/23/2019

---

JPMORGANCHASE BANK

241    $280.94    4/23/2019

12:27 PM
06/24/19

**Alex Figliolia**
**Reconciliation Summary**
Direct Express Card, Period Ending 04/30/2019

|  | Apr 30, 19 |
|---|---|
| **Beginning Balance** | 537.20 |
| **Cleared Transactions** | |
| Checks and Payments - 2 items | -3,000.75 |
| Deposits and Credits - 1 item | 2,700.00 |
| **Total Cleared Transactions** | -300.75 |
| **Cleared Balance** | 236.45 |
| **Register Balance as of 04/30/2019** | 236.45 |
| **Ending Balance** | 236.45 |

12:27 PM

06/24/19

# Alex Figliolia
## Reconciliation Detail
### Direct Express Card, Period Ending 04/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 537.20 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 Items** | | | | | | |
| Check | 04/01/2019 | dm | | X | -0.75 | -0.75 |
| Check | 04/18/2019 | dm | TD Bank Cash With... | X | -3,000.00 | -3,000.75 |
| Total Checks and Payments | | | | | -3,000.75 | -3,000.75 |
| **Deposits and Credits - 1 Item** | | | | | | |
| Deposit | 04/10/2019 | | | X | 2,700.00 | 2,700.00 |
| Total Deposits and Credits | | | | | 2,700.00 | 2,700.00 |
| Total Cleared Transactions | | | | | -300.75 | -300.75 |
| **Cleared Balance** | | | | | -300.75 | 236.45 |
| Register Balance as of 04/30/2019 | | | | | -300.75 | 236.45 |
| **Ending Balance** | | | | | -300.75 | 236.45 |



 

MEMBER FDIC

Direct Express® Debit Card Program
P.O. Box 245998
San Antonio, TX 78224

**To contact us**

**Customer Service:** (888) 741-1115

Hearing impaired. (866) 569-0447
International. (765) 778-5290 (Collect)

**Visit our web site**
www.USDirectExpress.com

**Write to us**
Direct Express® Card Services
P.O. Box 245998
San Antonio, TX 78224

## Monthly Account Statement

L2ACSAD1TX  058933

ALEX J FIGLIOLIA
105 MIDDLETOWN ROAD
HOLMDEL, NJ 07733-0000

Thank You for Being a Direct Express® Card Customer

Date Range  April 2019

| Summary of Fees | |
|---|---|
| Prior Calendar Month | $0.75 |
| Calendar Year to Date | $3.00 |

Card Number: █████X9246

| | |
|---|---|
| Starting Balance: | $537.20 |
| Credits: | $2,700.00 |
| Debits: | $3,000 75 |
| Ending Balance: | $236 45 |

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 04/01/2019 | | MONTHLY PAPER STATEMENT FEE | $0 75 | $0 00 |
| 04/10/2019 | ALEX J FIGLIOLIA | DEPOSIT FROM SSA | $0.00 | $2,700 00 |
| 04/18/2019 | TD BANK, HOLMDEL, NJ, USA | CASH PURCHASE | $3,000 00 | $0 00 |

1:01 PM

06/24/19

Accrual Basis

# Alex Figliolia
# Balance Sheet
### As of April 30, 2019

|  | Apr 30, 19 |
|---|---|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       Amboy Bank DIP | 16,232.99 |
|       Direct Express Card | 236.45 |
|     Total Checking/Savings | 16,469.44 |
|   Total Current Assets | 16,469.44 |
| **TOTAL ASSETS** | 16,469.44 |
| **LIABILITIES & EQUITY** | |
|   Equity | |
|     Opening Balance Equity | 2,671.35 |
|     Owners Equity | 10,262.40 |
|     Net Income | 3,535.69 |
|   Total Equity | 16,469.44 |
| **TOTAL LIABILITIES & EQUITY** | 16,469.44 |

1:01 PM

06/24/19

Accrual Basis

## Alex Figliolia
## Profit & Loss
### April 2019

|  | Apr 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Consulting Income | 21,500.00 |
| Social Security Income | 2,700.00 |
| **Total Income** | 24,200.00 |
| **Expense** | |
| Bank Service Charges | 0.75 |
| First Mortgage | 10,000.00 |
| Insurance Expense | 12,195.48 |
| Meals, Household Supplies and E | 3,000.00 |
| Telephone Expense | 573.02 |
| Utilities | 5,145.30 |
| **Total Expense** | 30,914.55 |
| **Net Ordinary Income** | -6,714.55 |
| **Other Income/Expense** | |
| **Other Expense** | |
| US Trustee Fee | 975.00 |
| **Total Other Expense** | 975.00 |
| **Net Other Income** | -975.00 |
| **Net Income** | -7,689.55 |

1:08 PM

06/24/19

Accrual Basis

# Alex Figliolia
## Profit & Loss
### May 2017 through April 2019

|  | May '17 - Apr 19 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Consulting Income | 450,953.50 |
| Social Security Income | 56,923.40 |
| **Total Income** | 507,876.90 |
| **Expense** |  |
| Bank Service Charges | 22.25 |
| First Mortgage | 30,000.00 |
| Insurance Expense | 92,375.61 |
| Meals, Household Supplies and E | 64,220.31 |
| Repairs and Maintenance | 4,995.42 |
| Second Mortgage | 127,029.32 |
| Taxes | 9,446.00 |
| Telephone Expense | 13,425.93 |
| Utilities | 97,352.82 |
| **Total Expense** | 438,867.66 |
| **Net Ordinary Income** | 69,009.24 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| Professional Fees | 49,361.15 |
| US Trustee Fee | 5,850.00 |
| **Total Other Expense** | 55,211.15 |
| **Net Other Income** | -55,211.15 |
| **Net Income** | 13,798.09 |

1:08 PM
06/24/19
Accrual Basis

## Alex Figliolia
## General Ledger
### As of April 30, 2019

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|--------|---------|
| **Amboy Bank DIP** | | | | | | | | 23,621.79 |
| Check | 04/01/2019 | 235 | | Nation Star | Check date 0... | | 10,000.00 | 13,621.79 |
| Check | 04/02/2019 | dm | | First Energy | | | 842.67 | 12,779.12 |
| Check | 04/02/2019 | dm | | First Energy | | | 2,957.00 | 9,822.12 |
| Check | 04/02/2019 | dm | | Verizon | | | 573.02 | 9,249.10 |
| Check | 04/10/2019 | dm | | AIG Insurance | | | 11,414.24 | -2,165.14 |
| Check | 04/15/2019 | dm | | American Water | | | 242.07 | -2,407.21 |
| Check | 04/16/2019 | dm | | New Jersey Natural ... | | | 1,103.56 | -3,510.77 |
| Check | 04/17/2019 | 240 | | United States Trust... | | | 975.00 | -4,485.77 |
| Check | 04/17/2019 | 241 | | Horizon Blue Cross ... | | | 280.94 | -4,766.71 |
| Check | 04/22/2019 | dm | | CMS Medicare Pay... | | | 500.30 | -5,267.01 |
| Deposit | 04/30/2019 | | | | Deposit | 21,500.00 | | 16,232.99 |
| **Total Amboy Bank DIP** | | | | | | 21,500.00 | 28,888.80 | 16,232.99 |
| **Direct Express Card** | | | | | | | | 537.20 |
| Check | 04/01/2019 | dm | | | | | 0.75 | 536.45 |
| Deposit | 04/10/2019 | | | | Deposit | 2,700.00 | | 3,236.46 |
| Check | 04/18/2019 | dm | | TD Bank Cash With... | | | 3,000.00 | 236.45 |
| **Total Direct Express Card** | | | | | | 2,700.00 | 3,000.75 | 236.45 |
| **Accumulated Depreciation** | | | | | | | | 0.00 |
| **Total Accumulated Depreciation** | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | 0.00 |
| **Total Furniture and Equipment** | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | 0.00 |
| **Total Accounts Payable** | | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | | 0.00 |
| **Total Payroll Liabilities** | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | -2,671.35 |
| **Total Opening Balance Equity** | | | | | | | | -2,671.35 |
| **Owners Draw** | | | | | | | | 0.00 |
| **Total Owners Draw** | | | | | | | | 0.00 |
| **Owners Equity** | | | | | | | | -10,262.40 |
| **Total Owners Equity** | | | | | | | | -10,262.40 |
| **Consulting Income** | | | | | | | | -93,700.00 |
| Deposit | 04/30/2019 | | | | Deposit | | 9,500.00 | -103,200.00 |
| Deposit | 04/30/2019 | | | | Deposit | | 6,000.00 | -109,200.00 |
| Deposit | 04/30/2019 | | | | Deposit | | 6,000.00 | -115,200.00 |
| **Total Consulting Income** | | | | | | 0.00 | 21,500.00 | -115,200.00 |
| **Social Security Income** | | | | | | | | -8,100.00 |
| Deposit | 04/10/2019 | | | | Deposit | | 2,700.00 | -10,800.00 |
| **Total Social Security Income** | | | | | | 0.00 | 2,700.00 | -10,800.00 |
| **Advertising and Promotion** | | | | | | | | 0.00 |
| **Total Advertising and Promotion** | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | 0.00 |
| **Total Automobile Expense** | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | 2.25 |
| Check | 04/01/2019 | dm | | | | 0.75 | | 3.00 |
| **Total Bank Service Charges** | | | | | | 0.75 | 0.00 | 3.00 |
| **Bankruptcy Fees** | | | | | | | | 0.00 |
| **Total Bankruptcy Fees** | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | 0.00 |
| **Total Computer and Internet Expenses** | | | | | | | | 0.00 |
| **Continuing Education** | | | | | | | | 0.00 |
| **Total Continuing Education** | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | 0.00 |
| **Total Depreciation Expense** | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | 0.00 |
| **Total Dues and Subscriptions** | | | | | | | | 0.00 |

1:08 PM
06/24/19
Accrual Basis

**Alex Figliolia**
**General Ledger**
As of April 30, 2019

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| First Mortgage | | | | | | | | 20,000.00 |
| Check | 04/01/2019 | 235 | | Nation Star | Check date 0... | 10,000.00 | | 30,000.00 |
| Total First Mortgage | | | | | | 10,000.00 | 0.00 | 30,000.00 |
| Insurance Expense | | | | | | | | 15,145.82 |
| General Liability Insurance | | | | | | | | 0.00 |
| Total General Liability Insurance | | | | | | | | 0.00 |
| Insurance Expense - Other | | | | | | | | 15,145.82 |
| Check | 04/10/2019 | dm | | AIG Insurance | | 11,414.24 | | 26,560.06 |
| Check | 04/17/2019 | 241 | | Horizon Blue Cross ... | | 280.94 | | 26,841.00 |
| Check | 04/22/2019 | dm | | CMS Medicare Pay... | | 500.30 | | 27,341.30 |
| Total Insurance Expense - Other | | | | | | 12,195.48 | 0.00 | 27,341.30 |
| Total Insurance Expense | | | | | | 12,195.48 | 0.00 | 27,341.30 |
| Interest Expense | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | 0.00 |
| Meals and Entertainment | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | 0.00 |
| Meals, Household Supplies and E | | | | | | | | 8,336.00 |
| Check | 04/18/2019 | dm | | TD Bank Cash With... | | 3,000.00 | | 11,336.00 |
| Total Meals, Household Supplies and E | | | | | | 3,000.00 | 0.00 | 11,336.00 |
| Office Supplies | | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | | 0.00 |
| Payroll Expenses | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | 0.00 |
| Rent Expense | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | 0.00 |
| Repairs and Maintenance | | | | | | | | 0.00 |
| Total Repairs and Maintenance | | | | | | | | 0.00 |
| Second Mortgage | | | | | | | | 23,096.24 |
| Total Second Mortgage | | | | | | | | 23,096.24 |
| Taxes | | | | | | | | 0.00 |
| Total Taxes | | | | | | | | 0.00 |
| Telephone Expense | | | | | | | | 1,748.64 |
| Check | 04/02/2019 | dm | | Verizon | | 573.02 | | 2,321.66 |
| Total Telephone Expense | | | | | | 573.02 | 0.00 | 2,321.66 |
| Travel Expense | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | 0.00 |
| Utilities | | | | | | | | 14,050.19 |
| Check | 04/02/2019 | dm | | First Energy | | 842.67 | | 14,892.86 |
| Check | 04/02/2019 | dm | | First Energy | | 2,957.00 | | 17,849.86 |
| Check | 04/15/2019 | dm | | American Water | | 242.07 | | 18,091.93 |
| Check | 04/16/2019 | dm | | New Jersey Natural ... | | 1,103.56 | | 19,195.49 |
| Total Utilities | | | | | | 5,145.30 | 0.00 | 19,195.49 |
| Ask My Accountant | | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | | 0.00 |
| Professional Fees | | | | | | | | 7,870.62 |
| Total Professional Fees | | | | | | | | 7,870.62 |
| US Trustee Fee | | | | | | | | 325.00 |
| Check | 04/17/2019 | 240 | | United States Trust... | | 975.00 | | 1,300.00 |
| Total US Trustee Fee | | | | | | 975.00 | 0.00 | 1,300.00 |
| No accnt | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | 0.00 |
| TOTAL | | | | | | 56,089.55 | 56,089.55 | 0.00 |