UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re: Alexander Figlioliа

Case No. 17-20755/MBK
Reporting Period: 5/1/19 - 5/31/19

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | GL | ✓ |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | BR / BS | ✓ |
| Copies of bank statements | | | ✓ |
| Cash disbursements journals | | GL | ✓ |
| Statement of Operations | | PL | ✓ |
| Balance Sheet | | BS | ✓ |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

X _Alexander Figlialia_                        Date  6/19/2019
Signature of Debtor

_____                         Date _____
Signature of Joint Debtor

_____                         Date _____
Signature of Authorized Individual*

_____                         Title of Authorized Individual
Printed Name of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: Alexander Figliolia
Debtor

Case No. 17-20755/MBK
Reporting Period 5/1/19 - 5/31/19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | | |
|---|---|---|
| Cash - Beginning of Month | 16,469.44 | 235,472.85 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2700 — | 59,623.40 |
| Sale of Assets | | |
| Other Income (attach schedule) Consulting | 22,000 — | 472,953.50 |
| **Total Receipts** | 24,700 — | 532,576.90 |
| **DISBURSEMENTS** | | |
| **ORDINARY** | | |
| Mortgage Payment(s) | 21,548.12 | 178,577.44 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 7710.10 | 118,788.85 |
| Insurance | 280.94 | 42,656.55 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 4,995.42 |
| Medical Expenses | | |
| Household Expenses | 2500 — | 66,720.31 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 9,446 |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) Bank Charges | .75 | 23.00 |
| **Total Ordinary Disbursements** | 32,039.91 | 470,906.57 |
| **REORGANIZATION** | | |
| Professional Fees | 0 | 49,361.15 |
| U.S. Trustee Fees | 0 | 5,850.00 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 0 | 55,211.15 |
| **Total Disbursements (Ordinary + Reorganization)** | 32,039.91 | 526,118.72 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (7,339.91) | (6,458.18) |
| Cash - End of Month (Must equal reconciled bank statement) | 9,129.53 | 228,984.67 |

FORM MOR-1 (INDV)
(9/99)

In re **Alexander Figliolia**
Debtor

Case No. **17-20755/MBK**
Reporting Period: **5/1/19 - 5/31/19**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month - Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Consulting | | 422,953.50 |
| **Other Taxes** | | |
| NJ / IRS | 0 | 9,446.- |
| **Other Ordinary Disbursements** | | |
| Bank Charges | 0.75 | 23.00 |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

1:34 PM
06/24/19

# Alex Figliolia
## Reconciliation Summary
### Direct Express Card, Period Ending 05/31/2019

|  | May 31, 19 |  |
|---|---:|---:|
| **Beginning Balance** |  | 236.45 |
| **Cleared Transactions** |  |  |
|     Checks and Payments - 2 items | -2,500.75 |  |
|     Deposits and Credits - 1 item | 2,700.00 |  |
| **Total Cleared Transactions** |  | 199.25 |
| **Cleared Balance** |  | 435.70 |
| **Register Balance as of 05/31/2019** |  | 435.70 |
| **Ending Balance** |  | 435.70 |

1:34 PM
06/24/19

# Alex Figliolia
## Reconciliation Detail
Direct Express Card, Period Ending 05/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 236.45 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 05/01/2019 | dm | | X | -0.75 | -0.75 |
| Check | 05/15/2019 | dm | TD Bank Cash With... | X | -2,500.00 | -2,500.75 |
| Total Checks and Payments | | | | | -2,500.75 | -2,500.75 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 05/08/2019 | | | X | 2,700.00 | 2,700.00 |
| Total Deposits and Credits | | | | | 2,700.00 | 2,700.00 |
| Total Cleared Transactions | | | | | 199.25 | 199.25 |
| **Cleared Balance** | | | | | 199.25 | 435.70 |
| **Register Balance as of 05/31/2019** | | | | | 199.25 | 435.70 |
| **Ending Balance** | | | | | 199.25 | 435.70 |

6/21/2019                                                              Direct Express ®

*Direct Express® is a service mark of the U.S. Department of the Treasury, Financial Management Service (used with permission).*

**Transaction Summary**
May 2019

| | | | |
|---|---|---|---|
| **Name:** | ALEX J FIGLIOLIA | **Call** | |
| **Address:** | 105 MIDDLETOWN ROAD | **Customer Service:** | (888)741-1115 |
| **City, State, Zip Code:** | HOLMDEL, NJ, USA, 077330000 | **Hearing Impaired:** | (866)569-0447 |
| | | **International:** | (765)778-6290 (Collect) |

**Visit our web site**
www.USDirectExpress.com

**Write to us**
Direct Express® Payment Processing Services
P.O. Box 81309
Austin, TX 78708

**Thank You for Being a Direct Express® Customer**

| Summary of Fees | |
|---|---|
| Prior Calendar Month | $0.75 |
| Calendar Year to Date | $3.75 |

Date Range: May 2019
Card Number : ████████████246

| Date Posted | Merchant/ ATM Location/ Confirmation Number | Trans.Type | Charges | Credits |
|---|---|---|---|---|
| 05/15/2019 12:28:47 | TD BANK,HOLMDEL,NJ | CASH PURCHASE | $2,500.00 | |
| 05/08/2019 00:00:00 | " | DEPOSIT FROM SSA | | $2,700.00 |
| 05/01/2019 12:09:07 | " | MONTHLY PAPER STATEMENT FEE | $0.75 | |
| | | **Total Charges and Credits/Deposits:** | **$2,500.75** | **$2,700.00** |

**In case of errors or questions about any of your transactions.** Telephone us at 1-888-741-1115 or write to us at P.O. Box 245998 San Antonio, TX 78224-5998 If you think an error has occurred. We must hear from you promptly after you learn of an error. You will need to tell us:

- Your name and card number.
- Why you believe there is an error, and the dollar amount involved.
- Approximately when the error took place.

**Report a Lost or Stolen Card.** Call us immediately at 1-888-741-1115 (Outside the US, call collect 1-765-778-6290) to report a lost or stolen card.

1:41 PM
06/24/19

# Alex Figliolia
## Reconciliation Summary
Amboy Bank DIP, Period Ending 05/31/2019

|  | May 31, 19 |
|---|---|
| **Beginning Balance** | 16,232.99 |
| Cleared Transactions | |
|    Checks and Payments - 11 items | -29,539.16 |
|    Deposits and Credits - 4 items | 22,000.00 |
| Total Cleared Transactions | -7,539.16 |
| **Cleared Balance** | 8,693.83 |
| **Register Balance as of 05/31/2019** | 8,693.83 |
| **Ending Balance** | 8,693.83 |

1:41 PM
06/24/19

# Alex Figliolia
## Reconciliation Detail
Amboy Bank DIP, Period Ending 05/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 16,232.99 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 11 items** | | | | | | |
| Check | 05/01/2019 | 242 | Nation Star | X | -10,000.00 | -10,000.00 |
| Check | 05/01/2019 | dm | Bank of America | X | -5,774.06 | -15,774.06 |
| Check | 05/03/2019 | dm | First Energy | X | -2,957.00 | -18,731.06 |
| Check | 05/03/2019 | dm | First Energy | X | -105.92 | -18,836.98 |
| Check | 05/08/2019 | dm | Verizon | X | -572.07 | -19,409.05 |
| Check | 05/10/2019 | dm | New Jersey Natural ... | X | -665.11 | -20,074.16 |
| Check | 05/16/2019 | dm | American Water | X | -248.79 | -20,322.95 |
| Check | 05/20/2019 | 253 | Horizon Blue Cross ... | X | -280.94 | -20,603.89 |
| Check | 05/29/2019 | dm | Bank of America | X | -5,774.06 | -26,377.95 |
| Check | 05/30/2019 | dm | First Energy | X | -2,957.00 | -29,334.95 |
| Check | 05/30/2019 | dm | First Energy | X | -204.21 | -29,539.16 |
| **Total Checks and Payments** | | | | | -29,539.16 | -29,539.16 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 05/07/2019 | | | X | 5,000.00 | 5,000.00 |
| Deposit | 05/10/2019 | | | X | 5,000.00 | 10,000.00 |
| Deposit | 05/24/2019 | | | X | 6,000.00 | 16,000.00 |
| Deposit | 05/24/2019 | | | X | 6,000.00 | 22,000.00 |
| **Total Deposits and Credits** | | | | | 22,000.00 | 22,000.00 |
| **Total Cleared Transactions** | | | | | -7,539.16 | -7,539.16 |
| **Cleared Balance** | | | | | -7,539.16 | 8,693.83 |
| **Register Balance as of 05/31/2019** | | | | | -7,539.16 | 8,693.83 |
| **Ending Balance** | | | | | -7,539.16 | 8,693.83 |



For the period 05-01-2019 to 05-31-2019    Page 1 of 1

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

ALEXANDER J FIGLIOLIA
DEBTOR IN POSSESSION
105 MIDDLETOWN RD
HOLMDEL    NJ 07733

Save thousands of dollars
and pay off your mortgage faster
with our 1/2 Pay Mortgage.

Stop in any branch or call 800.94.AMBOY

## Senior Checking Account              Account number:

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 04-30 | $16,252.99 |
| Deposits and other credits (+) | $22,000.00 |
| Withdrawals, checks and other debits (-) | $29,539.16 |
| Ending Balance on 05-31 | $8,693.83 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-07 | DEPOSIT | 5,000.00 | 05-24 | DEPOSIT | 6,000.00 |
| 05-10 | DEPOSIT | 5,000.00 | 05-24 | DEPOSIT | 6,000.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 242* | 05-24 | 10,000.00 | 253 | 05-29 | 280.94 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-02 | XXXXX2013 Bank of America MORTGAGE | 5,774.00 | 05-16 | 2321876 PM NTUS SVC FEE SERVICEFEE | 1.95 |
| 05-03 | 100054438609 FIRST ENERGY OPCO FE ECHECK | 105.92 | 05-17 | 2480033 AMERICAN-WATER UTIL-PMNT | 246.84 |
| 05-03 | 100009694421 FIRST ENERGY OPCO FE ECHECK | 2,957.00 | 05-29 | XXXXX2013 Bank of America MORTGAGE | 5,774.00 |
| 05-08 | 6360779552 BILLMATRIX BILLPAYFEE | 3.50 | 05-30 | 100054438609 FIRST ENERGY OPCO FE ECHECK | 204.21 |
| 05-08 | 6360779551 FIS*VERIZON BILL PAY | 568.57 | 05-30 | 100009694421 FIRST ENERGY OPCO FE ECHECK | 2,957.00 |
| 05-10 | 15188227050819 NJ NATURAL GAS EBILL | 665.11 | | | |



242  $10,000.00  5/24/2019                242  $10,000.00  5/24/2019

253  $280.94  5/29/2019                   253  $280.94  5/29/2019

1:51 PM
06/24/19
Accrual Basis

# Alex Figliolia
## Balance Sheet
### As of May 31, 2019

|  | May 31, 19 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Amboy Bank DIP | 8,693.83 |
|       Direct Express Card | 435.70 |
|     **Total Checking/Savings** | 9,129.53 |
|   **Total Current Assets** | 9,129.53 |
| **TOTAL ASSETS** | 9,129.53 |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     Opening Balance Equity | 2,671.35 |
|     Owners Equity | 10,262.40 |
|     Net Income | -3,804.22 |
|   **Total Equity** | 9,129.53 |
| **TOTAL LIABILITIES & EQUITY** | 9,129.53 |

1:45 PM
06/24/19
Accrual Basis

# Alex Figliolia
## Profit & Loss
### May 2019

|  | May 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Consulting Income | 22,000.00 |
| Social Security Income | 2,700.00 |
| **Total Income** | 24,700.00 |
| **Expense** | |
| Bank Service Charges | 0.75 |
| First Mortgage | 10,000.00 |
| Insurance Expense | 280.94 |
| Meals, Household Supplies and E | 2,500.00 |
| Second Mortgage | 11,548.12 |
| Telephone Expense | 572.07 |
| Utilities | 7,138.03 |
| **Total Expense** | 32,039.91 |
| **Net Ordinary Income** | -7,339.91 |
| **Net Income** | -7,339.91 |

1:42 PM
06/24/19
Accrual Basis

# Alex Figliolia
## General Ledger
### As of May 31, 2019

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Amboy Bank DIP** | | | | | | | | 16,232.99 |
| Check | 05/01/2019 | 242 | | Nation Star | april 30 check... | | 10,000.00 | 6,232.99 |
| Check | 05/01/2019 | | dm | Bank of America | | | 5,774.06 | 458.93 |
| Check | 05/03/2019 | | dm | First Energy | | | 105.92 | 353.01 |
| Check | 05/03/2019 | | dm | First Energy | | | 2,957.00 | -2,603.99 |
| Deposit | 05/07/2019 | | | | Deposit | 5,000.00 | | 2,396.01 |
| Check | 05/08/2019 | | dm | Verizon | | | 572.07 | 1,823.94 |
| Deposit | 05/10/2019 | | | | Deposit | 5,000.00 | | 6,823.94 |
| Check | 05/10/2019 | | dm | New Jersey Natural ... | | | 665.11 | 6,158.83 |
| Check | 05/16/2019 | | dm | American Water | | | 248.79 | 5,910.04 |
| Check | 05/20/2019 | 253 | | Horizon Blue Cross ... | | | 280.94 | 5,629.10 |
| Deposit | 05/24/2019 | | | | Deposit | 6,000.00 | | 11,629.10 |
| Deposit | 05/24/2019 | | | | Deposit | 6,000.00 | | 17,629.10 |
| Check | 05/29/2019 | | dm | Bank of America | | | 5,774.06 | 11,855.04 |
| Check | 05/30/2019 | | dm | First Energy | | | 204.21 | 11,650.83 |
| Check | 05/30/2019 | | dm | First Energy | | | 2,957.00 | 8,693.83 |
| **Total Amboy Bank DIP** | | | | | | 22,000.00 | 29,539.16 | 6,693.83 |
| **Direct Express Card** | | | | | | | | 236.45 |
| Check | 05/01/2019 | | dm | | | | 0.75 | 235.70 |
| Deposit | 05/08/2019 | | | | Deposit | 2,700.00 | | 2,935.70 |
| Check | 05/15/2019 | | dm | TD Bank Cash With... | | | 2,500.00 | 435.70 |
| **Total Direct Express Card** | | | | | | 2,700.00 | 2,500.75 | 435.70 |
| **Accumulated Depreciation** | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | 0.00 |
| Total Accounts Payable | | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | -2,671.35 |
| Total Opening Balance Equity | | | | | | | | -2,671.35 |
| **Owners Draw** | | | | | | | | 0.00 |
| Total Owners Draw | | | | | | | | 0.00 |
| **Owners Equity** | | | | | | | | -10,262.40 |
| Total Owners Equity | | | | | | | | -10,262.40 |
| **Consulting Income** | | | | | | | | -115,200.00 |
| Deposit | 05/07/2019 | | | | Deposit | | 5,000.00 | -120,200.00 |
| Deposit | 05/10/2019 | | | | Deposit | | 5,000.00 | -125,200.00 |
| Deposit | 05/24/2019 | | | | Deposit | | 6,000.00 | -131,200.00 |
| Deposit | 05/24/2019 | | | | Deposit | | 6,000.00 | -137,200.00 |
| **Total Consulting Income** | | | | | | 0.00 | 22,000.00 | -137,200.00 |
| **Social Security Income** | | | | | | | | -10,800.00 |
| Deposit | 05/08/2019 | | | | Deposit | | 2,700.00 | -13,500.00 |
| **Total Social Security Income** | | | | | | 0.00 | 2,700.00 | -13,500.00 |
| **Advertising and Promotion** | | | | | | | | 0.00 |
| Total Advertising and Promotion | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | 0.00 |
| Total Automobile Expense | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | 3.00 |
| Check | 05/01/2019 | | dm | | | 0.75 | | 3.75 |
| **Total Bank Service Charges** | | | | | | 0.75 | 0.00 | 3.75 |
| **Bankruptcy Fees** | | | | | | | | 0.00 |
| Total Bankruptcy Fees | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | 0.00 |
| Total Computer and Internet Expenses | | | | | | | | 0.00 |
| **Continuing Education** | | | | | | | | 0.00 |
| Total Continuing Education | | | | | | | | 0.00 |

1:42 PM
06/24/19
Accrual Basis

**Alex Figliolia**
**General Ledger**
As of May 31, 2019

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Depreciation Expense** | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | 0.00 |
| Total Dues and Subscriptions | | | | | | | | 0.00 |
| **First Mortgage** | | | | | | | | 30,000.00 |
| Check | 05/01/2019 | 242 | | Nation Star | april 30 check... | 10,000.00 | | 40,000.00 |
| Total First Mortgage | | | | | | 10,000.00 | 0.00 | 40,000.00 |
| **Insurance Expense** | | | | | | | | 27,341.30 |
| General Liability Insurance | | | | | | | | 0.00 |
| Total General Liability Insurance | | | | | | | | 0.00 |
| Insurance Expense - Other | | | | | | | | 27,341.30 |
| Check | 05/20/2019 | 253 | | Horizon Blue Cross ... | | 280.94 | | 27,622.24 |
| Total Insurance Expense - Other | | | | | | 280.94 | 0.00 | 27,622.24 |
| Total Insurance Expense | | | | | | 280.94 | 0.00 | 27,622.24 |
| **Interest Expense** | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | 0.00 |
| **Meals, Household Supplies and E** | | | | | | | | 11,336.00 |
| Check | 05/15/2019 | | dm | TD Bank Cash With... | | 2,500.00 | | 13,836.00 |
| Total Meals, Household Supplies and E | | | | | | 2,500.00 | 0.00 | 13,836.00 |
| **Office Supplies** | | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | 0.00 |
| Total Repairs and Maintenance | | | | | | | | 0.00 |
| **Second Mortgage** | | | | | | | | 23,096.24 |
| Check | 05/01/2019 | | dm | Bank of America | | 5,774.06 | | 28,870.30 |
| Check | 05/29/2019 | | dm | Bank of America | | 5,774.06 | | 34,644.36 |
| Total Second Mortgage | | | | | | 11,548.12 | 0.00 | 34,644.36 |
| **Taxes** | | | | | | | | 0.00 |
| Total Taxes | | | | | | | | 0.00 |
| **Telephone Expense** | | | | | | | | 2,321.66 |
| Check | 05/08/2019 | | dm | Verizon | | 572.07 | | 2,893.73 |
| Total Telephone Expense | | | | | | 572.07 | 0.00 | 2,893.73 |
| **Travel Expense** | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | 19,195.49 |
| Check | 05/03/2019 | | dm | First Energy | | 105.92 | | 19,301.41 |
| Check | 05/03/2019 | | dm | First Energy | | 2,957.00 | | 22,258.41 |
| Check | 05/10/2019 | | dm | New Jersey Natural ... | | 665.11 | | 22,923.52 |
| Check | 05/16/2019 | | dm | American Water | | 248.79 | | 23,172.31 |
| Check | 05/30/2019 | | dm | First Energy | | 204.21 | | 23,376.52 |
| Check | 05/30/2019 | | dm | First Energy | | 2,957.00 | | 26,333.52 |
| Total Utilities | | | | | | 7,138.03 | 0.00 | 26,333.52 |
| **Ask My Accountant** | | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | | 0.00 |
| **Professional Fees** | | | | | | | | 7,870.62 |
| Total Professional Fees | | | | | | | | 7,870.62 |
| **US Trustee Fee** | | | | | | | | 1,300.00 |
| Total US Trustee Fee | | | | | | | | 1,300.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1:42 PM | | | | Alex Figliolia | | | | |
| 06/24/19 | | | | General Ledger | | | | |
| Accrual Basis | | | | As of May 31, 2019 | | | | |

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| No accnt | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | 0.00 |
| TOTAL | | | | | | 56,739.91 | 56,739.91 | 0.00 |

1:51 PM
06/24/19
Accrual Basis

# Alex Figliolia
# Profit & Loss
## May 2017 through May 2019

|  | May '17 - May 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
|    Consulting Income | 472,953.50 |
|    Social Security Income | 59,623.40 |
| **Total Income** | 532,576.90 |
| **Expense** | |
|    Bank Service Charges | 23.00 |
|    First Mortgage | 40,000.00 |
|    Insurance Expense | 92,656.55 |
|    Meals, Household Supplies and E | 66,720.31 |
|    Repairs and Maintenance | 4,995.42 |
|    Second Mortgage | 138,577.44 |
|    Taxes | 9,446.00 |
|    Telephone Expense | 13,998.00 |
|    Utilities | 104,490.85 |
| **Total Expense** | 470,907.57 |
| **Net Ordinary Income** | 61,669.33 |
| **Other Income/Expense** | |
| **Other Expense** | |
|    Professional Fees | 49,361.15 |
|    US Trustee Fee | 5,850.00 |
| **Total Other Expense** | 55,211.15 |
| **Net Other Income** | -55,211.15 |
| **Net Income** | 6,458.18 |