## UNITED STATES BANKRUPTCY COURT
### _____ DISTRICT OF _____

In re _Alexander Figlidia_

Case No. _17-20755/MBK_
Reporting Period: _8/1/19 - 8/31/19_

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | GL | ✓ |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | BR | ✓ |
|    Copies of bank statements | | BS | ✓ |
|    Cash disbursements journals | | GL | ✓ |
| Statement of Operations | | PL | ✓ |
| Balance Sheet | | BS | ✓ |
| Status of Postpetition Taxes | | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
|    Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

x _Alexander Figlialia_

Signature of Debtor

Date _9/18/19_


_____

Signature of Joint Debtor

Date


_____

Signature of Authorized Individual*

Date


_____

Printed Name of Authorized Individual

Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)



In re: _Alexander Figlidia_
Debtor

Case No. _17-20755/MBK_
Reporting Period _8/1/19 - 8/31/19_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.  A bank reconciliation must be attached for each account.  [See MOR-1 (INDV) (CONT)]

| | | |
|---|---|---|
| Cash - Beginning of Month | 3,511.79 | 229,998.43 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,700 | 87,723.40 |
| Sale of Assets | | |
| Other Income (attach schedule) _Consulting_ | 12,500 | 584,153.50 |
| Total Receipts | 15,200 | 571,876.90 |
| **DISBURSEMENTS** | | |
| Mortgage Payment(s) | -0- | 144,351.50 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 4,228.36 | 129,869.41 |
| Insurance | | 94,337.03 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 4,995.42 |
| Medical Expenses | | |
| Household Expenses | 3,000 | 75,190.31 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 9,446 |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) _Bank Charge_ | .75 | 75.35 |
| Total Ordinary Disbursements | 7,229.11 | 508,754.92 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | -0- | 49,360.15 |
| U. S. Trustee Fees | 975.00 | 6,825 |
| Other Reorganization Expenses (attach schedule) | -0- | |
| Total Reorganization Items | 975.00 | 56,186.15 |
| Total Disbursements (Ordinary + Reorganization) | 8,204.11 | 564,241.07 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 6,995.89 | 7,635.83 |
| Cash - End of Month (Must equal reconciled bank statement) | 10,507.18 | 261,134.76 |

FORM MOR-1(INDV)
(9/99)

In re _Alexander Figliolia_
Debtor

Case No. _17-20755/MBK_
Reporting Period: _8/1/19   8/31/19_

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Consulting | 12,500 | 509,153.50 |
| **Other Taxes** | | |
| NY) IRS) | 0 | $9440 |
| **Other Ordinary Disbursements** | | |
| Bank Charges | .75 | 25.25 |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

3:52 PM

09/18/19

## Alex Figliolia
## Reconciliation Summary
### Direct Express Card, Period Ending 08/31/2019

|  | Aug 31, 19 |
|---|---|
| **Beginning Balance** | 634.20 |
| **Cleared Transactions** | |
| Checks and Payments - 2 ite... | -3,000.75 |
| Deposits and Credits - 1 item | 2,700.00 |
| **Total Cleared Transactions** | -300.75 |
| **Cleared Balance** | 333.45 |
| **Register Balance as of 08/31/2019** | 333.45 |
| **Ending Balance** | 333.45 |

3:52 PM

09/18/19

# Alex Figliolia
# Reconciliation Detail
### Direct Express Card, Period Ending 08/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 634.20 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 Items** | | | | | | |
| Check | 08/01/2019 | dm | | X | -0.75 | -0.75 |
| Check | 08/15/2019 | dm | TD Bank Cash W... | X | -3,000.00 | -3,000.75 |
| Total Checks and Payments | | | | | -3,000.75 | -3,000.75 |
| **Deposits and Credits - 1 Item** | | | | | | |
| Deposit | 08/14/2019 | | | X | 2,700.00 | 2,700.00 |
| Total Deposits and Credits | | | | | 2,700.00 | 2,700.00 |
| Total Cleared Transactions | | | | | -300.75 | -300.75 |
| Cleared Balance | | | | | -300.75 | 333.45 |
| Register Balance as of 08/31/2019 | | | | | -300.75 | 333.45 |
| **Ending Balance** | | | | | -300.75 | 333.45 |

17.09.2019 05:53 PM    janfG                    7325305499                    PAGE.  1/  1



Direct Express® Debit Card Program
P.O. Box 245998
San Antonio, TX 78224


MEMBER FDIC



## Monthly Account Statement

‖ıₚ·‖ıₚ‖ıₗ‖‖ₚₘₘₗₗₗₗₗₗₗₚₗₗ‖ₗ‖ₗₗₚ‖ₗ‖ₗₗ‖ₗₗₗₗₗ
ALEX J FIGLIOLIA
105 MIDDLETOWN ROAD
HOLMDEL, NJ 07733-0000

**To contact us**

**Customer Service:** (888) 741-1115

Hearing Impaired: (866) 569-0447
International: (765) 778-6290 (Collect)

**Visit our web site**
www.USDirectExpress.com

**Write to us**
Direct Express® Card Services
P.O. Box 245998
San Antonio, TX 78224

Thank You for Being a Direct Express® Card Customer

Date Range: August 2019

| Summary of Fees | | |
|---|---|---|
| Prior Calendar Month | | $0.75 |
| Calendar Year to Date | | $6.00 |

| | |
|---|---|
| Starting Balance: | $834.20 |
| Credits: | $2,700.00 |
| Debits: | $3,000.75 |
| Ending Balance: | $333.45 |

Card Number: 533248XXXXXX9246

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 08/01/2019 | | MONTHLY PAPER STATEMENT FEE | $0.75 | $0.00 |
| 08/14/2019 | ALEX J FIGLIOLIA | DEPOSIT FROM SSA | $0.00 | $2,700.00 |
| 08/15/2019 | TD BANK, HOLMDEL, NJ, USA | CASH PURCHASE | $3,000.00 | $0.00 |

3:50 PM

09/18/19

**Alex Figliolia**

**Reconciliation Summary**

**Amboy Bank DIP, Period Ending 08/31/2019**

|  | Aug 31, 19 |
|---|---|
| **Beginning Balance** | 2,677.09 |
| Cleared Transactions |  |
| Checks and Payments - 6 ite... | -5,203.36 |
| Deposits and Credits - 2 items | 12,500.00 |
| **Total Cleared Transactions** | 7,296.64 |
| **Cleared Balance** | 9,973.73 |
| **Register Balance as of 08/31/2019** | 9,973.73 |
| **Ending Balance** | 9,973.73 |

3:50 PM

09/18/19

# Alex Figliolia
# Reconciliation Detail
## Amboy Bank DIP, Period Ending 08/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,677.09 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 Items** | | | | | | |
| Check | 08/01/2019 | 245 | United States Tru... | X | -975.00 | -975.00 |
| Check | 08/01/2019 | dm | Verizon | X | -576.51 | -1,551.51 |
| Check | 08/12/2019 | dm | New Jersey Natur... | X | -430.90 | -1,982.41 |
| Check | 08/12/2019 | dm | First Energy | X | -100.00 | -2,082.41 |
| Check | 08/13/2019 | dm | American Water | X | -451.95 | -2,534.36 |
| Check | 08/14/2019 | dm | First Energy | X | -2,669.00 | -5,203.36 |
| Total Checks and Payments | | | | | -5,203.36 | -5,203.36 |
| **Deposits and Credits - 2 Items** | | | | | | |
| Deposit | 08/13/2019 | | | X | 4,000.00 | 4,000.00 |
| Deposit | 08/30/2019 | | | X | 8,500.00 | 12,500.00 |
| Total Deposits and Credits | | | | | 12,500.00 | 12,500.00 |
| Total Cleared Transactions | | | | | 7,296.64 | 7,296.64 |
| Cleared Balance | | | | | 7,296.64 | 9,973.73 |
| Register Balance as of 08/31/2019 | | | | | 7,296.64 | 9,973.73 |
| **Ending Balance** | | | | | 7,296.64 | 9,973.73 |

For the period 08-01-2019 to 08-30-2019    Page 1 of 1
019 015 B-030-000-00000001

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

00000000000000000000000000000000000000000
00000000000000000000000000000000000000000
||||..||..||....||..||....||..||..||....||..||....||..||

ALEXANDER J FIGLIOLIA
DEBTOR IN POSSESSION
105 MIDDLETOWN RD
HOLMDEL        NJ 07733

**Don't miss our FREE
Caring for an Aging Parent Seminars
from September 14th to October 17th.**

**To register or for more information,
visit amboybank.com or call 800.94.AMBOY.**

## Senior Checking Account    Account number.

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 07-31 | $2,677.09 |
| Deposits and other credits (+) | $12,500.00 |
| Withdrawals, checks and other debits (-) | $5,203.36 |
| Ending Balance on 08-30 | $9,973.73 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-13 | DEPOSIT | 4,000.00 | 08-30 | DEPOSIT | 8,500.00 |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 245 | 08-20 | 975.00 | | | | | | |

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-01 | 6365244122 BILLMATRIX BILLPAYFEE | 3.50 | 08-13 | 6958407 PMNTUS SVC FEE SERVICEFEE | 1.95 |
| 08-01 | 6365244121 FIS*VERIZON BILLPAY | 573.01 | 08-14 | 1339945 AMERICAN-WATER UTIL-PMNT | 450.00 |
| 08-12 | 100054438609 FIRST ENERGY OPCO FE ECHECK | 100.00 | 08-14 | 100009694421 FIRST ENERGY OPCO FE ECHECK | 2,669.00 |
| 08-12 | 15814004080819 NJ NATURALGAS EBILL | 430.90 | | | |

ALEXANDER J FIGLIOLIA
DEBTOR IN POSSESSION
CASE #17-20755-MBK SENIOR CHECKING
105 MIDDLETOWN ROAD
HOLMDEL, NJ 07733

245

7-22-19

Pay to the
Order of _US TRUSTEE_ $ 975.00

_NINE HUNDRED SEVENTY-FIVE_

AMBOY Bank

For _1231720755_

245   $975.00   8/20/2019

245   $975.00   8/20/2019

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
_____ Street and Number _____ City _____ State _____ Zip Code

TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:

☐ Checking _____       ☐ Loan _____       ☐ Safe Deposit Box ( _____ )

☐ Savings _____        ☐ Certificate _____   ☐ Other (describe below)

SPECIAL
INSTRUCTIONS _____

Date: _____       Authorized Signature: _____

### CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

#### CHECKS OUTSTANDING

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

| | DEPOSITS NOT SHOWN ON STATEMENT | |
|---|---|---|
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | STATEMENT BALANCE | |
| TOTAL | TOTAL | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on the statement and add to the latest balance as shown by the statement.

The two results should agree and if so, the statement is correct.

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2580 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Tell us the dollar amount of the suspected error.
* Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2580 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Information 24 Hours A Day • AmboyNET-www.amboybank.com • Amboy 24Telephone Banking 1-877-24-AMBOY
Contact us at 1-800-94-AMBOY or mailbox@amboybank.com

AMBY

4:44 PM
09/18/19
Accrual Basis

**Alex Figliolia**
**Balance Sheet**
**As of August 31, 2019**

|  | Aug 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Amboy Bank DIP | 9,973.73 |
| Direct Express Card | 333.45 |
| **Total Checking/Savings** | 10,307.18 |
| **Total Current Assets** | 10,307.18 |
| **TOTAL ASSETS** | 10,307.18 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Opening Balance Equity | 2,671.35 |
| Owners Equity | 10,262.40 |
| Net Income | -2,626.57 |
| **Total Equity** | 10,307.18 |
| **TOTAL LIABILITIES & EQUITY** | 10,307.18 |

4:40 PM

09/18/19

Accrual Basis

## Alex Figliolia
## Profit & Loss
### August 2019

|  | Aug 19 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Consulting Income | 12,500.00 |
| Social Security Income | 2,700.00 |
| **Total Income** | 15,200.00 |
|  |  |
| **Expense** |  |
| Bank Service Charges | 0.75 |
| Meals, Household Supplies and E | 3,000.00 |
| Telephone Expense | 576.51 |
| Utilities | 3,651.85 |
| **Total Expense** | 7,229.11 |
| **Net Ordinary Income** | 7,970.89 |
|  |  |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| US Trustee Fee | 975.00 |
| **Total Other Expense** | 975.00 |
| **Net Other Income** | -975.00 |
| **Net Income** | 6,995.89 |

4:51 PM

09/18/19

Accrual Basis

# Alex Figliolia
# Profit & Loss
## May 2017 through August 2019

|  | May '17 - Aug 19 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Consulting Income | 504,153.50 |
| Social Security Income | 67,723.40 |
| **Total Income** | 571,876.90 |
| **Expense** |  |
| Bank Service Charges | 25.25 |
| First Mortgage | 50,000.00 |
| Insurance Expense | 94,227.03 |
| Meals, Household Supplies and E | 75,140.31 |
| Repairs and Maintenance | 4,995.42 |
| Second Mortgage | 144,351.50 |
| Taxes | 9,446.00 |
| Telephone Expense | 15,731.76 |
| Utilities | 114,137.65 |
| **Total Expense** | 508,054.92 |
| **Net Ordinary Income** | 63,821.98 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| Professional Fees | 49,361.15 |
| US Trustee Fee | 6,825.00 |
| **Total Other Expense** | 56,186.15 |
| **Net Other Income** | -56,186.15 |
| **Net Income** | 7,635.83 |

4:53 PM

09/18/19

Accrual Basis

# Alex Figliolia
## General Ledger
### As of August 31, 2019

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|---------|
| **Amboy Bank DIP** | | | | | | | | | 2,677.09 |
| Check | 08/01/2019 | 245 | | United States Tru... | | US Trustee Fee | | 975.00 | 1,702.09 |
| Check | 08/01/2019 | dm | | Verizon | | Telephone Expense | | 576.51 | 1,125.58 |
| Check | 08/12/2019 | dm | | First Energy | | Utilities | | 100.00 | 1,025.58 |
| Check | 08/12/2019 | dm | | New Jersey Natu... | | Utilities | | 430.90 | 594.68 |
| Deposit | 08/13/2019 | | | | Deposit | Consulting Income | 4,000.00 | | 4,594.68 |
| Check | 08/13/2019 | dm | | American Water | | Utilities | | 451.95 | 4,142.73 |
| Check | 08/14/2019 | dm | | First Energy | | Utilities | | 2,669.00 | 1,473.73 |
| Deposit | 08/30/2019 | | | | Deposit | Consulting Income | 8,500.00 | | 9,973.73 |
| Total Amboy Bank DIP | | | | | | | 12,500.00 | 5,203.36 | 9,973.73 |
| | | | | | | | | | |
| **Direct Express Card** | | | | | | | | | 634.20 |
| Check | 08/01/2019 | dm | | | | Bank Service Charges | | 0.75 | 633.45 |
| Deposit | 08/14/2019 | | | | Deposit | Social Security Income | 2,700.00 | | 3,333.45 |
| Check | 08/15/2019 | dm | | TD Bank Cash ... | | Meals, Household Su... | | 3,000.00 | 333.45 |
| Total Direct Express Card | | | | | | | 2,700.00 | 3,000.75 | 333.45 |
| | | | | | | | | | |
| **Accumulated Depreciation** | | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Furniture and Equipment** | | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | 0.00 |
| Total Accounts Payable | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Payroll Liabilities** | | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Opening Balance Equity** | | | | | | | | | -2,671.35 |
| Total Opening Balance Equity | | | | | | | | | -2,671.35 |
| | | | | | | | | | |
| **Owners Draw** | | | | | | | | | 0.00 |
| Total Owners Draw | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Owners Equity** | | | | | | | | | -10,262.40 |
| Total Owners Equity | | | | | | | | | -10,262.40 |
| | | | | | | | | | |
| **Consulting Income** | | | | | | | | | -155,900.00 |
| Deposit | 08/13/2019 | | | | Deposit | Amboy Bank DIP | | 4,000.00 | -159,900.00 |
| Deposit | 08/30/2019 | | | | Deposit | Amboy Bank DIP | | 8,500.00 | -168,400.00 |
| Total Consulting Income | | | | | | | 0.00 | 12,500.00 | -168,400.00 |
| | | | | | | | | | |
| **Social Security Income** | | | | | | | | | -18,900.00 |
| Deposit | 08/14/2019 | | | | Deposit | Direct Express Card | | 2,700.00 | -21,600.00 |
| Total Social Security Income | | | | | | | 0.00 | 2,700.00 | -21,600.00 |
| | | | | | | | | | |
| **Advertising and Promotion** | | | | | | | | | 0.00 |
| Total Advertising and Promotion | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Automobile Expense** | | | | | | | | | 0.00 |
| Total Automobile Expense | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Bank Service Charges** | | | | | | | | | 5.25 |
| Check | 08/01/2019 | dm | | | | Direct Express Card | 0.75 | | 6.00 |
| Total Bank Service Charges | | | | | | | 0.75 | 0.00 | 6.00 |
| | | | | | | | | | |
| **Bankruptcy Fees** | | | | | | | | | 0.00 |
| Total Bankruptcy Fees | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Computer and Internet Expenses** | | | | | | | | | 0.00 |
| Total Computer and Internet Expenses | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Continuing Education** | | | | | | | | | 0.00 |
| Total Continuing Education | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Depreciation Expense** | | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Dues and Subscriptions** | | | | | | | | | 0.00 |
| Total Dues and Subscriptions | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **First Mortgage** | | | | | | | | | 50,000.00 |
| Total First Mortgage | | | | | | | | | 50,000.00 |

4:53 PM

09/18/19

Accrual Basis

## Alex Figliolia
## General Ledger
### As of August 31, 2019

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Insurance Expense** | | | | | | | | | 29,192.72 |
|   **General Liability Insurance** | | | | | | | | | 0.00 |
|   Total General Liability Insurance | | | | | | | | | 0.00 |
|   **Insurance Expense - Other** | | | | | | | | | 29,192.72 |
|   Total Insurance Expense - Other | | | | | | | | | 29,192.72 |
| Total Insurance Expense | | | | | | | | | 29,192.72 |
| **Interest Expense** | | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | | 0.00 |
| **Meals, Household Supplies and E** | | | | | | | | | 19,256.00 |
|   Check | 08/15/2019 | dm | | TD Bank Cash ... | | Direct Express Card | 3,000.00 | | 22,256.00 |
| Total Meals, Household Supplies and E | | | | | | | 3,000.00 | 0.00 | 22,256.00 |
| **Office Supplies** | | | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | | 0.00 |
| Total Repairs and Maintenance | | | | | | | | | 0.00 |
| **Second Mortgage** | | | | | | | | | 40,418.42 |
| Total Second Mortgage | | | | | | | | | 40,418.42 |
| **Taxes** | | | | | | | | | 0.00 |
| Total Taxes | | | | | | | | | 0.00 |
| **Telephone Expense** | | | | | | | | | 4,050.98 |
|   Check | 08/01/2019 | dm | | Verizon | | Amboy Bank DIP | 576.51 | | 4,627.49 |
| Total Telephone Expense | | | | | | | 576.51 | 0.00 | 4,627.49 |
| **Travel Expense** | | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | | 32,328.47 |
|   Check | 08/12/2019 | dm | | First Energy | | Amboy Bank DIP | 100.00 | | 32,428.47 |
|   Check | 08/12/2019 | dm | | New Jersey Natu... | | Amboy Bank DIP | 430.90 | | 32,859.37 |
|   Check | 08/13/2019 | dm | | American Water | | Amboy Bank DIP | 451.95 | | 33,311.32 |
|   Check | 08/14/2019 | dm | | First Energy | | Amboy Bank DIP | 2,669.00 | | 35,980.32 |
| Total Utilities | | | | | | | 3,651.85 | 0.00 | 35,980.32 |
| **Ask My Accountant** | | | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | | | 0.00 |
| **Professional Fees** | | | | | | | | | 7,870.62 |
| Total Professional Fees | | | | | | | | | 7,870.62 |
| **US Trustee Fee** | | | | | | | | | 1,300.00 |
|   Check | 08/01/2019 | 245 | | United States Tru... | | Amboy Bank DIP | 975.00 | | 2,275.00 |
| Total US Trustee Fee | | | | | | | 975.00 | 0.00 | 2,275.00 |
| **No accnt** | | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | | 0.00 |
| **TOTAL** | | | | | | | 23,404.11 | 23,404.11 | 0.00 |