UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ATKINSON & DeBARTOLO, P.C.
The Galleria, 2 Bridge Avenue
P.O. Box 8415
Red Bank, New Jersey 07701
BA9186
Attorney for: Debtor, Alexander Figliolia

In Re:

ALEXANDER FIGLIOLIA,

Case No.: 17-20755

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 11/17/2019

Judge: Michael B. Kaplan

## ADJOURNMENT REQUEST

1. I, __Bunce D. Atkinson__,

   ☒ am the attorney for: __Alexander Figliolia, DIP__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Confirmation Hearing

   Current hearing date and time: October 17, 2019 @ 10:00 a.m.

   New date requested: November 13, 2019 @ 10:00 a.m.

   Reason for adjournment request: Motion filed to convert the case from a Chapter 11 to a 7. Motion hearing date is scheduled for 10/31/19.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 10/15/2019   /s/ Bunce D. Atkinson
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 11/14/2019 @ 10:00 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*