UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ATKINSON & DEBARTOLO, P.C
The Galleria, 2 Bridge Avenue, P.O. Box 8415
Red Bank, New Jersey 07701
BA 9186
Attorney for: Alexander J. Figliolia, Debtor

Order Filed on November 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

ALEXANDER J. FIGLIOLIA,

      Debtor-In-Possession.

Case No. 17-20755/MBK

Adv. No.

Hearing Date: 10/31/2019@10:00 a.m.

Judge: Honorable Michael B. Kaplan

# ORDER CONVERTING CHAPTER 11 CASE TO A CHAPTER 7 CASE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 8, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:       Alexander J. Figliolia

Case No.:     17-20755

Caption of Order:    Order Converting Case from Chapter 11 to Chapter 7

---

**THIS MATTER** having been brought before the Court by Atkinson & DeBartolo, P.C., attorneys for the Debtor, Alexander J. Figliolia, Bunce D. Atkinson, Esq. appearing, on a Notice of Motion to convert the Debtor's case to a Chapter 7 proceeding, and notice having been provided to the Office of the United States Trustee, and all parties in interest who filed Notices of Appearance or Proofs of Claim, and the Court having considered the pleadings filed herein, and having determined that the Debtor is entitled to convert to a Chapter 7 pursuant to the provisions of 11 *U.S.C.* 1112(a), and for good cause shown,

It is **ORDERED** as follows:

1.    The Debtor's motion to convert from a Chapter 11 Debtor-In-Possession case to a Chapter 7 case be and hereby is granted.