UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              :         CHAPTER 7
                                                    :
                                                    :
Alexander Figliolia,                                :
                                                    :         CASE NO.: 17-20755 (KCF)
                                                    :
                                                    :
  Debtor.                                           :
_____:

Andrea Dobin, Esq.
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ 08611

**NOTICE OF APPOINTMENT OF TRUSTEE**

The Acting United States Trustee hereby appoints Andrea Dobin Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate. If she cannot qualify, the trustee is required to notify the United States Trustee in writing within five days of receipt of this notice of rejection of this appointment.

                              ANDREW R. VARA
                              ACTING UNITED STATES TRUSTEE
                              REGION 3


                    By:    */s/ Martha R. Hildebrandt*
                              Martha R. Hildebrandt
                              Assistant United States Trustee


Dated: November 15, 2019