UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ATKINSON & DEBARTOLO, P.C
The Galleria, 2 Bridge Avenue, P.O. Box 8415
Red Bank, New Jersey 07701
BA 9186
Attorney for: Alexander J. Figliolia, Debtor

Order Filed on November 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

ALEXANDER J. FIGLIOLIA,

    Debtor-In-Possession.

Case No. 17-20755/MBK

Adv. No.

Hearing Date: 10/31/2019@10:00 a.m.

Judge: Honorable Michael B. Kaplan

### ORDER CONVERTING CHAPTER 11 CASE TO A CHAPTER 7 CASE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 8, 2019**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:        Alexander J. Figliolia

Case No.:      17-20755

Caption of Order:    Order Converting Case from Chapter 11 to Chapter 7

**THIS MATTER** having been brought before the Court by Atkinson & DeBartolo, P.C., attorneys for the Debtor, Alexander J. Figliolia, Bunce D. Atkinson, Esq. appearing, on a Notice of Motion to convert the Debtor's case to a Chapter 7 proceeding, and notice having been provided to the Office of the United States Trustee, and all parties in interest who filed Notices of Appearance or Proofs of Claim, and the Court having considered the pleadings filed herein, and having determined that the Debtor is entitled to convert to a Chapter 7 pursuant to the provisions of 11 *U.S.C.* 1112(a), and for good cause shown,

It is **ORDERED** as follows:

    1.    The Debtor's motion to convert from a Chapter 11 Debtor-In-Possession case to a Chapter 7 case be and hereby is granted.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-20755-MBK
Alexander J Figliolia                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Nov 13, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
db          +Alexander J Figliolia,    105 Middletown Road,    Holmdel, NJ 07733-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
              Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde
               bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
              Bunce    Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
              Bunce    Atkinson    on behalf of Accountant Barbara  Rizzi bunceatkinson@aol.com
              Bunce    Atkinson    on behalf of Attorney   Atkinson & DeBartolo, PC bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Douglas J. McDonough    on behalf of Creditor   THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
              Lauren    Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              Lauren    Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,
               Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
              Scott C. Pyfer    on behalf of Plaintiff Filomena  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Biagio  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Filomena  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Robert  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Plaintiff Biagio  Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor   New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
              Ward    Benson    on behalf of Creditor   United States of America on behalf of the Internal Revenue
               Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
                                                                                               TOTAL: 18