| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Alexander J Figliolia<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–4428<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | _ _ _ _<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 11    5/25/17 |
| Case number: | 17–20755–KCF | Date case converted to chapter: | 7    11/8/19 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Alexander J Figliolia | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 105 Middletown Road<br>Holmdel, NJ 07733 | |
| 4. | **Debtor's attorney**<br>Name and address | Bunce Atkinson<br>Atkinson & DeBartolo<br>2 Bridge Ave., PO Box 8415<br>Bldg. 2, 3rd Floor<br>Red Bank, NJ 07701 | Contact phone (732) 530–5300 |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Contact phone (609) 695–6070 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 11/19/19 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **December 9, 2019 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 2/7/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-20755-KCF
Alexander J Figliolia                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 3             Date Rcvd: Nov 19, 2019
                              Form ID: 309A               Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.
```
db          +Alexander J Figliolia,    105 Middletown Road,    Holmdel, NJ 07733-2205
517250692   +Alan H. Kleinman, Sr. Counsel,   Affirmative Litigation,    Div. NYC Law Dep,   100 Church St.,
             New York, NY 10007-2668
516946981   +Bob and Phyllis Napolitano,    30 Cottontail Court,    Staten Island, NY 10312-4701
516847583   +Capital One/Saks Fifth Ave.,    PO Box 10327,   Jackson, MS 39289-0327
517079304   +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road Suite #200,
             Tucson, AZ 85712-1083
517087494   +City of New York,    Office of the Corporation Counsel,,    Alan Kleinman, Esq,
             100 Church Street,   New York, New York 10007-2622
516872226   +Corporation Counsel City of NY ECB,    c/o Alan H. Kleinman, Sr. Counsel,
             Affirmative Litigation Div. NYC Law Dept,    100 Church St.,    New York, NY 10007-2601
516847586   +DMS CGI,    PO Box 979110,   St Louis, MO 63197-9001
517250683    Katie Brown Esq,    Buckley Madole PC,    99 Wood Ave. Iselin, NJ 08830
516847588   +Lomurro, Munson, Comer, et al,    4 Paragon Way Ste. 100,    Freehold , NJ 07728-7805
517250684   +Michael P. Collins, Esq. Archer & Greiner,    10 Highway 35,    Red Bank, NJ 07701-5902
516879398    NY State Dept. of,    Taxation and Finance,   Bankruptcy Section,    PO Box 5300,
             Albany, NY 12205-0300
516847591   +NYS Department of Finance,    W A Harriman Campus Bldg 9,    Albany, NY 12227-0001
516847589   +Nationstar Mortgage, LLC,    PO Box 60516,   City of Industry, CA 91716-0516
516847590   +New Jersey Div. of Taxation,    Neptune Investigation A,    1828 West Lake Ave.-3rd Fl.,
             Neptune, NJ 07753-4663
517250699   +OMS CGI,    PO Box 979110,   St Louis, MO 63197-9001
517053407   +Robert Napolitano and Phyliss Napolitano,    30 Cottontail Court,    Staten Island NY 10312-4701
517053408   +Robert and Phyliss Napolitano,    30 Cottontail Court,    Staten Island NY 10312-4701
517059896  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,     Division of Taxation,   P.O. Box 245,
             Trenton, NJ 08695-0245)
517243157   +Saeteros Campoverde,    c/o Law Office of Justin A. Zeller, Esq.,    277 Broadway-Ste. 408,
             New York, NY 10007-2036
517250688   +Saeteros Campoverde,    c/o Law Office of Justin A. Zeller, PC,    277 Broadway - Ste. 408,
             New York, NY 10007-2036
517250689   +Sean O'Brien, Esq.,    Frankel Lambert Weiss et al,    80 Main St.-Ste.460,
             West Orange, NJ 07052-5414
517250678   +State of NJ - Div. of Taxati,    Revenue Processing Ctr. PO Box 111,    Trenton, NJ 08645-0111
516847593   +State of NJ - Div. of Taxation,    Revenue Processing Ctr.,    PO Box 111,
             Trenton, NJ 08645-0111
517106701   +THE BANK OF NEW YORK MELLON Trustee (See 410),    c/o Nationstar Mortgage LLC,    PO Box 619096,
             Dallas, Texas 75261-9096
516847597   +Township of Holmdel,    4 Crawfords Corner Road,   Holmdel, NJ 07733-1908
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: bunceatkinson@aol.com Nov 20 2019 00:12:18     Bunce Atkinson,
             Atkinson & DeBartolo,    2 Bridge Ave., PO Box 8415,   Bldg. 2, 3rd Floor,
             Red Bank, NJ  07701
tr          +EDI: BADOBIN.COM Nov 20 2019 04:38:00     Andrea Dobin,   McManimon, Scotland & Baumann, LLC,
             427 Riverview Plaza,    Trenton, NJ 08611-3420
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2019 00:14:00     U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2019 00:13:57     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516847581   +EDI: AMEREXPR.COM Nov 20 2019 04:38:00     American Express,    PO Box 1270,
             Newark, NJ 07101-1270
516883476    EDI: BECKLEE.COM Nov 20 2019 04:38:00     American Express Bank, FSB,    c/o Becket and Lee LLP,
             PO Box 3001,   Malvern PA 19355-0701
516911966    EDI: BECKLEE.COM Nov 20 2019 04:38:00     American Express Centurion Bank,
             c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516847582   +EDI: BANKAMER.COM Nov 20 2019 04:38:00     Bank of America,    PO Box 31785,
             Tampa, FL 33631-3785
516847585   +EDI: IRS.COM Nov 20 2019 04:38:00     Dept. of Treasury,    Internal Revenue Service,
             PO Box 7346,   Philadelphia, PA 19101-7346
516847592   +E-mail/Text: bankruptcynotices@cbecompanies.com Nov 20 2019 00:14:21
             Small Business Administration,    c/o CBE Group,   1309 Technology Pkwy.,
             Cedar Falls, IA 50613-6976
516949404    EDI: BANKAMER.COM Nov 20 2019 04:38:00     The Bank of New York Mellon,    C/O Bank of America,
             PO Box 31785,   Tampa, FL 33631-3785
517048428    EDI: WFFC.COM Nov 20 2019 04:38:00     Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
             PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
516847598   +EDI: WFFC.COM Nov 20 2019 04:38:00     Wells Fargo Card Services,    PO Box 14517,
             Des Moines, IA 50306-3517
                                                                                              TOTAL: 13
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Nov 19, 2019
                              Form ID: 309A            Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Andrea Dobin,    McManimon Scotland & Baumann, LLC,    427 Riverview Plaza,
                  Trenton, NJ 08611-3420
517250693*      +American Express,    PO Box 1270,   Newark, NJ 07101-1270
517250694*      +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517250695*      +Bob and Phyllis Napolitano,    30 Cottontail   Court,   Staten Island, NY 10312-4701
517250696*      +Capital One/Saks Fifth Ave.,    PO Box 10327,   Jackson, MS 39289-0327
517250698*      +Dept. of Treasury Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
516847584*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court:   Dept. of the Treasury,    Internal Revenue Service,
                  Kansas City, MO 64999)
517250697*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court:   Dept. of the Treasury,    Internal Revenue Service,
                  Kansas City, MO 64999)
516847587*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    4 Paragon Way - Ste. 2,
                  Freehold, NJ 07728)
517250700*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    4 Paragon Way - Ste. 2,
                  Freehold, NJ 07728)
517250687*      +NYS Department of Finance,    W A Harriman Campus Bldg 9,    Albany, NY 12227-0001
517250685*      +Nationstar Mortgage, LLC,    PO Box 60516,   City of Industry, CA 91716-0516
517250686*      +New Jersey Div. of Taxation,    Neptune Investigation A,    1828 West Lake Ave.-3rd Fl.,
                  Neptune, NJ 07753-4663
517250690*      +Small Business Administration,    c/o CBE Group,   1309 Technology Pkwy.,
                  Cedar Falls, IA 50613-6976
516847594*      +State of NJ - Div. of Taxation,    Revenue Processing Ctr.,    PO Box 111,
                  Trenton , NJ 08645-0111
517250691*      +State of NJ - Div. of Taxation,    Revenue Processing Ctr.,    PO Box 111,
                  Trenton, NJ 08645-0111
516847595*      +State of NJ Div of Taxation,    Revenue Processing Ctr,    PO Box 111,   Trenton, NJ 08645-0111
517250679*      +State of NJ Div of Taxation,    Revenue Processing Ctr,    PO Box 111,   Trenton, NJ 08645-0111
516847596*      +State of NJ Div. of Taxation,    Revenue Processing Ctr.,    PO Box 111,   Trenton, NJ 08645-0111
517250680*      +State of NJ Div. of Taxation,    Revenue Processing Ctr. PO Box 111,   Trenton, NJ 08645-0111
517250681*      +Township of Holmdel,    4 Crawfords Corner Road,    Holmdel, NJ 07733-1908
517250682*      +Wells Fargo Card Services,    PO Box 14517,   Des Moines, IA 50306-3517
                                                                                    TOTALS: 0, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde
               bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
              Bunce   Atkinson    on behalf of Accountant Barbara   Rizzi bunceatkinson@aol.com
              Bunce   Atkinson    on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Bunce   Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
```

```
District/off: 0312-3           User: admin              Page 3 of 3              Date Rcvd: Nov 19, 2019
                               Form ID: 309A            Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Douglas J. McDonough   on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
        Lauren  Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
        Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
        Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates, Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@mccalla.com
        Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
        Scott C. Pyfer    on behalf of Plaintiff Biagio  Napolitano scott@pyferlawgroup.com, scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Scott C. Pyfer    on behalf of Plaintiff Filomena  Napolitano scott@pyferlawgroup.com, scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Scott C. Pyfer    on behalf of Creditor Biagio  Napolitano scott@pyferlawgroup.com, scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Scott C. Pyfer    on behalf of Creditor Filomena  Napolitano scott@pyferlawgroup.com, scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Scott C. Pyfer    on behalf of Creditor Robert  Napolitano scott@pyferlawgroup.com, scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov
        Ward  Benson    on behalf of Creditor    United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov

                                                                            TOTAL: 19