UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

**McMANIMON,**
**SCOTLAND & BAUMANN, LLC**

427 Riverview Plaza
Trenton, NJ  08611
609.695.6070

*Proposed Attorneys for Chapter 7 Trustee,*
*Andrea Dobin*

In Re:

FIGLIOLIA, Alexander J.,

Debtor.

Order Filed on November 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:          17-20755

Judge:          Kathryn C. Ferguson

Chapter:          7

---

Recommended Local Form:          ☒  Followed          ☐  Modified

---

## ORDER AUTHORIZING RETENTION OF MCMANIMON, SCOTLAND & BAUMANN, LLC AS COUNSEL TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 26, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re:        Alexander J. Figliolia

Case No.:     17-20755 (KCF)

Applicant:    Andrea Dobin

     ☒  Trustee:  ☒  Chap. 7        ☐  Chap. 11

     ☐  Debtor:  ☐  Chap. 11        ☐  Chap. 13

     ☐  Official Committee of _____

Professional:  McManimon, Scotland & Baumann, LLC

Address:      427 Riverview Plaza
              Trenton, NJ 08611

     ☒  Attorney for:

        ☒  Trustee  ☐  Debtor-in-Possession

        ☐  Official Committee of _____

     ☐  Accountant for:

        ☐  Trustee  ☐  Debtor-in-Possession

        ☐  Official Committee of _____

     ☐  Other Professional:

        ☐  Realtor  ☐  Appraiser  ☐  Special Counsel  ☐  Auctioneer

        ☐  Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1.    The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, McManimon, Scotland & Baumann, LLC, to act as counsel for the Trustee.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.    The effective date of retention is the date the Application is filed with the court.

United States Bankruptcy Court
District of New Jersey

In re:
Alexander J Figliolia
      Debtor

Case No. 17-20755-KCF
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: Nov 26, 2019 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db            +Alexander J Figliolia,   105 Middletown Road,   Holmdel, NJ 07733-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                           Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
        Andrea  Dobin   on behalf of Trustee Andrea  Dobin adobin@msbnj.com
        Andrea  Dobin   ecftrusteead@msbnj.com, NJ55@ecfcbis.com
        Brandon David Sherr   on behalf of Creditor Segundo Marcial Saeteros-Campoverde
   bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
        Bunce  Atkinson   on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
        Bunce  Atkinson   on behalf of Accountant Barbara  Rizzi bunceatkinson@aol.com
        Bunce  Atkinson   on behalf of Attorney  Atkinson & DeBartolo, PC bunceatkinson@aol.com,
   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
        Douglas J. McDonough   on behalf of Creditor   THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
   YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
   CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
        Lauren  Bielskie   on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
        Lauren  Bielskie   on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
        Melissa N. Licker   on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
   YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,
   Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@mccalla.com
        Rebecca Ann Solarz   on behalf of Creditor   THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
   YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
   CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
        Scott C. Pyfer   on behalf of Plaintiff Filomena  Napolitano scott@pyferlawgroup.com,
   scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Scott C. Pyfer   on behalf of Creditor Biagio  Napolitano scott@pyferlawgroup.com,
   scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Scott C. Pyfer   on behalf of Creditor Filomena  Napolitano scott@pyferlawgroup.com,
   scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Scott C. Pyfer   on behalf of Creditor Robert  Napolitano scott@pyferlawgroup.com,
   scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Scott C. Pyfer   on behalf of Plaintiff Biagio  Napolitano scott@pyferlawgroup.com,
   scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Sean M. O'Brien   on behalf of Creditor   THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
   YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
   CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        Valerie A. Hamilton   on behalf of Creditor   New Jersey Division of Taxation
   Valerie.Hamilton@law.njoag.gov
        Ward  Benson   on behalf of Creditor   United States of America on behalf of the Internal Revenue
   Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
                                                  TOTAL: 20