**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Kathryn C. Ferguson , U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−20755−KCF | **DATE FILED::** 5/25/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Alexander J Figliolia<br>xxx−xx−4428 | ADDRESS OF DEBTOR(S):<br><br>105 Middletown Road<br>Holmdel, NJ 07733 |
| DEBTOR'S ATTORNEY:<br>Bunce Atkinson<br>Atkinson & DeBartolo<br>2 Bridge Ave., PO Box 8415<br>Bldg. 2, 3rd Floor<br>Red Bank, NJ 07701<br><br>(732) 530−5300 | TRUSTEE:<br>Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695−6070 |

    It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

    It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

3/10/20

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

    **IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: December 11, 2019                               FOR THE COURT
                                                                           Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 17-20755-KCF
   Alexander J Figliolia                                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 3                 Date Rcvd: Dec 11, 2019
                              Form ID: noa               Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db             +Alexander J Figliolia,    105 Middletown Road,    Holmdel, NJ 07733-2205
aty            +Atkinson & DeBartolo, PC,    The Galleria,    2 Bridge Avenue,    PO Box 8415,
                 Red Bank, NJ 07701-8415
aty            +Hugh H. Shull,    Corporation Counsel Office,    100 Church Street, Room 5-233,
                 New York, NY 10007-2668
acc            +Barbara Rizzi,    Barbara Rizzi, CPA,    25 Potter Lane,    Huntington, NY 11743-2142
br             +LUCY STARR,    RE/MAX CENTRAL,    520 U.S. 9,    MANALPAN, NJ 07726-8264
cr             +THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW,    McCalla Raymer Leibert Pierce, LLC,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW Y,    c/o Frenkel, Lambert, Weiss, Weisman & G,
                 80 Main Street, Suite 460,    West Orange, NJ 07052-5414
517250692      +Alan H. Kleinman, Sr. Counsel,    Affirmative Litigation,    Div. NYC Law Dep,    100 Church St.,
                 New York, NY 10007-2668
516946981      +Bob and Phyllis Napolitano,    30 Cottontail Court,    Staten Island, NY 10312-4701
516847583      +Capital One/Saks Fifth Ave.,    PO Box 10327,    Jackson, MS 39289-0327
517079304      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road Suite #200,
                 Tucson, AZ 85712-1083
517087494      +City of New York,    Office of the Corporation Counsel,,    Alan Kleinman, Esq,
                 100 Church Street,    New York, New York 10007-2622
516872226      +Corporation Counsel City of NY ECB,    c/o Alan H. Kleinman, Sr. Counsel,
                 Affirmative Litigation Div. NYC Law Dept,    100 Church St.,    New York, NY 10007-2601
516847586      +DMS CGI,    PO Box 979110,    St Louis, MO 63197-9001
517250683       Katie Brown Esq,    Buckley Madole PC,    99 Wood Ave. Iselin, NJ 08830
516847588      +Lomurro, Munson, Comer, et al,    4 Paragon Way Ste. 100,    Freehold , NJ 07728-7805
517250684      +Michael P. Collins, Esq. Archer & Greiner,    10 Highway 35,    Red Bank, NJ 07701-5902
516879398       NY State Dept. of,    Taxation and Finance,    Bankruptcy Section,    PO Box 5300,
                 Albany, NY 12205-0300
516847591      +NYS Department of Finance,    W A Harriman Campus Bldg 9,    Albany, NY 12227-0001
516847589      +Nationstar Mortgage, LLC,    PO Box 60516,    City of Industry, CA 91716-0516
516847590      +New Jersey Div. of Taxation,    Neptune Investigation A,    1828 West Lake Ave.-3rd Fl.,
                 Neptune, NJ 07753-4663
517250699      +OMS CGI,    PO Box 979110,    St Louis, MO 63197-9001
517053407      +Robert Napolitano and Phyliss Napolitano,    30 Cottontail Court,    Staten Island NY 10312-4701
517053408      +Robert and Phyliss Napolitano,    30 Cottontail Court,    Staten Island NY 10312-4701
517059896     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
517243157      +Saeteros Campoverde,    c/o Law Office of Justin A. Zeller, Esq.,    277 Broadway-Ste. 408,
                 New York, NY 10007-2036
517250688      +Saeteros Campoverde,    c/o Law Office of Justin A. Zeller, PC,    277 Broadway - Ste. 408,
                 New York, NY 10007-2036
517250689      +Sean O'Brien, Esq.,    Frankel Lambert Weiss et al,    80 Main St.-Ste.460,
                 West Orange, NJ 07052-5414
517250678      +State of NJ - Div. of Taxati,    Revenue Processing Ctr. PO Box 111,    Trenton, NJ 08645-0111
516847593      +State of NJ - Div. of Taxation,    Revenue Processing Ctr.,    PO Box 111,
                 Trenton, NJ 08645-0111
517106701      +THE BANK OF NEW YORK MELLON Trustee (See 410),    c/o Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, Texas 75261-9096
516847597      +Township of Holmdel,    4 Crawfords Corner Road,    Holmdel, NJ 07733-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 11 2019 23:28:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2019 23:28:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516847581      +EDI: AMEREXPR.COM Dec 12 2019 03:58:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
516883476       EDI: BECKLEE.COM Dec 12 2019 03:58:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern  PA 19355-0701
516911966       EDI: BECKLEE.COM Dec 12 2019 03:58:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516847582      +EDI: BANKAMER.COM Dec 12 2019 03:58:00      Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
516847585      +EDI: IRS.COM Dec 12 2019 03:58:00      Dept. of Treasury,    Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516847592      +E-mail/Text: bankruptcynotices@cbecompanies.com Dec 11 2019 23:29:01
                 Small Business Administration,    c/o CBE Group,    1309 Technology Pkwy.,
                 Cedar Falls, IA 50613-6976
516949404       EDI: BANKAMER.COM Dec 12 2019 03:58:00      The Bank of New York Mellon,    C/O Bank of America,
                 PO Box 31785,    Tampa, FL 33631-3785
517048428       EDI: WFFC.COM Dec 12 2019 03:58:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
```

```
District/off: 0312-3               User: admin              Page 2 of 3              Date Rcvd: Dec 11, 2019
                                   Form ID: noa             Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516847598         +EDI: WFFC.COM Dec 12 2019 03:58:00      Wells Fargo Card Services,    PO Box 14517,
                   Des Moines, IA 50306-3517
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517250693*        +American  Express,   PO Box 1270,   Newark, NJ 07101-1270
517250694*        +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517250695*        +Bob and Phyllis Napolitano,    30 Cottontail  Court,    Staten Island, NY 10312-4701
517250696*        +Capital One/Saks Fifth Ave.,    PO Box 10327,    Jackson, MS 39289-0327
517250698*        +Dept. of Treasury Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
516847584*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:  Dept. of the Treasury,    Internal Revenue Service,
                   Kansas City, MO 64999)
517250697*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:  Dept. of the Treasury,    Internal Revenue Service,
                   Kansas City, MO 64999)
516847587*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:  Internal Revenue Service,    4 Paragon Way - Ste. 2,
                   Freehold, NJ 07728)
517250700*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:  Internal Revenue Service,    4 Paragon Way - Ste. 2,
                   Freehold, NJ 07728)
517250687*        +NYS Department of Finance,    W A Harriman Campus Bldg 9,    Albany, NY 12227-0001
517250685*        +Nationstar Mortgage, LLC,    PO Box 60516,    City of Industry, CA 91716-0516
517250686*        +New Jersey Div. of Taxation,    Neptune Investigation A,    1828 West Lake Ave.-3rd Fl.,
                   Neptune, NJ 07753-4663
517250690*        +Small Business Administration,    c/o CBE Group,    1309 Technology Pkwy.,
                   Cedar Falls, IA 50613-6976
516847594*        +State of NJ - Div. of Taxation,    Revenue Processing Ctr.,    PO Box 111,
                   Trenton , NJ 08645-0111
517250691*        +State of NJ - Div. of Taxation,    Revenue Processing Ctr.,    PO Box 111,
                   Trenton, NJ 08645-0111
516847595*        +State of NJ Div of Taxation,    Revenue Processing Ctr,    PO Box 111,    Trenton, NJ 08645-0111
517250679*        +State of NJ Div of Taxation,    Revenue Processing Ctr,    PO Box 111,    Trenton, NJ 08645-0111
516847596*        +State of NJ Div. of Taxation,    Revenue Processing Ctr.,    PO Box 111,    Trenton, NJ 08645-0111
517250680*        +State of NJ Div. of Taxation,    Revenue Processing Ctr. PO Box 111,    Trenton, NJ 08645-0111
517250681*        +Township of Holmdel,    4 Crawfords Corner Road,    Holmdel, NJ 07733-1908
517250682*        +Wells Fargo Card Services,    PO Box 14517,    Des Moines, IA 50306-3517
                                                                                         TOTALS: 0, * 21, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
              Andrea  Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
              Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde
               bsherr@zellerlegal.com, mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
              Bunce  Atkinson    on behalf of Accountant Barbara  Rizzi bunceatkinson@aol.com
              Bunce  Atkinson    on behalf of Attorney  Atkinson & DeBartolo, PC bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Dec 11, 2019
                              Form ID: noa             Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Bunce Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
        Douglas J. McDonough    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
        Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
        Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
        Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates, Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@mccalla.com
        Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
        Scott C. Pyfer    on behalf of Plaintiff Biagio Napolitano scott@pyferlawgroup.com, scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Scott C. Pyfer    on behalf of Plaintiff Filomena Napolitano scott@pyferlawgroup.com, scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Scott C. Pyfer    on behalf of Creditor Biagio Napolitano scott@pyferlawgroup.com, scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Scott C. Pyfer    on behalf of Creditor Filomena Napolitano scott@pyferlawgroup.com, scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Scott C. Pyfer    on behalf of Creditor Robert Napolitano scott@pyferlawgroup.com, scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
        Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov
        Ward Benson    on behalf of Creditor    United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov

                                                                                      TOTAL: 20