UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Atkinson & DeBartolo, P.C.
Post Office Box 8415
2 Bridge Avenue, The Galleria
Red Bank, New Jersey 07701
(732) 530-5300; fax (732) 530-9877
BA9186
Attorney for Debtor-in-Possession

Order Filed on December 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALEXANDER J. FIGIOLIA,

Debtor.

Case No.: 17-20755

Hearing Date: 12/18/2019 @2:30 ~~pm~~

Judge: Kathryn C. Ferguson

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Atkinson & DeBartolo, P.C | $9,411.00 | $817.50 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-20755-KCF
Alexander J Figliolia                                                 Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1           Date Rcvd: Dec 26, 2019
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
db           +Alexander J Figliolia,    105 Middletown Road,    Holmdel, NJ 07733-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
      Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
      Andrea   Dobin    ecftrusteead@msbnj.com,    NJ55@ecfcbis.com
      Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde
       bsherr@zellerlegal.com,    mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
      Bunce   Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
      Bunce   Atkinson    on behalf of Accountant Barbara   Rizzi bunceatkinson@aol.com
      Bunce   Atkinson    on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,
       NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
      Douglas J. McDonough    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
       YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
       CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
      Lauren   Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
      Lauren   Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
      Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
       YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,
       Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@mccalla.com
      Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
       YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
       CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
      Scott C. Pyfer    on behalf of Plaintiff Filomena   Napolitano scott@pyferlawgroup.com,
       scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
      Scott C. Pyfer    on behalf of Creditor Biagio   Napolitano scott@pyferlawgroup.com,
       scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
      Scott C. Pyfer    on behalf of Creditor Filomena   Napolitano scott@pyferlawgroup.com,
       scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
      Scott C. Pyfer    on behalf of Creditor Robert   Napolitano scott@pyferlawgroup.com,
       scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
      Scott C. Pyfer    on behalf of Plaintiff Biagio   Napolitano scott@pyferlawgroup.com,
       scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
      Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
       YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
       CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
       Valerie.Hamilton@law.njoag.gov
      Ward   Benson    on behalf of Creditor    United States of America on behalf of the Internal Revenue
       Service ward.w.benson@usdoj.gov,    Eastern.Taxcivil@usdoj.gov
                                                                                                                  TOTAL: 20