UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

834137
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CHL MORTGAGE PASS-THROUGH TRUST 2003-48 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-48

| In Re: | Case No: 17-20755 - KCF |
|---|---|
| ALEXANDER J. FIGLIOLIA | Judge: KATHRYN C. FERGUSON |
| | Chapter: 7 |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CHL MORTGAGE PASS-THROUGH TRUST 2003-48 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-48 with regards to its mortgage. Said Mortgage was recorded on June 24, 2003, Book OR-8246, Page 8262 on the real property, located at 105 MIDDLETOWN ROAD, HOLMDEL, NJ 07733 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

| | |
|---|---|
| Dated: January 6, 2020 | /s/ Robert J. Davidow |
| | Robert J. Davidow, Esq. |
| | Phelan Hallinan Diamond & Jones, PC |
| | 1617 JFK Boulevard, Suite 1400 |
| | Philadelphia, PA 19103 |
| | Tel: 856-813-5500 Ext. 47960 |
| | Fax: 856-813-5501 |
| | Email: Robert.Davidow@phelanhallinan.com |