UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MCMANIMON SCOTLAND & BAUMANN, LLC**
Andrea Dobin
427 Riverview Plaza
Trenton, New Jersey 08611
adobin@msbnj.com
(973) 323-8667
*Counsel to Andrea Dobin, Chapter 7 trustee*

In re:

FIGLIOLIA, Alexander,

                Debtor.

Order Filed on January 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-20755 (KCF)

Hearing Date: N/A

Hon. Kathryn C. Ferguson, U.S.B.J.

## CONSENT ORDER EXTENDING TIME TO OBJECT TO DISCHARGE

The relief on the following page numbered 2 is ORDERED.

**DATED: January 30, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Figliolia, Alexander J.
Case No: 17-20755 (KCF)
Caption of Order: Consent Order Extending Time to Object to Discharge

**THIS MATTER** having been opened to the Court upon the Application of Andrea Dobin (the "Trustee"), by and through her counsel, McManimon Scotland & Baumann, LLC, for the entry of a Consent Order Extending Time to Object to Discharge and the Court having read and considered the Consent Order and for other and good cause shown:

**IT IS ORDERED** that the time period for the Trustee, Office of the United States Trustee to object to the Debtor's discharge pursuant to Fed.R.Bankr.P. 4004(a) shall be extended to March 24, 2020.

The undersigned consent to the form, substance and entry of this Consent Order.

**MCMANIMON SCOTLAND & BAUMANN, LLC**, counsel to Andrea Dobin, Trustee

Dated: 1-21-20                                By:   /s/ Andrea Dobin
                                                    Andrea Dobin

**Atkinson & DeBartolo**, counsel to Debtor

Dated: 1-20-20                                By:   /s/ Bunce D. Atkinon
                                                    Bunce D. Atkinson