UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MCMANIMON SCOTLAND & BAUMANN, LLC**
Andrea Dobin
427 Riverview Plaza
Trenton, New Jersey 08611
adobin@msbnj.com
(973) 323-8667
*Counsel to Andrea Dobin, Chapter 7 trustee*

Order Filed on January 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

FIGLIOLIA, Alexander,

      Debtor.

Case No.  17-20755 (KCF)

Hearing Date: N/A

Hon. Kathryn C. Ferguson, U.S.B.J.

## CONSENT ORDER EXTENDING TIME TO OBJECT TO DISCHARGE

The relief on the following page numbered 2 is ORDERED.

**DATED: January 30, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Figliolia, Alexander J.
Case No: 17-20755 (KCF)
Caption of Order: Consent Order Extending Time to Object to Discharge

**THIS MATTER** having been opened to the Court upon the Application of Andrea Dobin (the "Trustee"), by and through her counsel, McManimon Scotland & Baumann, LLC, for the entry of a Consent Order Extending Time to Object to Discharge and the Court having read and considered the Consent Order and for other and good cause shown:

**IT IS ORDERED** that the time period for the Trustee, Office of the United States Trustee to object to the Debtor's discharge pursuant to Fed.R.Bankr.P. 4004(a) shall be extended to March 24, 2020.

The undersigned consent to the form, substance and entry of this Consent Order.

**MCMANIMON SCOTLAND & BAUMANN, LLC**, counsel to Andrea Dobin, Trustee

Dated: 1-21-20              By:   /s/ Andrea Dobin
                                  Andrea Dobin

**Atkinson & DeBartolo**, counsel to Debtor

Dated: 1-20-20              By:   /s/ Bunce D. Atkinon
                                  Bunce D. Atkinson

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-20755-KCF
Alexander J Figliolia                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1            Date Rcvd: Jan 30, 2020
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.
db              +Alexander J Figliolia,    105 Middletown Road,    Holmdel, NJ 07733-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:
              Andrea   Dobin     on behalf of Trustee Andrea   Dobin adobin@msbnj.com
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde
               bsherr@zellerlegal.com,    mgutierrez@zellerlegal.com, jazeller@zellerlegal.com
              Bunce   Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
              Bunce   Atkinson    on behalf of Accountant Barbara   Rizzi bunceatkinson@aol.com
              Bunce   Atkinson    on behalf of Attorney   Atkinson & DeBartolo, PC bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
              Douglas J. McDonough    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
              Lauren   Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Lauren   Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,
               Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR CHL MORTGAGE PASS-THROUGH TRUST 2003-48 MORTGAGE ET.AL. nj.bkecf@fedphe.com
              Scott C. Pyfer    on behalf of Plaintiff Filomena   Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Biagio   Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Filomena   Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Robert   Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Plaintiff Biagio   Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
              Ward   Benson    on behalf of Creditor    United States of America on behalf of the Internal Revenue
               Service ward.w.benson@usdoj.gov,    Eastern.Taxcivil@usdoj.gov
                                                                                             TOTAL: 21