UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McMANIMON, SCOTLAND & BAUMANN, LLC
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Michele M. Dudas (mdudas@msbnj.com)
Counsel to Andrea Dobin, Chapter 7 Trustee

In Re:

ALEXANDER J. FIGLIOLIA,

Case No.: 17-20755 (KCF)

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: 06/02/2020

Judge: Ferguson

## ADJOURNMENT REQUEST

1. I, __Michele M. Dudas, Esq.__,

   ☒ am the attorney for: __Andrea Dobin, Chapter 7 Trustee__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief from Stay filed by The Bank of New York Mellon

   Current hearing date and time: June 2, 2020, at 10:00 am

   New date requested: August 4, 2020

   Reason for adjournment request: Trustee needs time to determine ownership of assets located at property subject to Motion, and upon determination, market for sale.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 28, 2020                                          /s/ Michele M. Dudas
                                                                      Signature

**COURT USE ONLY:**

The request for adjournment is:

X  Granted             New hearing date: 8/4/2020 at 10:00 a.m.          ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2