| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>Andrea Dobin, Esq. (adobin@msbnj.com)<br>Michele M. Dudas, Esq. (mdudas@msbnj.com)<br>(973) 622-1800<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* | |
| In Re:<br><br>ALEXANDER J. FIGLIOLIA,<br><br>Debtor. | Case No.:  17-20755 (KCF)<br><br>Judge:  Hon. Kathryn C. Ferguson<br><br>Chapter:  7 |

## CERTIFICATION OF SERVICE

1. I, Lisa DiPaolo:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am a legal assistant employed by McManimon, Scotland & Baumann, LLC, attorneys for Andrea Dobin, Chapter 7 Trustee ("Trustee") in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 3, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   (a) Notice of Motion of Trustee for an Order Compelling Alex Figliolia Water 7 Sewer, LLC to Comply With Trustee's Rule 2004 Subpoena, and Granting Related Relief ("Motion");

   (b) Letter Brief in support of Motion;

   (c) Certification of Trustee in support of Motion;

   (d) Statement as to Why No Brief is Necessary; and

   (e) Proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  June 4, 2020                                   /s/ Lisa DiPaolo
                                                             Lisa DiPaolo

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bunce Atkinson, Esq.<br>Atkinson & DeBartolo<br>2 Bridge Avenue<br>Building 2, Third Floor<br>Red Bank, NJ 07701 | *Counsel for Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Lauren Bielskie, Esq.<br>Office of United StateS Trustee<br>One Newark Center<br>Newark, NJ  07102 | *Office of the United States Trustee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| John Figliolia, President<br>Alex Figliolia Water & Sewer, LLC<br>420 Carroll Street<br>Brooklyn, NY 11215 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

4815-5710-0735, v. 1