| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* | **Order Filed on June 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>ALEXANDER J. FIGLIOLIA,<br><br>                    Debtor. | Case No. 17-20755 (KCF)<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 7 |

### ORDER EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 23, 2020**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Alexander J. Figliolia |
| Case No.: | 17-20755 (KCF) |
| Caption of Order: | Order Extending Time to Object to Debtor's Discharge Pursuant to 11 U.S.C. § 727 |

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Alexander J. Figliolia, Chapter 7 debtor (the "Debtor"), by and through her counsel, upon the filing of a Motion to extend the time to object to the Debtor's discharge (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the time period for the Trustee and Office of United States Trustee to object to the Debtor's discharge pursuant to Fed. R. Bankr. P. 4004(a) will be extended to through and including October 31, 2020.