| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* | Order Filed on June 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ALEXANDER J. FIGLIOLIA,<br><br>                         Debtor. | Case No. 17-20755 (KCF)<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 7 |

### ORDER COMPELLING ALEX FIGLIOLIA WATER & SEWER, LLC, TO COMPLY WITH TRUSTEE'S RULE 2004 SUBPOENA, AND GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: June 23, 2020**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:           Alexander J. Figliolia
Case No.:         17-20755 (KCF)
Caption of Order: Order Compelling Alex Figliolia Water & Sewer, LLC to Comply with Trustee's Rule 2004 Subpoena, and Granting Related Relief

---

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Alexander J. Figliolia, Chapter 7 debtor (the "Debtor"), by and through her counsel, upon the filing of a Motion to compel Alex Figliolia Water & Sewer, LLC ("Business") to comply with the Trustee's Rule 2004 Subpoena, and granting related relief (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the Business is compelled to produce the following information to the Trustee on or before July 14, 2020:

1. Copies of front and back of all checks or other evidence of payment for funds tendered by the Business from the Debtor during the period May 25, 2013 through November 8, 2019 (referred to hereafter as the "Relevant Period").
2. Copies of front and back of all checks or other evidence of payment for funds tendered by the Business during the Relevant Period to third parties (regardless of whether they are companies, entities or individuals), at the Debtor's request which were recorded in the Business's records as income or distribution to the Debtor.
3. All documentation provided by the Debtor or third parties in support of request(s) for the payments identified in response to items 1 and 2 hereof.
4. Form 1099 and/or W-2 issued to the Debtor for calendar years 2013, 2014, 2015, 2016, 2017, 2018 and 2019 and schedules or ledgers supporting the contents of these documents.
5. Any schedules, records or lists maintained by the Business reflecting and/or evidencing the payments made by the Business for the benefit of the Debtor and/or at his request during the Relevant Period.

and it is further

**ORDERED**, that, unless the Trustee advises in writing that the deposition is not necessary within three (3) business days from the date Ordered by this Court, the appropriate

4824-3152-6846, v. 1

(Page 3)
Debtor:           Alexander J. Figliolia
Case No.:         17-20755 (KCF)
Caption of Order: Order Compelling Alex Figliolia Water & Sewer, LLC to Comply with Trustee's Rule 2004 Subpoena, and Granting Related Relief

---

representative of the Business must appear in the offices of McManimon Scotland & Baumann, LLC at 427 Riverview Plaza, Trenton, New Jersey on July <u>14</u>, 2020, at 11:00 a.m., for the purposes of being deposed. The Trustee reserves the right to conduct the deposition virtually.

4824-3152-6846, v. 1