| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* | **Order Filed on June 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>ALEXANDER J. FIGLIOLIA,<br><br>                Debtor. | Case No. 17-20755 (KCF)<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 7 |

### ORDER COMPELLING ALEX FIGLIOLIA WATER & SEWER, LLC, TO COMPLY WITH TRUSTEE'S RULE 2004 SUBPOENA, AND GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: June 23, 2020**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Alexander J. Figliolia |
| Case No.: | 17-20755 (KCF) |
| Caption of Order: | Order Compelling Alex Figliolia Water & Sewer, LLC to Comply with Trustee's Rule 2004 Subpoena, and Granting Related Relief |

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Alexander J. Figliolia, Chapter 7 debtor (the "Debtor"), by and through her counsel, upon the filing of a Motion to compel Alex Figliolia Water & Sewer, LLC ("Business") to comply with the Trustee's Rule 2004 Subpoena, and granting related relief (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the Business is compelled to produce the following information to the Trustee on or before July 14, 2020:

1. Copies of front and back of all checks or other evidence of payment for funds tendered by the Business from the Debtor during the period May 25, 2013 through November 8, 2019 (referred to hereafter as the "Relevant Period").
2. Copies of front and back of all checks or other evidence of payment for funds tendered by the Business during the Relevant Period to third parties (regardless of whether they are companies, entities or individuals), at the Debtor's request which were recorded in the Business's records as income or distribution to the Debtor.
3. All documentation provided by the Debtor or third parties in support of request(s) for the payments identified in response to items 1 and 2 hereof.
4. Form 1099 and/or W-2 issued to the Debtor for calendar years 2013, 2014, 2015, 2016, 2017, 2018 and 2019 and schedules or ledgers supporting the contents of these documents.
5. Any schedules, records or lists maintained by the Business reflecting and/or evidencing the payments made by the Business for the benefit of the Debtor and/or at his request during the Relevant Period.

and it is further

**ORDERED**, that, unless the Trustee advises in writing that the deposition is not necessary within three (3) business days from the date Ordered by this Court, the appropriate

(Page 3)
Debtor: Alexander J. Figliolia
Case No.: 17-20755 (KCF)
Caption of Order: Order Compelling Alex Figliolia Water & Sewer, LLC to Comply with Trustee's Rule 2004 Subpoena, and Granting Related Relief

---

representative of the Business must appear in the offices of McManimon Scotland & Baumann, LLC at 427 Riverview Plaza, Trenton, New Jersey on July 14, 2020, at 11:00 a.m., for the purposes of being deposed. The Trustee reserves the right to conduct the deposition virtually.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-20755-KCF
Alexander J Figliolia                                               Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin           Page 1 of 2           Date Rcvd: Jun 23, 2020
                         Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
db              +Alexander J Figliolia,   105 Middletown Road,    Holmdel, NJ 07733-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:
              Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Brandon David Sherr    on behalf of Creditor Segundo Marcial Saeteros-Campoverde
               bsherr@zellerlegal.com,    mgutierrez@zellerlegal.com,jazeller@zellerlegal.com
              Bunce   Atkinson    on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com
              Bunce   Atkinson    on behalf of Accountant Barbara   Rizzi bunceatkinson@aol.com
              Bunce   Atkinson    on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
              Douglas J. McDonough    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
              Lauren   Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Lauren   Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates,
               Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@mccalla.com,
               mccallaecf@ecf.courtdrive.com
              Michele M. Dudas    on behalf of Plaintiff Andrea   Dobin mdudas@msbnj.com
              Michele M. Dudas    on behalf of Trustee Andrea   Dobin mdudas@msbnj.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR CHL MORTGAGE PASS-THROUGH TRUST 2003-48 MORTGAGE ET.AL. nj.bkecf@fedphe.com
              Scott C. Pyfer    on behalf of Plaintiff Filomena   Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Biagio   Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Filomena   Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Creditor Robert   Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Scott C. Pyfer    on behalf of Plaintiff Biagio   Napolitano scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
               YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE
               CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com
              Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK AS TRUSTEE FOR CHL MORTGAGE PASS-THROUGH TRUST 2003-48 MORTGAGE ET.AL. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jun 23, 2020
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov
          Ward  Benson    on behalf of Creditor    United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

TOTAL: 24