**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McMANIMON, SCOTLAND & BAUMANN, LLC
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Michele M. Dudas (mdudas@msbnj.com)
Counsel to Andrea Dobin, Chapter 7 Trustee

In Re:

ALEXANDER J. FIGLIOLIA,

Case No.: 17-20755 (KCF)

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: 08/04/2020

Judge: Ferguson

## ADJOURNMENT REQUEST

1. I, __Michele M. Dudas, Esq.__,

    ☒ am the attorney for: __Andrea Dobin, Chapter 7 Trustee__,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion for Relief from Stay filed by The Bank of New York Mellon

    Current hearing date and time: August 4, 2020, at 10:00 am

    New date requested: October 6, 2020

    Reason for adjournment request: Trustee needs additional time relating to ownership of assets located at property, and upon obtaining judgment, marketing assets for sale.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: July 27, 2020　　　　　　　　　　　　　　　/s/ Michele M. Dudas
　　　　　　　　　　　　　　　　　　　　　　　　Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted　　　New hearing date: 10/6/2020 at 10:00 a.m.　　☐ Peremptory

☐ Granted over objection(s)　New hearing date: _____　☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2