UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McMANIMON SCOTLAND & BAUMANN
427 Riverview Plaza
Trenton, NJ 08608
(609) 695-6070
adobin@msbnj.com
Counsel to Andrea Dobin, Trustee

| | |
|---|---|
| In Re:<br>FIGLIOLIA, Alexander, | Case No.:  17-20755<br>Chapter:  7<br>Hearing Date:  10/06/2020<br>Judge:  Ferguson |

## ADJOURNMENT REQUEST

1. I, Andrea Dobin,

   ☒ am the attorney for: Andrea Dobin, Trustee,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief from Stay filed by the Bank of New York Mellon - ECF 185

   Current hearing date and time: 10/06/2020

   New date requested: 12/08/2020

   Reason for adjournment request: NJ Foreclosures are stayed, so no harm in waiting further as the Trustee attempts to sell the personal property in the home.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: September 30, 2020            /s/ Andrea Dobin
                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: __12/8/2020 at 10:00 a.m.__           ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____           ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

*new.8/1/15*