UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McManimon, Scotland & Baumann, LLC**
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Joseph R. Zapata, Jr.
jzapata@msbnj.com
*Attorneys for Andrea Dobin,*
*Chapter 7 Trustee*

| | |
|---|---|
| In Re:<br><br>FIGLIOLIA, Alexander,<br><br>Debtor. | Case No.:      17-20755 (KCF)<br><br>Judge:         Hon. Kathryn C. Ferguson<br><br>Chapter:               7 |

## AMENDED CERTIFICATION OF SERVICE

1.      I,    Terri Olsen   :

     ☐ represent the _____ in the above-captioned matter.

     ☒ am the secretary/paralegal for ___Joseph R. Zapata, Jr.___, who represents the Chapter 7 Trustee in the above captioned matter.

     ☐ am the _____ in the above case and am representing myself.

2.      On ___October 14, 2020___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

     Notice of Motion of Andrea Dobin, Chapter 7 Trustee, for the Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9006 Extending the Statute of Limitations Under 11 U.S.C. §§ 108(a) and 546(a);
Certification in Support of Motion;
Memorandum of Law; and
Proposed Order

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: ___October 14, 2020___                       ___/s/ Terri Olsen___
                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alexander J Figliolia<br>105 Middletown Road<br>Holmdel, NJ 07733 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Bunce Atkinson, Esq.<br>Atkinson & DeBartolo<br>2 Bridge Ave., PO Box 8415<br>Bldg. 2, 3rd Floor<br>Red Bank, NJ 07701 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Lauren Bielski, Esq.<br>Office of US Trustee<br>One Newark Center<br>Newark, NJ  07102 | Office of the United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Robert Davidow, Esq.<br>Phelan, Hallinan, Diamond & Jones, PC<br>One Penn Center<br>1617 John F. Kennedy Boulevard<br>Suite 1400<br>Philadelphia, PA 19103 | Counsel to Secured Creditor The Bank of New York Mellon | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| The Bank of New York Mellon<br>C/O Bank of America<br>PO Box 31785<br>Tampa, FL 33631-3785 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

4833-1999-9182, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| The Bank Of New York Mellon Trustee c/o Nationstar Mortgage LLC PO Box 619096 Dallas, Texas 75261-9741 | Potential Defendant | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court*) |
| Brandon David Sherr, Esq. Law Office of Justin A. Zeller, P.C. 277 Broadway Ste 408 New York, NY 10007-2036 | Notice of Appearance for Segundo Marcial Saeteros-Campoverde | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court*) |
| Scott C. Pyfer, Esq. Pyfer Law Group, LLC 20 Commerce Dr Suite 135 Cranford, NJ 07016 | Notice of Appearance for Napolitano Parties | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court*) |
| Add On Pools, Inc. 1400 Hwy. 35 Middletown, NJ 07748-2033 | Potential Defendant | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court*) |
| AIG Private Client Group 175 Water Street 14th Floor New York, NY 10038 | Potential Defendant | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other_____ (as authorized by the court*) |

4833-1999-9182, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cosmopawilitan<br>1837 NJ-35<br>Middletown Township, NJ 07748 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Red Bank Veterinary Hospital<br>197 Hance Ave.<br>Tinton Falls, NJ 07724 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Bank of America<br>PO Box 31785<br>Tampa, FL 33631-3785 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Giselle Sportswear<br>125 Orchard St<br>New York, NY 10002 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Bella Vista<br>100 School Road East<br>Marlboro, NJ 07746 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

4

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Cavalry SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road Suite #200<br>Tucson, AZ 85712 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Potential Defendants | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

4833-1999-9182, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| City of New York<br>Office of the Corporation Counsel,<br>Alan Kleinman, Esq<br>100 Church Street<br>New York, New York 1 0007 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| DMS CGI<br>PO Box 979110<br>St. Louis, MO 63197-9001 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Nationstar Mortgage, LLC<br>PO Box 60516<br>City of Industry, CA 91716-0516 | Potential Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

4833-1999-9182, v. 1