| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **McManimon, Scotland & Baumann, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 681-7979<br>Joseph R. Zapata, Jr., Esq.<br>jzapata@msbnj.com<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | Order Filed on November 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ALEXANDER J. FIGLIOLIA,<br><br>             Debtor. | Case No. 17-20755 (KCF)<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 7 |

**ORDER PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9006
EXTENDING THE STATUTE OF LIMITATIONS
UNDER BANKRUPCY CODE SECTIONS 108(a) AND 546(a)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 10, 2020**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Alexander J. Figliolia |
| Case No.: | 17-20755 (KCF) |
| Caption of Order: | Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9006 Extending the Statute of Limitations Under 11 U.S.C. §§ 108(a) and 546(a) |

---

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Alexander J. Figliolia, Chapter 7 debtor (the "Debtor"), by and through her counsel, upon the filing of a Motion for the entry of an order pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9006 extending the statute of limitations under 11 U.S.C. §§ 108(a) and 546(a) (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the statute of limitations under Bankruptcy Code Sections 108(a) and 546(a) be, and is hereby, extended to and including April 30, 2021.

**IT IS FURTHER ORDERED** that no defendants in an action commenced by the Trustee on or after November 20, 2020, and on or before April 30, 2021, shall be entitled to raise a statute of limitations defense pursuant 11 U.S.C. §§ 108(a) and 546(a).