| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 681-7979<br>Joseph R. Zapata, Jr., Esq.<br>jzapata@msbnj.com<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | Order Filed on November 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ALEXANDER J. FIGLIOLIA,<br><br>                Debtor. | Case No. 17-20755 (KCF)<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 7 |

**ORDER EXTENDING TIME TO OBJECT TO THE
DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 10, 2020**

                                                Honorable Kathryn C. Ferguson
                                                United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Alexander J. Figliolia |
| Case No.: | 17-20755 (KCF) |
| Caption of Order: | Order Extending Time to Object to the Debtor's Discharge Pursuant to 11 U.S.C. § 727 |

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Alexander J. Figliolia, Chapter 7 debtor (the "Debtor"), by and through her counsel, upon the filing of a Motion to extend the time to object to the Debtor's discharge (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the time period for the Trustee and Office of United States Trustee to object to the Debtor's discharge pursuant to Fed. R. Bankr. P. 4004(a) will be extended to through and including April 30, 2021.

4832-4144-0718, v. 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 17-20755-KCF

Alexander J Figliolia                                   Chapter 7

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                  Page 1 of 2

Date Rcvd: Nov 10, 2020                         Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

**Recip ID                 Recipient Name and Address**
db                     +   Alexander J Figliolia, 105 Middletown Road, Holmdel, NJ 07733-2205

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020                               Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Brandon David Sherr | on behalf of Creditor Segundo Marcial Saeteros-Campoverde bsherr@zellerlegal.com mgutierrez@zellerlegal.com,jazeller@zellerlegal.com |
| Bunce Atkinson | on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com |
| Bunce Atkinson | on behalf of Accountant Barbara Rizzi bunceatkinson@aol.com |
| Bunce Atkinson | |

Case 17-20755-KCF    Doc 208    Filed 11/12/20    Entered 11/13/20 00:24:09    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Attorney Atkinson & DeBartolo PC bunceatkinson@aol.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com |
| Joseph R Zapata, Jr | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lauren Bielskie | on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov |
| Melissa N. Licker | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Michele M. Dudas | on behalf of Plaintiff Andrea Dobin mdudas@msbnj.com |
| Michele M. Dudas | on behalf of Trustee Andrea Dobin mdudas@msbnj.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com |
| Robert Davidow | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CHL MORTGAGE PASS-THROUGH TRUST 2003-48 MORTGAGE ET.AL. nj.bkecf@fedphe.com |
| Scott C. Pyfer | on behalf of Plaintiff Filomena Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | on behalf of Creditor Biagio Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | on behalf of Creditor Filomena Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | on behalf of Creditor Robert Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | on behalf of Plaintiff Biagio Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Sean M. O'Brien | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com |
| Sherri Jennifer Smith | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CHL MORTGAGE PASS-THROUGH TRUST 2003-48 MORTGAGE ET.AL. ssmith@pincuslaw.com  nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |
| Ward Benson | on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov |

TOTAL: 25