UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McMANIMON SCOTLAND & BAUMANN
427 Riverview Plaza
Trenton, NJ 08608
(609) 695-6070
adobin@msbnj.com
Counsel to Andrea Dobin, Trustee

In Re:

FIGLIOLIA, Alexander,

Case No.:    17-20755

Chapter:    7

Hearing Date:    12/8/2020

Judge:    Ferguson

## ADJOURNMENT REQUEST

1. I, Andrea Dobin,

   ☒ am the attorney for: Andrea Dobin, Trustee,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief from Stay filed by the Bank of New York Mellon - ECF 185

   Current hearing date and time: 12/8/2020

   New date requested: 2/9/2021

   Reason for adjournment request: NJ Foreclosures are stayed, so no harm in waiting further as the Trustee attempts to sell the personal property in the home.

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

   Movant currently has no counsel

I certify under penalty of perjury that the foregoing is true.

Date: November 23, 2020                    /s/ Andrea Dobin
                                            Signature

*new.8/1/15*

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted      New hearing date: 2/9/2021 at 10:00 a.m.      ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2