UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
**MCMANIMON, SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(973) 681-7979
Joseph R. Zapata, Jr., Esq.
jzapata@msbnj.com
*Attorneys for Andrea Dobin, Chapter 7 Trustee*

Order Filed on December 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**ALEXANDER J. FIGLIOLIA**,

        Debtor.

Case No. 17-20755 (KCF)

Chapter 7

Honorable Kathryn C. Ferguson

| Recommended Local Form: | ☐ Followed | ☒ Modified |

### ORDER AUTHORIZING RETENTION OF CO-AUCTIONEERS
### C.T. PETERS, INC. AND AUCTIONEERS GROUP

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 8, 2020**

/s/ Kathryn C. Ferguson
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re:        Alexander J. Figliolia

Case No.:     17-20755 (KCF)

Applicant:    Andrea Dobin

☒ Trustee:  ☒ Chap. 7      ☐ Chap. 11

☐ Debtor:   ☐ Chap. 11     ☐ Chap. 13

☐ Official Committee of _____

Professional: C.T. Peters, Inc. and Auctioneers Group

Address:      C. T. Peters, Inc., Appraisers
              2-A West Front Street
              Red Bank, NJ  07701

              The Auctioneers Group
              22 Smock Street
              Neptune City, NJ 07753

☐ Attorney for:

  ☐ Trustee    ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Accountant for:

  ☐ Trustee    ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☒ Other Professional:

  ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☒ Auctioneer

  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professionals, C.T. Peters, Inc. and Auctioneers Group as co-auctioneers. The co-auctioneers will be allowed a 10% seller commission with a 20% buyers' premium to be shared 50% between C.T. Peters, Inc. and Auctioneers Group as

2

        co-auctioneers, with expenses to C.T. Peters, Inc. up to $3,500 and expenses to Auctioneers Group up to $3,200.  C.T. Peters, Inc. and the Auctioneers Group will not be required to file an application for compensation and reimbursement of expenses, and the Trustee is authorized compensate and reimbursement C.T. Peters, Inc. and the Auctioneers Group to the extent of the aforementioned amounts for commissions and expenses.  C.T. Peters, Inc. and/or the Auctioneers Group are required to file an application for any compensation and expenses exceed those approved herein.

3.    The effective date of retention is the date the Application is filed with the Court.

United States Bankruptcy Court

District of New Jersey

In re:  
Alexander J Figliolia  
    Debtor(s)

Case No. 17-20755-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 08, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

**Recip ID**      **Recipient Name and Address**  
db      + Alexander J Figliolia, 8 Henley Circle, Manchester, NJ 08759-6081

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Andrea Dobin  
     on behalf of Trustee Andrea Dobin adobin@msbnj.com

Andrea Dobin  
     ecftrusteead@msbnj.com NJ55@ecfcbis.com

Brandon David Sherr  
     on behalf of Creditor Segundo Marcial Saeteros-Campoverde bsherr@zellerlegal.com mgutierrez@zellerlegal.com,jazeller@zellerlegal.com

Bunce Atkinson  
     on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com

Bunce Atkinson  
     on behalf of Accountant Barbara Rizzi bunceatkinson@aol.com

Bunce Atkinson

| | |
|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Attorney Atkinson & DeBartolo PC bunceatkinson@aol.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com |
| Joseph R Zapata, Jr | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lauren Bielskie | on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov |
| Melissa N. Licker | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Michele M. Dudas | on behalf of Plaintiff Andrea Dobin mdudas@msbnj.com |
| Michele M. Dudas | on behalf of Trustee Andrea Dobin mdudas@msbnj.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com |
| Robert Davidow | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CHL MORTGAGE PASS-THROUGH TRUST 2003-48 MORTGAGE ET.AL. nj.bkecf@fedphe.com |
| Scott C. Pyfer | on behalf of Plaintiff Filomena Napolitano scott@pyferlawgroup.com scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | on behalf of Creditor Biagio Napolitano scott@pyferlawgroup.com scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | on behalf of Creditor Filomena Napolitano scott@pyferlawgroup.com scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | on behalf of Creditor Robert Napolitano scott@pyferlawgroup.com scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | on behalf of Plaintiff Biagio Napolitano scott@pyferlawgroup.com scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Sean M. O'Brien | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com |
| Sherri Jennifer Smith | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CHL MORTGAGE PASS-THROUGH TRUST 2003-48 MORTGAGE ET.AL. ssmith@pincuslaw.com nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |
| Ward Benson | on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov |

TOTAL: 25