| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>Joseph R. Zapata, Jr.<br>jzapata@msbnj.com<br>*Attorneys for Andrea Dobin,*<br>*Chapter 7 Trustee* | |
| In Re:<br><br>FIGLIOLIA, Alexander,<br><br>    Debtor. | Case No.:    17-20755 (KCF)<br><br>Judge:    Hon. Kathryn C. Ferguson<br><br>Chapter:    7 |

## SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, ___Joseph R. Zapata, Jr.___:

    ☒ represent the <u>Chapter 7 Trustee</u> in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On ___December 15, 2020___, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Notice of Motion of Andrea Dobin, Chapter 7 Trustee, to Approve Auctions Sale of Property of the Estate;
    Certification in Support of Motion;
    Statement that No Brief is Necessary; and
    Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    December 15, 2020                              /s/ Joseph R. Zapata, Jr.
                                                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Zapcic, Esq.<br>The Zapcic Law Firm L.L.C.<br>58 Village Court<br>Hazlet, NJ 07730 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2

4831-6001-0708, v. 1