UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 17-20755

Alexander J Figliolia

Chapter: 7

Judge: Ferguson

Debtor(s)

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☒ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Personal Property.

JEANNE A. NAUGHTON, Clerk

Date: 1/6/2021    By: Gary A. Nau

*rev.2/10/17*