**MCMANIMON, SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(973) 681-7979
Joseph R. Zapata, Jr., Esq.
jzapata@msbnj.com
*Attorneys for Andrea Dobin, Chapter 7 Trustee*

|  |  |
|---|---|
| In re:<br><br>**ALEXANDER J. FIGLIOLIA**,<br><br>Debtor. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Case No. 17-20755 (KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson |

**CERTIFICATE OF SERVICE OF *EX PARTE* APPLICATION OF ANDREA DOBIN, CHAPTER 7 TRUSTEE FOR AN ORDER GRANTING ACCESS TO STORAGE UNIT**

1. I, _____Andrea Dobin_____:

   ☒ represent the <u>Chapter 7 Trustee</u> in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _____January 8, 2020_____, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   *Ex Parte* Application for Order Granting Access to Storage Unit;
   Certification in Support of entry of Order Granting Access to Storage Unit (with exhibits)
   ENTERED Order Granting Access to Storage Unit

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: _____January 11, 2021_____          _____/s/ Andrea Dobin_____
                                                                                    Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bunce D. Atkinson<br>bunceatkinson@aol.com | Counsel to Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2

4816-7051-1062, v. 1