| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 681-7979<br>Joseph R. Zapata, Jr., Esq.<br>jzapata@msbnj.com<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | Order Filed on January 12, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ALEXANDER J. FIGLIOLIA,<br><br>                Debtor. | Case No. 17-20755 (KCF)<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 7 |

**ORDER AUTHORIZING ONLINE AUCTION**
**SALE OF PROPERTY OF THE ESTATE**

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: January 12, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Alexander J. Figliolia |
| Case No.: | 17-20755 (KCF) |
| Caption of Order: | Order Authorizing Online Auction Sale of Property of the Estate |

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Alexander J. Figliolia, Chapter 7 debtor (the "Debtor"), by and through her counsel, upon the filing of a motion for entry of an order approving online auction sale of personal property located at 105 Middletown Road, Holmdel, New Jersey (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**THE COURT MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

The Debtor and his wife, Janet Figliolia ("Ms. Figliolia") failed to properly safeguard the personal property (the "Assets") located at 105 Middletown Road, Holmdel, New Jersey (the "Property").

B.    ~~Neither the Debtor, nor any of the heirs of Ms. Figliolia, are entitled to any of the Assets or the proceeds from the sale of the Assets, as the entirety of such Assets are property of the estate.~~

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.    Trustee is authorized to conduct an online auction sale of the Assets located at the real property located at 105 Middletown Road, Holmdel, New Jersey, in the manner as set forth in more detail in the Motion.

2.    Proceeds from the sale shall be distributed in the manner and priority as set forth by the Bankruptcy Code.

4813-3555-8610, v. 1

(Page 3)
Debtor:             Alexander J. Figliolia
Case No.:           17-20755 (KCF)
Caption of Order:   Order Authorizing Online Auction Sale of Property of the Estate

---

       3.      Any of the Assets not liquidated through the auction sale will be deemed abandoned as of the date 14 days following the conclusion of the auction.

4813-3555-8610, v. 1