**MS&B**  McMANIMON • SCOTLAND • BAUMANN    427 Riverview Plaza, Trenton, NJ 08611  (609) 695-6070

**Joseph R. Zapata, Jr.**
Partner
Direct 973-681-7979
jzapata@msbnj.com
Fax: 973-681-7990

January 15, 2021

**Via ECF and Email**

Honorable Kathryn C. Ferguson
United States Bankruptcy Court
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    **Alexander J. Figliolia**
              **Case No. 17-20755 (KCF)**

            **Motion to Approve Auction Sale of Property of the Estate**

Dear Judge Ferguson:

    As Your Honor is aware, this firm represents Andrea Dobin, the Chapter 7 trustee (the "Trustee") in the above-referenced bankruptcy case.

    A hearing on the Trustee's request for a preliminary injunction is currently scheduled for Tuesday, January 19, 2021, at 11:00 a.m. Based upon the Trustee's review of the Debtor's storage unit and discovery that all of the contents were removed prior to the Trustee obtaining access to the same, the preliminary injunction is no longer necessary. Accordingly, the Trustee submits that the scheduled hearing is no longer necessary and withdraws her request for a preliminary injunction.

                                      Respectfully submitted,

                                      */s/ Joseph R. Zapata, Jr.*

                                      Joseph R. Zapata, Jr.

JRZ/to
cc:    Bunce Atkinson, Esq. (via email and first class mail)
       Alexander J. Figliolia, Sr. (via first class mail)