UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Melissa Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for CHL Mortgage

In Re:

Alexander J Figliolia

Case No.: 17-20755-KCF

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: February 9, 2021

Judge: Kathryn C. Ferguson

## ADJOURNMENT REQUEST

1. I, _____Melissa Licker_____,

    ☒ am the attorney for: The Bank of New York Mellon fka The Bank of New York as Trustee for CHL Mortgage,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion for Relief from Stay (Doc.  185)

    Current hearing date and time: February 9, 2021 at 10:00 a.m.

    New date requested: April 20, 2021 at 10:00 a.m.

    Reason for adjournment request: Coordination with Chapter 7 trustee
    _____

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: February 1, 2021                    /s/ Melissa Licker
                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

[X] Granted          New hearing date: 4/20/2021 at 10:00 a.m.          [ ] Peremptory

[ ] Granted over objection(s)   New hearing date: _____          [ ] Peremptory

[ ] Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*