| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>Joseph R. Zapata, Jr.<br>jzapata@msbnj.com<br>*Attorneys for Andrea Dobin,*<br>*Chapter 7 Trustee* | |
| In Re:<br><br>FIGLIOLIA, Alexander,<br><br>      Debtor. | Case No.:    17-20755 (KCF)<br><br>Judge:    Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter:    7 |

## CERTIFICATION OF SERVICE

1. I, __Terri Olsen__ :

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for __Joseph R. Zapata, Jr.__, who represents the __Chapter 7 Trustee__ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __February 9, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Attached Notice of Amended Public Sale Date

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __February 9, 2021__            __/s/ Terri Olsen__
                                                                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bunce Atkinson, Esq.<br>Atkinson & DeBartolo<br>2 Bridge Ave., PO Box 8415<br>Bldg. 2, 3rd Floor<br>Red Bank, NJ 07701 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Lauren Bielski, Esq.<br>Office of US Trustee<br>One Newark Center<br>Newark, NJ 07102 | Office of the United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Brandon David Sherr, Esq.<br>Law Office of Justin A. Zeller, P.C.<br>277 Broadway Ste 408<br>New York, NY 10007-2036 | Counsel for Segundo Marcial Saeteros-Campoverde | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Scott C. Pyfer, Esq.<br>Pyfer Law Group, LLC<br>20 Commerce Dr<br>Suite 135<br>Cranford, NJ 07016 | Counsel for Napolitano Parties | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Melissa Licker, Esq.<br>McCalla Raymer Leibert Pierce, LLC<br>485F US Highway 1 S<br>Suite 300<br>Iselin, NJ 08830 | Counsel for the Bank of New York Mellon | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

2

4835-6392-2651, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| C.T. Peters, Inc.<br>2-A West Front Street<br>Red Bank, Nj 07701-1602 | Auctioneer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| The Auctioneers Group<br>22 Smock Street<br>Neptune, NJ 07753-6743 | Auctioneer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Alan H. Kleiman, Esq.<br>Senior Counsel<br>Affirmative Litigation<br>Div. NYC Law Dep.<br>100 Church Street<br>New York, NY 10007-2668 | Counsel for Creditor City of New York | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Counsel for American Express Bank, FSB; American Express Centurion Bank, American Express National Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bank of America<br>P.O. Box 31785<br>Tampa, Fl 33631-3785 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Capital One/Saks Fifth Ave.<br>P.O. Box 10327<br>Jackson, MS 39289-0327 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Cavalry PV I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road<br>Suite 200<br>Tucson, AZ 85712-1083 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| DMS CGI<br>P.O. Box 979110<br>St. Louis, MO 63197-9001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Dept. of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

4835-6392-2651, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Katie Brown, Esq.<br>Buckley Madole PC<br>99 Wood Ave.<br>Iselin, NJ 08830 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Lomurro, Munson, Comer, Brown & Schottland<br>4 Paragon Wat,<br>Suite 100<br>Freehold, NJ 07728-7805 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Michael P. Collins, Esq.<br>Archer & Greiner<br>10 Highway 35<br>Red Bank, NJ 07701-5902 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| NY State Dept. of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| NYS Department of Finance<br>W.A. Harriman Campus, Bldg. 9<br>Albany, NY 12227-0001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

4835-6392-2651, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Nationstar Mortgage, LLC<br>P.O. Box 60615<br>City of Industry, CA 91716-0516 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| New Jersey Div. of Taxation<br>Neptune Investigation A<br>1828 West Lake Ave, 3rd Fl.<br>Neptune, NJ 07753-4663 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| OMS CGI<br>P.O. Box 979110<br>St. Louis, MO 63197-9001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Small Business Administration<br>c/o CBE Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| State of New Jersey – Div. of Taxation<br>Revenue Processing Ctr.<br>P.O. Box 111<br>Trenton, NJ 08656-0111 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

4835-6392-2651, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of New Jersey<br>Division of Taxation<br>Bankruptcy Unit<br>P.O. Box 245<br>Trenton, NJ 08646-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Township of Holmdel<br>4 Crawfords Corner Rd.<br>Holmdel, NJ 07733-1908 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>P.O. Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Wells Fargo Card Services<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Barbara Rizzi<br>Barbara Rizzi, CPA<br>25 Potter Lane<br>Huntington, NY 11743-2142 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lucy Starr<br>RE/MAX Central<br>520 U.S. 9<br>Manalapan, NJ 07726-8264 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

4835-6392-2651, v. 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Case No.: 17-20755 (KCF) |
| ALEXANDER J. FIGLIOLIA | Chapter: 7 |
| | Judge: Kathryn C. Ferguson, U.S.B.J. |

**NOTICE OF AMENDED PUBLIC SALE DATE**

ANDREA DOBIN, Chapter 7 Trustee, in this case proposes to sell property of the estate as described below.

Location, date and time of sale: Online Auction to commence on February 26, 2021 and conclude on March 9, 2021.

Description of property to be sold: All personal property located at the Debtor's former residence.

Terms of sale: A 20% buyer's premium will be charged based upon the bid price. A complete list of all terms and conditions as well as an inventory/lot sheet will be available on the auctioneers' websites in the weeks leading up to the auction:

https://ctpetersappraisers.com/ or http://www.theauctioneersgroup.com/.

Any personal property not sold will be abandoned by the bankruptcy estate.

**AN ORDER WAS ENTERED APPROVING THE PROPOSED PUBLIC SALE ON JANUARY 13, 2021. DKT. NO. 226.**

**THIS NOTICE IS PROVIDED SOLELY FOR THE PURPOSES OF PROVIDING UPDATED INFORMATION OF THE AUCTION DATES.**