UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | | Case No.: | 17-20755 (KCF) |
|---|---|---|---|
| ALEXANDER J. FIGLIOLIA, | | Chapter: | 7 |
| | Debtor. | Judge: | Kathryn C. Ferguson |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Andrea Dobin, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court<br>402 East State Street<br>Trenton, New Jersey 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on May 11, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 2, 402 E. State Street, Trenton, NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: The State of New Jersey – Division of Taxation (the "State of New Jersey") has asserted that they maintain a first in time lien in the amount of $602,883.32 against, *inter alia*, real and personal property located at 105 Middletown Road, Holmdel, New Jersey belonging to the estate, as well as, Ms. Figliolia. On September 11, 2017, the State of NJ filed a secured claim (Claim No. 10) in the Debtor's bankruptcy case in the amount of $602,883.32.

Pertinent terms of settlement: In an effort to get the Assets sold and provide a benefit to the State of NJ, as well as, creditors of the Debtor's estate, the State of NJ has agreed to a partial reclassification of its claim with a carve-out of $100,000 of the net proceeds, after the payment of costs of sale, to be retained by the bankruptcy estate to be distributed in accordance with 11 U.S.C. 726. The proposed consent order provides for a distribution that would otherwise not be available, given the extent of the State of NJ's lien, absent the agreement with the State of NJ. The Trustee believes that the agreement with the State of NJ, which will reduce to money property of the estate, is in the best interests of the estate and its creditors.

Objections must be served on, and requests for additional information directed to:

Name:       Joseph R. Zapata, Jr., Esq., Counsel to the Trustee

Address:    McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 07950

Telephone No.: (973) 681-7979

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-20755-KCF
Alexander J Figliolia     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Apr 06, 2021     Form ID: pdf905     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexander J Figliolia, 8 Henley Circle, Manchester, NJ 08759-6081 |
| aty | + | Atkinson & DeBartolo, PC, The Galleria, 2 Bridge Avenue, PO Box 8415, Red Bank, NJ 07701-8415 |
| aty | + | Hugh H. Shull, Corporation Counsel Office, 100 Church Street, Room 5-233, New York, NY 10007-2601 |
| acc | + | Barbara Rizzi, Barbara Rizzi, CPA, 25 Potter Lane, Huntington, NY 11743-2142 |
| auc | + | C.T. Peters, Inc., 2-A West Front Street, Red Bank, NJ 07701-1602 |
| br | + | LUCY STARR, RE/MAX CENTRAL, 520 U.S. 9, MANALPAN, NJ 07726-8264 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| cr | + | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW, McCalla Raymer Leibert Pierce, LLC, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW Y, c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| auc | + | The Auctioneers Group, 22 Smock Street, Neptune, NJ 07753-6743 |
| 517250692 | + | Alan H. Kleinman, Sr. Counsel, Affirmative Litigation, Div. NYC Law Dep, 100 Church St., New York, NY 10007-2668 |
| 516847581 | + | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 516883476 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516911966 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518625041 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516847582 | + | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 516946981 | + | Bob and Phyllis Napolitano, 30 Cottontail Court, Staten Island, NY 10312-4701 |
| 516847583 | + | Capital One/Saks Fifth Ave., PO Box 10327, Jackson, MS 39289-0327 |
| 517079304 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E Ft. Lowell Road Suite #200, Tucson, AZ 85712-1083 |
| 517087494 | + | City of New York, Office of the Corporation Counsel,, Alan Kleinman, Esq, 100 Church Street, New York, New York 10007-2601 |
| 516872226 | + | Corporation Counsel City of NY ECB, c/o Alan H. Kleinman, Sr. Counsel, Affirmative Litigation Div. NYC Law Dept, 100 Church St., New York, NY 10007-2601 |
| 516847586 | + | DMS CGI, PO Box 979110, St Louis, MO 63197-9001 |
| 517250683 | | Katie Brown Esq, Buckley Madole PC, 99 Wood Ave. Iselin, NJ 08830 |
| 516847588 | + | Lomurro, Munson, Comer, et al, 4 Paragon Way Ste. 100, Freehold , NJ 07728-7805 |
| 517250684 | + | Michael P. Collins, Esq. Archer & Greiner, 10 Highway 35, Red Bank, NJ 07701-5902 |
| 516879398 | | NY State Dept. of, Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 516847591 | + | NYS Department of Finance, W A Harriman Campus Bldg 9, Albany, NY 12227-0001 |
| 516847589 | + | Nationstar Mortgage, LLC, PO Box 60516, City of Industry, CA 91716-0516 |
| 516847590 | + | New Jersey Div. of Taxation, Neptune Investigation A, 1828 West Lake Ave.-3rd Fl., Neptune, NJ 07753-4663 |
| 517250699 | + | OMS CGI, PO Box 979110, St Louis, MO 63197-9001 |
| 517053407 | + | Robert Napolitano and Phyliss Napolitano, 30 Cottontail Court, Staten Island NY 10312-4701 |
| 517053408 | + | Robert and Phyliss Napolitano, 30 Cottontail Court, Staten Island NY 10312-4701 |
| 517059896 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517243157 | + | Saeteros Campoverde, c/o Law Office of Justin A. Zeller, Esq., 277 Broadway-Ste. 408, New York, NY 10007-2036 |
| 517250688 | + | Saeteros Campoverde, c/o Law Office of Justin A. Zeller, PC, 277 Broadway - Ste. 408, New York, NY 10007-2036 |
| 517250689 | + | Sean O'Brien, Esq., Frankel Lambert Weiss et al, 80 Main St.-Ste.460, West Orange, NJ 07052-5414 |
| 517250678 | + | State of NJ - Div. of Taxati, Revenue Processing Ctr. PO Box 111, Trenton, NJ 08645-0111 |
| 516847593 | + | State of NJ - Div. of Taxation, Revenue Processing Ctr., PO Box 111, Trenton, NJ 08645-0111 |
| 517106701 | + | THE BANK OF NEW YORK MELLON Trustee (See 410), c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9096 |
| 516949404 | | The Bank of New York Mellon, C/O Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 516847597 | + | Township of Holmdel, 4 Crawfords Corner Road, Holmdel, NJ 07733-1908 |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: pdf905 | Total Noticed: 49 |

| | | |
|---|---|---|
| 517048428 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516847598 | + | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2021 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2021 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516847585 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 06 2021 21:08:00 | Dept. of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516847592 | + Email/Text: bankruptcynotices@cbecompanies.com | Apr 06 2021 21:09:00 | Small Business Administration, c/o CBE Group, 1309 Technology Pkwy., Cedar Falls, IA 50613-6976 |
| 518685618 | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2021 21:09:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517250693 | *+ | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517250694 | *+ | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 517250695 | *+ | Bob and Phyllis Napolitano, 30 Cottontail Court, Staten Island, NY 10312-4701 |
| 517250696 | *+ | Capital One/Saks Fifth Ave., PO Box 10327, Jackson, MS 39289-0327 |
| 517250698 | *+ | Dept. of Treasury Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516847584 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dept. of the Treasury, Internal Revenue Service, Kansas City, MO 64999 |
| 517250697 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dept. of the Treasury, Internal Revenue Service, Kansas City, MO 64999 |
| 516847587 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 4 Paragon Way - Ste. 2, Freehold, NJ 07728 |
| 517250700 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 4 Paragon Way - Ste. 2, Freehold, NJ 07728 |
| 517250687 | *+ | NYS Department of Finance, W A Harriman Campus Bldg 9, Albany, NY 12227-0001 |
| 517250685 | *+ | Nationstar Mortgage, LLC, PO Box 60516, City of Industry, CA 91716-0516 |
| 517250686 | *+ | New Jersey Div. of Taxation, Neptune Investigation A, 1828 West Lake Ave.-3rd Fl., Neptune, NJ 07753-4663 |
| 517250690 | *+ | Small Business Administration, c/o CBE Group, 1309 Technology Pkwy., Cedar Falls, IA 50613-6976 |
| 516847594 | *+ | State of NJ - Div. of Taxation, Revenue Processing Ctr., PO Box 111, Trenton , NJ 08645-0111 |
| 517250691 | *+ | State of NJ - Div. of Taxation, Revenue Processing Ctr., PO Box 111, Trenton, NJ 08645-0111 |
| 516847595 | *+ | State of NJ Div of Taxation, Revenue Processing Ctr, PO Box 111, Trenton, NJ 08645-0111 |
| 517250679 | *+ | State of NJ Div of Taxation, Revenue Processing Ctr, PO Box 111, Trenton, NJ 08645-0111 |
| 516847596 | *+ | State of NJ Div. of Taxation, Revenue Processing Ctr., PO Box 111, Trenton, NJ 08645-0111 |
| 517250680 | *+ | State of NJ Div. of Taxation, Revenue Processing Ctr. PO Box 111, Trenton, NJ 08645-0111 |
| 517250681 | *+ | Township of Holmdel, 4 Crawfords Corner Road, Holmdel, NJ 07733-1908 |
| 517250682 | *+ | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 4 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf905 | Total Noticed: 49 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Brandon David Sherr | on behalf of Creditor Segundo Marcial Saeteros-Campoverde bsherr@zellerlegal.com mgutierrez@zellerlegal.com,jazeller@zellerlegal.com |
| Bunce Atkinson | on behalf of Accountant Barbara Rizzi bunceatkinson@aol.com |
| Bunce Atkinson | on behalf of Attorney Atkinson & DeBartolo  PC bunceatkinson@aol.com |
| Bunce Atkinson | on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com |
| Joseph R Zapata, Jr | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |
| Lauren Bielskie | on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Melissa N. Licker | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates  Series 2003-48 NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates  Series 2003-48 by Nationstar Mortgage LLC, the servici NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Michele M. Dudas | on behalf of Plaintiff Andrea Dobin mdudas@msbnj.com |
| Michele M. Dudas | on behalf of Trustee Andrea Dobin mdudas@msbnj.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com |
| Scott C. Pyfer | on behalf of Plaintiff Biagio Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | on behalf of Plaintiff Filomena Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | on behalf of Creditor Biagio Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | on behalf of Creditor Filomena Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf905 | Total Noticed: 49 |

Scott C. Pyfer
    on behalf of Creditor Robert Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

Sean M. O'Brien
    on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
    on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov

Ward Benson
    on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

TOTAL: 24