UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                            Case no.:     17-20755

Alexander J Figliolia            Chapter:     7

                                         Judge:     Ferguson

                    Debtor(s)

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Real Property located at 105 Middletown Rd., Holmdel, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 8/26/2021                   By: Gary A. Nau

*rev.2/10/17*