**McManimon, Scotland & Baumann, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(973) 681-7979
Joseph R. Zapata, Jr., Esq.
jzapata@msbnj.com
*Attorneys for Andrea Dobin, Chapter 7 Trustee*

|  |  |
|---|---|
| In re: | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **ALEXANDER J. FIGLIOLIA**, | Case No. 17-20755 (KCF) |
| Debtor. | Chapter 7 |
|  | Honorable Kathryn C. Ferguson |

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER ALLOWING ESTATE TO RETAIN PORTION OF NET PROCEEDS OF SALE OF PERSONAL PROPERTY AND GRANTING RELATED RELIEF

I certify that with respect to the Consent Order Allowing Estate to Retain Portion of Net Proceeds of Sale of Personal Property and Granting Related Relief submitted to the Court, the following conditions have been met:

(a) The terms of the Consent Order are identical to those set forth in the original Consent Order;

(b) The signatures represented by the /s/ Joseph R. Zapata, Jr., /s/ Valerie Hamilton, and /s/ Ward W. Benson on the Consent Order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding;

(d) I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the Order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the Order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use

of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

Dated: December 27, 2021    By    */s/ Joseph R. Zapata, Jr.*
    JOSEPH R. ZAPATA, JR.