Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17−20755−KCF
        Chapter:  7
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexander J Figliolia
   8 Henley Circle
   Manchester, NJ 08759

Social Security No.:
   xxx−xx−4428

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Consent Order with the Internal Revenue Service and State of New Jersey Division of Taxation Allowing Estate to Retain Portion of Net Proceeds of Sale of Personal Property.

Dated: January 19, 2022
JAN: gan

                                                   Jeanne Naughton
                                                   Clerk