Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−20755−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alexander J Figliolia
  8 Henley Circle
  Manchester, NJ 08759

Social Security No.:
  xxx−xx−4428

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      3/10/22
Time:      02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
Sharer Petree Brotz & Snyder, Accountant,

COMMISSION OR FEES
fee: $3,307.00

EXPENSES
expenses: $14.65

If this is a chapter 13 case, the fees and expenses awarded:

  ☐   will not reduce the amount to be paid to general unsecured
      creditors under the plan.

  ☐   will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

  An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 4, 2022
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-20755-KCF |
| Alexander J Figliolia | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 04, 2022 | Form ID: 137 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexander J Figliolia, 8 Henley Circle, Manchester, NJ 08759-6081 |
| aty | + | Atkinson & DeBartolo, PC, The Galleria, 2 Bridge Avenue, PO Box 8415, Red Bank, NJ 07701-8415 |
| aty | + | Hugh H. Shull, Corporation Counsel Office, 100 Church Street, Room 5-233, New York, NY 10007-2601 |
| acc | + | Barbara Rizzi, Barbara Rizzi, CPA, 25 Potter Lane, Huntington, NY 11743-2142 |
| auc | + | C.T. Peters, Inc., 2-A West Front Street, Red Bank, NJ 07701-1602 |
| br | + | LUCY STARR, RE/MAX CENTRAL, 520 U.S. 9, MANALPAN, NJ 07726-8264 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| cr | + | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW, McCalla Raymer Leibert Pierce, LLC, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW Y, c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| auc | + | The Auctioneers Group, 22 Smock Street, Neptune, NJ 07753-6743 |
| 517250692 | + | Alan H. Kleinman, Sr. Counsel, Affirmative Litigation, Div. NYC Law Dep, 100 Church St., New York, NY 10007-2668 |
| 519231591 | + | Atkinson & DeBartolo, P.C., Attn: Bunce D. atkinson, P.O.Box 8415, Red Bank, N.J. 07701-8415 |
| 516847582 | + | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 516946981 | + | Bob and Phyllis Napolitano, 30 Cottontail Court, Staten Island, NY 10312-4701 |
| 516847583 | + | Capital One/Saks Fifth Ave., PO Box 10327, Jackson, MS 39289-0327 |
| 517079304 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E Ft. Lowell Road Suite #200, Tucson, AZ 85712-1083 |
| 517087494 | + | City of New York, Office of the Corporation Counsel,, Alan Kleinman, Esq, 100 Church Street, New York, New York 10007-2601 |
| 516872226 | + | Corporation Counsel City of NY ECB, c/o Alan H. Kleinman, Sr. Counsel, Affirmative Litigation Div. NYC Law Dept, 100 Church St., New York, NY 10007-2601 |
| 516847586 | + | DMS CGI, PO Box 979110, St Louis, MO 63197-9001 |
| 517250683 | | Katie Brown Esq, Buckley Madole PC, 99 Wood Ave. Iselin, NJ 08830 |
| 516847588 | + | Lomurro, Munson, Comer, et al, 4 Paragon Way Ste. 100, Freehold , NJ 07728-7805 |
| 517250684 | + | Michael P. Collins, Esq. Archer & Greiner, 10 Highway 35, Red Bank, NJ 07701-5902 |
| 516879398 | | NY State Dept. of, Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 516847591 | + | NYS Department of Finance, W A Harriman Campus Bldg 9, Albany, NY 12227-0001 |
| 516847589 | + | Nationstar Mortgage, LLC, PO Box 60516, City of Industry, CA 91716-0516 |
| 516847590 | + | New Jersey Div. of Taxation, Neptune Investigation A, 1828 West Lake Ave.-3rd Fl., Neptune, NJ 07753-4663 |
| 517250699 | + | OMS CGI, PO Box 979110, St Louis, MO 63197-9001 |
| 517053407 | + | Robert Napolitano and Phyliss Napolitano, 30 Cottontail Court, Staten Island NY 10312-4701 |
| 517053408 | + | Robert and Phyliss Napolitano, 30 Cottontail Court, Staten Island NY 10312-4701 |
| 517243157 | + | Saeteros Campoverde, c/o Law Office of Justin A. Zeller, Esq., 277 Broadway-Ste. 408, New York, NY 10007-2036 |
| 517250688 | + | Saeteros Campoverde, c/o Law Office of Justin A. Zeller, PC, 277 Broadway - Ste. 408, New York, NY 10007-2036 |
| 517250689 | + | Sean O'Brien, Esq., Frankel Lambert Weiss et al, 80 Main St.-Ste.460, West Orange, NJ 07052-5414 |
| 517250678 | + | State of NJ - Div. of Taxati, Revenue Processing Ctr. PO Box 111, Trenton, NJ 08645-0111 |
| 516847593 | + | State of NJ - Div. of Taxation, Revenue Processing Ctr., PO Box 111, Trenton, NJ 08645-0111 |
| 517059896 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517106701 | + | THE BANK OF NEW YORK MELLON Trustee (See 410), c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9096 |
| 516949404 | | The Bank of New York Mellon, C/O Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 516847597 | + | Township of Holmdel, 4 Crawfords Corner Road, Holmdel, NJ 07733-1908 |
| 517048428 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516847598 | + | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 41

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: 137 | Total Noticed: 50 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2022 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2022 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516847581 | + | Email/PDF: bncnotices@becket-lee.com | Feb 04 2022 20:34:18 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 516883476 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2022 20:34:46 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516911966 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2022 20:34:44 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518625041 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2022 20:34:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516847585 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2022 20:23:00 | Dept. of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516847592 | + | Email/Text: bankruptcynotices@cbecompanies.com | Feb 04 2022 20:23:00 | Small Business Administration, c/o CBE Group, 1309 Technology Pkwy., Cedar Falls, IA 50613-6976 |
| 518685618 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2022 20:23:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517250693 | *+ | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517250694 | *+ | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 517250695 | *+ | Bob and Phyllis Napolitano, 30 Cottontail Court, Staten Island, NY 10312-4701 |
| 517250696 | *+ | Capital One/Saks Fifth Ave., PO Box 10327, Jackson, MS 39289-0327 |
| 517250698 | *+ | Dept. of Treasury Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516847584 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dept. of the Treasury, Internal Revenue Service, Kansas City, MO 64999 |
| 517250697 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dept. of the Treasury, Internal Revenue Service, Kansas City, MO 64999 |
| 516847587 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 4 Paragon Way - Ste. 2, Freehold, NJ 07728 |
| 517250700 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 4 Paragon Way - Ste. 2, Freehold, NJ 07728 |
| 517250687 | *+ | NYS Department of Finance, W A Harriman Campus Bldg 9, Albany, NY 12227-0001 |
| 517250685 | *+ | Nationstar Mortgage, LLC, PO Box 60516, City of Industry, CA 91716-0516 |
| 517250686 | *+ | New Jersey Div. of Taxation, Neptune Investigation A, 1828 West Lake Ave.-3rd Fl., Neptune, NJ 07753-4663 |
| 517250690 | *+ | Small Business Administration, c/o CBE Group, 1309 Technology Pkwy., Cedar Falls, IA 50613-6976 |
| 516847594 | *+ | State of NJ - Div. of Taxation, Revenue Processing Ctr., PO Box 111, Trenton , NJ 08645-0111 |
| 517250691 | *+ | State of NJ - Div. of Taxation, Revenue Processing Ctr., PO Box 111, Trenton, NJ 08645-0111 |
| 516847595 | *+ | State of NJ Div of Taxation, Revenue Processing Ctr, PO Box 111, Trenton, NJ 08645-0111 |
| 517250679 | *+ | State of NJ Div of Taxation, Revenue Processing Ctr, PO Box 111, Trenton, NJ 08645-0111 |
| 516847596 | *+ | State of NJ Div. of Taxation, Revenue Processing Ctr., PO Box 111, Trenton, NJ 08645-0111 |
| 517250680 | *+ | State of NJ Div. of Taxation, Revenue Processing Ctr. PO Box 111, Trenton, NJ 08645-0111 |
| 517250681 | *+ | Township of Holmdel, 4 Crawfords Corner Road, Holmdel, NJ 07733-1908 |
| 517250682 | *+ | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: 137 | Total Noticed: 50 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2022             Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Brandon David Sherr | on behalf of Creditor Segundo Marcial Saeteros-Campoverde bsherr@zellerlegal.com mgutierrez@zellerlegal.com,jazeller@zellerlegal.com |
| Bunce Atkinson | on behalf of Accountant Barbara Rizzi bunceatkinson@aol.com |
| Bunce Atkinson | on behalf of Attorney Atkinson & DeBartolo  PC bunceatkinson@aol.com |
| Bunce Atkinson | on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com |
| John Gurrieri | on behalf of Creditor Segundo Marcial Saeteros-Campoverde jmgurrieri@zellerlegal.com |
| Joseph R Zapata, Jr | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |
| Lauren Bielskie | on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Melissa N. Licker | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates  Series 2003-48 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates  Series 2003-48 by Nationstar Mortgage LLC, the servici mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Michele M. Dudas | on behalf of Plaintiff Andrea Dobin mdudas@msbnj.com |
| Michele M. Dudas | on behalf of Trustee Andrea Dobin mdudas@msbnj.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 04, 2022 | Form ID: 137 | Total Noticed: 50 |

Rebecca Ann Solarz
    on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com

Scott C. Pyfer
    on behalf of Plaintiff Biagio Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

Scott C. Pyfer
    on behalf of Plaintiff Filomena Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

Scott C. Pyfer
    on behalf of Creditor Biagio Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

Scott C. Pyfer
    on behalf of Creditor Filomena Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

Scott C. Pyfer
    on behalf of Creditor Robert Napolitano scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

Sean M. O'Brien
    on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
    on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov

Ward Benson
    on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

TOTAL: 26