| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | **Order Filed on March 11, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>**ALEXANDER J. FIGLIOLIA** | Case No.: 17-20755<br><br>Chapter 7<br><br>Hearing Date: 03/10/22 @ 2:30PM<br><br>Judge: KCF |

### ORDER AWARDING FINAL COMPENSATION AND EXPENSES
### FOR THE ACCOUNTANT TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: March 11, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: **ALEXANDER J. FIGLIOLIA**

Case No.: 17-20755\KCF

Caption of Order: Order Approving Final Compensation for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

<u>APPLICANT</u>

Sharer Petree Brotz & Snyder

| | |
|---|---|
| FEES: | $3,307.00 |
| EXPENSES | $   14.65 |
| TOTAL: | $3,321.65 |

United States Bankruptcy Court

District of New Jersey

In re:  
Alexander J Figliolia  
    Debtor

Case No. 17-20755-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Mar 11, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alexander J Figliolia, 8 Henley Circle, Manchester, NJ 08759-6081 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com cgallo@msbnj.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Brandon David Sherr | on behalf of Creditor Segundo Marcial Saeteros-Campoverde bsherr@zellerlegal.com mgutierrez@zellerlegal.com,jazeller@zellerlegal.com |
| Bunce Atkinson | on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com |
| Bunce Atkinson | |

Case 17-20755-KCF    Doc 276    Filed 03/13/22    Entered 03/14/22 01:16:40    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Accountant Barbara Rizzi bunceatkinson@aol.com |
| Bunce Atkinson | |
| | on behalf of Attorney Atkinson & DeBartolo PC bunceatkinson@aol.com |
| Douglas J. McDonough | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com |
| John Gurrieri | |
| | on behalf of Creditor Segundo Marcial Saeteros-Campoverde jmgurrieri@zellerlegal.com |
| Joseph R Zapata, Jr | |
| | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |
| Lauren Bielskie | |
| | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lauren Bielskie | |
| | on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov |
| Melissa N. Licker | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates Series 2003-48 by Nationstar Mortgage LLC, the servici mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates Series 2003-48 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Michele M. Dudas | |
| | on behalf of Plaintiff Andrea Dobin mdudas@msbnj.com |
| Michele M. Dudas | |
| | on behalf of Trustee Andrea Dobin mdudas@msbnj.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com |
| Scott C. Pyfer | |
| | on behalf of Plaintiff Filomena Napolitano scott@pyferlawgroup.com scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | |
| | on behalf of Creditor Biagio Napolitano scott@pyferlawgroup.com scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | |
| | on behalf of Creditor Filomena Napolitano scott@pyferlawgroup.com scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | |
| | on behalf of Creditor Robert Napolitano scott@pyferlawgroup.com scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Scott C. Pyfer | |
| | on behalf of Plaintiff Biagio Napolitano scott@pyferlawgroup.com scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |
| Sean M. O'Brien | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | |
| | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |
| Ward Benson | |
| | on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov |

TOTAL: 26