Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−20755−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexander J Figliolia
   8 Henley Circle
   Manchester, NJ 08759

Social Security No.:
   xxx−xx−4428

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE: August 25, 2022
TIME: 02:30 PM
LOCATION: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS: $502,247.19
TOTAL DISBURSEMENTS: $446,442.69
BALANCE ON HAND: $55,804.50

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Andrea Dobin, Trustee

COMMISSION OR FEES
$21,127.53

EXPENSES
$519.83

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: July 11, 2022
JAN: gan

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-20755-KCF |
| Alexander J Figliolia | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 11, 2022 | Form ID: 192 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexander J Figliolia, 8 Henley Circle, Manchester, NJ 08759-6081 |
| aty | + | Atkinson & DeBartolo, PC, The Galleria, 2 Bridge Avenue, PO Box 8415, Red Bank, NJ 07701-8415 |
| aty | + | Hugh H. Shull, Corporation Counsel Office, 100 Church Street, Room 5-233, New York, NY 10007-2601 |
| acc | + | Barbara Rizzi, Barbara Rizzi, CPA, 25 Potter Lane, Huntington, NY 11743-2142 |
| auc | + | C.T. Peters, Inc., 2-A West Front Street, Red Bank, NJ 07701-1602 |
| br | + | LUCY STARR, RE/MAX CENTRAL, 520 U.S. 9, MANALPAN, NJ 07726-8264 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| cr | + | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW, McCalla Raymer Leibert Pierce, LLC, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW Y, c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| auc | + | The Auctioneers Group, 22 Smock Street, Neptune, NJ 07753-6743 |
| 517250692 | + | Alan H. Kleinman, Sr. Counsel, Affirmative Litigation, Div. NYC Law Dep, 100 Church St., New York, NY 10007-2668 |
| 519231591 | + | Atkinson & DeBartolo, P.C., Attn: Bunce D. atkinson, P.O.Box 8415, Red Bank, N.J. 07701-8415 |
| 516946981 | + | Bob and Phyllis Napolitano, 30 Cottontail Court, Staten Island, NY 10312-4701 |
| 516847583 | + | Capital One/Saks Fifth Ave., PO Box 10327, Jackson, MS 39289-0327 |
| 517087494 | + | City of New York, Office of the Corporation Counsel,, Alan Kleinman, Esq, 100 Church Street, New York, New York 10007-2601 |
| 516872226 | + | Corporation Counsel City of NY ECB, c/o Alan H. Kleinman, Sr. Counsel, Affirmative Litigation Div. NYC Law Dept, 100 Church St., New York, NY 10007-2601 |
| 516847586 | + | DMS CGI, PO Box 979110, St Louis, MO 63197-9001 |
| 517250683 | | Katie Brown Esq, Buckley Madole PC, 99 Wood Ave. Iselin, NJ 08830 |
| 516847588 | + | Lomurro, Munson, Comer, et al, 4 Paragon Way Ste. 100, Freehold , NJ 07728-7805 |
| 517250684 | + | Michael P. Collins, Esq. Archer & Greiner, 10 Highway 35, Red Bank, NJ 07701-5902 |
| 516879398 | | NY State Dept. of, Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 516847591 | + | NYS Department of Finance, W A Harriman Campus Bldg 9, Albany, NY 12227-0001 |
| 516847590 | + | New Jersey Div. of Taxation, Neptune Investigation A, 1828 West Lake Ave.-3rd Fl., Neptune, NJ 07753-4663 |
| 517250699 | + | OMS CGI, PO Box 979110, St Louis, MO 63197-9001 |
| 517053407 | + | Robert Napolitano and Phyliss Napolitano, 30 Cottontail Court, Staten Island NY 10312-4701 |
| 517053408 | + | Robert and Phyliss Napolitano, 30 Cottontail Court, Staten Island NY 10312-4701 |
| 517243157 | + | Saeteros Campoverde, c/o Law Office of Justin A. Zeller, Esq., 277 Broadway-Ste. 408, New York, NY 10007-2036 |
| 517250688 | + | Saeteros Campoverde, c/o Law Office of Justin A. Zeller, PC, 277 Broadway - Ste. 408, New York, NY 10007-2036 |
| 517250689 | + | Sean O'Brien, Esq., Frankel Lambert Weiss et al, 80 Main St.-Ste.460, West Orange, NJ 07052-5414 |
| 517250678 | + | State of NJ - Div. of Taxati, Revenue Processing Ctr. PO Box 111, Trenton, NJ 08645-0111 |
| 516847593 | + | State of NJ - Div. of Taxation, Revenue Processing Ctr., PO Box 111, Trenton, NJ 08645-0111 |
| 517059896 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 516847597 | + | Township of Holmdel, 4 Crawfords Corner Road, Holmdel, NJ 07733-1908 |
| 517048428 | + | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516847598 | + | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2022 | Form ID: 192 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 11 2022 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 11 2022 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516847581 | + | Email/PDF: bncnotices@becket-lee.com | Jul 11 2022 21:06:08 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 516883476 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2022 21:06:14 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516911966 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2022 21:06:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518625041 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2022 21:06:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516847582 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2022 21:02:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 517079304 | + | Email/Text: bnc@bass-associates.com | Jul 11 2022 21:02:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E Ft. Lowell Road Suite #200, Tucson, AZ 85712-1083 |
| 516847585 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2022 21:02:00 | Dept. of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516847589 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 11 2022 21:02:00 | Nationstar Mortgage, LLC, PO Box 60516, City of Industry, CA 91716-0516 |
| 516847592 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jul 11 2022 21:02:00 | Small Business Administration, c/o CBE Group, 1309 Technology Pkwy., Cedar Falls, IA 50613-6976 |
| 517106701 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 11 2022 21:02:00 | THE BANK OF NEW YORK MELLON Trustee (See 410), c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9096 |
| 516949404 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2022 21:02:00 | The Bank of New York Mellon, C/O Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 518685618 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 11 2022 21:02:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517048428 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 11 2022 21:06:16 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516847598 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 12 2022 12:04:59 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517250693 | *+ | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517250694 | *+ | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 517250695 | *+ | Bob and Phyllis Napolitano, 30 Cottontail Court, Staten Island, NY 10312-4701 |
| 517250696 | *+ | Capital One/Saks Fifth Ave., PO Box 10327, Jackson, MS 39289-0327 |
| 517250698 | *+ | Dept. of Treasury Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516847584 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dept. of the Treasury, Internal Revenue Service, Kansas City, MO 64999 |
| 517250697 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dept. of the Treasury, Internal Revenue Service, Kansas City, MO 64999 |
| 516847587 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 4 Paragon Way - Ste. 2, Freehold, NJ 07728 |
| 517250700 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 4 Paragon Way - Ste. 2, Freehold, NJ 07728 |

Case 17-20755-KCF   Doc 282   Filed 07/13/22   Entered 07/14/22 00:12:21   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2022 | Form ID: 192 | Total Noticed: 50 |

| | | |
|---|---|---|
| 517250687 | *+ | NYS Department of Finance, W A Harriman Campus Bldg 9, Albany, NY 12227-0001 |
| 517250685 | *+ | Nationstar Mortgage, LLC, PO Box 60516, City of Industry, CA 91716-0516 |
| 517250686 | *+ | New Jersey Div. of Taxation, Neptune Investigation A, 1828 West Lake Ave.-3rd Fl., Neptune, NJ 07753-4663 |
| 517250690 | *+ | Small Business Administration, c/o CBE Group, 1309 Technology Pkwy., Cedar Falls, IA 50613-6976 |
| 516847594 | *+ | State of NJ - Div. of Taxation, Revenue Processing Ctr., PO Box 111, Trenton , NJ 08645-0111 |
| 517250691 | *+ | State of NJ - Div. of Taxation, Revenue Processing Ctr., PO Box 111, Trenton, NJ 08645-0111 |
| 516847595 | *+ | State of NJ Div of Taxation, Revenue Processing Ctr, PO Box 111, Trenton, NJ 08645-0111 |
| 517250679 | *+ | State of NJ Div of Taxation, Revenue Processing Ctr, PO Box 111, Trenton, NJ 08645-0111 |
| 516847596 | *+ | State of NJ Div. of Taxation, Revenue Processing Ctr., PO Box 111, Trenton, NJ 08645-0111 |
| 517250680 | *+ | State of NJ Div. of Taxation, Revenue Processing Ctr. PO Box 111, Trenton, NJ 08645-0111 |
| 517250681 | *+ | Township of Holmdel, 4 Crawfords Corner Road, Holmdel, NJ 07733-1908 |
| 517250682 | *+ | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2022                    Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:

**Name**                **Email Address**

Andrea Dobin
   ecftrusteead@msbnj.com   NJ55@ecfcbis.com;trusteedobin@remote7solutions.com

Andrea Dobin
   on behalf of Trustee Andrea Dobin adobin@msbnj.com   cgallo@msbnj.com

Barry R. Sharer
   on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com   BSharer@SharerPBS.com;nj83@ecfcbis.com

Brandon David Sherr
   on behalf of Creditor Segundo Marcial Saeteros-Campoverde bsherr@zellerlegal.com
   mgutierrez@zellerlegal.com,jazeller@zellerlegal.com

Bunce Atkinson
   on behalf of Accountant Barbara Rizzi bunceatkinson@aol.com

Bunce Atkinson
   on behalf of Attorney Atkinson & DeBartolo  PC bunceatkinson@aol.com

Bunce Atkinson
   on behalf of Debtor Alexander J Figliolia bunceatkinson@aol.com

Douglas J. McDonough
   on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K dmcdonough@flwlaw.com

John Gurrieri
   on behalf of Creditor Segundo Marcial Saeteros-Campoverde jmgurrieri@zellerlegal.com

Joseph R Zapata, Jr
   on behalf of Trustee Andrea Dobin jzapata@msbnj.com

Lauren Bielskie
   on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 11, 2022 | Form ID: 192 | Total Noticed: 50 |

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Melissa N. Licker
    on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates  Series 2003-48 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CHL Mortgage Pass-Through Trust 2003-48 Mortgage Pass-Through Certificates  Series 2003-48 by Nationstar Mortgage LLC, the servici mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Michele M. Dudas
    on behalf of Plaintiff Andrea Dobin mdudas@msbnj.com

Michele M. Dudas
    on behalf of Trustee Andrea Dobin mdudas@msbnj.com

Rebecca Ann Solarz
    on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K rsolarz@kmllawgroup.com

Scott C. Pyfer
    on behalf of Plaintiff Biagio Napolitano scott@pyferlawgroup.com   scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

Scott C. Pyfer
    on behalf of Plaintiff Filomena Napolitano scott@pyferlawgroup.com   scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

Scott C. Pyfer
    on behalf of Creditor Biagio Napolitano scott@pyferlawgroup.com   scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

Scott C. Pyfer
    on behalf of Creditor Filomena Napolitano scott@pyferlawgroup.com   scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

Scott C. Pyfer
    on behalf of Creditor Robert Napolitano scott@pyferlawgroup.com   scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

Sean M. O'Brien
    on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA THE BANK OF NEW YORKSUCCESSOR INDENTURED TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURED TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-K DMcDonough@flwlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
    on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov

Ward Benson
    on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

TOTAL: 26